UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| **TOM KONDASH,** on behalf of himself and all others similarly situated, | ) ) ) | Case No. 1:15-cv-506 |
| | ) | Judge Susan J. Dlott |
| Plaintiff, | ) | |
| v. | ) ) | |
| **KIA MOTORS AMERICA, INC.**, and **KIA MOTORS CORPORATION**, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

**PLAINTIFF TOM KONDASH'S MOTION TO SEAL**

On Monday, October 2, 2017, Plaintiff will be filing his motion for class certification. In support of that motion, Plaintiff intends to rely on various documents produced in discovery that were designated as "Confidential" under the Stipulated Protective Order. (*See generally* Doc. 60.) The documents at issue were produced and designated Confidential by Defendants and two third parties (Hyundai America Technical Center, Inc. and Webasto Roof Systems, Inc.).

In the Sixth Circuit, there is a "strong presumption against the sealing of documents, which typically may be overcome only by 'trade secrets, information covered by a recognized privilege (such as the attorney-client privilege), and information required by statute to be maintained in confidence (such as the name of a minor victim of a sexual assault).'" *Shane Grp., Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 305, 308 (6th Cir. 2016) (citing *Baxter Int'I, Inc. v. Abbott Labs.*, 297 F.3d 544, 546 (7th Cir. 2002)). In overcoming the presumption against sealing, the "privacy interests of innocent third parties should weigh heavily in a court's balancing equation." *Id.* (citing

*United States v. Amodeo*, 71 F.3d 1044, 1050 (2d. Cir. 1995)). Sealing orders should therefore be "narrowly tailored." *Id.*

Plaintiff takes no position as to whether the documents designated Confidential by Defendants, the Hyundai America Technical Center, and Webasto should be sealed. Instead, in order to comply with Local Rule 5.2.1 as well as the Stipulated Protective Order, which mandates that "No Party shall file 'CONFIDENTIAL' Information" publicly," and that any party seeking to file such documents "shall file the document under seal" (Doc. 60 at PageID 932), Plaintiff files this motion to seal the documents after having provided notice to Defendants and the two third parties that, should they wish the documents be sealed, they will likely need to file a declaration or some other document justifying the sealing. *See Palombaro, Jr. v. Emery Federal Credit Union*, No. 1:15-cv-00792-SJD-KLL, Doc. 310 (S.D. Ohio Feb. 15, 2017) (in which a defendant filed a memorandum in support of plaintiffs' motion to seal documents designated as Confidential by the defendant). Plaintiffs provided that notice by email on the evening of September 26, 2017, along with a list of the following documents and discovery materials that he intends to rely on in support of his class certification motion:

Deposition testimony designated Confidential (including deposition exhibits)
- April 13, 2017 deposition testimony of KMA through Michelle Cameron, including exhibits
- April 19, 2017 deposition testimony of KMA through Joe Perez, including exhibits
- May 11, 2017 deposition testimony of KMA through Jurassic Park, including exhibits
- June 22, 2017 deposition testimony of KMC through Yong Seok Kim, including exhibits
- June 23, 2017 deposition testimony of KMC through Jong Mahn Chung, including exhibits
- May 18, 2017 deposition testimony of HATCI through Richard Willard, including exhibits
- May 26, 2017 deposition testimony of Thomas Mack, including exhibits

Documents designated Confidential by Defendants

| KMA00014001-KMA00014025 | KMA00014029-KMA00014056 |
|---|---|
| KMA00014057 | KMA00014058-KMA00014060 |
| KMA00014061-KMA00014065 | KMA00014066-KMA00014113 |

| | |
|---|---|
| KMA00014114 | KMA00014115 |
| KMA00014124-KMA00014134 | KMA00014188-KMA00014196 |
| KMA00014247-KMA00014255 | KMA00014339-KMA00014344 |
| KMA00014345-KMA00014354 | KMA00014876- KMA00014890 |
| KMA00014926-KMA00014935 | KMA00015216-KMA00015232 |
| KMA00015361-KMA00015368 | KMA00015583-KMA00015591 |
| KMA00015642-KMA00015649 | KMA00015704-KMA00015711 |
| KMA00015761-KMA00015771 | KMA00016055-KMA00016066 |
| KMA00016316-KMA00016326 | KMA00016880- KMA00016892 |
| KMA00016931-KMA00016948 | KMA00017328-KMA00017335 |
| KMA00017405-KMA00017423 | KMA00018157- KMA00018162 |
| KMA00018282-KMA00018290 | KMA00018373-KMA00018383 |
| KMA00018413-KMA00018420 | KMA00018764-KMA00018771 |
| KMA00018772-KMA00018797 | KMA00018799-KMA00018830 |
| KMA00018798 | KMA00018833- KMA00018900 |
| KMA00018901-KMA00018906 | KMA00018910-KMA00018924 |
| KMA00018909-KMA00018924 | KMA00019082- KMA00019207 |
| KMA00019972-KMA00019978 | KMA00020018 |
| KMA00020019-KMA00020029 | KMA00020030 |
| KMA00020123-KMA00020126 | KMA00020347-KMA00020354 |
| KMA00022164- KMA00022172 | KMA00022424-KMA00022427 |
| KMA00022428-KMA00022430 | KMA00022431-KMA00022433 |
| KMA00022434-KMA00022438 | KMA00022439-KMA00022443 |
| KMA00022444-KMA00022496 | KMA00022837-KMA00022884 |
| KMA00023592-KMA00023624 | KMA00023887-KMA00023919 |
| KMA00024488-KMA00024528 | KMA00024529-KMA00024541 |
| KMA00024577-KMA00024590 | KMA00024591-KMA00025083 |
| KMA00025084-KMA00025302 | KMA00025303-KMA00027058 |
| KMA00027059-KMA00029801 | KMA00029802-KMA00035027 |
| KMA00035028-KMA00037883 | KMA00037884-KMA00044021 |
| KMA00044022-KMA00048808 | KMA00048809-KMA00051868 |
| KMA00051869-KMA00054743 | KMA00054744-KMA00057923 |
| KMA00057924-KMA00060671 | KMA00060672-KMA00064129 |
| KMA00064130-KMA00067975 | KMA00067976-KMA00069227 |
| KMA00069228-KMA00070393 | KMA00070394-KMA00071588 |
| KMA00071589-KMA00072560 | KMA00072561-KMA00073794 |
| KMA(NHTSA)00011414-KMA(NHTSA)00011419 | KMA(NHTSA)00011422-KMA(NHTSA)00011444 |
| KMA(NHTSA)00011580-KMA(NHTSA)00011652 | KMA(NHTSA)00019795-KMA(NHTSA)00019844 |

