# EXHIBIT 23

CADENZA(VG) > 2015 > G 3.3 GDI LAMBDA 2 > Body Electrical System

Kia Global Information System (KGIS)

## Component Location

1. Panoramaroof
2. Panoramaroof switch

3. Panoramaroof motor & controller
4. Roller blind motor & slave controller



**KMA00013582**

**0344**