# EXHIBIT 24

# 구조분석 상세 _ 파노라마 글라스 파손

● 현 상 : 파노라마 선루프 글라스 파손 발생



● 원 인 : 외부충격

● 대 책 :

REDACTED

REDACTED

**0345**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMC00003083

# ■ 첨부3: GLASS 파손 스크린 면적

## ▶ KMC 구조 T/DOWN 분석

| 차종 | TF | VG | SL | REDACTED | | XM F/L | |
|---|---|---|---|---|---|---|---|
| 형상 | 전체 : 0.563m²<br>세라믹: 0.219m² | 전체 : 0.564m²<br>세라믹: 0.217m² | 전체 : 0.763m²<br>세라믹: 0.354m² | | | 전체 : 0.751m²<br>세라믹: 0.275m² | |
| 코팅부 비율 | 38.9% | 38.5% | 46.4% | | | 36.6% | |
| 상대 비교 | 기준 | 동등 | 불리 | | | 동등 | |

**0346**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# Black ceramic면이 강도가 약한 이유

> **Silk printing 된 BCB material의 소성으로 인한 유리 두께 방향에서의 응력 분포**

(A) Normal stress distribution of glass
(B) Asymmetric stress distribution in glass coated BCB layer :
    Surface compressive stress of top side is lower than that of bottom side
(C) Asymmetric stress distribution in glass coated BCB layer :
    Surface compressive stress of bottom side is lower than that of top side



**Stress Patterns in Glass due to BCB Coating Layer**

Red line : Normal stress distribution of glass,
Blue line : Asymmetric stress distribution rearranged by the bonding force of BCB
Surface compressive stress at bottom side : (A) > (B) > (C)

**0347**

# Black ceramic면이 강도가 약한 이유

> 충격 강도 (impact strength) 는 유리의 표면압축응력에 비례하는 것으로,
특히 bottom side의 표면압축응력의 크기에 영향을 받게 됩니다.

> 위의 그림에서와 같은 조건하 에서 top side로부터  impact load 가 가해지
는 경우,  bottom side의 표면압축응력이 상대적으로 작은 (C)의 경우에서
파손이 상대적으로  쉽게 발생함을 알 수 있습니다.
즉 BCB layer를 outside로 놓고 Ball을 낙하시키는 경우 낮은 높이에서도
파손이 발생하게 됩니다.

> 대안으로 BCB면을 없애면 응력의 감소현상을 줄일 수 있다.

**0348**