# EXHIBIT 25

## Detailed Structural Analysis_Damages to the Panorama Glass

| | |
|---|---|
| • Phenomenon: Panorama sunroof glasses damaged<br><br>                Rear<br>                      Ceramic coating<br><br>       Front<br><br>• Cause: External impact | • Measures:<br><br>**REDACTED** |

# REDACTED

**0349**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1: 15-cv-506　　　　　　　　　　　　　　　　　　KMC00003083

## ■ Attachment 3: Area of Damaged Glass Screen

### ▶ KMC Structure Top/Down Analysis

| Vehicle type | TF | VG | SL | REDACTED | XM F/L | |
|---|---|---|---|---|---|---|
| Form | Overall: 0.563m2<br>Ceramic: 0.219m2 | Overall: 0.564m2<br>Ceramic: 0.217m2 | Overall: 0.763m2<br>Ceramic: 0.354m2 | | Overall: 0.751m2<br>Ceramic: 0.275m2 | |
| Coating area ratio | 38.9% | 38.5% | 46.4% | | 36.6% | |
| Comparison | Standard | Same | dISADVANTAGEOUS | | Same | |

**0350**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1: 15-cv-506                KMC00003084

## Why the black ceramic side is weak

➢ Dispersion of stress in the direction of the glass due to the plasticity of the silk printed BCB material

**0351**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1: 15-cv-506	KMC00003085

## Why the black ceramic side is weak

- Impact strength is proportional to the surficial compressive stress. Especially, it is impacted by the size of the surficial compressive stress of the bottom side.
- In the event that impact load is applied from the top side under the conditions as shown in the above drawing, we can see that damages tend to occur in the case of (c) in which the surficial compressive stress level on the bottom side is relatively low.
  Namely, in the event that a ball is dropped with the BCB layer on the outside, damages occur even at a low height.
- It is possible to reduce reduction in stress by removing the BCB side.

0352

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1: 15-cv-506　　KMC00003086