# EXHIBIT 29

# KIA MOTORS — Quality Information Report

| Report # | Priority | System | Manager |
|---|---|---|---|
| APT-BO-11093 | A | Body | D. Howells |

**Subject:** Sunroof Glass shattered While Driving

**Vehicle Info.**

| Model | VIN | Prod. | Delivery Date |
|---|---|---|---|
| XM | 5XYKU4A22BG REDACTED | 03/16/2011 | Port |

**QIR Type:** General ✓, EW, Serviceability, Port ✓, Monitor, VDS

**Repair Info.**

| Causal Part | Repair Date | Mileage | N-C | C-C |
|---|---|---|---|---|
| 81610 | Port | 7 | N99 | C99 |

## Issue Description

➢ Sunroof glass shattered while driving at freeway speed, with sunroof and sunshade closed

## Warranty Data Analysis

| Claim Info. | Counts | Rate | Amount($) | UIO | Remark |
|---|---|---|---|---|---|
| | Port | Port | Port | 172010 | Port |

## Investigation Results

➢ Investigation revealed that no apparent reason for glass to shatter, supplier involved, catastrophic failure, the sunshade held up and prevented any glass from harming the driver inside. Needs further investigation




## KMA Request

➢ KMC/KMMG should investigate this condition, make the appropriate corrections and report these findings back to KMA as soon as possible within the proper timeframe for a priority A QIR.

➢ This concern may increase IQS as well as affect a customers perception of quality vehicle.

➢ Our goal of 'XM Drive to 95' maybe be affected by this concern.

Kia Motors America — **CONFIDENTIAL**

| QIR Date | 07/19/2011 | Related Reports | | Reporter Information | | KMC Action Requested | | IQS Question # | Electronic Service Manual Update Required |
|---|---|---|---|---|---|---|---|---|---|
| | | Techline | 0 | Name | E.Sharpe | TSB | NO | | |
| Parts Quantity | 0 | CA & FTR | 11 | Phone | 706-902-7363 | C/M Part | NO | F22 | NO |

KMA00014057