# EXHIBIT 31

# KIA MOTORS — Quality Information Report

| Report # | Priority | System | Manager |
|---|---|---|---|
| ACD-BO-11116 | B | Body | J. Vella |

**Subject:** Shattered Sun-Roof Glass

**Vehicle Info.**

| Model | VIN | Prod. | Delivery Date |
|---|---|---|---|
| QF | 5XXGN4A7XCG REDACTED | 9/27/2011 | 9/27/2011 |

**QIR Type:** General ✓, EW ✓, Serviceability, Port, Monitor, VDS

**Repair Info.**

| Causal Part | Repair Date | Mileage | N-C | C-C |
|---|---|---|---|---|
| 81610 | 12/12/11 | 948 | N59 | C06 |

## Issue Description

- Customer complained that sunroof shattered while driving

## Warranty Data Analysis

**Claim Info.**

| Counts | Rate | Amount($) | UIO | Remark |
|---|---|---|---|---|
| 1 | 0.00% | $2,984 | 42 K | NA |

**EWR**

## Investigation Results

- Improper Operation – The sunroof shatters during operation
- 1 Warranty Claim of shattered sunroof recorded:
- VIN # 007141 showed no external impact damage prior to incident

- Sunroof Assembly returned to KMMG for KMMG/Supplier investigation
- Unable to determine root cause at this time

- Warranty may not be reflective of quality concerns due to insurance replacement

- Request KMMG QA to investigate with supplier of glass-panel roof of contributing causes
- Request KMMG QA to verify existing glass tempering standards

➢ Double-Click Icon for Additional Information / Attachments [Techline]

## KMA Request

- KMC/KMMG should investigate this condition, make the appropriate corrections and report these findings back to KMA as soon as possible within the proper timeframe for a priority B QIR.

- This concern may increase QF IQS target of 93 as well as affect a customers perception of vehicle quality.

- Request Go-And-See with supplier on next error state vehicle

**Kia Motors America** — **CONFIDENTIAL**

| QIR Date | 12/14/11 | Related Reports | Techline | 1 | Reporter Information | Name | Randy Dzioba | KMC Action Requested | TSB | NO | IQS Question # | Electronic Service Manual Update Required |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parts Quantity | 1 | | CA & FTR | 0 | | Phone | 949 468 4821 | | C/M Part | YES | F22 | NO |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014061

## ☐ Attach.1 : QF – Shattered Sunroof Glass









Kia Motors America     CONFIDENTIAL

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014062

0405

**Product Quality Technical Report Addendum**
**\*\*\*Confidential\*\*\***

KIA
The Power to Surprise™

Additional Incident Vehicle List

| No. | VIN | Mileage | Prod.Date | Cond. | Cause | Repair Date | Comments |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |

| Case ID | Title | Create Date | Model | VIN | Year | Production Date | Mileage | DTC Code | Symptom | System | Components | Resolution | Dealer Code | Dealer (Site) Name | Dlr District | Dlr Region | Contact First Name | Contact Last Name | Engine Size | Trans Type | Condition | | Priority | Severity | Status | Type | Assist | DLR Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K2207921 | STEP 1 SUI | 12/8/2011 12:43 | | 5XXIGNXA7XCG REDA | 2,012 | 9/26/2011 17:00 | 948 | | | | | | NC595202 | Theresa Carter 312 | | | Theresa | Carter | 2.4 LITER ENGIN | Automatic | Open | REDAC | Non-Priority Low | | Working | Repair | | |



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014065