# EXHIBIT 32

# Quality Information Report

**KIA MOTORS**

| | Report No. | Model Year(s) | System | Approver |
|---|---|---|---|---|
| | ACW-BO-13016 | 2011 | Body | D. Howells |

| **Subject** | Shattered Panorama Sunroof Glass (Priority A) | **Vehicle Info.** | Model | VIN | Prod. | Delivery Date |
|---|---|---|---|---|---|---|
| | | | TF | KNAGR4A66 B5 REDACTED | 04/13/11 | 06/27/11 |

| **QIR Type** | General | EW | Serviceability | Port | Monitor | VDS | **Repair Info.** | Causal Part | Repair Date | Mileage | N-C | C-C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | | | | ✓ | | 81630 PANORAMA-GLASS ASSY | 10/15/12 | 20,976 | N59 | C06 |

## Issue Description

- Customer complaint of panorama sunroof glass shattering.
- Customers are experiencing the condition while driving at any speed.
- Customers may also experience the condition while closing the door or the sunroof itself.

## Warranty Data Analysis

| **Claim Info.** | Counts | Rate | Amount($) | UIO | Remark |
|---|---|---|---|---|---|
| | 20 | 0.09% | $16,532.88 | 21,443 | |

**Note:** UIO includes 11MY TF with sunroof option only. Warranty counts may not fully represent this quality concern due to insurance replacements.

## Investigation Results

- Investigation performed by TFT confirms that fragmentation occurred at the center of the panorama sunroof glass.
- Root cause in this case is inconclusive, but other cases have also been determined to be caused by external influences such as rock impact.
- Replacement of panorama sunroof glass is needed to correct the concern.
- Shattered glass may consequently cause additional damage to other components such as vehicle paint, requiring further repairs.



- Double-Click Icon for Additional Information / Attachments

## KMA Request

- **KMC** should investigate this condition, make the appropriate corrections and report these findings back to KMA as soon as possible within the proper timeframe for a priority A QIR.

- This concern may increase IQS/VDS as well as affect a customers perception of quality vehicle.

**Kia Motors America**     **CONFIDENTIAL**

| QIR Date | 04/16/13 | Related Reports | | Reporter Information | | KMC Action Requested | | IQS/VDS | Service Information Correction |
|---|---|---|---|---|---|---|---|---|---|
| | | Techline | 4 | Name | Robert Nguyen | TSB | NO | Questions | |
| Parts Quantity | 0 | CA & FTR | 8 | Phone | +1 949-468-4872 | C/M Part | YES | FCD09 | NO |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0405**

KMA00014066

## ◼ **Additional Info - QIR Subject:** Shattered Panorama Sunroof Glass



VIN: KNAGR4A66B5[REDACTED]

Details: Potential impact mark

VIN: KNAGR4A66B5[REDACTED]

Details: Glass shattered outwards. No signs of fracture occurrence at this point.





VIN: KNAGR4A66B5[REDACTED]

Details: Right front edge of glass

VIN: KNAGR4A66B5[REDACTED]

Details: Witness marks on edge of seal





Kia Motors America

CONFIDENTIAL

■ **Additional Info  - QIR Subject:** Shattered Panorama Sunroof Glass



---

VIN: KNAGR4A66B5<sup>REDACTED</sup>
Details: Left front edge of glass



VIN: KNAGR4A66B5<sup>REDACTED</sup>
Details: Witness marks on edge of seal



VIN: KNAGR4A66B5<sup>REDACTED</sup>
Details: Separation of front seal to glass




VIN: KNAGR4A66B5<sup>REDACTED</sup>
Details: Witness marks on edge of seal



---

Kia Motors America

CONFIDENTIAL



# Technical Assistance Center Case Report

Printed By:RNguyen-TL

**Case Number -K2003580**

04/16/2013 12:08:03 PM

## Vehicle Data

**Model/Year:** 2011 OPTIMA EX      **Engine:**      **Model Code:** 53242

**VIN:** KNAGN4A70B5REDACTED

**Mileage:** 5000

**Prod Date:** 2/14/2011      **Warranty Start Date:** 4/21/2011

**Port Options:** CF, CA, CN, CT

**Factory Options:** EST, LX1, LX2, LX4, PB, PB1, PB2, PB3, PB4, PB5, PB6

### Freeze Frame Data

| | | |
|---|---|---|
| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

### Dealer/Contact Data

**Dealer:** IND897817     REDACTED     93 U

**Phone:**      **Fax:**

**Contact:**    REDACTED      **Contact Title:**      **Service District:**

### Case Details

**Title:** Complaint-Sunroof shattered

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**      **Solution ID:**

### Case History

*** PHONE LOG 07/11/2011 07:58:43 AM JKim Action Type:
Customer states:
1. We were driving back from FL
2. We were on highway in VA
3. It was unstable pave and road was under construction
4. Something has been hit sunroof real hard I guess
5. I asked my husband to check the sunroof to see if it's chipped or cracked
6. He said things like that wouldn't be appear right away
7. As we were kept on driving, sunroof was exploding
8. You have no idea what I meant by exploding
9. It looked like it had gunshot
10. It was shattered and luckily pieces were out blowing
11. Some fell inside too
12. We had to pull out to find place to vacuum
13. My husband got a small cut on leg but nothing big to get stitches or things like that
14. It cut our leather seat though
15. I need body shop # @ NJ060, not dealer- given
16. My insurance company will take care of this current situation
17. But I need to know if it would be happening again after replacement
18. I had Kia for 8 years, my daughter just bought brand new Kia too
19. I'm not requesting anything from Kia!
20. I'm not asking money for it or anything!
21. I just wanted to ask question!!
22. Let me talk to your sup. or someone higher!

Writer states:

Page 1 of 2

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0408**

KMA00014069

<u>Case History</u>
1. Apologized
2. Updated info/no open SC
3. Advised warranty covers when part is defect
   -Customer got offended and stated 'I'm not talking about that!'
4. Asked what kind of questions customer has so writer can direct to right office/person
5. Advised sup. is not in the office, asked if customer would like to leave a VM

Customer states:
1. (Customer got really mad)
2. I'm going to contact consumer affairs of Kia!!
3. (As writer was trying to tell customer that this is Kia consumer affairs, Customer hung up)

\*\*\* CASE CLOSE 07/11/2011 07:58:43 AM JKim Resolution Code = Concerns Documented.
Pending customer to call back


**\*\*\*\*\*\*\*\*\*\*\*End Case Report K2003580 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014070

**0409**



# Technical Assistance Center Case Report

Printed By:RNguyen-TL      **Case Number -K2050818**      04/16/2013 12:08:33 PM

---

## Vehicle Data

**Model/Year:** 2011 OPTIMA SX     **Engine:**     **Model Code:** 55282

**VIN:** KNAGR4A63B5ʀᴇᴅᴀᴄᴛᴇᴅ     **Mileage:** 8500

**Prod Date:** 3/1/2011     **Warranty Start Date:** 5/27/2011

**Port Options:** CF, BA, CA, CN, WL

**Factory Options:** PB1, PB2, PB3, PB4, PB5, PRT, PU8

---

### Freeze Frame Data

| | | |
|---|---|---|
| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

---

### Dealer/Contact Data

**Dealer:** IND910430 ʀᴇᴅᴀᴄᴛᴇᴅ 2139

**Phone:**     **Fax:**

**Contact:** ʀᴇᴅᴀᴄᴛᴇᴅ     **Contact Title:**     **Service District:**

---

### Case Details

**Title:** WRCA    SUNROOF SHATTERED, HAS IMPACT DAMAGE TO HOOD

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**      **Solution ID:**

---

### Case History

\*\*\* PHONE LOG 08/23/2011 02:55:21 PM ASoto Action Type:
Cust called and states;
1. My sun roof blew up while I was driving
   - it exploded
2. It sounded like a tire blew up but it looked like the glass was pushed up from the inside like a volcano
3. Glass scratched the back of the hood
4. Dlrshp said to call my insurance and my insurance towed the veh to one if its preferred body shop
5. I sent the pics to the SVC MGR at Peak and he forwarded it to someone else
6. They said it could have happened at impact.
7. I work with tempered glass every day and an impact going down the hwy is not going to make that glass explode
8. I feel like this is a Kia issue and not an insurance issue.


Writer states:
1. Apologized
2. Verified cust info
3. Adv cust that the only way we can assist at KCA for is for your veh to be at the dlrshp and diagnosed
4. Once there give us a call for further assistance
   - gave case number.


\*\*\* CASE CLOSE 08/23/2011 02:55:21 PM ASoto Resolution Code = Information Given.

\*\*\* CASE REOPENED 08/25/2011 12:06:58 PM ASoto
with Condition of Open and Status of Working.

Page 1 of 5

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014071

**Case History**

*** NOTES 08/25/2011 12:07:09 PM ASoto Action Type: Manager review

from dpsm email:

Angel, I have reviewed this case with the service manager Mick who indicated the vehicle is now at their store… CO033 Peak Greeley…

I advised him this is a matter for the insurance company as glass will not shatter by itself… This piece is not part of the body structure and is floating in the roof within its frame… the failure would not be related to stress…

This is not a condition for warranty…

FYI…The customer also had some damage caused by the towing company which he believes we should cover…


*** CASE CLOSE 08/25/2011 12:07:30 PM ASoto Resolution Code = Information Given.


*** CASE REOPENED 09/02/2011 12:02:54 PM KJohnson
with Condition of Open and Status of Working.


*** NOTES 09/02/2011 12:03:20 PM KJohnson Action Type: E-mail rec.

From K2054460:

*** NOTES 08/31/2011 07:49 AM  clarify Action Type: Manager review

*** Performed by contact:  ~~REDACTED~~

While I was driving, my sunroof blew up.  I was not near anything, nothing hit my car, it just exploded while I was driving.  I called the dealer and they said I should contact my insurance.  My insurance had it towed to a body shop.  I then talked to the dealer and sent pictures to them regarding the sunroof and filled a case through customer assistance.  Case #:  K2050818.  Kia then recommended that I get it to a Kia dealer.  Kia set up the towing company and it was towed to Peak Kia in Greeley.  I received a call that my front bumper was scraped up, so the tow company that Kia used did not take any care when delivering my vehicle to the dealership.  This is now one thing extra that I have to deal with and get fixed.  While my car was at the Kia dealer, they looked at the damage and sent it to the person that makes the decision on if it gets fixed or not.  I had to call them two days later to get an answer, when I was told Kia should be in contact with me.  After all this, Kia feels that this is not something that is covered under warranty.

I am very frustrated with Kia.  I have had my car a little over 3 months, with 9200 miles on it and the sunroof just blew up.  I work in the glass business and I know what it takes to break a piece of tempered glass.  This was not from something hitting it.  I am also frustrated that I had to call the dealer to get an answer when I was told that I should have heard from Kia directly.  I would have expected a car company to stand behind their product, but it seems that Kia does not.

Just to let you know, I had one of my good friends lined up to buy a Kia, he was just waiting for the car to come in.  Well, he will not be buying a Kia anymore because of this situation.  I also talked with one of my dad's friends and he was thinking about buying his wife a Kia, well, now he is not.  So in the last week, that is two future customers that you have lost.  From now on, when someone asks about my car, or comments on my car, I will be telling them what kind of Car Company you are.  I am also planning on contacting my local news company to let them know, as I know there are other similar incidents that have happened with Kia's cars on the internet.

