# EXHIBIT 33

| KIA MOTORS | **Quality Information Report** | | | Report No. | Model Year(s) | System | Approver |
|---|---|---|---|---|---|---|---|
| | | | | ACD-BO-13019 | 2012~13 | Body | D. Howells |

| **Subject** | Panoramic Sunroof Glass Shatter – Follow Up (Priority A) | | | | | | **Vehicle Info.** | Model | VIN 🅧 | | Prod. | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | QF | 5XXGN4A60CG REDACTED | | 10/04/2011 | 11/05/2011 |

| **QIR Type** | General | EW | Serviceability | Port | Monitor | VDS | **Repair Info.** | Causal Part | Repair Date | Mileage | N-C | C-C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✔ | | | | | | | 86130 Glass Assy. Panoramic | 02/22/13 | 5678 | N94 | C06 |

| **Issue Description** | | | **Warranty Data Analysis** | | | | |
|---|---|---|---|---|---|---|---|
| ➢Customer complaint of sunroof glass shatter while driving.<br><br>➢Customer complaint of sunroof glass shatter while the vehicle is stopped or parked. | | | **Claim Info.** | Counts | Rate | Amount($) | UIO | Remark |
| | | | | 23 | 0.00% | $34,323 | 188,961 | 12-13MY |
| | | | ➢Claims related to this concern → 🅧 | | | | | |

| **Investigation Results** | **KMA Request** |
|---|---|
| ➢Initial inspection confirms the moveable portion of the panoramic roof glass is shattered in an upward direction.<br><br>➢The customer was traveling on a surface street with the roof closed at about 30 MPH. A loud crack/crunch was heard. Upon inspection, the driver found sunroof glass had shattered. The sunshade was closed during the occurrence.<br><br>➢In this case, the results of the investigation were inconclusive.<br><br>➢In some cases, investigation reveals eternal impact as the root cause.<br><br>➢Multiple parts have been sent to supplier, Websto-Donghee, with no root cause determined.<br><br>➢Double-Click Icon for Additional Information / Attachments 🔲 | ➢**KMC/KMMG** should investigate this condition, make the appropriate corrections and report these findings back to KMA as soon as possible within the proper timeframe for a priority A QIR.<br><br>➢This concern may increase IQS/VDS as well as affect a customers perception of quality vehicle.<br><br>➢Our goal of 'XM Drive to 107' maybe affected by this concern.<br><br>➢This QIR is a follow-up to ACD-BO-11116<br><br>**Kia Motors America**     **CONFIDENTIAL** |

| **QIR Date** | 05/01/13 | Related Reports | | Reporter Information | | KMC Action Requested | | IQS/VDS | Service Information Correction |
|---|---|---|---|---|---|---|---|---|---|
| | | Techline | YES 📄 | Name | N. Moen | TSB | NO | Questions | |
| Parts Quantity | 0 | CA & FTR | YES | Phone | +1-949-468-4878 | C/M Part | YES | FCD09 | NO |

■ **Additional Info  - QIR Subject:**  Panoramic Sunroof Glass Shatter – Follow Up



VIN:  **5XXGN4A60CG**REDACTED



VIN:  **5XXGN4A79DG**REDACTED



VIN:  **5XXGR4A64DG**REDACTED



VIN:  **5XXGR4A64CG**REDACTED



Kia Motors America

CONFIDENTIAL

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014002



**KIA MOTORS**

# Technical Assistance Center Case Report

Printed By:nmoen

**Case Number -T2404358**

05/01/2013 05:11:16 PM

## Vehicle Data

**Model/Year: 2013 OPTIMA EX**       **Engine:** G4KJCK614111       **Model Code:** 53242

**VIN:** 5XXGN4A79DG REDACTED       **Mileage:** 8621

**Prod Date:** 6/27/2012       **Warranty Start Date:** 7/31/2012

**Port Options:** CA, CF, CN, CT, RF, WL

**Factory Options:** P3B, P3C, P3E, P3G, P3I, P3K, P3M, P3N, P3P, P3R, P3S, PB

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

## Dealer/Contact Data

**Dealer:** MD042 M & M Kia of Waldorf

**Phone:** (301) 645-1711       **Fax:** (301) 843-5916

**Contact:** Timothy Williams       **Contact Title:**       **Service District:** EA11

## Case Details

**Title:** Sunroof - Inop # Glass broken

**Symptom:** Parts

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:**       **Solution ID:**

## Case History

*** NOTES 12/14/2012 08:33:17 AM clarify Action Type: Manager review
*** Performed by contact: Timothy Williams, 3016451711
*** This is a Request for Assistance ***

Problem Description :
Customer states that when driving on the hwy about 55mph the sunroof glass broke and blew out.
Could pressure possibly of done this? Any other cases of this happening?

Diagnostics Performed :
confirmed glass broken

*** CASE DISPATCHED 12/14/2012 08:33:20 AM clarify
*** Performed by contact: Timothy Williams, 3016451711
from WIP default to Queue TL_Rondo_Opti_Borr.

*** CASE YANKED 12/14/2012 08:42:01 AM CSicairos
Yanked by CSicairos into WIPbin default.

*** PHONE LOG 12/14/2012 08:45:35 AM CSicairos Action Type: Web Contact
Advice 1: Timothy, do not perform any repairs at this time and take pictures of damage, will forward to platform engineer for review and get back to you.
Email to me at: csicairus@kiausa.com

*** EMAIL OUT 12/14/2012 09:34:48 AM CSicairos Action Type: External email
You have been sent a Techline Assistance Case for your reference and action as may be noted in the Case. If it has been sent to you in error, please
notify the Techline Assistance Center at 949.470.7142 AND delete this email.

KMA00014003

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

## Case History

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not To be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\TL_Attachments\SendHistory\Case_T2404358_CSicairos_12-14-2012093235.doc>>

*** NOTES 01/15/2013 07:52:07 PM JSelz-TL Action Type: Manager review
 FTR inspected the customers concern and contacted PQ.PQ had the dealer replace the sunroof glass.

*** CASE CLOSE 01/28/2013 07:21:01 AM clarify contact: Timothy Williams, 3016451711
Status = Closed, Resolution Code = Veh. Repaired at Dlr.
*** Performed by contact: Timothy Williams, 3016451711
Replaced Sunroof


***********End Case Report T2404358 ********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014004



# Technical Assistance Center Case Report

Printed By:nmoen

**Case Number -T2433538**

05/01/2013 05:11:46 PM

## Vehicle Data

**Model/Year:** 2013 OPTIMA SX **Engine:** G4KHCK090128 **Model Code:** 55282

**VIN:** 5XXGR4A66DG<sup>REDACTED</sup> **Mileage:** 5577

**Prod Date:** 6/26/2012 **Warranty Start Date:** 7/30/2012

**Port Options:** CF, CT, TX9

**Factory Options:** P3B, P3C, P3E, P3G, P3I, P3K, P3M, P3N, P3P, P3R, PRT, PS6, PU3, PU4, PU8

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

## Dealer/Contact Data

**Dealer:** TX014 Mitchell Kia

**Phone:** (325) 653-2302 **Fax:** (325) 658-7040

**Contact:** Marco Vasquez **Contact Title:** **Service District:** SO12

## Case Details

**Title:** Sunroof - Inop #

**Symptom:** Improper Operation

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:** **Solution ID:**

## Case History

*** NOTES 02/13/2013 12:03:37 PM clarify Action Type: Manager review
*** Performed by contact: Marco Vasquez, *02152012124031
*** This is a Request for Assistance ***

Problem Description :
sunroof will not open

Diagnostics Performed :
tried to shut sunroof but gets all the way to wind deflector and then goes back to open...the whole moon roof was replaced due to branch falling on top and shattering them there does not appear to be any debris causing it to bind or anything is there a re-learn for the sun roof?

