# EXHIBIT 34



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014058



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014059



## QIS Report

| Field | Value | Field | Value |
|---|---|---|---|
| To | KMA Service Staff | From | PARK HONG RYEUL |
| Model | [ VG ] Cadenza 2014 - 20xx MY | QIS Receive Date | 04/14/2014 |
| QIR No | ACX-BE-14005 | QIR Date | 03/28/2014 |
| Evaluator | KMA00230 | Evaluation Date | 09/09/2015 |
| Subject | [B - Major : M2014030000031]||Movable Panoramic Sunroof Shattered | | |
| Status | Closed | TSB No. | |
| Line Apply Date | 04/14/2014 | | |

### Improvement Status

- **Condition**: Movable Panoramic Sunroof Shattered
- **Cause**: THIS INVESTIGATION SHOWS THAT GLASS CAN BE SHOCKED BY EXTERNAL STONE, GRAVEL OR OTHER SUBSTANCE
- **Counter Measure**: None at this time.
- **Field Fix Method**: Replace with a new one.
- **QIS Comment**:

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506       KMA00014060