# EXHIBIT 35

Case: 1:15-cv-00506-MWM Doc #: 80-42 Filed: 10/04/17 Page: 2 of 2  PAGEID #: 3568

# QIS Report

| | | | |
|---|---|---|---|
| **To** | KMMG | **From** | KMC |
| **Model** | [ XMA ] Sorento 2011 - 2015 MY | **QIS Receive Date** | 02/24/2012 |
| **QIR No.** | ACT-BO-11149 | **QIR Date** | 12/14/2011 |
| **Evaluator** | KMA00230 | **Evaluation Date** | 09/24/2016 |
| **Subject** | ACT-BO-11149; Shattered Sun-Roof Glass (Priority B) | | |
| **Status** | Closed | **TSB No.** | |
| **Line Apply Date** | | | |

## · Improvement Status

**Condition**

The sunroof shatters during operation. Some customers complain of broken glass damaging interior, Others complain of glass falling on them. Warranty may not be reflective of quality concerns due to insurance replacements. KMA request KMMG QA to investigate with supplier of glass-panel roof of contributing causes and to verify existing glass tempering standards

**Cause**

**Counter Measure**

KMMG has been working with supplier Webasto on investigating each shattered sunroof claim that we are made aware of. After review of one case by supplier, results are listed

1. Reviewed the glass with 3 different glass suppliers of WRSI. Their conclusions:
a. The glass was properly tempered.
b. A good conclusion of cause can't be drawn without a piece of glass fully intact. The glass needs to be held together by tape. To find the contact point or stress point.
c. Object impacting glass can happen a period of time before glass actually shatters.
2. Other parts of investigation included checking to see if brackets were secure to the glass. And all pieces were fully secure to the glass.
3. Panel appeared to be properly aligned in channel.

See attachment for testing from supplier showing glass meets standards.

Supplier has also done testing to ensure brackets are in proper location. KMMG will continue to investigate each claim we are made aware of with the supplier. Re

**0485**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                                    KMA00014115