# EXHIBIT 36



# KMC Top Issues Weekly Report

January 3, 2013

Product Quality

**0486**

The Power to Surprise

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

# Top Quality Open Issues-KMC

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|----|-------|---------|----------|--------|----------|-------------|--------------|----------|
|    |       |         |          |        |          |             |              |          |

# REDACTED

**0487**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                    KMA00022445

# Top Quality Open Issues-KMC

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|----|-------|---------|----------|--------|----------|-------------|--------------|----------|

# REDACTED

**0488**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022446

# Top Quality Open Issues-KMC

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|----|-------|---------|----------|--------|----------|-------------|--------------|----------|
|    |       |         |          |        |          |             |              |          |

# REDACTED

**0489**

Updated 1/3/13

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022447

# Top Quality Open Issues-KMMG

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|----|-------|---------|----------|--------|----------|-------------|--------------|----------|
|    |       |         |          |        |          | Request further investigation into |              |          |

# REDACTED

**0490**
Updated 1/3/13

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022448

# Top Quality Monitoring Issues-KMC

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|---|---|---|---|---|---|---|---|---|

# REDACTED

**0491**
Updated 1/3/13

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

**KMA00022449**

# Top Quality Monitoring Issues-KMC

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|---|---|---|---|---|---|---|---|---|

# REDACTED

**0492**

Updated 1/3/13

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022450

# Top Quality Monitoring Issues-KMC

| N o | Mode l | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|-----|--------|---------|----------|--------|----------|-------------|--------------|----------|

# REDACTED

**0493**

Updated 1/3/13

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022451

# Top Quality Monitoring Issues-KMMG

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|----|-------|---------|----------|--------|----------|-------------|--------------|----------|

# REDACTED

**0494**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022452

# Top Quality Monitoring Issues-KMMG

| No | Model | Subject | Counts/$ | Status | QIR Date | KMA Request | Field Action | PPR Date |
|---|---|---|---|---|---|---|---|---|
| | | | | **REDACTED** | | | | |
| 9 | TF/QF /XM | Panorama Sunroof Glass Shatter | War-64 $58,880 TL-13 | This concern was raised during QF EWR and multiple investigation were conducted  with supplier at CPG to identify "Root Cause". Glass samples were recovered and sent to Supplier via NAQC | 7/19/11 | KMA request results of glass analysis conducted by supplier | None | |

**0495**
Updated 1/3/13



# Open Top Issues

**0496**

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022454

# REDACTED

**0497**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022455

# REDACTED

**0498**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022456

# REDACTED

**0499**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022457

# REDACTED

**0500**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# REDACTED

0501

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022459

# REDACTED

**0502**

KMA00022460

# REDACTED

**0503**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022461

# REDACTED

**0504**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022462

# REDACTED

0505

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022463

# REDACTED

**0506**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022464

# REDACTED

**0507**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022465

# REDACTED

**0508**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022466

# REDACTED

**0509**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022467



# Monitoring Issues

(Will Be Closed 90 Days After Monitoring Date)

\* If Counter measure is not effective after 90 Days, item will be moved back to Open Issues)

**0510**

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022468

# REDACTED

**0511**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022469

# REDACTED

**0512**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00022470

# REDACTED

**0513**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022471

# REDACTED

**0514**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00022472

# REDACTED

0515

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# REDACTED

**0516**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022474

# REDACTED

0517

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022475

# REDACTED

**0518**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00022476

# REDACTED

**0519**

KMA00022477

# REDACTED

**0520**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022478

# REDACTED

0521

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# REDACTED

**0522**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022480

# REDACTED

0523

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022481

# REDACTED

**0524**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022482

# REDACTED

**0525**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022483

# REDACTED

**0526**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022484

# REDACTED

**0527**

 KMA00022485

# REDACTED

0528

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# REDACTED

0529

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022487

# REDACTED

0530

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022488

# REDACTED

0531

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022489

# REDACTED

**0532**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022490

# REDACTED

**0533**

KMA00022491

# REDACTED

**0534**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022492

# REDACTED

**0535**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022493

# REDACTED

**0536**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022494

## Days in Monitor: 1
# TF/QF/XM - Panorama Sunroof Glass Shatter (Moved to Monitor 1/3/13)



TF Glass | XM Glass

### Warranty Claim Chart

**Total Cost: $58,880**

Claims By Model

| Claim | Count |
|-------|-------|
| UIO | 596,004 |
| WAR | 64 |
| TL | 13 |
| CA | 9 |
| NHTSA | XMA – 8 QF – 1 |

### Concern

➢Consumer complaints of Panorama Sunroof Glass shatter while driving @ highway speeds.
➢Consumers are reporting a loud explosion noise heard; then glass fragmentation falls into interior
➢ Consumers are reporting Panorama Sunroof Glass shatter while operating sunroof or closing doors

### Countermeasure Status

**Production C/M**
➢ This concern was raised during QF EWR and multiple investigation were conducted with supplier to identify "Root Cause".
➢ Glass samples were recovered and sent to Supplier via NAQC (10/30)

**Field C/M**
➢ None

### KMA Action

QIR: APT-BO-11093 (7/19/11)

➢KMA has issued two QIR's for XMa for this concern 7/12/2011 and QIR ACD-BO-11116 was issued on 12/15/2011 for QF.
➢KMA / KMMG /Supplier have conducted multiple Customer Complaint "Go & See" most recent on (11/30/2012)
➢KMA / HATCI CPG has completed a Controlled Durability Test for the Panorama Glass on both XMa and QF (11/21)

### KMA Request

➢ KMA Request KMC & Supplier TFT Assistance for Further Investigation to "Root Cause" as Issue is Complex
➢ KMC to investigate supplier sunroof heat treatment variability and material characteristics (heat expansion).
➢ KMC to investigate body opening cavity variability and sunroof dimension variability for potential interference
➢ KMC to investigate glass sample for material quality
➢ KMA request results of glass analysis conducted by supplier

**0537**

Updated 11/29/2012

Joe Perez

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

**KMA00022495**

# REDACTED

0538

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022496