# EXHIBIT 37



# KMC/KMMG Top Issues Product Quality Report

## March 7, 2013
## Product Quality

**0539**

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506



# Open Top Issues

**0540**

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022838

# REDACTED

**0541**

KMA00022839

# REDACTED

0542

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00022840

# REDACTED

0543

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00022841

# REDACTED

0544

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00022842

# REDACTED

**0545**

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

**KMA00022843**

# REDACTED

**0546**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022844

# REDACTED

**0547**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022845

# REDACTED

**0548**

# REDACTED

**0549**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022847

# REDACTED

**0550**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022848

# REDACTED

0551

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022849

# REDACTED

**0552**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022850

# REDACTED

**0553**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022851

# REDACTED

**0554**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022852

# REDACTED

**0555**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022853

# REDACTED

**0556**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022854

# REDACTED

**0557**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022855

# REDACTED

**0558**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022856

# REDACTED

0559

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022857

# REDACTED

**0560**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022858

# REDACTED

**0561**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022859



# Monitoring Issues

(Will Be Closed 90 Days After Monitoring Date)

\* If Countermeasure is not effective after 90 Days, item will be moved back to Open Issues)

**0562**

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# REDACTED

**0563**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022861

# REDACTED

**0564**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022862

# REDACTED

**0565**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022863

# REDACTED

**0566**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022864

# REDACTED

**0567**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022865

# REDACTED

**0568**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022866

# REDACTED

**0569**

KMA00022867

# REDACTED

**0570**

KMA00022868

# REDACTED

0571

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022869

# REDACTED

**0572**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022870

# REDACTED

**0573**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022871

# REDACTED

**0574**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022872

# REDACTED

**0575**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022873

# REDACTED

**0576**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022874

# TF/QF/XM/SL - Panorama Sunroof Glass Shatter (Moved To Monitor 1/3/13)

Days in Monitor: 61



TF Glass / XM Glass

## Warranty Claim Chart

**Total Cost: $83,060**

| Claim | Count |
|-------|-------|
| UIO | 740,081 |
| WAR | 79 (5) |
| TL | 17 |
| CA | 9 |
| NHTSA | XMA – 9 QF – 1 |

Claims By Model — 2011, 2012, 2013, Cost — $10,144 / $27,251 / $45,665

## Concern

➢ Consumer complaints of Panorama Sunroof Glass shatter while driving @ highway speeds.
➢ Consumers are reporting a loud explosion noise heard; then glass fragmentation falls into interior
➢ Consumers are reporting Panorama Sunroof Glass shatter while operating sunroof or closing doors

## Countermeasure Status

**Production C/M**
➢ This concern was raised during QF EWR and multiple investigation were conducted with supplier to identify "Root Cause".
➢ Glass samples were recovered and sent to Supplier via NAQC (10/30)
**Field C/M**
➢ None

## KMA Action
QIR: APT-BO-11093 (7/19/11)

➢ KMA has issued two QIR's for XMa for this concern 7/12/2011 and QIR ACD-BO-11116 was issued on 12/15/2011 for QF.
➢ KMA / KMMG /Supplier have conducted multiple Customer Complaint "Go & See" most recent on (11/30/2012)
➢ KMA / HATCI CPG has completed a Controlled Durability Test for the Panorama Glass on both XMa and QF (11/21)
➢ Continuous monitoring of field complaints
➢ Latest Investigation in AL – inconclusive XMa
➢ Completed (2) investigations in Texas 2/11/13 (TF HEV)

## KMA Request

➢ KMA Request KMC & Supplier TFT Assistance for Further Investigation to "Root Cause" as Issue is Complex
➢ KMC to investigate supplier sunroof heat treatment variability and material characteristics (heat expansion).
➢ KMC to investigate body opening cavity variability and sunroof dimension variability for potential interference
➢ KMC to investigate glass sample for material quality
➢ KMA request results of glass analysis conducted by supplier (3/7/2013)

**0577**

Updated 3/7/13 | WAR ( ) - Increase from last week | Neal Moen

# REDACTED

**0578**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022876

# REDACTED

**0579**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022877

# REDACTED

**0580**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022878

# REDACTED

0581

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022879

# REDACTED

**0582**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022880

# REDACTED

0583

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022881

# REDACTED

0584

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022882

# REDACTED

**0585**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022883

# REDACTED

**0586**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00022884