# EXHIBIT 40

| | |
|---|---|
| From: | kma99853@IRVKMASASW01.hke.local [kma99853@IRVKMASASW01.hke.local] |
| on behalf of | Thornton, John [KMA] [JThornton@Kiausa.com] |
| Sent: | 1/15/2015 10:43:26 AM |
| To: | Thornton, John [KMA] [jthornton@kiausa.com]; Dow, Alan [KMA] [adow@kiausa.com]; Sauck, Eric [KMA] [esauck@kiausa.com]; An, Jin Mo (Jamie) [jman@kiausa.com] |
| Subject: | Potential Safety Issues |
| Attachments: | ISSUES Thursday, January 15, 2015.XLSM |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506  0622  KMA(emails)00093157



0623

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506    KMA(emails)00093158

**0624**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506 KMA(emails)00093159



CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506 **0625** KMA(emails)00093160