# EXHIBIT 41



| ISSUE | _11_23_2014 | _11_30_2014 | _12_07_2014 | _12_14_2014 | _12_21_2014 |
|-------|-------------|-------------|-------------|-------------|-------------|

**0626**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093382



**0627**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093383

CADETAIL

| ISSUE | case_id | created_or | Vin | series_name |
|-------|---------|-----------|-----|-------------|
| OTHER | K2867376 | 1/9/2015 | 5XYKU4A74FG███████ | SORENTO |

**0628**
Page 1

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093384

CADETAIL

OTHER       K2869948       1/13/2015 5XYKUDA74EG█████████       SORENTO

**0629**
Page 2

CADETAIL

| | | | | | |
|---|---|---|---|---|---|
| OTHER | K2868776 | 1/12/2015 | KNAGM4AD1C5 ██████ | | OPTIMA HYBRID |

**0630**
Page 3

KMA(emails)00093386

CADETAIL

| | | | | |
|---|---|---|---|---|
| OTHER | K2870346 | 1/14/2015 | KNAGM4AD6B5███████ | OPTIMA HYBRID |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                              KMA(emails)00093387

CADETAIL

series_year

2015

**0632**
Page 5

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093388

CADETAIL

2014

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093389

CADETAIL

2012

**0634**
Page 7

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093390

CADETAIL

2011

**0635**
Page 8

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093391

CADETAIL

| history |
| --- |

\*\*\* NOTES 01/13/2015 02:56 PM Pacific Daylight Time SMarino Action Type:Dealer contact
Received email - pictures reviewed

Sent email to Tracy Hebert , service mgr @ LA040
1.  After reviewing pictures: there is not any obvious sings of cause of the sunroof shatter, either due to external impact or not.
2.  Advised KMA has authorized replacement of the sunroof as a one-time good will gesture on the behalf of the customer.


\*\*\* PHONE LOG 01/13/2015 03:13 PM Pacific Daylight Time SMarino Action Type:Outgoing call
Called customer - spoke to Salvador Hernandez
Writer advised
1.  KMA has reviewed the pictures of the sunroof that the dealer supplied
2.  After investigating and reviewing the pictured that were provided by LA040, there are no obvious signs of cause for sunroof shatter, either due to external impact or not
3.  Kia Motors has authorized replacement of sunroof as one-time goodwill gesture

Mr.        stated:
1.  What if this happens again
2.  What happens if my child gets hurt next time
3.  I am going out of town for a few day - do I have to pay for the rental if I can not pick up the vehicle until I get back. I am leaving tomorrow and I wont be back in town until monday 1/19.

Writer advised
1.  Again - there are no obvious signs of cause for sunroof shatter, either due to external impact or not - Kia Motors has authorized replacement of sunroof as one-time goodwill gesture
2.  Advised customer could only deal with current issue
3.  Writer advised would cover rental until 1/20/15


\*\*\* PHONE LOG 01/13/2015 03:14 PM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, LA040 - left vmail for Tracy Hebert

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093392

CADETAIL

2 Customer claimed hearing loud bang
3 Customer stated saw their sunroof had shattered

Writer states:
1 Gave case number
2 Advised to have customer call in to intiate claim
3 Advised to contact dpsm if have not done so already


*** NOTES 01/14/2015 03:01 PM US Mountain Standard Time BSherrick Action Type:Dealer contact
Jake @ UT011
1,  Want to know if we are authorized to repair this car yet

Writer stated:
1.  This case is at NCA
2.  Provided number to NCA
3.  They will have to advise you of the status


*** PHONE LOG 01/14/2015 02:26 PM Pacific Daylight Time SMarino Action Type:Incoming call
Received call from dealer, UT011 - Spoke to Chris Milligan, service mgr
1.  Reviewed case with Mr.Milligan
2.  Advised need pictures
3.  Gave email addrss and direct phone #


*** PHONE LOG 01/14/2015 04:13 PM US Mountain Standard Time SBuchanan Action Type:Incoming call
Cust states:
1.  Needing to know if need to start insurance claim or if you are covering this

Writer states:
1.  Apologized
2.  Advised will have email sent for request of follow up


*** NOTES 01/14/2015 04:14 PM US Mountain Standard Time SBuchanan Action Type:Internal
Writer sent email to TL RHall request NCA follow up

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                                    KMA(emails)00093393

