# EXHIBIT 42

| | |
|---|---|
| From: | kma99853@IRVKMASASW01.hke.local [kma99853@IRVKMASASW01.hke.local] |
| on behalf of | Thornton, John [KMA] [JThornton@Kiausa.com] |
| Sent: | 1/25/2015 7:00:04 AM |
| To: | Thornton, John [KMA] [jthornton@kiausa.com]; Dow, Alan [KMA] [adow@kiausa.com]; Sauck, Eric [KMA] [esauck@kiausa.com]; An, Jin Mo (Jamie) [jman@kiausa.com] |
| Subject: | Potential Safety Issues |
| Attachments: | ISSUES Sunday, January 25, 2015.XLSM |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506    KMA(emails)00094010

Case: 1:15-cv-00506-MWM Doc #: 80-49 Filed: 10/04/17 Page: 3 of 5  PAGEID #: 3743



CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094011

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094012

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506



0655

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506  KMA(emails)00094013