# EXHIBIT 43

CADETAIL

| ISSUE | case_id | created_o | Vin | series_name |
|---|---|---|---|---|
| OTHER | K2873727 | 1/20/2015 | KNDPCCA66B7 | SPORTAGE |

**0656**
Page 1

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506    KMA(emails)00094327

CADETAIL

series_year

2011

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506       KMA(emails)00094328

CADETAIL

history

*** NOTES 01/20/2015 01:10 PM US Mountain Standard Time CWilliams Action Type:Manager review
Dispatching to NCA
1. service manager called in and stated sunroof shattered while driving
2. possible product liabilty case
3. please review the case and contact the customer and dealership accordingly


*** PHONE LOG 01/21/2015 02:23 PM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, CA224 - spoke to Dominick, service mgr
1.  Reviewed case with Dominick
2.  Requested pictures


*** PHONE LOG 01/22/2015 08:20 AM Pacific Daylight Time SMarino Action Type:Outgoing call


*** PHONE LOG 01/22/2015 08:24 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, CA224 - Spoke to Dominick
1.  Writer requested pictures


*** NOTES 01/22/2015 11:32 AM Pacific Daylight Time SMarino Action Type:Dealer contact
Received email - pictures reviewed

Sent email to Dominick Mongelli , service mgr @ CA224
1.  After reviewing pictures: there is not any obvious sings of cause of the sunroof shatter, either due to external impact or not.
2.  Advised KMA has authorized replacement of the sunroof as a one-time good will gesture on the behalf of the customer.


*** PHONE LOG 01/22/2015 11:45 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, CA224 - Spoke to Dominick
1.  Writer advised on payment process

**0658**
Page 3

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506                                    KMA(emails)00094329

CADETAIL

| MDL | MY | MDL_CD | DATE_MFG | DATE_WHL | DATE_TIS | PROD |
|---|---|---|---|---|---|---|

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506　　KMA(emails)00094330

CADETAIL

| RTL_YR_MCD_OPT | CD_ACC | DLR | DLRNAME | ST |
|---|---|---|---|---|

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506　　　KMA(emails)00094331

CADETAIL

| da | ISSU PFP | WEEK |
|----|----------|------|

1/18/2015