# EXHIBIT 44

**From:** kma99853@IRVKMASASW01.hke.local [kma99853@IRVKMASASW01.hke.local]
**on behalf of** Thornton, John [KMA] [JThornton@Kiausa.com]
**Sent:** 2/22/2015 7:00:03 AM
**To:** Thornton, John [KMA] [jthornton@kiausa.com]; Dow, Alan [KMA] [adow@kiausa.com]; Sauck, Eric [KMA] [esauck@kiausa.com]; An, Jin Mo (Jamie) [jman@kiausa.com]; Kang, Jae Hyun (Jay) [KMA] [jhkang@kiausa.com]
**Subject:** Potential Safety Issues
**Attachments:** ISSUES Sunday, February 22, 2015.XLSM



KMA(emails)00094918

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094919



CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094920

**0665**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094921