# EXHIBIT 45

**0666**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094922

WARDETAIL

| ISSUE | VIN | MY | MDL | Model | MFG DATE | PROD YR_MON |
|-------|-----|-----|-----|-------|----------|-------------|
| EXPLODE | KNALN4D74E5█████ | 2014 | VG | CADENZA | 10/7/2013 | 2013-10 |

**0667**
Page 1

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094923

WARDETAIL

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094924

WARDETAIL

**0669**
Page 3

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094925

WARDETAIL

**0670**
Page 4

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094926

WARDETAIL

| DATE RETAIL | EXT Color | Days @ Defect | Int Color | TM | RO DATE | RO Yr_Mon | Miles | PNC |
|---|---|---|---|---|---|---|---|---|
| 12/3/2013 | B3U | 405 | WK | 2 | 2015/1/12 | 2015-01 | 12001 | 81630 |

**0671**
Page 5

KMA(emails)00094927

WARDETAIL

**0672**
Page 6

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094928

WARDETAIL

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094929

WARDETAIL

**0674**
Page 8

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094930

WARDETAIL

| OP_CD_DESC | N Code | C Code | PARTS | LABOR | SUBLET | TOTAL | PFP |
|---|---|---|---|---|---|---|---|
| Panorama Sunroof Sliding Glass Assy, R&R | B21 | ZZ4 | 382.13 | 166.68 | 0.00 | 548.81 | 81630 3R500 |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094931

WARDETAIL

**0676**
Page 10

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094932

WARDETAIL

**0677**
Page 11

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094933

WARDETAIL

**0678**
Page 12

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094934

WARDETAIL

| PARTNAME | PORT | REGION | DISTRICT | DLR | DLRNAME |
|---|---|---|---|---|---|
| GLASS ASSY-PANOFPH | EA | | 02 | MA042 | MIDWAY MOTORS, INC. |

**0679**
Page 13

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094935

WARDETAIL

**0680**
Page 14

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094936

WARDETAIL

**0681**
Page 15

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094937

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094938

WARDETAIL

| CITY | ST | CLM TYPE | RO # | Mdl Code | DTC | TIS | CD_OPT | CD_ACC |
|------|-----|----------|------|----------|-----|-----|--------|--------|
| FRAMING | | | | | | | | GIP GP2 CA CF TX9 BA |
| HAM | MA | W | 97758 A | E4292 | | 442 | 10 | 10 11 18 19 25 |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094939

WARDETAIL

**0684**
Page 18

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094940

WARDETAIL

**0685**
Page 19

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506
KMA(emails)00094941

WARDETAIL

**0686**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094942

WARDETAIL

| Date Approved | note |
|---|---|
| 2/17/2015 | [S]CONDITION: CUSTOMER STATES SUN-ROOF BLEW OUT CH[S]ECK AND ADVISE \| CAUSE: BROKEN GLASS. \| CORRECT[S]ION: 12001 0 VEHICLE CAME INTO SHOP WITH BROKEN[S] SUNROOF GLASS. INSPECTED AND DID NOT SEE ANY S[S]IGNS OF IMPACT. OPENED TECHLINE CASE #T2870300 [S]- WAS ADVISED TO REPLACE GLASS ASSY. REMOVED BR[S]OKEN ASSY, REPLACED AND ADJUSTED GLASS. OPERATE[S]D ASSY SEVERAL TIMES AND WORKS AS DESIGNED. REM[S]OVED FRONT SEATS, SUN SHADE, CLEANED UP INTERIO[S]R AS BEST AS POSSIBLE. |

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094943

WARDETAIL

**0688**
Page 22

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094944

WARDETAIL

**0689**
Page 23

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094945

WARDETAIL

**0690**

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094946

WARDETAIL

| Week |
|------|

1/16/2015   2/15/2015

CONFIDENTIAL-KONDASH v. KMA- CASE NO. 1:15-cv-506

KMA(emails)00094947