# EXHIBIT 48

U.S. Department of Transportation
**National Highway Traffic Safety Administration**

# ODI RESUME

OFFICE OF DEFECTS INVESTIGATION NHTSA

**Investigation:** PE 13-035
**Date Opened:** 10/21/2013
**Investigator:** Emily Reichard **Reviewer:** Scott Yon
**Approver:** Frank Borris
**Subject:** Sunroof Implosion

## MANUFACTURER & PRODUCT INFORMATION

**Manufacturer:** Kia Motors Corporation
**Products:** 2011-2013 Kia Sorento
**Population:** 64,117

**Problem Description:** The sunroof may shatter while the vehicle is parked or in motion.

## FAILURE REPORT SUMMARY

| | ODI | Manufacturer | Total |
|---|---|---|---|
| **Complaints:** | 15 | TBD | TBD |
| **Crashes/Fires:** | 0 | TBD | TBD |
| **Injury Incidents:** | 1 | TBD | TBD |
| **Number of Injuries:** | 1 | TBD | TBD |
| **Fatality Incidents:** | 0 | TBD | TBD |
| **Number of Fatalities:** | 0 | TBD | TBD |
| **Other*:** | 0 | Confidential | Confidential |

***Description of Other:** Manufacturer supplied Early Warning Reporting (EWR) field report data

## ACTION / SUMMARY INFORMATION

**Action:** A Preliminary Evaluation (PE) has been opened.

**Summary:**

The Office of Defects Investigation (ODI) has received fifteen (15) consumer complaints on model year 2011-2013 Kia Sorento vehicles alleging that the optional sunroof shattered unexpectedly. Of those complaints, thirteen (13) occurred while the vehicle was in motion. One injury was reported where the complainant suffered minor cuts from the shattered glass. ODI has also received early warning field report data from the manufacturer regarding the alleged problem. Glass shattering while driving could distract the driver and the resulting glass particles could injure occupants.

ODI has opened this investigation to further analyze the scope, frequency and consequence of the alleged incidents.

ODI reports cited above can be reviewed at www-odi.nhtsa.dot.gov/complaints under the following identification (ODI) numbers: 10345933, 10366885, 10380921, 10410440, 10428261, 10432904, 10453957, 10466987, 10478778, 10492886, 10502219, 10508983, 10514388, 10531972, 10534883

**0696**