| | |
|---|---|
| KMA(NHTSA)00018907 | KMA(NHTSA)00018908 |
| KMA(emails)00073853-KMA(emails)00073854 | KMA(emails)00073855 |
| KMA(emails)00074861-KMA(emails)00074864 | KMA(emails)00091724-KMA(emails)00091725 |
| KMA(emails)00091747 | KMA(emails)00092324-KMA(emails)00092325 |
| KMA(emails)00092350-KMA(emails)00092352 | KMA(emails)00093157-KMA(emails)00093160 |
| KMA(emails)00093382-KMA(emails)00093407 | KMA(emails)00094010-KMA(emails)00094013 |
| KMA(emails)00094327-KMA(emails)00094332 | KMA(emails)00094918-KMA(emails)00094921 |
| KMA(emails)00094922-KMA(emails)00094947 | KMA(emails)00096969-KMA(emails)00096970 |
| KMA(emails)00097026-KMA(emails)00097029 | KMA(emails)00098939-KMA(emails)00098943 |
| KMA(emails)00099151-KMA(emails)00099152 | KMA(emails)00099153-KMA(emails)00099168 |
| KMA(emails)00099754-KMA(emails)00099759 | KMA(emails)00099862-KMA(emails)00099864 |
| KMA(emails)00102219-KMA(emails)00102220 | KMA(emails)00102504-KMA(emails)00102506 |
| KMA(emails)00103493-KMA(emails)00103498 | KMA(emails)00103503-KMA(emails)00103504 |
| KMC00000732-KMC00000763 | KMC00002458-KMC00002459 |
| KMC00002460-KMC00002462 | KMC00002473-KMC00002494 |
| KMC00002533-KMC00002544 | KMC00003070-KMC00003076 |
| KMC00003077-KMC00003086 | KMC00003083-KMC00003086 |
| KMC00003188-KMC00003241 | |

Documents designated Confidential by HATCI

| | |
|---|---|
| HACTI-K-00092 - HATCI-K-00095 | HACTI-K-00207 - HACTI-K-00215 |
| HATCI-K-00244 - HATCI-K-00245 | |

Documents designated Confidential by Webasto Roof Systems

| | |
|---|---|
| WRSI000067-WRSI000091 | WRSI000098-WRSI000123 |
| WRSI000184 | WRSI000235-WRSI000236 |
| WRSI000298-WRSI000303 | WRSI000707-WRSI000752 |

In the event that the Court decides some or all of the documents should be filed under seal, Plaintiff further requests that the Court also order sealed the unredacted versions of Plaintiffs' filings that will reference the Confidential documents (namely, Plaintiffs' memorandum in support of class certification as well as the Declarations of Neil Hannemann, Thomas Read, and Steven P. Gaskin). Unless otherwise directed, Plaintiff will file a public version of his motion and supporting papers—redacting the portions referencing documents designated as Confidential— on October 2, 2017.

DATED: September 27, 2017               Respectfully submitted,

**GIBBS LAW GROUP LLP**

/s/ David Stein

Eric H. Gibbs (*pro hac vice*)
David Stein (*pro hac vice*)
Steve Lopez (*pro hac vice*)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: 510-350-9700
Facsimile: 510-350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
sal@classlawgroup.com

Gregory F. Coleman (*pro hac vice*)
Lisa A. White (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: 865-247-0080
Facsimile: 865-533-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com
mark@gregcolemanlaw.com

Jason T. Dennett (*pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
jdennett@tousley.com

Shanon J. Carson (*pro hac vice*)
Eric Lechtzin (*pro hac vice*)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4604
scarson@bm.net
elechtzin@bm.net

Paul C. Peel (*pro hac vice*)
**FARRIS BOBANGO BRANAN PLC**
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
(901) 259-7100 Telephone
(901) 259-7150 Facsimile
ppeel@farris-law.com

Jack Landskroner (0059227)
Drew Legando (0084209)
**LANDSKRONER GRIECO MERRIMAN, LLC**
1360 West 9th Street, Ste. 200
Cleveland, OH 44113-1254
Telephone: 216-522-9000
Facsimile: 216-522-9007
jack@lgmlegal.com
drew@lgmlegal.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants.

                                            */s/ David Stein*