You can rest assured that this will not be the only complaint I make, but it will definitely be the last Kia that I buy, and I will make sure everyone that I talk to feels the same way.


*** PHONE LOG 09/08/2011 01:54:08 PM KJohnson Action Type: Outgoing call

Called dealer and SVCM Mick stated:

1 - there is impact, scuff damage size about the of canteloupe on hood; it looks like impact was front front to back

2 - it lines up w/ damage to sunroof

3 - customer believes that when veh was  towed  backwards, the glass came down and scraped the hood

4 - but it would have showed more damage on the hood if it had done that and angle of impact is wrong

5 - DPSM declined assistance under warranty


*** PHONE LOG 09/08/2011 01:55:01 PM KJohnson Action Type: Outgoing call

Called customer and left VM requesting CB and giving case no.


*** CASE CLOSE 09/08/2011 01:55:56 PM KJohnson Resolution Code = Information Given.


*** CASE REOPENED 09/13/2011 11:16:34 AM SMorley
with Condition of Open and Status of Working.


*** PHONE LOG 09/13/2011 11:23:17 AM SMorley Action Type: Incoming call

Customer states:

1. Gave case number

2. I am disappointed in the service that I got

3. I believe this is a manufacturers defect

4. Just my opinion

5. I would have known if it would have got hit with something while I was driving

6. I work for a glass company so I know about tempered glass

7. The towing company messed up my front bumper - they are paying for it though

8. I just don't understand how they can prove the sunroof was hit with something when I know it was not


Writer states:

1. Apologize

2. Advise damage is not covered under warranty

3. Advise writer will forward case to another office for review

4. Advise decision may not change

5. Advise customer will be contacted within 2 business days

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014072

**Case History**

*** PHONE LOG 09/14/2011 02:22:36 PM SMorley Action Type: Outgoing call
Writer calls DPSM and states:
1. Advise writer is forwarding case to region as customer does not agree with DPSM decision

DPSM PLachapelle states:
1. Ok thanks

*** EMAIL OUT 09/14/2011 02:23:57 PM SMorley Action Type: External email
FCM Shannon Morley
800-333-4542 x45741

FYI - Writer sending case to region.

You have been sent a Kia Consumer Assistance Case for your reference and action as may be noted in the Case. If it has been sent to you in error, please notify the Kia Consumer Affairs Dept. at 949.468.4619 AND delete this email.

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not to be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\CA_Attachments\SendHistory\Case_K2050818_SMorley_09-14-2011152053.doc>>

*** NOTES 09/14/2011 02:25:01 PM SMorley Action Type: Manager review
Dispatching for:
1. Customer does not agree with DPSM decision
2. Assist determination
3. Customer contact

*** CASE DISPATCHED 09/14/2011 02:25:19 PM SMorley
from WIP Western to Queue Western Region.

*** CASE ACCEPTED 09/15/2011 08:05:56 AM DWojciechowski
from Queue Western Region to WIP WESTERN REGION.

*** PHONE LOG 09/15/2011 11:39:34 AM DWojciechowski Action Type: Outgoing call
WTR STATES
1. LM W/ ADVISOR FOR SVC MGR MICK AT CO033 REQ CALL BACK

*** PHONE LOG 09/16/2011 12:01:18 PM DWojciechowski Action Type: Incoming call
DLR STATES (SVC MGR MICK AT CO033)
1. LVM FOR WTR ADVISING OF RCPT OF VM ON 9/15 AT 3:17PM

*** PHONE LOG 09/16/2011 12:01:40 PM DWojciechowski Action Type: Outgoing call
WTR STATES
1. LM W/ ADVISOR STEVE FOR SVC MGR MICK AT CO033 REQ CALL BACK

*** PHONE LOG 09/16/2011 12:10:15 PM DWojciechowski Action Type: Outgoing call
WTR STATES
1. CONTACTED CUST AT PRIMARY # AND ADVISED OF RCPT OF CASE
2. UNDERSTAND WARRANTY REPAIR HAS BEEN DECLINED AND CUST IS NOT SATISIFED WITH THAT RESPONSE
3. WTR TO REVIEW SITUATION FOR POSSIBLE NEW INFO
4. WTR WILL BE IN TOUCH W/ CUST AGAIN NEXT WEEK

CUST STATES
1. MAY I ADD SOMETHING
2. I WENT TO THE DLR TO PICK UP VEH AND HAD TO COVER THE ROOF
3. NO ONE WAS IN THE OFFICE AND MY KEYS WERE ON THE DESK TO I TOOK THEM
4. I WAS IN THE LOT PUTTING A COVER ON THE VEH AND MY WIFE WAS TRYING TO HELP ME W/ THE BABY IN HER ARMS
5. I WAS NOT REALLY HAPPY ABOUT THAT
6. THANK YOU FOR CALLING

*** PHONE LOG 09/19/2011 10:54:02 AM DWojciechowski Action Type: Outgoing call
WTR STATES:
1. CONTACTED SVC MGR MICK AT CO033 AND INQUIRED AS TO VEH INSPECTION
2. REQ DLR FWD PHOTOS TO WTR

DLR STATES
1. THERE IS IMPACT DAMAGE ON THE HOOD
2. WHAT EVER OBJECT HIT THE HOOD APPEARS TO HAVE SKIPPED UP TO THE ROOF AND HIT THE GLASS
3. THERE ARE SCRATCHES ON THE BUMPER THAT APPEAR TO BE FROM VEH TOW, WHICH IS UNRELATED
4. HAVE PHOTOS OF ALL DAMAGE, WILL EMAIL THEM TO YOU

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014073

0412

<u>Case History</u>
*** NOTES 09/20/2011 01:32:36 PM DWojciechowski Action Type: Manager review
WRCA RCVD FROM DLR VIA EMAIL:
1. 6 PHOTOS OF VEH SHOWING
  A. DAMAGE TO BUMPER AREA
  B. DAMAGE TO HOOD
PHOTOS ATTACHED TO CASE

*** PHONE LOG 09/20/2011 01:35:17 PM DWojciechowski Action Type: Outgoing call
WTR STATES;
1. LM W/ RECEPTIONIST FOR SVC MGR MICK AT CO033 REQ CALL BACK

*** PHONE LOG 09/22/2011 12:03:25 PM DWojciechowski Action Type: Outgoing call
WTR STATES
1. CONTACTED SVC MGR MICK AT CO033 AND ADVSIED OF RCPT OF PHOTOS OF VEH
2. REVIEWED PHOTOS WITH DLR

DLR STATES:
1. REVIEWED EACH PHOTO WITH WTR

*** PHONE LOG 09/23/2011 12:15:03 PM DWojciechowski Action Type: Outgoing call
WTR STATES
1. CONTACTED DPSM PAUL LACHAPELLE AND REVIEWED SITUATION

DPSM STATES
1. HAVE REVIEWED W/ SVC MGR MICK AT CO033
2. HAVE VIEWED PHOTOS
3. THERE IS IMPACT DAMAGE TO HOOD OF VEH
4. NO WARRANTY ASSISTANCE
5. PLEASE REFER CUST TO INSURANCE COMPANY

*** PHONE LOG 09/23/2011 12:32:49 PM DWojciechowski Action Type: Outgoing call
WTR STATES
1. CONTACTED CUST AND ADVISED WTR HAS REVIEWED PHOTOS AND DPSM HAS ALSO REVIEWED PHOTOS
2. PER DLR INSPECTION AND PHOTOS THERE IS DAMAGE TO HOOD OF VEH
3. AT THIS POINT THIS WOULD NOT BE A WARRANTY CONCERN
4. WOULD REFER CUST TO HIS INSURANCE COMPANY

CUST STATES
1. I AM GOING TO STOP YOU RIGHT THERE
2. MY INSURANCE IS ALREADY TAKING CARE OF THIS
3. I HAD TAKEN PHOTOS MYSELF OF VEH BEFORE I HAD IT TOWED FROM THE BODYSHOP
4. THERE WAS NO DAMAGE TO HOOD OF VEH
5. WE COVERED THE SUNROOF AS BEST AS WE COULD
6. THE VEH WAS ON A FLATBED BACKWARDS
7. WHAT YOU ARE SEEING IS SCRATCHES FROM THE EXCESS GLASS PEICES THAT HAPPENED DURING THE TOW
8. I AM IN THE GLASS INDUSTRY AND KNOW THIS IS A DEFECT
9. THIS IS SPONTANEOUS BREAKAGE
10. I WILL TELL EVERYONE ABOUT THIS AND NOT TO PURCHASE A KIA

*** PHONE LOG 09/23/2011 12:33:44 PM DWojciechowski Action Type: Incoming call
WTR STATES
1. CONTACTED SVC MGR MICK AT CO033 AND ADVSIED OF CONVERSATION W/ CUST

DLR STATES
1. THAT IS NOT TRUE
2. THERE IS IMPACT TO THE HOOD OF THE VEH
3. IT IS ANGLED FROM TO BACK WHICH DOES NOT COINSIDE W/ WHAT CUST IS STATING

*** CASE CLOSE 09/23/2011 12:36:01 PM DWojciechowski Resolution Code = Information Given.

*** CASE REOPENED 09/30/2011 09:34:31 AM JHirshfield
with Condition of Open and Status of Working.

*** NOTES 09/30/2011 09:36:31 AM JHirshfield Action Type: Manager review
e-mail to fan page of Kia Motors in Facebook:

Fan name :    **REDACTED**
Date : 9/27/11
Content :
Please don't buy a car from Peak Kia Greeley or Kia Motors in general. They DO NOT back their warranty and the dealership does not have any customer service once you buy the car. They sat and watched me attempt to help my husband (as I held our six month old daughter) bandage up his exploded sunroof and no one said a word or offered any help. I watched three people sit in an office and watch us. Great customer service! I encourage anyone looking to buy a Kia to google "exploding sunroof" prior to buying from them as they have accounts of Sonatas sunroofs exploding and now my

Page 4 of 5

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**
KMA00014074

**0413**

## Case History

husband's optima has done the same thing. Scary experience...avoid yourself the same unsafe situation by not buying from this company!!