*** CASE DISPATCHED 02/13/2013 12:03:40 PM clarify
*** Performed by contact: Marco Vasquez, *02152012124031
from WiP default to Queue TL_Rondo_Opti_Borr.

*** NOTES 02/13/2013 12:04:22 PM clarify Action Type: Manager review
*** Performed by contact: Marco Vasquez, *02152012124031
i ment sunroof will not shut
Additional Comments:i ment sunroof will not shut

*** CASE YANKED 02/13/2013 12:27:54 PM PWhite-TL
Yanked by PWhite-TL into WIPbin default.

*** PHONE LOG 02/13/2013 12:32:35 PM PWhite-TL Action Type: Outgoing call
Advice 1: Marco, go ahead and disconnect the battery terminal and hold together for 45 seconds, then reconnect. Then follow the sunroof reset procedure on KGIS or PS208. Then let me know what your results are. Thanks.

Page 1 of 2

KMA00014005

<u>**Case History**</u>

*** PHONE LOG 02/13/2013 01:02:14 PM PWhite-TL Action Type: Incoming call
Advice 1: Incoming call. Marco said he performed the sunroof reset procedure and the sunroof still will not close all the way. Marco said the body shop replaced the rear sunroof glass do to damage by a falling tree branch. I advised Marco to add grease to the sunroof tracks to see if the binding issue improves. It is possible the sunroof frame could be slightly bent casing this issue. It may need a sunroof assembly.

*** CASE CLOSE 03/14/2013 01:26:24 PM clarify contact: Marco Vasquez, *02152012124031
Status = Closed, Resolution Code = Information Given.
*** Performed by contact: Marco Vasquez, *02152012124031
replaced sunroof assembly


***********_End Case Report T2433538_ *********************

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**
KMA00014006
**0462**



**KIA MOTORS**

# Technical Assistance Center Case Report

Printed By:nmoen

**Case Number -T2436881**                                      05/01/2013 05:26:50 PM

## Vehicle Data

**Model/Year: 2012 OPTIMA EX TURBO**      **Engine:** G4KHBK042716                **Model Code:** 55242

**VIN:** 5XXGN4A60CC<sup>REDACTED</sup>      **Mileage:** 5678

**Prod Date:** 10/3/2011                  **Warranty Start Date:** 11/4/2011

**Port Options:** CF

**Factory Options:** P3B, P3C, P3E, P3G, P3I, P3K, P3M, P3N, P3P, P3R, P3S, PBT

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

## Dealer/Contact Data

**Dealer:** LA001 Kia of Baton Rouge

**Phone:** (225) 490-7604                 **Fax:** (225) 490-8015

**Contact:** Kerry Etienne      **Contact Title:**                **Service District:** SO11

## Case Details

**Title:** Sunroof - Inop # Cracked glass

**Symptom:** Sunroof Inop

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:**                                **Solution ID:**

## Case History

\*\*\* NOTES 02/20/2013 06:42:10 AM clarify Action Type: Manager review
\*\*\* Performed by contact: Kerry Etienne, *10272011091031
\*\*\* This is a Report for Quality Concern \*\*\*

Problem Description :
MOVING SLIDING GLASS SHATTERED

Diagnostics Performed :
REPLACED GLASS. OPENED CASE FOR QUALITY REVIEW.

\*\*\* CASE DISPATCHED 02/20/2013 06:42:14 AM clarify
\*\*\* Performed by contact: Kerry Etienne, *10272011091031
from WIP default to Queue TL_Rondo_Opti_Borr.

\*\*\* CASE CLOSE 02/20/2013 06:43:04 AM clarify contact: Kerry Etienne, *10272011091031
Status = Closed, Resolution Code = Broken/Cracked/Etc..
\*\*\* Performed by contact: Kerry Etienne, *10272011091031
REPLACED SLIDING GLASS

\*\*\* CASE REOPENED 02/20/2013 06:56:31 AM CSicairos
with Condition of Open and Status of Working.

\*\*\* CASE YANKED 02/20/2013 06:56:34 AM CSicairos
Yanked by CSicairos into WIPbin default.

\*\*\* PHONE LOG 02/20/2013 06:59:00 AM CSicairos Action Type: Web Contact

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014007

0463

**Case History**
Advice 1: Called tech and left message to call back, can you take pictures of the glass and attach to case or email at: csicairus@kiausa.com

*** CASE CLOSE 03/11/2013 07:42:54 AM clarify contact: Kerry Etienne, *10272011091031
Status = Closed, Resolution Code = Damaged Component.
*** Performed by contact: Kerry Etienne, *10272011091031
Replace sunroof glass


***********End Case Report T2436881 *********************

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**
KMA00014008

**0464**



**KIA MOTORS**

# Technical Assistance Center Case Report

Printed By:nmoen

**Case Number -T2436881**                          05/01/2013 05:57:19 PM

---

## Vehicle Data

**Model/Year:** 2012 OPTIMA EX TURBO          **Engine:** G4KHBK042716                     **Model Code:** 55242

**VIN:** 5XXGN4A60CG<sup>REDACTED</sup>          **Mileage:** 5678

**Prod Date:** 10/3/2011                     **Warranty Start Date:** 11/4/2011

**Port Options:** CF

**Factory Options:** P3B, P3C, P3E, P3G, P3I, P3K, P3M, P3N, P3P, P3R, P3S, PBT

---

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

---

## Dealer/Contact Data

**Dealer:** LA001 Kia of Baton Rouge

**Phone:** (225) 490-7604          **Fax:** (225) 490-8015

**Contact:** Kerry Etienne          **Contact Title:**          **Service District:** SO11

---

## Case Details

**Title:** Sunroof - Inop # Cracked glass

**Symptom:** Sunroof Inop

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:**          **Solution ID:**

---

## Case History

*** NOTES 02/20/2013 06:42:10 AM clarify Action Type: Manager review
*** Performed by contact: Kerry Etienne, *10272011091031
*** This is a Report for Quality Concern ***

Problem Description :
MOVING SLIDING GLASS SHATTERED

Diagnostics Performed :
REPLACED GLASS. OPENED CASE FOR QUALITY REVIEW.