CADETAIL

Wtr spoke with Joseph Butkiewicz SM of VA026 who states:
1. The owner of the vehicle is
2. Complaint of sunroof exploding while driving
3. The phone # for the customer is
Thanked and call ended


*** PHONE LOG 01/12/2015 01:33 PM US Mountain Standard Time JSinclair Action Type:Outgoing call
Wtr called customer who states:
1. I was driving and the sunroof just broke
Wtr states:
1. Apologized
( wtr took script )
2. Please allow two days for your case to be reviewed and for customer to be contacted
Thanked and call ended


*** NOTES 01/12/2015 02:47 PM US Mountain Standard Time JSinclair Action Type:Dealer contact
Dispatching case to NCA
Customer alleges sunroof exploded while driving
report taken, pictures attached to case


*** PHONE LOG 01/13/2015 09:59 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, VA026 - spoke to Joseph Butkiewicz, service mgr
1.  Writer reviewed case with Mr. Butkiewicz
2.  Writer requested pictures
3.  Writer gave direct phone # and email address


*** NOTES 01/13/2015 02:49 PM Pacific Daylight Time SMarino Action Type:Dealer contact
Received email - pictures reviewed

Sent email to Joe Butkiewicz , service mgr @ VA026
1.  After reviewing pictures: there is not any obvious sings of cause of the sunroof shatter, either due to external impact or not.
2.  Advised KMA has authorized replacement of the sunroof as a one-time good will gesture on the behalf of the customer.

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                                    KMA(emails)00093394

CADETAIL

*** PHONE LOG 01/14/2015 09:26 AM US Mountain Standard Time MBurgess Action Type:Ltr/email/fax sent
Randy Weller stated
1. I was driving and the sunroof exploded
2. I was doing research it said this was a known issue
3 I just want it fixed if its faulty
4. Its at my house now
5 I was close to home so i drove it home

wtr stated
1. Apologized
2. Advised KIA will get involved
3. Advised wtr will complete report
4 Advised NCA will contact customer regarding concerns
5 KIA will repair veh for any defects of KIA
6 Provided case#

Randy Weller stated
1 Ok thanks


*** NOTES 01/14/2015 02:42 PM US Mountain Standard Time MBurgess Action Type:Dealer contact
Dispatching to NCA for handling

1.Customer alleging sunroof exploded while driving
2 Wtr completed report
3. Cust requesting veh be repaired

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                    KMA(emails)00093395

CADETAIL

| MDL | MY | MDL_CD | DATE_MFG | DATE_WHL | DATE_TIS | PROD |
|-----|-----|--------|----------|----------|----------|------|
| XM | 2015 | 74242 | 9/15/2014 | 9/23/2014 | 9/30/2 | 2014-709 |

**0640**
Page 13

KMA(emails)00093396

CADETAIL

| | | | | | 2013- |
|---|---|---|---|---|---|
| XM | 201474442 | 12/2/2013 | 12/18/2013 | 3/26/2( | 812 |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093397

CADETAIL

**0642**
Page 15

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

CADETAIL

**0643**
Page 16

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093399

CADETAIL

| RTL_YR_MCD_OPT | | CD_ACC | DLR | DLRNAME | ST |
|---|---|---|---|---|---|
| | | AC BA1 | | | |
| | | BA6 BD4 | | | |
| | | BD5 HB6 | | | |
| | | HB7 LO7 | | | |
| | | PK2 SN7 | | | |
| | | CM CN CO | | | |
| | | IL MUG | | | |
| | | SPL TO 11 | | | |
| 2014-09 | 60 | 18 | LA040 | DEALERSHIP | LA |

**0644**
Page 17

CADETAIL

| 2014-03 | 50 | | BA1 BA2<br>BA4 BA6<br>BA9 HB6<br>HB7 LM5<br>LO7 PK2<br>TSA CM<br>CN CO 11<br>18 | UT011 | FIRST<br>CHOICE CAR<br>SALES, INC. | UT |

**0645**
Page 18

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093401

CADETAIL

**0646**
Page 19

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093402

CADETAIL

**0647**
Page 20

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093403

CADETAIL

| da | ISSU PFP | WEEK |
|----|----------|------|

9/2/2014          1/4/2015

**0648**
Page 21

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                    KMA(emails)00093404

CADETAIL

11/27/2013                    1/11/2015

**0649**
Page 22

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                    KMA(emails)00093405

CADETAIL

1/11/2015

**0650**
Page 23

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00093406

CADETAIL

1/11/2015

**0651**
Page 24

KMA(emails)00093407