*** NOTES 09/30/2011 09:38:26 AM JHirshfield Action Type: Manager review
e-mail from fan page of Kia Motors in Facebook:

Fan name :     REDACTED     (customer's mother)
Date : 9/25/11
Content : So my son buys a Kia Optima with the big sunroof - has the car 3 months and is driving down the freeway - hears a pop and sees glass flying off the back of his car. Thank goodness no one was injured, especially my grandkids. At any rate, Kia Motors and the local Kia dealerships wouldn't do a thing for him - even though he even had the extended bumper to bumper warranty that was additional to the normal Kia warranty. They don't believe in "stress cracks" ... you would have thought they would have done "SOMETHING" to help, even help with his deductible when he had to use his insurance to pay for the repair. Wow customer service is just not what it used to be

*** CASE YANKED 09/30/2011 09:58:48 AM JHirshfield
Yanked by JHirshfield into WIPbin DEFAULT.

*** PHONE LOG 09/30/2011 10:11:14 AM DWojciechowski Action Type: Outgoing call
WTR STATES
1. LVM FOR CUST AT PRIMARY # ADVISING OF RCPT OF FACEBOOK POSTINGS BY MOTHER AND WIFE
2. REQ CALL BACK

*** PHONE LOG 09/30/2011 11:54:54 AM DWojciechowski Action Type: Incoming call
CUST STATES:
1. RCVD YOUR MESSAGE
2. NOTHING HAS CHANGED SINCE OUR LAST COVERSATION
3. YOU CAN SAY WHAT YOU WANT, THIS IS A DESIGN FLAW
4. THERE WAS NO DAMAGE
5. I WILL CONTINUE TO POST WHAT I WANT

WTR STATES
1. WANTED TO LET CUST KNOW THAT WTR RCVD POSTS FROM WIFE AND MOTHER
2. WANTED TO INQUIRE TO SEE IF THERE WAS ANY ADDITIONAL INFO SINCE OUR LAST CONVERSATION
3. UNFORTNATELY DAMAGE CAUSED BY OUTSIDE INFLUENCE IS NOT COVERED BY WARRANTY, WHICH IS WHY WTR REFERED CUST TO INSURANCE COMPANY FOR FURTHER ASSISTANCE
4. THANK YOU FOR CALL BACK

*** NOTES 09/30/2011 01:07:21 PM DWojciechowski Action Type: Meeting
[!<For Internal Use Only: WTR UPDATED TL HIRSHFIELD W/ CUST CONTACT>!]

*** CASE CLOSE 09/30/2011 01:07:41 PM DWojciechowski Resolution Code = Referred to Ins. Co..
FILE CLOSED PENDING FURTHER CONTACT FROM CUST


***********End Case Report K2050818 *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506



# Technical Assistance Center Case Report

Printed By:RNguyen-TL **Case Number -K2085000** 04/16/2013 12:08:50 PM

## Vehicle Data

**Model/Year:** 2011 OPTIMA EX     **Engine:**     **Model Code:** 53242

**VIN:** KNAGN4A78B5REDACTED     **Mileage:** 8800

**Prod Date:** 1/26/2011     **Warranty Start Date:** 4/15/2011

**Port Options:** CF, BA, CA, CN, CT, WL

**Factory Options:** PB, PB1, PB2, PB3, PB4, PB5, PB6

### Freeze Frame Data

| | | |
|---|---|---|
| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** IND924136 REDACTED 1274

**Phone:**     **Fax:**

**Contact:** REDACTED     **Contact Title:**     **Service District:**

## Case Details

**Title:** Sunroof shattered

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**     **Solution ID:**

## Case History

\*\*\* PHONE LOG 10/18/2011 12:55:07 PM SMorley Action Type:
Customer states:
1. I have a major complaint
2. My car is at the dealership now
3. Saturday I was on the freeway and my sunroof shattered with 3 kids in the car
4. The had a specialist look at it today who said it was due to impact so it is not covered
5. This needs to be covered
6. How can a rock crack this? Shouldn't there be a protective barrier underneath?
7. My kids were scared this was going to fall on them!
8. This needs to be a recall!
9. Is this a $5 sunroof that is in?
10. I will be calling a lawyer about this issue!

Writer states:
1. Apologize
2. Advise damage to vehicle is not covered under warranty
3. Writer offers to call dealership for diagnosis
4. Advise Kia does care about safety
5. Suggest customer contact insurance
6. Gave case number and ext
7. Writer will follow up with customer

\*\*\* PHONE LOG 10/19/2011 10:41:29 AM SMorley Action Type: Outgoing call
Writer calls LA046 and states:
1. Checking status

Page 1 of 2

**0415**

KMA00014076

**Case History**

SVCM Sam states:
1. She went last week to the other Kia dealership and they determined it is not covered under warranty due to impact damage
2. We determined it was impact damage as well
3. She was not happy with this answer
4. I put her in a rental and the DPSM came and looked at it and determined it was due to impact
5. Her insurance adjuster was her this morning and she is still in a rental car


*** PHONE LOG 10/19/2011 10:43:43 AM SMorley Action Type: Outgoing call
Writer calls customer and states:
1. Following up
2. Writer was advised the 2 dealerships and DPSM determined this is due to impact
3. Advise damage is not covered under the warranty
4. Request call back for future assistance

Customer states:
1. Ok thank you

*** CASE CLOSE 10/19/2011 10:44:05 AM SMorley Resolution Code = Concerns Documented.


***********_End Case Report K2085000_ *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014077



# Technical Assistance Center Case Report

Printed By:RNguyen-TL  **Case Number -K2094820**  04/16/2013 12:21:01 PM

## Vehicle Data

**Model/Year:** 2011 OPTIMA SX  **Engine:** G4KHBH010705  **Model Code:** 55282

**VIN:** KNAGR4A66B5REDACTED  **Mileage:** 5326

**Prod Date:** 6/29/2011  **Warranty Start Date:** 8/19/2011

**Port Options:** CF, CA, CN, WL

**Factory Options:** PB1, PB2, PB3, PB4, PB5, PRT, PU8

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

## Dealer/Contact Data

**Dealer:** IND929207 REDACTED 1284

**Phone:**  **Fax:**

**Contact:** REDACTED  **Contact Title:**  **Service District:**

## Case Details

**Title:** TL ESCALATION-SUNROOF GLASS BROKE WHILE DRIVING

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**  **Solution ID:**

## Case History

*** PHONE LOG 11/10/2011 01:00:44 AM sa Action Type:
Techline case (T2094330) created on 2011-11-09 14:59:42 by Jeff Wyler Kia.
Please contact dealership and customer to see if any further assistance can be provided and that the concerns have been addressed.Thank You.

--For Reference--
TL Case created by (Dealer Technician) : Joshua Potts
TL Case creator phone : 5137523447
TL Case creator email : potts_joshua@hotmail.com
Below are the notes from the TL case describing the concern:

*** Performed by contact: Joshua Potts, 5137523447
*** This is a Request for Assistance ***

Problem Description :
Customer states was driving along at highway speeds with sunroof cracked slightly and pass rear window down, was getting a lot of wind noise and
went to roll rear window up about that time the window closed it sounded like an explosion and the sunroof glass shattered. Have you seen this before?

Diagnostics Performed :
I checked pit stops, tech times and tsbs

*** CASE ACCEPTED 11/10/2011 06:44:11 AM UValencia
from Queue Techline_90 to WIP CASES TO ASSIGN.

*** PHONE LOG 11/10/2011 02:04:56 PM TDonnelly Action Type: Outgoing call
WRITER STATES:
1. SPOKE TO SVC MGR, JAMES (OH007)

Page 1 of 2

<u>Case History</u>
2. CALLING REGARDING TECHLINE CASE OPENED BY DEALER FOR GLASS CONCERNS
3. IS CAR STILL IN SHOP?
4. HAS DEALER REVIEWED WITH DPSM?
5. IS CAR STILL IN SHOP?
6. THANKED DEALER FOR INFO.

DEALER STATES:
1. WE HAVE REPLACED THE GLASS
2. DPSM, JACK SPARLING WAS HERE WHEN CAR CAME IN
3. TECHLINE ADVISED US TO REPLACE EVERYTHING, DPSM ADVISED TO REPLACE GLASS ONLY
4. CUSTOMER DID NOT ASK FOR TRANSPORTATION
5. CAR IS NO LONGER IN SHOP.

*** PHONE LOG 11/10/2011 02:07:57 PM TDonnelly Action Type: Outgoing call
WRITER STATES:
1. LEFT VM MESSAGE FOR CUSTOMER STATING WAS CALLING BECAUSE KMA HAD BEEN MADE
   AWARE CAR HAD GONE TO DEALER (OH007) FOR CONCERNS WITH GLASS FOR SUNROOF
2. ON BEHALF OF KMA, DO APOLOGIZE FOR THE CONCERNS
3. IF NOT RESOLVED BY DEALER OR ANY QUESTIONS, CONCERNS FOR KMA PLEASE CALL BACK
4. ADVISED 800#, REFERENCE.

*** CASE CLOSE 11/10/2011 02:09:15 PM TDonnelly Resolution Code = Veh. Repaired at Dlr.
CLOSED PENDING CALL BACK FROM CUSTOMER.


***********End Case Report K2094820 ********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014079



# Technical Assistance Center Case Report

Printed By:RNguyen-TL **Case Number -K2359966** 04/16/2013 12:09:16 PM

## Vehicle Data

**Model/Year:** 2011 OPTIMA EX TURBO  **Engine:**  **Model Code:** 55242

**VIN:** KNAGN4A68B5REDACTED  **Mileage:** 17300

**Prod Date:** 4/10/2011  **Warranty Start Date:** 7/24/2011

**Port Options:** CF, BA, CA, CN, CT, RF, WL

**Factory Options:** PB1, PB2, PB3, PB4, PB5, PB6, PBT

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** IND1014110   REDACTED   1730

**Phone:**  **Fax:**

**Contact:**  REDACTED  **Contact Title:**  **Service District:**

## Case Details

**Title:** Cust states sunroof shattered and wanted coverage on warranty

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**  **Solution ID:**

## Case History

*** PHONE LOG 09/21/2012 08:08:54 AM LStreenz Action Type:
Cust States

1 I am calling to see why my veh panaramic sunroof
2 I was driving an the sunroof shattered i think it was a rock that hit it
3 I was wondering why this would not be covered under warranty

Wtr Advised

1 I apologize for the concern
2 Provided 5/60k LBW, RSA, and 10/100k PTW active
3 With the rock hitting the sunroof would be considered an outside influence
4 Warranty covers manufacture defects

Cust States

1 Ok Thank You

*** CASE CLOSE 09/21/2012 08:08:55 AM LStreenz Resolution Code = Information Given.


***********End Case Report K2359966 *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506



# Technical Assistance Center Case Report

Printed By:RNguyen-TL

**Case Number -K2377883**

04/16/2013 12:09:47 PM

## Vehicle Data

**Model/Year:** 2011 OPTIMA SX     **Engine:**                      **Model Code:** 55282

**VIN:** KNAGR4A66B5REDACTED     **Mileage:** 20976

**Prod Date:** 4/12/2011     **Warranty Start Date:** 6/26/2011

**Port Options:** CF, BA, CA, CN, CT, WL

**Factory Options:** EST, LX1, LX2, LX4, PB1, PB2, PB3, PB4, PB5, PRT, PU8

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** IND1023512 REDACTED 1449

**Phone:**                          **Fax:**

**Contact:** REDACTED           **Contact Title:**                 **Service District:**

## Case Details

**Title:** sunroof shattered while driving

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**                          **Solution ID:**

## Case History

*** NOTES 10/24/2012 02:28:17 PM JeffStroup Action Type: Manager review
wtr notified by NCAM
1. customers vehicle at CA253
2. pq inspected vehicle for concern with sunroof glass broken

wtr spoke with Robert at CA253
1. confirmed customers phone number
2. sunroof has been replaced
3. she does perform maintenance at dlr
4. there is damage to the trunk lid and the roof
5. dlr waiting to hear from PQ if kia will be covering repairs