*** CASE DISPATCHED 02/20/2013 06:42:14 AM clarify
*** Performed by contact: Kerry Etienne, *10272011091031
from WIP default to Queue TL_Rondo_Opti_Borr.

*** CASE CLOSE 02/20/2013 06:43:04 AM clarify contact: Kerry Etienne, *10272011091031
Status = Closed, Resolution Code = Broken/Cracked/Etc..
*** Performed by contact: Kerry Etienne, *10272011091031
REPLACED SLIDING GLASS

*** CASE REOPENED 02/20/2013 06:56:31 AM CSicairos
with Condition of Open and Status of Working.

*** CASE YANKED 02/20/2013 06:56:34 AM CSicairos
Yanked by CSicairos into WIPbin default.

*** PHONE LOG 02/20/2013 06:59:00 AM CSicairos Action Type: Web Contact

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014009

**0465**

**Case History**

Advice 1: Called tech and left message to call back, can you take pictures of the glass and attach to case or email at: csicairus@kiausa.com

*** CASE CLOSE 03/11/2013 07:42:54 AM clarify contact: Kerry Etienne, *10272011091031
Status = Closed, Resolution Code = Damaged Component.
*** Performed by contact: Kerry Etienne, *10272011091031
Replace sunroof glass

***********End Case Report T2436881 *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506
KMA00014010



**KIA MOTORS**

# Technical Assistance Center Case Report

Printed By:nmoen

**Case Number -T2440971**

05/01/2013 05:57:51 PM

---

## Vehicle Data

**Model/Year:** 2013 OPTIMA SX     **Engine:** G4KHCK091527     **Model Code:** 55282

**VIN:** 5XXGR4A64DG<sup>REDACTED</sup>     **Mileage:** 7303

**Prod Date:** 7/2/2012     **Warranty Start Date:** 7/26/2012

**Port Options:** BA, CA, CF, CN, TX9, WL

**Factory Options:** P3B, P3C, P3E, P3G, P3I, P3K, P3M, P3N, P3P, P3R, PRT, PS6, PU3, PU4, PU8

---

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

---

## Dealer/Contact Data

**Dealer:** OK007 Ferguson Kia

**Phone:** (918) 258-1800     **Fax:** (918) 258-1220

**Contact:** David Adair     **Contact Title:**     **Service District:** SO10

---

## Case Details

**Title:** Sunroof Glass Shattered #

**Symptom:** Sunroof Inop

**System:** Body Interior & Exterior

**Component:** Sunroof

**Resolution:**     **Solution ID:**

---

## Case History

\*\*\* NOTES 02/27/2013 10:48:52 AM clarify Action Type: Manager review
\*\*\* Performed by contact: David Adair, 9188515548
\*\*\* This is a Request for Assistance \*\*\*

Problem Description :
SUNROOF BLEW OUT AND UPWARD IS SHATRTERED. THIS HAPPENED WHILED THE CUSTOMER WAS DRIVING DOWN THE EXPRESSWAY WITH IT SHUT.

Diagnostics Performed :
CALLED DPSM AND SENT PICTURED OF VIN PLATE AND OF THE SHATTERED SUNROOF. WAS ADVISED BY DPSM TO ORDER ENTIRE SUNROOF ASSEMBLY AND START A TECH CASE.MY NAME IS ALAN MCLAUGHLIN IM AM THE SERVICE MANAGER DEALER CODE OK007

\*\*\* CASE DISPATCHED 02/27/2013 10:48:52 AM clarify
\*\*\* Performed by contact: David Adair, 9188515548
from WIP default to Queue TL_Rondo_Opti_Borr.

\*\*\* CASE YANKED 02/27/2013 10:51:57 AM CSicairos
Yanked by CSicairos into WIPbin default.

\*\*\* PHONE LOG 02/27/2013 10:54:24 AM CSicairos Action Type: Web Contact
Advice 1: Allan, can you attach pictures to the techline case or email to me at: csicairus@kiausa.com and will review.  Do not perform any repairs at this time may need to inspect vehicle.

\*\*\* EMAIL OUT 02/27/2013 10:54:50 AM CSicairos Action Type: External email
You have been sent a Techline Assistance Case for your reference and action as may be noted in the Case.  If it has been sent to you in error, please notify the Techline Assistance Center at 949.470.7142 AND delete this email.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014011

**0467**

## Case History

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not To be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\TL_Attachments\SendHistory\Case_T2440971_CSicairos_02-27-2013105433.doc>>

*** NOTES 02/27/2013 11:07:36 AM clarify Action Type: Manager review
*** Performed by contact: David Adair, 9188515548
Result of Advice 1:WAITING
Additional Comments:SENT PICTURES TO DPSM!

*** PHONE LOG 02/27/2013 11:39:08 AM CSicairos Action Type: Web Contact
Advice 1: David, do not perform any repairs, an FTR will be sent out to inspect the vehicle.  Your DPSM will schedule visit.

*** PHONE LOG 02/27/2013 01:03:33 PM CSicairos Action Type: Web Contact
Advice 1: Pictures received, attached to case and forwarded to Platform engineer.

*** PHONE LOG 02/27/2013 07:03:43 PM sa Action Type:
Service alert escalated to CA as : K2441388

*** CASE CLOSE 04/17/2013 01:22:29 PM clarify contact: David Adair, 9188515548
Status = Closed, Resolution Code = Information Given.
*** Performed by contact: David Adair, 9188515548
replacedsunroof assembley per dpsm!!


**\*\*\*\*\*\*\*\*\*\*\*End Case Report T2440971 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

**0468**

KMA00014012



**KIA MOTORS**

# Technical Assistance Center Case Report

Printed By:nmoen

Case Number -T2472339

05/01/2013 05:58:08 PM

---

## Vehicle Data

**Model/Year:** 2012 OPTIMA SX      **Engine:** G4KHBK059279      **Model Code:** 55282

**VIN:** 5XXGR4A64CG<sup>REDACTED</sup>      **Mileage:** 18507

**Prod Date:** 12/7/2011      **Warranty Start Date:** 1/16/2012

**Port Options:** CA, CF, CT

**Factory Options:** EST, P3B, P3C, P3E, P3G, P3I, P3K, P3M, P3N, P3P, P3R, PR, PS6, PU3, PU4

---

## Freeze Frame Data

| | | |
|---|---|---|
| **STFT Bank1:** | **LTFT Bank1:** | **Fuel Status Bank:** |
| **STFT Bank2:** | **LTFT Bank2:** | **Fuel Status Bank 2:** |
| **RPM:** | **Coolant Temp:** | **CALC Load:** |
| **Vehicle Speed:** | **APS Sensor 1% :** | **APS Sendor 2% :** |
| **Absolute TPS 1% :** | **Absolute TPS 2% :** | **Engine Run Time :** |

---

## Dealer/Contact Data

**Dealer:** nm010 Garcia Kia

**Phone:** (505) 999-2700      **Fax:** (505) 999-2745

**Contact:** Mario Sisneros      **Contact Title:**      **Service District:** WE10

---

## Case Details

**Title:** Body - Loose or broken - shattered sunroof glass

**Symptom:** Information Given

**System:** Body Interior & Exterior

**Component:**

**Resolution:**      **Solution ID:**

---

## Case History

\*\*\* NOTES 04/22/2013 07:12:54 AM clarify Action Type: Manager review
\*\*\* Performed by contact: Mario Sisneros, 5059992700
\*\*\* This is a Request for Assistance \*\*\*

Problem Description :
Customer states was driving down the road and sunroof "spontaniously" shattered. Looks as if from inside out.