*** PHONE LOG 10/24/2012 02:34:08 PM JeffStroup Action Type: Outgoing call
wtr left voicemail for customer to call back.

*** NOTES 10/25/2012 10:34:29 AM JeffStroup Action Type: Manager review
wtr spoke with ncam who authorized to repair paint as gesture of GW

*** PHONE LOG 10/25/2012 10:42:28 AM JeffStroup Action Type: Incoming call
REDACTED called and stated:
1. returning your call
2. yes, i wrote a very detailed description of what happened and gave it to Robert at the dlr
3. yes, when the glass broke, it chipped the trunk really bad
4. that would be great, its a new car and it would suck to have the paint chips all over the back
5. when i had the glass repaired, they gave me a rental car and i already know that my insurance covers the rental vehicles
6. that would be really great if you would do something else too, no i take my car to the dealer and they do the oil changes for me which i pay for

Page 1 of 3

KMA00014081

**Case History**
7. ok i will call him later today

Wtr stated:
1. understand your vehicle was at dlr
2. do apologize for what happened
3. have you given a description of what happened or if not i would like to get a description of the incident
4. ok, i will get that information from Robert, as you undertand we are trying to investigate the concern and that would be of assistance
5. i understand that we have repaired the sunroof glass for you and also there is some paint concerns on the vehicle
6. as a gesture of goodwill, we would like to offer to repair the trunk area for you
7. again, we dont know what happened but would like to do this for customer satisfaction
8. i will also provide a loaner vehicle but the gas and extra insurance, if you opt for it, would be your responsibility
9. once the paint is repaired i would like to also do something for you, do you have a maintenance plan on the vehicle?
10. lets get the paint repaired first to make sure you are happy and then we will go from there
11. I will call Robert at the dlr to advise him that we will pay for the repairs as goodwill, please call him later today to schedule the repair
12. once you take the vehicle in, please let me know so i can follow up on the repairs

*** PHONE LOG 10/25/2012 10:42:58 AM JeffStroup Action Type: Outgoing call
wtr spoke with Robert at CA253
1. advised of customers phone call
2. Robert will contact customer to schedule repair appt.

*** NOTES 10/25/2012 10:56:36 AM JeffStroup Action Type: Manager review
wtr sent email to dlr, dpsm, and rcam

Robert,

As I advised over the phone, KMA would like to perform a goodwill to repair the paint that was chipped from the sunroof concern on the above vehicle. We will also authorize a rental during the repairs. Once you have the completed invoice, I will ask that you forward it to me and I will reimburse you on your dealer parts statement. If you have any questions, please let me know.

Thank you,


*** PHONE LOG 10/30/2012 08:24:40 AM JeffStroup Action Type: Outgoing call
wtr left voicemail for Robert at dlr to call back.

*** PHONE LOG 10/30/2012 11:10:03 AM JeffStroup Action Type: Incoming call
Robert from CA253 called and stated:
1. returning your call
2. her appt was actually for yesterday
3. she didnt show up for her appt
4. no, i havent spoken with her yet
5. thank you

wtr stated:
1. wanted to follow up to see if customer set appt
2. did she call or have you spoken with her since?
3. i will try and touch base with the customer
4. thank you

*** PHONE LOG 11/01/2012 09:22:27 AM JeffStroup Action Type: Outgoing call
wtr left voicemail for customer to call back.

*** PHONE LOG 11/01/2012 02:10:53 PM JeffStroup Action Type: Incoming call
REDACTED called and stated:
1. returning your call
2. i misplaced your number so im glad you called me
3. i dropped off the vehicle yesterday
4. they hope to have it done next week
5. thank you for calling

Wtr stated:
1. wanted to follow up with your vehicle
2. im glad that you were able to drop it off
3. i will be out of the office all next week but i will follow up with you when i return
4. thank you

*** PHONE LOG 11/12/2012 03:04:04 PM JeffStroup Action Type: Outgoing call
wtr left message for Robert at CA253 to call back.

*** PHONE LOG 11/12/2012 03:07:18 PM JeffStroup Action Type: Incoming call
Robert from CA253 called:
1. vehicle has been repaired and customer has picked up vehicle
2. dlr will send repair order to wtr for reimbursement.

*** PHONE LOG 11/12/2012 03:09:48 PM JeffStroup Action Type: Outgoing call

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

0421

KMA00014082

## Case History

wtr left voicemail for customer to call back.

*** NOTES 11/12/2012 03:18:07 PM JeffStroup Action Type: Manager review
wtr recieved RO from dealer

*** NOTES 11/12/2012 03:26:35 PM JeffStroup Action Type: Manager review
wtr submitted GW 83308 for dlr reimbursement

*** NOTES 11/14/2012 02:49:34 PM JeffStroup Action Type: Manager review
[!<For Internal Use Only: Dlr submitted warranty claim, wtr to delete GW to dlr.>!]

*** NOTES 11/15/2012 04:30:38 PM JeffStroup Action Type: Manager review
[!<For Internal Use Only: dlr submitted GW claim under warranty, wtr deleted AS400 GW>!]

*** PHONE LOG 11/15/2012 04:30:50 PM JeffStroup Action Type: Outgoing call
wtr left voicemail for customer to call back.

*** CASE CLOSE 12/10/2012 06:56:19 PM JeffStroup Resolution Code = Veh. Repaired at Dlr.
customer has not contacted wtr back. wtr closing case pending further contact from customer.


************End Case Report K2377883* *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014083

0422



# Technical Assistance Center Case Report

Printed By:RNguyen-TL

**Case Number -K2410399**

04/16/2013 12:10:03 PM

## Vehicle Data

**Model/Year:** 2012 OPTIMA HYBRID      **Engine:** G4KKCA139939      **Model Code:** Z5262

**VIN:** KNAGM4ADXC5REDACTED      **Mileage:** 14699

**Prod Date:** 5/28/2012      **Warranty Start Date:** 7/27/2012

**Port Options:** CF

**Factory Options:** HCN, LX1, LX2, LY3, LY4, P3G, P3H, P3K, PB1, PT6, PTE, VA5, VA6, VB5, VF2

## Freeze Frame Data

| | | |
|---|---|---|
| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** IND1042230 REDACTED 1312

**Phone:**      **Fax:**

**Contact:** REDACTED      **Contact Title:**      **Service District:**

## Case Details

**Title:** TL Escalation: Dlr states glass piece in front of sunroof shattered

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**      **Solution ID:**

## Case History

*** PHONE LOG 12/29/2012 01:00:46 AM sa Action Type:
Techline case (T2409785) created on 2012-12-28 14:03:12 by Central Kia of Lewisville.
Please contact dealership and customer to see if any further assistance can be provided and that the concerns have been addressed.Thank You.

--For Reference--
TL Case created by (Dealer Technician) : William Miles
TL Case creator phone : 4696715700
TL Case creator email : bill_miles1@yahoo.com
Below are the notes from the TL case describing the concern:

*** Performed by contact: William Miles, 4696715700
*** This is a Request for Assistance ***

Problem Description :
CUST STATES WHEN THE ICE ON THE ROOF OF THE VEHICLE THAWED SHE FOUND THE ROOF HEADER GLASS (FRONT OF SUNROOF)
WAS SHATTERED. DEALER INSPECTED FOR THE CONCERN BUT BECAUSE GLASS WAS SHATTERED NO AREA OF IMPACT COULD BE
DETERMINED. EXPLAINED TO CUSTOMER IF DUE TO COLD WEATHER ALL SHOULD HAVE SHATTERED. ARE THERE ANY KNOW ISSUES
WITH THE GLASS ROOF PANEL JUST FORWARD OF THE SUNROOF SHATTERING FOR NO APARENT REASON. HAVE SEARCHED FOR TSB,
PITSTOPS, ETC. BUT NONE AVAIL.

Diagnostics Performed :
VISUAL INSPECTION BUT BECAUSE GLASS IS SHATTERED NO VISABLE IMPACT POINT EVIDENT.

*** CASE ACCEPTED 01/02/2013 06:49:43 AM JHirshfield
from Queue Techline_90 to WIP West / Central.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0423**

KMA00014084

**Case History**
*** PHONE LOG 01/02/2013 02:59:52 PM MOtteson Action Type: Outgoing call
Called Central Kia of Lewisville spoke with Bill who states
1. In front of the sunroof on the optima there is a panel made of glass
2. Customer has vehicle back and very happy

Thanked and call ended

*** PHONE LOG 01/02/2013 03:11:06 PM MOtteson Action Type: Outgoing call
Called customer left VM to call back gave case and 800#

*** CASE CLOSE 01/02/2013 03:12:31 PM MOtteson Resolution Code = Information Given.


***********_End Case Report K2410399_ *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014085



# Technical Assistance Center Case Report

Printed By:RNguyen-TL

**Case Number -F2442098**

04/16/2013 12:07:04 PM

## Vehicle Data

**Model/Year:** 2012 OPTIMA HYBRID     **Engine:** G4KKCA233551     **Model Code:** Z5262

**VIN:** KNAGM4AD3C5REDACTED     **Mileage:** 420

**Prod Date:** 12/5/2012     **Warranty Start Date:** 1/29/2013

**Port Options:** CF, BA, CN, WL

**Factory Options:** HCN, LX1, LX2, LY3, LY4, P3G, P3H, P3K, PB1, PT6, PTE, VA5, VA6, VB5, VF2

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

## Dealer/Contact Data

**Dealer:** KIA001 KMA National Office

**Phone:**     **Fax:**

**Contact:** kfors kfors     **Contact Title:**     **Service District:** Please Specify

## Case Details

**Title:** Vehicle Panorama sunroof shattered while driving vehicle at highway speeds

**Symptom:**

**System:** Please Specify

**Component:**

**Resolution:**     **Solution ID:**

## Case History

***********End Case Report F2442098 *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0425**

KMA00014086



# Technical Assistance Center Case Report

Printed By:RNguyen-TL

**Case Number -T1973251**

04/16/2013 10:24:10 AM

## Vehicle Data

**Model/Year:** 2011 OPTIMA EX TURBO     **Engine:**     **Model Code:** 55242

**VIN:** KNAGN4A64B5REDACTED     **Mileage:** 112

**Prod Date:** 5/7/2011     **Warranty Start Date:** 6/21/2011

**Port Options:** CF, BA, CA, CT, WL

**Factory Options:** EST, LX1, LX2, LX4, PB1, PB2, PB3, PB4, PB5, PB6, PBT

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** IL017 Mike Miller Kia

**Phone:** (309) 693-1222     **Fax:** (309) 693-0322

**Contact:** Curtis Baumgart     **Contact Title:**     **Service District:** CE09

## Case Details

**Title:** Damage - General # sunroof glass shattered.

**Symptom:** Damage (General)

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:**     **Solution ID:**

## Case History

\*\*\* NOTES 06/27/2011 07:12:41 AM clarify Action Type: Manager review
\*\*\* Performed by contact: Curtis Baumgart, 3096931222
\*\*\* This is a Request for Assistance \*\*\*

Problem Description :
Customer stated he shut the sunroof andwas sitting in car learning vehicle operations, 30 seconds or so after closing the sunroof he heard a pop noise, glass panel between sunroof and windshield shattered

Diagnostics Performed :
took photos and advised will call them to get panel replaced, have you heard of this happening? anything we should be looking for when replacing this glass?