Diagnostics Performed :
Advised to open tech case

\*\*\* CASE DISPATCHED 04/22/2013 07:12:58 AM clarify
\*\*\* Performed by contact: Mario Sisneros, 5059992700
from WIP default to Queue TL_Rondo_Opti_Borr.

\*\*\* CASE YANKED 04/22/2013 07:18:31 AM DFinkelstein-TL
Yanked by DFinkelstein-TL into WIPbin default.

\*\*\* PHONE LOG 04/22/2013 07:33:27 AM DFinkelstein-TL Action Type: Outgoing call
Advice 1: Mario, have service manager contact your DPSM and get approval for replacement .
[!<For Internal Use Only: Contacted Dan Howells and Neal Moen on vehicle . No visit at this time.>!]

\*\*\* PHONE LOG 04/25/2013 08:41:28 AM nmoen Action Type: Web Contact
Advice 1: Called dealership - Spoke to Natalie, Service manager.  She states the vehicle's glass has not been disturbed since glass since it shattered.
Advised dealership to perform no repairs until FTR visit on Tuesday.  Thanks.

\*\*\* EMAIL OUT 04/25/2013 08:42:07 AM nmoen Action Type: External email

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014013

**Case History**

You have been sent a Techline Assistance Case for your reference and action as may be noted in the Case. If it has been sent to you in error, please notify the Techline Assistance Center at 949.470.7142 AND delete this email.

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not To be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\TL_Attachments\SendHistory\Case_T2472339_nmoen_04-25-2013094137.doc>>

*** EMAIL OUT 04/27/2013 08:25:09 AM nmoen Action Type: External email
You have been sent a Techline Assistance Case for your reference and action as may be noted in the Case. If it has been sent to you in error, please notify the Techline Assistance Center at 949.470.7142 AND delete this email.

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not To be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\TL_Attachments\SendHistory\Case_T2472339_nmoen_04-27-2013092204.doc>>


***********_End Case Report T2472339_ *********************

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014014

| VIN | MY | | Model | Mileage |
|---|---|---|---|---|
| 5XXGR4A69DG[REDACTED] | 2013 | QF | OPTIMA | 2716 |
| 5XXGN4A74DG[REDACTED] | 2013 | QF | OPTIMA | 14 |
| 5XXGN4A75DG[REDACTED] | 2013 | QF | OPTIMA | 1632 |
| 5XXGN4A60CG[REDACTED] | 2012 | QF | OPTIMA | 5678 |
| 5XXGN4A79DG[REDACTED] | 2013 | QF | OPTIMA | 8321 |
| 5XXGR4A63CG[REDACTED] | 2012 | QF | OPTIMA | 24614 |
| 5XXGN4A78DG[REDACTED] | 2013 | QF | OPTIMA | 12801 |
| 5XXGR4A62DG[REDACTED] | 2013 | QF | OPTIMA | 837 |
| 5XXGN4A74CG[REDACTED] | 2012 | QF | OPTIMA | 5790 |
| 5XXGR4A60CG[REDACTED] | 2012 | QF | OPTIMA | 4668 |
| 5XXGR4A64DG[REDACTED] | 2013 | QF | OPTIMA | 7303 |
| 5XXGR4A6XCG[REDACTED] | 2012 | QF | OPTIMA | 17980 |
| 5XXGR4A60CG[REDACTED] | 2012 | QF | OPTIMA | 2267 |
| 5XXGN4A71DG[REDACTED] | 2013 | QF | OPTIMA | 2845 |
| 5XXGR4A6XDG[REDACTED] | 2013 | QF | OPTIMA | 1467 |
| 5XXGN4A77DG[REDACTED] | 2013 | QF | OPTIMA | 3127 |
| 5XXGR4A63CG[REDACTED] | 2012 | QF | OPTIMA | 3931 |
| 5XXGR4A63CG[REDACTED] | 2012 | QF | OPTIMA | 13235 |
| 5XXGR4A62CG[REDACTED] | 2012 | QF | OPTIMA | 1524 |
| 5XXGR4A69CG[REDACTED] | 2012 | QF | OPTIMA | 5167 |
| 5XXGR4A67DG[REDACTED] | 2013 | QF | OPTIMA | 8 |
| 5XXGN4A7XCG[REDACTED] | 2012 | QF | OPTIMA | 948 |
| 5XXGN4A70CG[REDACTED] | 2012 | QF | OPTIMA | 14513 |