\*\*\* CASE DISPATCHED 06/27/2011 07:12:42 AM clarify
\*\*\* Performed by contact: Curtis Baumgart, 3096931222
from WIP default to Queue TL_Rondo_Opti_Borr.

\*\*\* CASE YANKED 06/27/2011 08:25:55 AM DFinkelstein-TL
Yanked by DFinkelstein-TL into WIPbin default.

\*\*\* PHONE LOG 06/27/2011 08:29:03 AM DFinkelstein-TL Action Type: Incoming call
Advice 1: Curtis, I have never heard of this before. It would be the 1st case we have seen. I would be looking for something making contact in the sunroof rail system. Contact DPSM for approval to replace the sunroof glass if needed .

\*\*\* CASE CLOSE 07/22/2011 04:23:00 AM clarify contact: Curtis Baumgart, 3096931222
Status = Closed, Resolution Code = Veh. Repaired at Dlr.
\*\*\* Performed by contact: Curtis Baumgart, 3096931222

Page 1 of 2

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0426**

KMA00014087

**Case History**
front glass replaced


\*\*\*\*\*\*\*\*\*\*\**End Case Report T1973251* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014088



# Technical Assistance Center Case Report

Printed By:RNguyen-TL     **Case Number -T2094330**     04/16/2013 10:24:32 AM

## Vehicle Data

**Model/Year:** 2011 OPTIMA SX     **Engine:** G4KHBH010705     **Model Code:** 55282

**VIN:** KNAGR4A66B5REDACTED     **Mileage:** 5326

**Prod Date:** 6/29/2011     **Warranty Start Date:** 8/19/2011

**Port Options:** CF, CA, CN, WL

**Factory Options:** PB1, PB2, PB3, PB4, PB5, PRT, PU8

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** OH007 Jeff Wyler Kia

**Phone:** (513) 752-3447     **Fax:** (513) 753-2290

**Contact:** Joshua Potts     **Contact Title:**     **Service District:** CE03

## Case Details

**Title:** Damage - General # Sunroof glass broke while driving

**Symptom:** Damage (General)

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:**     **Solution ID:**

## Case History

\*\*\* NOTES 11/09/2011 06:59:42 AM clarify Action Type: Manager review
\*\*\* Performed by contact: Joshua Potts, 5137523447
\*\*\* This is a Request for Assistance \*\*\*

Problem Description :
Customer states was driving along at highway speeds with sunroof cracked slightly and pass rear window down, was getting a lot of wind noise and went to roll rear window up about that time the window closed it sounded like an explosion and the sunroof glass shattered. Have you seen this before?

Diagnostics Performed :
I checked pit stops, tech times and tsbs

\*\*\* CASE DISPATCHED 11/09/2011 06:59:52 AM clarify
\*\*\* Performed by contact: Joshua Potts, 5137523447
from WIP default to Queue TL__Rondo_Opti_Borr.

\*\*\* CASE YANKED 11/09/2011 07:07:27 AM DFinkelstein-TL
Yanked by DFinkelstein-TL into WIPbin default.

\*\*\* CASE YANKED 11/09/2011 07:08:18 AM DFinkelstein-TL
Yanked by DFinkelstein-TL into WIPbin default.

\*\*\* PHONE LOG 11/09/2011 07:13:45 AM DFinkelstein-TL Action Type: Outgoing call
Advice 1: Joshua , we have not seen this on the Optima model. This would be the 1st case that I have heard of of this model/year. Please have service manager contact the DPSM to discuss actions to be taken on the vehicle for this customer and concern. Probably will need a complete sunroom assembly to be installed by body shop since front windshield needs to come out to put a panarama sunroof in.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014089

**0428**

**Case History**

*** CASE PRIORITY CHANGED 11/09/2011 07:13:56 AM DFinkelstein-TL
Case Priority Changed

*** CASE PRIORITY CHANGED 11/09/2011 07:14:20 AM DFinkelstein-TL
Case Priority Changed

*** CASE CLOSE 11/14/2011 01:13:41 PM clarify contact: Joshua Potts, 5137523447
Status = Closed, Resolution Code = Veh. Repaired at Dlr.
*** Performed by contact: Joshua Potts, 5137523447
DPSM approved to replace the glass only. replaced with new glass

***********End Case Report T2094330 *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014090



# Technical Assistance Center Case Report

Printed By:RNguyen-TL

**Case Number -T2373924**

04/16/2013 10:51:36 AM

## Vehicle Data

**Model/Year:** 2011 OPTIMA SX  **Engine:**  **Model Code:** 55282

**VIN:** KNAGR4A66B5 REDACTED  **Mileage:** 20976

**Prod Date:** 4/12/2011  **Warranty Start Date:** 6/26/2011

**Port Options:** CF, BA, CA, CN, CT, WL

**Factory Options:** EST, LX1, LX2, LX4, PB1, PB2, PB3, PB4, PB5, PRT, PU8

## Freeze Frame Data

| | | |
|---|---|---|
| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** CA253 Weseloh Kia Carlsbad

**Phone:** (760) 438-1001  **Fax:** (760) 547-2022

**Contact:** John Bennett  **Contact Title:**  **Service District:** WE03

## Case Details

**Title:** Sunroof - Inop # sunroof glass shattered

**Symptom:** Sunroof Inop

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:** Foreign Material  **Solution ID:**

## Case History

*** NOTES 10/17/2012 09:23:57 AM clarify Action Type: Manager review
*** Performed by contact: John Bennett, 7604381001
*** This is a Request for Assistance ***

Problem Description :
 sliding panel shattered on hiway.

Diagnostics Performed :
 sliding panel looks to have blown out ward. panel has hole approx  15 inches by 15 inches. . also has paint damage to deck lid and rear spoiler.
have you  had any other occurences.  like this

*** CASE DISPATCHED 10/17/2012 09:23:58 AM clarify
*** Performed by contact: John Bennett, 7604381001
from WIP default to Queue TL_Rondo_Opti_Borr.

*** CASE YANKED 10/17/2012 09:25:51 AM CSicairos
Yanked by CSicairos into WIPbin default.

*** PHONE LOG 10/17/2012 09:50:07 AM CSicairos Action Type: Web Contact
Advice 1: John, please take pictures of the damage and e-mail pictures to me at: csicairus@kiausa.com.  Will forward pictures to platform engineer for
review.  Do not attempt repairs at this time till further notice.

*** PHONE LOG 10/17/2012 12:45:24 PM CSicairos Action Type: Web Contact
Advice 1: John, thank you for the pictures and information, forwarded information to platform engineer and consumer affairs, getting additional
information at this will get back to you ASAP.

KMA00014091

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0430**

**Case History**
*** CASE PRIORITY CHANGED 10/17/2012 01:44:01 PM CSicairos
Case Priority Changed

*** NOTES 10/17/2012 04:07:12 PM JPerez-TL Action Type: Engineering review
John - Thank you for your immediate notification - I will be visiting your dealer tomorrow morning around 9:30 am. to inspect vehicle.  Thank you, Joe
Perez  KMA - Optima Platform Engineer
[!<For Internal Use Only: Carlos, I will be visiting the dealer tomorrow morning for further investigation.>!]

*** CASE CLOSE 10/26/2012 07:39:26 AM clarify contact: John Bennett, 7604381001
Status = Closed, Resolution Code = Veh. Repaired at Dlr.
*** Performed by contact: John Bennett, 7604381001
 replaced sliding panel. engeneering has old glass

*** CASE REOPENED 10/26/2012 10:46:49 AM CSicairos
with Condition of Open and Status of Working.

*** CASE CLOSE 10/26/2012 10:47:31 AM CSicairos Resolution Code = Foreign Material.
Replaced sunroof glass.


***********End Case Report T2373924 *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506
**0431**

KMA00014092



# Technical Assistance Center Case Report

Printed By:RNguyen-TL **Case Number -T2409785** 04/16/2013 10:24:51 AM

## Vehicle Data

**Model/Year:** 2012 OPTIMA HYBRID          **Engine:** G4KKCA139939          **Model Code:** Z5262

**VIN:** KNAGM4ADXC5 REDACTED          **Mileage:** 14699

**Prod Date:** 5/28/2012          **Warranty Start Date:** 7/27/2012

**Port Options:** CF

**Factory Options:** HCN, LX1, LX2, LY3, LY4, P3G, P3H, P3K, PB1, PT6, PTE, VA5, VA6, VB5, VF2

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** TX081 Central Kia of Lewisville

**Phone:** (469) 671-5700          **Fax:** (469) 671-5705

**Contact:** William Miles          **Contact Title:**          **Service District:** SO06

## Case Details

**Title:** Sunroof Glass Shattered #

**Symptom:** Parts

**System:** Please Specify

**Component:** Please Specify

**Resolution:**          **Solution ID:**

## Case History

*** NOTES 12/28/2012 06:03:12 AM clarify Action Type: Manager review
*** Performed by contact: William Miles, 4696715700
*** This is a Request for Assistance ***

Problem Description :
CUST STATES WHEN THE ICE ON THE ROOF OF THE VEHICLE THAWED SHE FOUND THE ROOF HEADER GLASS (FRONT OF SUNROOF) WAS SHATTERED. DEALER INSPECTED FOR THE CONCERN BUT BECAUSE GLASS WAS SHATTERED NO AREA OF IMPACT COULD BE DETERMINED. EXPLAINED TO CUSTOMER IF DUE TO COLD WEATHER ALL SHOULD HAVE SHATTERED. ARE THERE ANY KNOW ISSUES WITH THE GLASS ROOF PANEL JUST FORWARD OF THE SUNROOF SHATTERING FOR NO APARENT REASON. HAVE SEARCHED FOR TSB, PITSTOPS, ETC. BUT NONE AVAIL.

Diagnostics Performed :
VISUAL INSPECTION BUT BECAUSE GLASS IS SHATTERED NO VISABLE IMPACT POINT EVIDENT.

*** CASE DISPATCHED 12/28/2012 06:03:16 AM clarify
*** Performed by contact: William Miles, 4696715700
from WIP default to Queue TL_Rondo_Opti_Borr.

*** CASE YANKED 12/28/2012 07:55:08 AM CSicairos
Yanked by CSicairos into WIPbin default.

*** PHONE LOG 12/28/2012 07:57:22 AM CSicairos Action Type: Web Contact
Advice 1: William, please take pictures of glass and email to me at: csicairus@kiausa.com

*** NOTES 12/28/2012 08:36:39 AM clarify Action Type: Manager review
*** Performed by contact: William Miles, 4696715700

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014093

**0432**

**Case History**
Result of Advice 1:Carlos, photo's have been emailed to you
12-28-12 @ 10:36am

*** PHONE LOG 12/28/2012 08:41:28 AM CSicairos Action Type: Web Contact
Advice 1: Thank you for the pictures, Get a new one coming for this vehicle and see if it can be removed without braking the glass more than it is broken, may need to send part in to KMA.