| VIN | MY | MDL | MDL_NAME | MILEAGE | PROD_YR | DATE_RTI | CD_EXT | DIS_DEFE | CD_INT | TM | RO_DATE | ro_yr_mo | PNC | system | OPCODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5XXGR4A69DG REDACTED | 2013 | QF | OPTIMA | 2716 | 2012-10 | 41261 | SWP | 25 | VA | 2 | 2013/1/12 | 2013-01 | 81630 | BO | 81600R0A |
| 5XXGN4A74DG REDACTED | 2013 | QF | OPTIMA | 14 | 2012-06 | 41113 | SWP | -21 | 87 | 2 | 2012/7/2 | 2012-07 | 81630 | BO | 81600R0A |
| 5XXGN4A75DG REDACTED | 2013 | QF | OPTIMA | 1632 | 2012-10 | 41255 | IRR | 43 | UP | 2 | 2013/1/24 | 2013-01 | 81620 | | 81612RZZ |
| 5XXGN4A60CG REDACTED | 2012 | QF | OPTIMA | 5678 | 2011-10 | 40852 | EB | 471 | UP | 2 | 2013/2/18 | 2013-02 | 81631 | | 81600RZZ |
| 5XXGN4A79DG REDACTED | 2013 | QF | OPTIMA | 8321 | 2012-06 | 41122 | IRR | 135 | UP | 2 | 2012/12/14 | 2012-12 | 81630 | BO | 81690R00 |
| 5XXGR4A63CG REDACTED | 2012 | QF | OPTIMA | 24614 | 2012-03 | 41006 | SWP | 270 | VA | 2 | 2013/1/2 | 2013-01 | 81630 | BO | 81631R00 |
| 5XXGN4A78DG REDACTED | 2013 | QF | OPTIMA | 12801 | 2012-06 | 41137 | 3D | 201 | 87 | 2 | 2013/3/5 | 2013-03 | 81630 | BO | 81600R0A |
| 5XXGR4A62DG REDACTED | 2013 | QF | OPTIMA | 837 | 2012-07 | | EB | | VA | 2 | 2012/8/1 | 2012-08 | 81630 | BO | 81600R0A |
| 5XXGN4A74CG REDACTED | 2012 | QF | OPTIMA | 5790 | 2011-11 | 40898 | SWP | 153 | UP | 2 | 2012/5/22 | 2012-05 | 81630 | BO | 81600R0A |
| 5XXGR4A60CG REDACTED | 2012 | QF | OPTIMA | 4668 | 2011-11 | 40924 | SWP | 134 | VA | 2 | 2012/5/29 | 2012-05 | 81630 | BO | 81616R00 |
| 5XXGR4A64DG REDACTED | 2013 | QF | OPTIMA | 7303 | 2012-07 | 41117 | EB | 213 | VA | 2 | 2013/2/25 | 2013-02 | 81600 | BO | 81600R0A |
| 5XXGR4A6XCG REDACTED | 2012 | QF | OPTIMA | 17980 | 2011-09 | 40822 | IM | 350 | VA | 2 | 2012/9/20 | 2012-09 | 81616 | BO | 81612R00 |
| 5XXGR4A60CG REDACTED | 2012 | QF | OPTIMA | 2267 | 2012-04 | 41021 | SWP | 24 | VA | 2 | 2012/5/16 | 2012-05 | 81630 | BO | 81600R0A |
| 5XXGN4A71DG REDACTED | 2013 | QF | OPTIMA | 2845 | 2012-10 | 41223 | EB | 62 | 87 | 2 | 2013/1/11 | 2013-01 | 81600 | BO | 81600R0A |
| 5XXGR4A6XDG REDACTED | 2013 | QF | OPTIMA | 1467 | 2012-11 | 41264 | SWP | 46 | VA | 2 | 2013/2/5 | 2013-02 | 81630 | BO | 81611R00 |
| 5XXGN4A77DG REDACTED | 2013 | QF | OPTIMA | 3127 | 2012-11 | 41240 | SWP | 72 | 87 | 2 | 2013/2/7 | 2013-02 | 81630 | BO | 81600R0A |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014016

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5XXGR4A63CG REDACTED | 2012 | QF | OPTIMA | 3931 | 2011-09 | 40899 | EB | 70 | VA | 2 | 2012/3/1 | 2012-03 | 81630 | BO | 81600R0A |
| 5XXGR4A63CG REDACTED | 2012 | QF | OPTIMA | 13235 | 2011-09 | 40857 | IM | 229 | VA | 2 | 2012/6/26 | 2012-06 | 81600 | BO | 81600R0A |
| 5XXGR4A62CG REDACTED | 2012 | QF | OPTIMA | 1524 | 2011-09 | 40973 | IYR | 21 | VA | 2 | 2012/3/26 | 2012-03 | 81630 | BO | 81600R0A |
| 5XXGR4A69CG REDACTED | 2012 | QF | OPTIMA | 5167 | 2011-11 | 40904 | STM | 258 | VA | 2 | 2012/9/10 | 2012-09 | 81630 | BO | 81600R0A |
| 5XXGR4A67DG REDACTED | 2013 | QF | OPTIMA | 8 | 2012-10 | 41240 | EB | 58 | VA | 2 | 2013/1/24 | 2013-01 | 81616 | BO | 81600R0A |
| 5XXGN4A7XCG REDACTED | 2012 | QF | OPTIMA | 948 | 2011-09 | 40876 | 3D | 2 | 87 | 2 | 2011/12/1 | 2011-12 | 81600 | BO | 81600R0A |
| 5XXGN4A70CG REDACTED | 2012 | QF | OPTIMA | 14513 | 2012-06 | 41072 | IM | 300 | 87 | 2 | 2013/4/8 | 2013-04 | 81630 | BO | 81600R0A |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014017

| OP_CD_DESC | CD_NATURE | CD_CAUSE | COND_DESC | PARTS | LABOR | SUBLET | TOTAL | CHMODE | PFP | PARTNAME | PORT | REGION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Panorama Sunroof Assy, R&R | N82 | C03 | | 355.51 | 650.67 | 0 | 1006.18 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | WE |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 355.51 | 67.52 | 0 | 423.03 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | CE |
| | N86 | C07 | | 199.47 | 0 | 135 | 334.47 | W | 81620 2T000 | PNL ASSY-PANORAMAROO | WP | SO |
| | N86 | C06 | | 238.26 | 0 | 159.87 | 398.13 | W | 81631 2T000 | GLASS SUB ASSY-P/RF | WP | SO |
| Panorama Sunroof Mechanism Assy, R&R | N59 | C06 | | 355.51 | 240 | 0 | 595.51 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | EA |
| Motor, Sunroof , R&R | N94 | C15 | | 355.51 | 0 | 284.87 | 640.38 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | CE |
| Panorama Sunroof Assy, R&R | N90 | C06 | | 359.85 | 511.98 | 539.6 | 1411.43 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | CE |
| Panorama Sunroof Assy, R&R | N94 | C07 | | 365.1 | 203 | 100 | 668.1 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | CE |
| Panorama Sunroof Assy, R&R | N95 | C06 | | 355.51 | 600.3 | 0 | 955.81 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | SO |
| Panorama Sunroof Rear Glass Assy | N59 | C06 | | 355.51 | 29.16 | 0 | 384.67 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | WE |
| Panorama Sunroof Assy, R&R | N82 | C07 | | 3646.11 | 353.2 | 700.91 | 4700.22 | W | 81600 4C000AMC | PANORAMA ROOF ASSY | WP | SO |
| Panoramaroof Rear Glass Panel Assy, R&R | N59 | C06 | | 245.25 | 0 | 300 | 545.25 | W | 81616 2T010 | GLASS ASSY-PANORAMAR | WP | EA |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 355.51 | 224.4 | 0 | 579.91 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | SO |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 3291.29 | 621 | 0 | 3912.29 | W | 81600 4C01087 | PANORAMA ROOF ASSY | WP | SO |
| Panoramaroof Moving Glass Sub Assy, R&R | N59 | C06 | | 396.53 | 26.22 | 0 | 422.75 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | SO |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 500.32 | 934.25 | 539.95 | 1974.52 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | SO |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014018