*** CASE CLOSE 01/25/2013 08:28:50 AM clarify contact: William Miles, 4696715700
Status = Closed, Resolution Code = Veh. Repaired at Dlr.
*** Performed by contact: William Miles, 4696715700
Replaced front roof panel glass located forward of sun roof.


***********_End Case Report T2409785_ *********************

Page 2 of 2

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0433**

KMA00014094

| VIN | MY | MDL | MDL_NAME | MFG_DATE | PROD_YR_MON | DATE_RTL | CD_EXT | DIS_DEFECT | CD_INT | TM |
|-----|-----|-----|----------|----------|-------------|----------|--------|------------|--------|-----|
| KNAGR4A68B5 REDACTED | 2011 | TF | OPTIMA | 4/13/2011 | 2011-04 | 40680 | ABT | 121 | VA | 2 |
| KNAGN4A73B5 REDACTED | 2011 | TF | OPTIMA | 4/27/2011 | 2011-04 | 40712 | ABT | 269 | 87 | 2 |
| KNAGR4A66B5 REDACTED | 2011 | TF | OPTIMA | 4/13/2011 | 2011-04 | 40721 | EB | 476 | VA | 2 |
| KNAGR4A66B5 REDACTED | 2011 | TF | OPTIMA | 4/13/2011 | 2011-04 | 40721 | EB | 476 | VA | 2 |
| KNAGN4A7XB5 REDACTED | 2011 | TF | OPTIMA | 4/1/2011 | 2011-04 | 40683 | 3D | 502 | 87 | 2 |
| KNAGR4A66B5 REDACTED | 2011 | TF | OPTIMA | 5/30/2011 | 2011-05 | 40796 | ABT | -42 | VA | 2 |
| KNAGN4A64B5 REDACTED | 2011 | TF | OPTIMA | 5/8/2011 | 2011-05 | 40716 | ABT | 5 | 87 | 2 |
| KNAGN4A77B5 REDACTED | 2011 | TF | OPTIMA | 11/13/2010 | 2010-11 | 40613 | D0 | 196 | UP | 2 |
| KNAGR4A61B5 REDACTED | 2011 | TF | OPTIMA | 1/21/2011 | 2011-01 | 40638 | IY | 105 | VA | 2 |
| KNAGN4A78B5 REDACTED | 2011 | TF | OPTIMA | 6/23/2011 | 2011-06 | 40809 | D0 | -23 | UP | 2 |
| KNAGR4A64B5 REDACTED | 2011 | TF | OPTIMA | 1/12/2011 | 2011-01 | 40649 | IY | 570 | VA | 2 |
| KNAGN4A68B5 REDACTED | 2011 | TF | OPTIMA | 5/4/2011 | 2011-05 | 40717 | ABT | 358 | 87 | 2 |
| KNAGN4A71B5 REDACTED | 2011 | TF | OPTIMA | 2/7/2011 | 2011-02 | 40644 | STM | 196 | UP | 2 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014095

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KNAGN4A70B5 REDACTED | 2011 | TF | OPTIMA | 1/23/2011 | 2011-01 | 40621 | D0 | 532 | UP | 2 |
| KNAGR4A64B5 REDACTED | 2011 | TF | OPTIMA | 4/29/2011 | 2011-04 | 40798 | IY | 24 | VA | 2 |
| KNAGR4A64B5 REDACTED | 2011 | TF | OPTIMA | 4/29/2011 | 2011-04 | 40798 | IY | 24 | VA | 2 |
| KNAGR4A66B5 REDACTED | 2011 | TF | OPTIMA | 6/30/2011 | 2011-06 | 40775 | SWP | 79 | VA | 2 |
| KNAGR4A60B5 REDACTED | 2011 | TF | OPTIMA | 3/11/2011 | 2011-03 | 40705 | IY | 201 | VA | 2 |
| KNAGR4A6XB5 REDACTED | 2011 | TF | OPTIMA | 3/4/2011 | 2011-03 | 40644 | SWP | 371 | VA | 2 |
| KNAGR4A6XB5 REDACTED | 2011 | TF | OPTIMA | 3/4/2011 | 2011-03 | 40644 | SWP | 371 | VA | 2 |
| KNAGN4A75B5 REDACTED | 2011 | TF | OPTIMA | 3/2/2011 | 2011-03 | 40682 | SWP | 102 | 87 | 2 |
| KNAGN4A7XB5 REDACTED | 2011 | TF | OPTIMA | 7/11/2011 | 2011-07 | 40785 | SWP | 454 | UP | 2 |
| KNAGR4A66B5 REDACTED | 2011 | TF | OPTIMA | 5/26/2011 | 2011-05 | 40735 | ABT | 207 | VA | 2 |
| KNAGR4A66B5 REDACTED | 2011 | TF | OPTIMA | 5/26/2011 | 2011-05 | 40735 | ABT | 207 | VA | 2 |

| RO_DATE | ro_yr_mon | MILEAGE | PNC | system | OPCODE | OP_CD_DESC | CD_NATURE | CD_CAUSE |
|---|---|---|---|---|---|---|---|---|
| 2011/9/15 | 2011-09 | 5700 | 81620 | | 81643RZZ | | N88 | C06 |
| 2012/3/13 | 2012-03 | 3656 | 81620 | | 81600RZZ | | N94 | C07 |
| 2012/10/15 | 2012-10 | 20976 | 81630 | BO | 81616R00 | Panorama Sunroof Rear Glass Assy | N59 | C06 |
| 2012/10/15 | 2012-10 | 20976 | 81630 | | 81616RZZ | | N59 | C06 |
| 2012/10/3 | 2012-10 | 29327 | 81616 | | 81612RZZ | | N50 | C03 |
| 2011/7/30 | 2011-07 | 4 | 81630 | | 81600RZZ | | N29 | C06 |
| 2011/6/27 | 2011-06 | 112 | 81620 | BO | 81643R00 | Deflector Glass Assy | N88 | C06 |
| 2011/9/23 | 2011-09 | 21639 | 81620 | BO | 81610R0A | Panorama Sunroof Sliding Glass Assy, R&R | N94 | C06 |
| 2011/7/19 | 2011-07 | 12899 | 81630 | BO | 81610R0A | Panorama Sunroof Sliding Glass Assy, R&R | N94 | C07 |
| 2011/8/31 | 2011-08 | 21 | 81650 | BO | 81600R0A | Panorama Sunroof Assy, R&R | N94 | C31 |
| 2012/11/6 | 2012-11 | 28549 | 81616 | BO | 81612R00 | Panoramaroof Rear Glass Panel Assy, R&R | N59 | C07 |
| 2012/6/15 | 2012-06 | 9025 | 81620 | | 81612RZZ | | N59 | C03 |
| 2011/10/24 | 2011-10 | 8525 | 81620 | | 81610RZZ | | N94 | C07 |

| 2012/9/1 | 2012-09 | 17532 | 81616 | BO | 81612R00 | Panoramaroof Rear Glass Panel Assy, R&R | N59 | C07 |
|---|---|---|---|---|---|---|---|---|
| 2011/10/6 | 2011-10 | 784 | PAINT | PA | 99GTXTCZ | | | P39 |
| 2011/10/6 | 2011-10 | 784 | PAINT | PA | 99GTXTCZ | | | P39 |
| 2011/11/7 | 2011-11 | 5326 | 81630 | BO | 81610R0A | Panorama Sunroof Sliding Glass Assy, R&R | N94 | C06 |
| 2011/12/29 | 2011-12 | 15798 | 81620 | BO | 81643R00 | Deflector Glass Assy | N88 | C03 |
| 2012/4/16 | 2012-04 | 25828 | 81600 | BO | 81600R0A | Panorama Sunroof Assy, R&R | N95 | C38 |
| 2012/4/16 | 2012-04 | 25828 | 81600 | | 81600RZZ | | N95 | C38 |
| 2011/8/29 | 2011-08 | 7391 | 81620 | BO | 81610R0A | Panorama Sunroof Sliding Glass Assy, R&R | N94 | C06 |
| 2012/11/26 | 2012-11 | 26526 | 81630 | BO | 81600R0A | Panorama Sunroof Assy, R&R | N29 | C06 |
| 2012/2/3 | 2012-02 | 11241 | 81630 | BO | 81690R00 | Panorama Sunroof Mechanism Assy, R&R | N59 | C06 |
| 2012/2/3 | 2012-02 | 11241 | 81630 | | 81690RZZ | | N59 | C06 |

| COND_DESC | PARTS | LABOR | SUBLET | TOTAL | CHMODE | PFP | PARTNAME | PORT | REGION |
|---|---|---|---|---|---|---|---|---|---|
| | 191.43 | 0 | 72 | 263.43 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | HU | WE |
| | 199.47 | 0 | 90 | 289.47 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | HU | WE |
| | 372.52 | 115.38 | 0 | 487.9 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | HU | WE |
| | 0 | 0 | 60 | 60 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | HU | WE |
| | 245.25 | 0 | 293.08 | 538.33 | W | 81616 2T010 | GLASS ASSY-PANORAMAR | TC | WE |
| per Ed LEase and Jim Peterson | 0 | 0 | 1018.37 | 1018.37 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | JX | SO |
| | 194.46 | 0 | 75 | 269.46 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | TC | CE |
| | 191.43 | 0 | 50 | 241.43 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | TC | CE |
| | 306.16 | 53.79 | 399.54 | 759.49 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | JX | SO |
| | 1300.16 | 553.32 | 0 | 1853.48 | W | 81650 2T000 | RAIL ASSY-PANORAMARO | JX | SO |
| | 245.25 | 0 | 195.9 | 441.15 | W | 81616 2T010 | GLASS ASSY-PANORAMAR | PH | SO |
| | 199.47 | 0 | 65 | 264.47 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | TC | CE |
| | 220.15 | 0 | 150 | 370.15 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | PH | EA |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014099