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Panorama Sunroof Assy, R&R | N29 | C06 | | 1653.64 | 675.16 | 0 | 2328.8 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | CE |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 3093.93 | 0 | 675 | 3768.93 | W | 81600 2T03087 | PANORAMA ROOF ASSY | WP | SO |
| Panorama Sunroof Assy, R&R | N82 | C06 | | 355.51 | 666.54 | 0 | 1022.05 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | WE |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 1500.66 | 597 | 444.9 | 2542.56 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | WE |
| Panorama Sunroof Assy, R&R | N94 | C07 | | 325.83 | 187.2 | 452 | 965.03 | W | 81616 2T010 | GLASS ASSY-PANORAMAR | WP | EA |
| Panorama Sunroof Assy, R&R | N94 | C06 | | 3289.58 | 844.6 | 0 | 4134.18 | W | 81600 2T03087 | PANORAMA ROOF ASSY | WP | SO |
| Panorama Sunroof Assy, R&R | N29 | C06 | | 359.07 | 0 | 250 | 609.07 | W | 81630 2T000 | GLASS ASSY-PANORAMAR | WP | SO |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014019

| DISTRICT | DLR | DLRNAME | CITY | ST | CLM_TYPE | CHWONO | MILE_LMT | MDL_CD | DTC | TIS | CD_OPT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | ID012 | EDMARK AUTO, INC. | NAMPA | ID | W | 95988 A | 60000 | 55282 | | 51 | 81 |
| 09 | IN022 | RAY SKILLMAN W.SIDE IMPRTS INC | INDIANAPOLIS | IN | W | 60901 A | 60000 | 53242 | | 116 | 30 |
| 11 | LA001 | ALL STAR CHEVROLET, INC. | BATON ROUGE | LA | W | 91879 A | 60000 | 53242 | | 51 | 40 |
| 11 | LA001 | ALL STAR CHEVROLET, INC. | BATON ROUGE | LA | W | 92512 A | 60000 | 55242 | | 479 | 30 |
| 11 | MD042 | M&M AUTO SALES OF WALDORF, INC | WALDORF | MD | W | 17993 1 | 60000 | 53242 | | 147 | A3 |
| 04 | MO017 | D.J.S./C.M.S., INC. | ST. LOUIS | MO | W | 19122 A | 60000 | 55282 | | 283 | 55 |
| 04 | MO020 | WEST FAMILY MOTORS, LLC | ROLLA | MO | W | 35856 1 | 60000 | 53242 | | 194 | 40 |
| 05 | MO025 | FLETCHER AUTOMOTIVE NO. 28 LLC | JEFFERSON CITY | MO | W | 01440 A | 60000 | 55282 | | | 81 |
| 14 | NC048 | GLENWOOD VENTURES, LLC | RALEIGH | NC | W | 31277 A | 60000 | 53242 | | 166 | 30 |
| 10 | NM011 | GARCIA ASIA-PACIFIC MOTORS LLC | ALBUQUERQUE | NM | W | 53175 1 | 60000 | 55282 | | 144 | 55 |
| 10 | OK007 | JERRY FERGUSON PONTIAC-GMC TRK | BROKEN ARROW | OK | W | 78519 A | 60000 | 55282 | | 214 | 81 |
| 13 | PA077 | CENTURY III IMPORTS, INC. | WEST MIFFLIN | PA | W | 25520 A | 60000 | 55282 | | 365 | 65 |
| 12 | TX106 | ARCHER AUTOMOTIVE,INC. | HOUSTON | TX | W | 67819 1 | 60000 | 55282 | | 37 | 55 |
| 05 | TX117 | PARKWAY K, INC. | KINGWOOD | TX | W | 20525 A | 60000 | 53242 | | 108 | 40 |
| 12 | TX122 | SAMES IMPORTS, INC. | LAREDO | TX | W | 11465 A | 60000 | 55282 | | 67 | 81 |
| 05 | TX127 | FFG HOLDINGS GROUP, LLC | SILSBEE | TX | W | A1875 1 | 60000 | 53242 | | 91 | 40 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | WI022 | RUSS DARROW FORD, LLC | WAUWATOSA | WI | W | 98386 A | | 60000 | 55282 | | 98 50 |
| 06 | AZ001 | ROYAL SPEEDWAY, INC. | TUCSON | AZ | W | 27747 A | | 60000 | 55282 | | 253 50 |
| 06 | AZ044 | JIM CLICK, INC | TUCSON | AZ | W | 86685 A | | 60000 | 55282 | | 38 60 |
| 01 | CA243 | LOU SOBH CERRITOS SATURN, INC. | CERRITOS | CA | W | 27448 A | | 60000 | 55282 | | 283 55 |
| 03 | CT016 | IMPORT MOTORS'OLD SAYBROOK LLC | OLD SAYBROOK | CT | W | 43036 1 | | 60000 | 55282 | | 91 83 |
| 05 | GA070 | HOMETOWN MOTORS, IV, INC. | BRUNSWICK | GA | W | 26416 A | | 60000 | 53242 | | 76 40 |
| 05 | TX108 | FIRST AUTO CONNECTION, INC. | HOUSTON | TX | W | 66071 A | | 60000 | 53242 | | 259 40 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014021

| CD_ACC | DATE_RECD | ODEPCS | pncdesc | date_mfg | date_paid | date_approve | YEAR_APPROVE |
|---|---|---|---|---|---|---|---|
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PS6 PU3 PU4 PU8 SST SX1 SX2 SX3 SX4 | 41207 | 800 | 81630 GLASS ASSYPANORAMAR | 41207 | | 41306 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB CF 11 18 | 41087 | 800 | 81630 GLASS ASSYPANORAMAR | 41086 | 41228 | 41226 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB PS6 PU3 PU4 SST CF IPD 11 18 | 41207 | | 81620 FRAME ASSYSUNROOF | 41207 | 41305 | 41302 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PBT CF | 40820 | | 81631 MOTOR ASSYSUNROOF | 40820 | 41333 | 41333 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB CA CF CN CT RF WL 11 18 | 41088 | 800 | 81630 GLASS ASSYPANORAMAR | 41088 | | 41263 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PU8 BA CA CF CN DSA WL | 40994 | 800 | 81630 GLASS ASSYPANORAMAR | 40994 | 41289 | 41284 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB PS6 PU3 PU4 SST CF 11 18 | 41086 | 800 | 81630 GLASS ASSYPANORAMAR | 41086 | | 41368 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PS6 PU3 PU4 PU8 SST SX1 SX2 SX3 SX4 | 41093 | 800 | 81630 GLASS ASSYPANORAMAR | 41093 | | 41170 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB CF CT DSA WL | 40859 | 800 | 81630 GLASS ASSYPANORAMAR | 40859 | 41060 | 41058 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PU8 CA CF CN CT | 40864 | 800 | 81630 GLASS ASSYPANORAMAR | 40864 | | 41064 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PS6 PU3 PU4 PU8 SST SX1 SX2 SX3 SX4 | 41093 | 800 | 81600 SUNROOF ASSYSLIDING | 41093 | 41379 | 41375 | 2013 |
| EST P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PS6 PU3 PU4 PU8 CF BA CA CN | 40788 | 800 | 81616 SCREWFRT STOPPER | 40788 | | 41183 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PU8 BA CA CF CN CT DSA WL 11 | 41003 | 800 | 81630 GLASS ASSYPANORAMAR | 41003 | | 41052 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB PS6 PU3 PU4 SST CF CN IPD WL | 41213 | 800 | 81600 SUNROOF ASSYSLIDING | 41213 | | 41339 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PS6 PU3 PU4 PU8 SST SX1 SX2 SX3 SX4 | 41220 | 800 | 81630 GLASS ASSYPANORAMAR | 41220 | | 41344 | 2013 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB PS6 PU3 PU4 SST CF IPD 11 18 | 41227 | 800 | 81630 GLASS ASSYPANORAMAR | 41227 | | 41373 | 2013 |