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1066.31 | 0 | 425 | 1491.31 | W | 81616 2T010 | GLASS ASSY-PANORAMAR | PH | EA |
| 372.55 | 0 | 411.85 | 784.4 | P | PAINT | | PH | EA |
| 0 | 0 | 210 | 210 | P | PAINT | | PH | EA |
| 341.18 | 32.4 | 0 | 373.58 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | TC | CE |
| 191.43 | 0 | 65 | 256.43 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | TC | CE |
| 3141.38 | 725.4 | 600 | 4466.78 | W | 81600 2T03087 | PANORAMA ROOF ASSY | TC | WE |
| 0 | 0 | 420 | 420 | W | 81600 2T03087 | PANORAMA ROOF ASSY | TC | WE |
| 191.43 | 0 | 125 | 316.43 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | PH | EA |
| 355.51 | 28.2 | 0 | 383.71 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | PH | EA |
| 355.51 | 267.6 | 0 | 623.11 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | MT | SO |
| 0 | 0 | 350 | 350 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | MT | SO |

| DISTRICT | DLR | DLRNAME | CITY | ST | CLM_TYPE | CHWONO | MILE_LMT | MDL_CD | DTC | TIS |
|----------|-----|---------|------|----|----------|--------|----------|--------|-----|-----|
| 03 | CA231 | FULLER FORD, INC. | CHULA VISTA | CA | W | 17284 A | 60000 | 55282 | | 191 |
| 03 | CA231 | FULLER FORD, INC. | CHULA VISTA | CA | W | 26828 A | 60000 | 53242 | | 284 |
| 03 | CA253 | WESELOH MOTORS, INC. | CARLSBAD | CA | W | 16235 A | 60000 | 55282 | | 491 |
| 03 | CA253 | WESELOH MOTORS, INC. | CARLSBAD | CA | W | 16235 N | 60000 | 55282 | | 491 |
| 07 | CO034 | EME, LLC | LONGMONT | CO | W | 03982 1 | 60000 | 53242 | | 509 |
| 09 | GA073 | ED VOYLES MOTOR COMPANY | SMYRNA | GA | W | 26005 1 | 60000 | 55282 | | 282 |
| 10 | IL017 | MIKE MILLER AUTOMOTIVE, INC. | PEORIA | IL | W | 11434 4 | 60000 | 55242 | | 155 |
| 06 | MI014 | THELEN, INC. | BAY CITY | MI | W | 17812 B | 60000 | 53242 | | 258 |
| 08 | MS017 | MCNATT-MUNN MOTORS, LLC | MCCOMB | MS | W | 79098 A | 60000 | 55282 | | 233 |
| 08 | MS017 | MCNATT-MUNN MOTORS, LLC | MCCOMB | MS | W | 79949 A | 60000 | 53242 | | 62 |
| 03 | NC052 | KOG, INC. | LOWELL | NC | W | 64651 E | 60000 | 55282 | | 580 |
| 10 | NE004 | AFGI, LLC | GRAND ISLAND | NE | W | 07268 1 | 60000 | 55242 | | 384 |
| 05 | NJ009 | MAHWAH SALES & SERVICE, INC. | MAHWAH | NJ | W | 46117 1 | 60000 | 53242 | | 227 |

KMA00014101

| 06 | NJ059 | JAB ENTERPRISES, LLC | FREEHOLD | NJ | W | 18928 1 | 60000 | 53242 | | 572 |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | NY082 | FUCCILLO ENTERPRISES OF GREECE | ROCHESTER | NY | P | 32053 A | 36000 | 55282 | | 73 |
| 13 | NY082 | FUCCILLO ENTERPRISES OF GREECE | ROCHESTER | NY | P | 32053 N | 36000 | 55282 | | 73 |
| 03 | OH007 | JEFF WYLER CHEVROLET, INC. | BATAVIA | OH | W | 11825 5 | 60000 | 55282 | | 96 |
| 02 | OH065 | CLASSIC ASIAN IMPORTS, LLC | STREETSBORO | OH | W | 09881 1 | 60000 | 55282 | | 247 |
| 09 | OR015 | RUSTOM AUTOMOTIVE, LLC | PORTLAND | OR | W | 19794 1 | 60000 | 55282 | | 413 |
| 09 | OR015 | RUSTOM AUTOMOTIVE, LLC | PORTLAND | OR | W | 19794 N | 60000 | 55282 | | 436 |
| 12 | PA024 | C. HARPER CHEVROLET, INC. | Belle Vernon | PA | W | 42471 A | 60000 | 53242 | | 189 |
| 07 | PA066 | SUSSMAN KPA, INC. | JENKINTOWN | PA | W | 32912 A | 60000 | 53242 | | 476 |
| 01 | TX058 | SOUTH POINT IMPORTS, INC. | AUSTIN | TX | W | 91319 9 | 60000 | 55282 | | 226 |
| 01 | TX058 | SOUTH POINT IMPORTS, INC. | AUSTIN | TX | W | 91319 N | 60000 | 55282 | | 233 |

| CD_OPT | CD_ACC | DATE_RECD | ODEPCS |
|---|---|---|---|
| 65 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PRT PU8 CF BA CA CN CT WL 10 11 18 | 40668 | |
| A4 | EST LX1 LX2 LX4 PB PB1 PB2 PB3 PB4 PB5 PB6 CF CA CN 10 11 18 25 | 40686 | |
| 65 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PRT PU8 CF BA CA CN CT WL 10 11 18 | 40668 | 800 |
| 65 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PRT PU8 CF BA CA CN CT WL 10 11 18 | 40668 | |
| 30 | PB PB1 PB2 PB3 PB4 PB5 PB6 CF 10 11 18 25 | 40658 | |
| 60 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PR CF CA CN 10 11 18 25 | 40731 | |
| 40 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PB6 PBT CF BA CA CT WL 10 11 18 25 | 40694 | 800 |
| 30 | PB PB1 PB2 PB3 PB4 PB5 PB6 CF 10 11 18 25 | 40532 | 800 |
| 50 | PB1 PB2 PB3 PB4 PB5 PR CF BA CA CN CT WL 10 11 18 25 | 40604 | 800 |
| 40 | EST LX1 LX2 LX4 PB PB1 PB2 PB3 PB4 PB5 PB6 CF BA CA WL 10 11 18 25 | 40749 | 800 |
| 65 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PRT PU8 CF CA CN CT 10 11 18 25 | 40600 | 800 |
| 40 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PB6 PBT CF CA 10 11 18 25 | 40689 | |
| A3 | PB PB1 PB2 PB3 PB4 PB5 PB6 CF BA CA CN CT 10 11 18 25 | 40626 | |

KMA00014103

| | | | |
|---|---|---|---|
| 38 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 POH CF CA CN CT 10 11 18 25 | 40607 | 800 |
| 60 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PR CF CA WL 10 11 18 25 | 40711 | |
| 60 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PR CF CA WL 10 11 18 25 | 40711 | |
| 55 | PB1 PB2 PB3 PB4 PB5 PRT PU8 CF CA CN WL 10 11 18 25 | 40745 | 800 |
| 55 | PB1 PB2 PB3 PB4 PB5 PRT PU8 CF BA CN CT WL 10 11 18 25 | 40637 | 800 |
| 65 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PRT PU8 CF BA CA CN CT WL 10 11 18 | 40631 | 800 |
| 65 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PRT PU8 CF BA CA CN CT WL 10 11 18 | 40631 | |
| A3 | PB PB1 PB2 PB3 PB4 PB5 PB6 CF BA CA CN CT 10 11 18 25 | 40641 | 800 |
| A4 | EST LX1 LX2 LX4 PB PB1 PB2 PB3 PB4 PB5 PB6 CF BA CA CN CT 10 11 18 25 | 40771 | 800 |
| 60 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PR CF BA CN CT WL 08 09 11 18 25 | 40717 | 800 |
| 60 | EST LX1 LX2 LX4 PB1 PB2 PB3 PB4 PB5 PR CF BA CN CT WL 08 09 11 18 25 | 40717 | |

| pncdesc | date_mfg | date_paid | date_approve | YEAR_APPROVE |
|---|---|---|---|---|
| 81620 FRAME ASSYSUNROOF | 40646 | 40830 | 40827 | 2011 |
| 81620 FRAME ASSYSUNROOF | 40660 | | 40990 | 2012 |
| 81630 GLASS ASSYPANORAMAR | 40646 | | 41206 | 2012 |
| 81630 GLASS ASSYPANORAMAR | 40646 | | 41206 | 2012 |
| 81616 SCREWFRT STOPPER | 40634 | | 41186 | 2012 |
| 81630 GLASS ASSYPANORAMAR | 40693 | 41075 | 41072 | 2012 |
| 81620 FRAME ASSYSUNROOF | 40671 | 40770 | 40756 | 2011 |
| 81620 FRAME ASSYSUNROOF | 40495 | 40816 | 40810 | 2011 |
| 81630 GLASS ASSYPANORAMAR | 40564 | 40770 | 40760 | 2011 |
| 81650 RELAYSUNROOF | 40717 | 40816 | 40802 | 2011 |
| 81616 SCREWFRT STOPPER | 40555 | 41228 | 41226 | 2012 |
| 81620 FRAME ASSYSUNROOF | 40667 | | 41095 | 2012 |
| 81620 FRAME ASSYSUNROOF | 40581 | 40862 | 40859 | 2011 |

| | | | | |
|---|---|---|---|---|
| 81616 SCREWFRT STOPPER | 40566 | | 41187 | 2012 |
| PAINT | 40662 | 40847 | 40845 | 2011 |
| PAINT | 40662 | 40847 | 40845 | 2011 |
| 81630 GLASS ASSYPANORAMAR | 40724 | 40862 | 40861 | 2011 |
| 81620 FRAME ASSYSUNROOF | 40613 | 40921 | 40910 | 2012 |
| 81600 SUNROOF ASSYSLIDING | 40606 | | 41051 | 2012 |
| 81600 SUNROOF ASSYSLIDING | 40606 | 41075 | 41074 | 2012 |
| 81620 FRAME ASSYSUNROOF | 40604 | 40801 | 40787 | 2011 |
| 81630 GLASS ASSYPANORAMAR | 40735 | 41257 | 41255 | 2012 |
| 81630 GLASS ASSYPANORAMAR | 40689 | | 40955 | 2012 |
| 81630 GLASS ASSYPANORAMAR | 40689 | | 40962 | 2012 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014106