KMA00014022

| | | | | | | |
|---|---|---|---|---|---|---|
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PR CF | 40790 | 800 | 81630 GLASS ASSYPANORAMAR | 40790 | | 40991 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PR CF | 40792 | 800 | 81600 SUNROOF ASSYSLIDING | 40792 | | 41108 | 2012 |
| EST P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PR PS6 PU3 PU4 BA CF CN CT WL | 40806 | 800 | 81630 GLASS ASSYPANORAMAR | 40806 | | 41005 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PU8 CF CN CT | 40862 | 800 | 81630 GLASS ASSYPANORAMAR | 40862 | | 41181 | 2012 |
| P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R PRT PS6 PU3 PU4 PU8 SST SX1 SX2 SX3 SX4 | 41197 | 800 | 81616 SCREWFRT STOPPER | 41197 | | 41334 | 2013 |
| EST P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB PS6 PU3 PU4 BA CA CF CN | 40813 | 800 | 81600 SUNROOF ASSYSLIDING | 40813 | 40921 | 40917 | 2012 |
| EST P3B P3C P3E P3G P3I P3K P3M P3N P3P P3R P3S PB PS6 PU3 PU4 BA CA CF CN | 41064 | 800 | 81630 GLASS ASSYPANORAMAR | 41064 | | 41381 | 2013 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014023

| note | STATUS |
|------|--------|
| Approved          CUSTOMER STATES SUNROOF EXPLODED OUTWARD WHILE DRIVING DOWN THE HIWAY  CAUSE: BROKEN SUN ROOF  THE SUN ROOF GLASS HAS BEEN BROKEN OUT. CUST STATES THE SUROOF  GLASS BROKE WHILE DRIVING. REPLACED THE SUNROOF GLASS. | A |
| Panorama roof glass has a hole in it with shattered glass pieces laying in the seats.         Found that panorama roof glass was damaged andhad a hole in it. Damage was found upon delivery, driver noted damage on delivery receipt butnoted that it was under the plastic even though it was visibly damaged. Replaced the panoramaroof glass.                Submitted this claim originally as a transporation claim. The claim was paid and then later de | A |
| CONDITION: CUST STATES FRONT PANORAMIC GLASS IS CRACKED/SOP | CAUSE: CRACKED |  CONDITION: 1632 FRONT PANORAMIC GLASS IS CRACKED REPLACED FRONT GLASS PER DPSM AS ONE TIME GOODWILL/SUBLET TOP'S UPHOLESTRY          1632 FRONT PANORAMIC GLASS IS CRACKED REPLACED FRONT GLASS PER DPSM AS ONE TIME GOODWILL/SUBLET TOP'S UPHOLESTRY | A |
| CONDITION: CUSTOMER STATESS SUNROOF GLASS RANDOMLY EXPLODED | CAUSE: EXPLODED          Refer to Rental claim 92512 Nv01. | A |
| CONDITION: CUSTOMER STS HE WAS ON THE HIGHWAY GOING ABOUT 55 MPH AND THE SUNROOF GLASS SHATTERED. | CAUSE: NO INDICATION OF CAUSE BEING FROM EXTERNAL SOURCE OR ROAD DEBRIS. | CORRECTION: TECHLINE CONTACTED. T2404358. ADVISED US TO NOT PERFORM ANY ACTION ON THE CAR. DPSM AND FTR CONTACTED. FTR RESPONDED AND MADE ASSESMENT. ADVISED US TO ORDER THE SUNROOF GLASS AND REPLACE. DPSM CONTACTED. 81690R00 2.4 PWA 12/20MD042SR+5rent6 | A |
| CAUSE: CUSTOMER STATES WHILE DRIVING DOWN HIGHWAY THE SUNROOF GLASS BLEW OUT advise          VERIFIED CONCERN.found glass not there REPLACED THE GLASS RETESTED OPERATING AS DESIGNED OK ED BY CARL CW0103D-2G | A |
| COMPLAINT CUSTOMER STATES WHILE DRIVING DOWN HIGHWAY, SUNROOF EXPLODED | | INTO PIECES AND GLASS FELL INTO INTERIOR OF VEHICLE | | CAUSE T2448647 TECHLINE, TECHLINE AND DPSM SAID TO GO AHEAD AND FIX, REPLACE SUNROOF, TAKE TO BODYSHOP AND HAVE THEM REPAIR DECKLID PAINT SCRATCHED FROM GLASS | | | | CORRECTION COMPLETED     Approved | A |
| SUNROOF SHATTERED WHEN CUST SHUT THE DRIVERS DOOR          TECH DROPPED HEADLINER TO CLEAN OUT GLASS SHARDS COMPLETELY. SUBLET GLASS COMPANY TO INSTALL SUNROOF.          PWA# 091212-MD01 | A |
| CONDITION: CUSTOMER STATES THAT THEY WERE DRIVING ON THE HIGHWAY AT 60MPH AND HEARD A LOUD NOISE. WHEN THEY GOT OUT OF THE VEHICLE, THEY FOUND THAT THE SUNROOF HAD SHATTERED. | CAUSE: UNKNOWN CAUSE OF FAILURE AS THE GLASS WAS SHATTERED | CORRECTION: CONTACTED KEN KANG WITH KIA. EMAILED A PHOTO OF THE SUNROOF. HE ADVISED US TO GO AHEAD AND REPLACE THE SUNROOF GLASS REPLACED THE FRONT SUNGLASS PANEL. LOP 81600R0A 6.9HRS N95/C06 W | A |
| CONDITION: C/S FRONT PANARAMIC SUNROOF GLASS EXPLODED | CAUSE: FOUND PANARAMIC FRONT SUNROOF GLASS HAD EXPLODED OUTWARD NO IMPACT FOUND / CAUSE UNKNOWN 81616R00 N29 C06 .3 | CORRECTION: REMOVED OLD GLASS AND CLEANED GLASS FROM VEHICLE INSTALLED NEW FRONT SUNROOF GLASS / MADE ADJUSTMENTS TESTED AND FOUND NO PROBLEMS | A |
| Approved          CONDITION: SUNROOF GLASS IS BROKEN.... | CAUSE: OLH-FOR TECH | CORRECTION: 7303 OLH-FOR TECH 81600R0A, N82, C07, 0.0 400 FOUND SUNROOF BROKEN, OPENED TECH LINE CASE# T2440971, OBTAINED AUTH FROM DPSM TOREPLACE PANORAMIC SUNROOF ASSEMBLY.....SUBLET REPAIR TO BETHEL COLLISION FOR REPAIR...81600R0A, N82, C07, 0.0. OLH TIME FOR TECH TO REMOVE HEADLINER AND INTERIOR.          7303 OLH-FOR TECH 81600R0A, N82, C07, 0.0 400 F | A |
| CONDITION: OWNER STATES SHE WAS ON THE PARKWAY EAST AROUND 45 MPH SHE HEARD A BALLON POPPING NOISE AND HER PANORAMIC ROOF BLEW OUT FROM THE INSIDE OUT | CAUSE: PANORAMIC ROOF BLEW OUT OK BY KIA TOREPLACE          Refer to Rental claim 25520 Nv01. | A |
| C/S SUNROOF BROKE FROM THE INSDIE OUT - NOTHING HIT OUTSIDE OF VEHICLE AND ALL FOUR WINDOWS WERE ROLLED UP. SUNROOF BROKEN - REPLACED AS PER KIA DPSM. REMOVED AND REPLACED BOTH FRONT SEATS AND CLEANED ALL THE BROKEN GLASS. LOWERED THE HEAD LINER TO CLEAN GLASS AND REPLACED NEW SUNROOF GLASS. PWA# TX106SW0515SUNROOF | A |
| DPSM approved          CONDITION: CUSTOMER STATES WHILE DRIVING SUNROOF GLASS BROKE CHECK AND ADVISE ON WARRANTY | CAUSE: SLIDING SUNROOF GLASS IMPLODED WHILE CUSTOMER WAS DRIVING TECH ATTEMPTED TO REPLACE GLASS ONLY,UPON INSPECTION OF PANORAMA ASSY FOUND TRACKS BENT AND BINDING | CORRECTION: REPLACE COMPLETE PANORAMA ROOF ASSY 500109-81600R0A-6.9-C06-N94 RENTAL 13 DAYS FOR PENDING PART ARRIVAL (ORDERED 1/17/13 ARRIVED 2/21/13)/PART INSTALLED | A |
| CONDITION: C/S SUNROOF GLASS BURSTED | CAUSE: C06 | CORRECTION: 1467 BROKEN GLASS 81611R00/N59/C06 30 REPLACE PANARAMA FRONT GLASS. BROKEN, PERFORM ALL NECESSARY ADJUSTMENTS          1467 BROKEN GLASS 81611R00/N59/C06 30 REPLACE PANARAMA FRONT GLASS. BROKEN, PERFORM ALL NECESSARY ADJUSTMENTS          1467 BROKEN GLASS 81611R00/N59/C06 30 REPLACE PANARAMA FRONT GLASS. BROKEN, PERFORM ALL NECESSARY ADJUSTMENTS | A |
| C/S SUNROOF EXPLOADED WHILE DRIVING - GLASS RIPPED SUNROOF COVER          REPLACED SUNROOF AND COVER | V |