| note |
|------|
| GLASS PIECE BETWEEN THE SUNROOF AND THE WINDSHIELD SHATTERED      VERIFIED. SPECIAL ORDERED GLASS. SUBLET TO ALLSTAR TO REPLACE GLASS |
| GLASS STRIP BETWEEN WINDSHIELD AND SUNROOF SHATTERED      VERIFIED PANORAMA PANEL SHATTERED POSSIBLY FROM CAR FLEX OR STRESS. SUBLET REPAIR TO ALLSTART GLASS TO REPLACE PANEL |
| CONDITION: CUSTOMER STATES WHEN DRIVING ON FREEWAY HEAR BANG THE SUNROOF GLASS BLEW OUT AND PIECE OF GLASS HIT BACK OF CAR CAUSING MULTIPLE SCRATCHES. CHECK,ADVISE \| CAUSE: FRONT SUNROOF GLASS BROKE WHILE DRIVING ON FREEWAY. \| CORRECTION: 20976 120 FOUND SUNROOF GLASS BROKEN IN MIDDLE OF GLASS WITH SMALL PIECES OF GLASS ALL OVER VEHICLE. KIA ENGINEERS TOOK GLASS FOR FURTHER INSPECTION OF BRAKING CAUSE. REPLACED FRONT SUNROOF GLASS AND AND COVER NEEDED. CLEANED VEHIC |
| CONDITION: CUSTOMER STATES WHEN DRIVING ON FREEWAY HEAR BANG THE SUNROOF GLASS BLEW OUT AND PIECE OF GLASS HIT BACK OF CAR CAUSING MULTIPLE SCRATCHES. CHECK,ADVISE \| CAUSE: FRONT SUNROOF GLASS BROKE WHILE DRIVING ON FREEWAY. \| CORRECTION: 20976 120 FOUND SUNROOF GLASS BROKEN IN MIDDLE OF GLASS WITH SMALL PIECES OF GLASS ALL OVER VEHICLE. KIA ENGINEERS TOOK GLASS FOR FURTHER INSPECTION OF BRAKING CAUSE. REPLACED FRONT SUNROOF GLASS AND AND COVER NEEDED. CLEANED VEHIC |
| REAR PANARAMIC ROOF GLASS HAS CRACKING IN GLASS TRIM EDGE      INSPECTED AND SAW CRACKING ON GLASS TRIM. TOOK PHOTO AND SENT TO DPSM FOR APPROVAL OF REPLACEMENT OF GLASS. SUBLETTED INSTALATION OF GLASS.  PWA # P9L4SNRFGLS128879 |
| FOUND AT PDI SUNROOF GLASS SHATTERD      SUNROOF GLASS SHATTERD AND FRAME MECHANISM FORSUNROOF GLASS BROKE ON RT SIDE NEC TO REPLACE COMPLETE PANORAMA SUNROOF ASSEMBLY AND CLEAN SHATTERED GLASS FROM VEHICLE 81600R0A 7.2 N95 C31 AND 1.0 ST TO CLEAN GLASS FROM INTERIOR AND ROOFAREA      PER JIM PETERSON ENTER IN AS A REGULAR WARRANTY CLAIM 3/29/12.. Claim is going in as partial goodwill as per Ed Lease and Jim Peterson. # 101 |
| CONDITION: CUSTOMER STATES THAT GLASS ON SUNROOF BROKEN      \| CAUSE: TESTED AND VERIFIED CUSTOMER CONCERN . GLASS BROKE WHILE DRIVING DOWN THE ROAD . NOT THE SLIDING GLASS BUT THE FRONT DEFLECTOR GLASS \| CORRECTION: REPLACED DEFLECTOR GLASS AND VERIFIED CORRECTIONS . SUBLET REPAIRS NATE MISCHLER. 81620-2T000 81643R00 .0 N88 C06 |
| CUSTOMER STATES PANORAMA GLASS BROKE - KIA DPSM AGREED TO COVER.      HAD TO SUBLET TO HARMON GLASS COMPANY TO PERFORM REPLACMENT      Approved |
| CONDITION: CUST STATES SUNROOF BLEW OUT IN TRAFFIC PLEASE CHECK & ADVISE \| CAUSE: N94 \| CORRECTION: TT TIME DUE TO EXTRA TIME TO CLEAN ALL RESIDUAL GLASS FROM TRACKS,HEADLINER,SUNSHADE ASWELL OK PER DPSM GOODWILL FROM BREAKAGE--FOUND12 SP OTS THAT APPEAR TO BE ROCK PECKS ON VEHICLE WIN DSHIELD. SUBLET PAIT RR DECK LID DUE TOSCRATCH ES FROM BROKEN GLASS--EAST MCCOMB BODYSHOP, DPSM APPROVAL #RKSG116270.  PWA#KC719GLASS.  TT TIME DUE TO EXTRA TIME TO CLEAN ALL RESIDUAL |
| CONDITION: AS PER SALES MGR-SUNROOF EXPLODED WITH NO EXPLANATION \| CAUSE: N94 \| CORRECTION: WHILE DRIVING ROOF EXPLODED, SALES MGR FOUND NO EVIDENCE OF IMPACT--CONTACTED DPSM, APPR PWA F OR REPALCE GLASS ASSY. WHILE REMOVING GLASS, HA D TO OPEN SLIDE AND GLASS CHIPS HAD FALLEN INTO RAIL AND BROKE GUIDE ON SLIDER RAIL--ORDERED AND REPLACE RAIL ASSY WITH THE NEW GLASS. R&R AL L COMPONENTS, HEADLINER, SEATS, TRIMS, ATEC AND REINSTALLED ALL. VERIFIED WORKING PROPERLY AT |
| CUSTOMER STATES THE GLASS IS CRACKING ALL AROUND THE EDGES OF THE REAR SUNROOF GLASS      VERIFIED GLASS CRACKING, SUBLET TO HAVE REAR SUNROOF GLASS REPLACED      SUBLET WORK DONE AT GASTON AUTO GLASS |
| owner states the piece of glass between the windshield and sun roof shattered, verified got approval from dpsm to replace glass, sublet out to auto glass pro to replace |
| CUSTOMER STATES CHECK SUNROOF BETWEEN SUNROOF AND WINDHIELD GLASS IS CRACKED/SHATTERED      REPLACE PANORAMIC SUNROOF GLASS, SUBLET TO SUPERIOR GLASS      RS- REPAIR SUNROOF ASM |

| |
|---|
| 10.5.2012(GK) DPSM approved the roof replacement  C/S TRIM AROUND PANORAMIC ROOF IS ALL CRACKED  R&R FRONT AND REAR PANORAMA FRONT GLASS AND REAR GLAS PANELS |
| CONDITION: CUSTOMER STATES THE MOON GLASS SHATTERED WHEN DRIVING ON THE EXPRESSWAY | CAUSE: AFTER DIAG FOUND THE MOONROOF WAS BROKEN.COULD NOT FIND ANY REASON FOR THE ROOF TO BREAK. TALKED TO DSPM AND HE APPROVED WORK. ALSO FOUND THE TRUNK AND SPOILER WERE DAMAGED WHEN THE GLASS PIECES WERE COMING OFF AND MAKING CONTACT. | CORRECTION: REPAIRED AND PAINTED TRUNK AND SPOILER,INSTALLED NEW ROOF GLASS          Refer to Rental claim 32053 Nv01. |
| CONDITION: CUSTOMER STATES THE MOON GLASS SHATTERED WHEN DRIVING ON THE EXPRESSWAY | CAUSE: AFTER DIAG FOUND THE MOONROOF WAS BROKEN.COULD NOT FIND ANY REASON FOR THE ROOF TO BREAK. TALKED TO DSPM AND HE APPROVED WORK. ALSO FOUND THE TRUNK AND SPOILER WERE DAMAGED WHEN THE GLASS PIECES WERE COMING OFF AND MAKING CONTACT. | CORRECTION: REPAIRED AND PAINTED TRUNK AND SPOILER,INSTALLED NEW ROOF GLASS          Refer to Original claim 32053 Av01. |
| CONDITION: CUSTOMER STATES WAS DRIVING ALONG AT HIGHWAY SPEEDS WITH SUN ROOF CRACKED SLIGHTLY AND PASS REAR WINDOW DOWN, WAS GETTING ALOT OF WIND BUFFETING NOISE AND WENT TO ROLL REAR WINDOW UP ABOUT THE TIME THE WINDOW CLOSED IT SOUNDED LIKE AN EXPLOSIO N AND THE S | CAUSE: CONTACTED KIA TECH FOR ASSISTANCE AND WAS INSTRUCTED TO REPL ACE SUN ROOF GLASS ASSEMBLY. | |
| CONDITION: INSTALL SOP GLASS ABOVE SUNROOF.....PER BRYAN MULLIGAN | CAUSE: VERIFIED GLASS SPIDERED, AND CRACKED UNDER PRESSURE. NO EVIDENCE OF ANYTHING HITTING GLASS. | CORRECTION: REPALCED FRONT PANEL OF PANORAMIC SHADED GLASS. 81610R0A .4 N94-C07 |
| THE MOONROOF GLASS BLEW OUT, CAUSING DAMAGE TOTHE TRUNK LID.                          REPLACED PANARAMA ROOF ASSEMBLY, AND SUBLET FOR TRUNK LID REFINISHING.          Refer to Rental claim 19794 Nv01. |
| THE MOONROOF GLASS BLEW OUT, CAUSING DAMAGE TO THE TRUNK LID.                          REPLACED PANARAMA ROOF ASSEMBLY, AND SUBLET FOR TRUNK LID REFINISHING.          Refer to Original claim 19794 1v01.          Approved |
| CUSTOMER STATES GLASS IN SUNROOF SHATTERED    VERIFY CONCERN REPLACE GLASS          9/1/11- Claim reviewed and approcved.  Cust opened sunroof and glass shattered.<br>SDE |
| CONDITION: CUSTOMER STATES WHILE DRIVING AT HIGHWAY SPEEDS SUNROFF SHATTERED....CK CAR OUT AND CONTACT KIA TO SEE IF REPAIR WOULD BE COVERED UNDER WARRANTY | CAUSE: REPLACE SUNROOF GLASS  TECH VERIFIED THE CUSTOMERS CONCERN. TECH FOUND SUNROOF GLASS BROKEN. TECH REPLACED THE GLASS AND CLEANED UP THE GLASS BY VAC THE FLOOR AND TRACKS. |
| CONDITION: C/S SUNROOF MADE A LOUD BANG WHILE ECONDITION: CUSTOMER REQUEST RENTAL CARXPLODING-CHECK AND ADVIS | CAUSE: FRONT GLASS SHATTERED | CORRECTION: R/R FRONT GLASS ASSY-R/R SUNROOF MECHANISM TO REMOVE ALL GLASS TO GUIDES AND TRACK ASSY 81610R00 .4 N59 C06 81690R00 2.6     Refer to Rental claim 91319 Nv01. |
| CONDITION: C/S SUNROOF MADE A LOUD BANG WHILE ECONDITION: CUSTOMER REQUEST RENTAL CARXPLODING-CHECK AND ADVIS | CAUSE: FRONT GLASS SHATTERED | CORRECTION: R/R FRONT GLASS ASSY-R/R SUNROOF MECHANISM TO REMOVE ALL GLASS TO GUIDES AND TRACK ASSY 81610R00 .4 N59 C06 81690R00 2.6     Refer to Original claim 91319 9v01.          Approved |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014108

| STATUS |
|--------|
| A |
| A |
| A |
| A |
| A |
| A |
| A |
| A |
| A |
| A |
| A |
| A |
| A |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014109

A

A

A

A

A

A

A

A

A

A

A

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014110

| Row Labels | Count of VIN |
|---|---|
| 2011-06 | 1 |
| 2011-07 | 2 |
| 2011-08 | 2 |
| 2011-09 | 2 |
| 2011-10 | 3 |
| 2011-11 | 1 |
| 2011-12 | 1 |
| 2012-02 | 2 |
| 2012-03 | 1 |
| 2012-04 | 2 |
| 2012-06 | 1 |
| 2012-09 | 1 |
| 2012-10 | 3 |
| 2012-11 | 2 |
| Grand Total | 24 |



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014111

| Row Labels | Count of VIN |
|---|---|
| 2010-11 | 1 |
| 2011-01 | 3 |
| 2011-02 | 1 |
| 2011-03 | 4 |
| 2011-04 | 7 |
| 2011-05 | 5 |
| 2011-06 | 2 |
| 2011-07 | 1 |
| **Grand Total** | **24** |



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014112



## QIR Report

[ QIR Info ] [ **Detail Info** ]

Comment  Close

| | | | |
|---|---|---|---|
| 1 | QIS | 05/10/2013 | Robert Nguyen |
| 2 | QIRF | 04/22/2013 | Robert Nguyen |
| | | | |
| | | | |
| | | | |

**QIS**

- 1. Condition | Henry(Hong - ryeul) Park | 05/10/2013

Shattered Panorama Sunroof Glass

- 2. Cause

Estimate of the damage caused by external shocks

- 3. Countermeasure

The sunroof glass breakage tests and related laws and regulations KMA request data sent already

- 4. Field Fix Method

- 5. Comment

**QIRF** | - Under Investigation for Product Improvement | Robert Nguyen | 04/22/2013

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

KMA00014113