| | |
|---|---|
| CONDITION: CUSTOMER STATES WHEN SUNROOF WAS CLOSING AND GOING TO CLOSE IT IT STARTED TO MAKE A NOISE AND SHATTERED PLEASE ADVISE. \| CAUSE: BROKEN COMPONENT \| CORRECTION: 3931 CUSTOMER STATES THE SUNROOF GLASSWHEN CLOSING MADE A NOIS AND SHATTERED, TECH 133 INSPECTED/DIAGNOSED CONCERN. FOUND SUNROOF GUIDES LEFT AND RIGHT TO BE OUT OF SYNC, CONTACTED HOTLINE CASE #K2244642, RECEIVED APPROVAL FROM DPSM TO REPLACE SUNRROF TRACK, GLASS AND SHADE. REQUIRED EXCESSIVE TIMET | A |
| CONDITION: CUSTOMER STATES THE SLIDING PORTIONOF THE PANAROMA SUNROOF GLASS EXPLODED \| CAUSE: GLASS SHATTERED          Refer to Rental claim 27747 Nv01. | A |
| CONDITION: CUSTOMER STATES SUNROOF SHATTERED WHILE SITTING AT A STOP. CHECK AND ADVISES \| CAUSE: PANORAMIC SUNROOF GLASS SHATERED \| CORRECTION: R&R PANORAMAROOF MOVING GLASS SUBASSEMBLY AND ADJUSTED REPLACED AS GOODWILL PER DEBBIE AT KIA 3/27/12. ALSO, KIA AUTHORIZED 5 DAYS OF RENTAL. 81600R0A 6.9 G N82/C06          CUSTOMER CLAIMS THAT SUNROOF JUST SHATTERED WHILE SITTING AT STOP LIGHT THERE IS ONLY 1,524 MILES ON VEHICLE. CUSTOMER IS A NEW OWNER. | A |
| c/s sunroof shattered when closing door          service manager verified and replaced glass. necc to replace tracks and rails due to broken glass all inside tracks and unable to disassemble to clean thoroughly          necc to remove both front and rear glass to cut old tracks from roof and install new ones. sublet for glass company. dpsm approved replacement of sunroof and tracks  additional sublet for extra headliner clips due to one use only and l | A |
| CUSTOMER STATES PANORAMIC SUNROOF IS BROKEN   TECHC ONFRIMED CONCER, FOUND PANORAMA GLASS SHATTERED, TECH REMOVED AND REPLACED PILLARS AND HEALINER, SUBLET TO PAYLESS AUTO GLASS FOR REPLACEMENT. | A |
| SUNROOF GLASS EXPLODED R&R GLASS FRAME TO CLEAN GLASS FROM TRACK & FROM SUNSHADE CHANNEL & REPLACED PANARAMA SUNROOF  PANED & ADJUSTED PANEL.  GOT EMAIL FROM KMMG & RANDY DZIOBA REQUESTEDENTIRE ASSY BE REPLACED & SHIPPED TO KMMG FOR TESTING.  REMOVED HEADLINER & ALL TRIM PANELS R&R BOTH SIDE CURTAIN AIRBAGS TO REMOVE COMPLETEGLASS ROOF AS PER KIA.  BOTH FRONT PILLER MOLDINGS, DRIVERS SIDE B PILLAR MOLDING ALL BROKE WHEN REMOVING TO R&R ROOF    ADDITIONAL TIME FOR R | A |
| CONDITION: C/S DRIVING DOWN INTERSTATE LOUD NOISE & SUNROOF SHATTERED \| CAUSE: 404 SUBLET REPLACE SUNROOF GLASS \| CORRECTION: 14513 404 TECHLINE T2468963 FOUND SUNROOF EXPLODED SENT PICTURES TO DPSM -WHO AUTHORIZED REPLACEMENT & CUST. IN RENTAL. SUBLET SUNROOF TO HURRICANE GLASS INVOICE#9065 $250.00 RENTAL INV#RR H31192862 $100.00 4DAYS $25 DAY NO -KIA          14513 404 TECHLINE T2468963 FOUND SUNROOF EXPLODED SENT PICTURES TO DPSM -WHO AUTHORIZED REPLA | A |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014025