# EXHIBIT 49



# Executive Summary
## Optima / Sorento / Sportage Sunroof Glass Status
# Kia Motors America  05/31/2013

| Head of Group | President |
|---|---|
|  |  |

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019082

# Panorama Sunroof Glass Summary

**Purpose**

o Provide Summary of Panorama Sunroof Glass Shatter Investigation to Determine if Quality or External Influence / Impact is contributing to this condition / complaint

**Background**

o **NHTSA - VOQ [Vehicle Owner Questionnaire] Complaint** :
Customer / Field complaints of Panorama Sunroof Glass Shatter
– [11] Xma, [2] TF & [3] QF – **No Injuries have been reported**
**VOQ** [XMa example] –Customer reported hearing a loud explosion
while driving @ speeds of approx 25mph. Customer pulled
over sighting Panorama Glass exploded near the center of glass.

o **Warranty Claims** :
- Total Claims : 103 // XMa [60] , QF/TF [32] & SL [11]
- Customer Interpretation of condition:
  • Condition occurs while driving
  • Condition occurs while closing sunroof/door

o **Sliding Glass Part Demand  In Last 12 months**
- XMa = **141**     - TF/QF = **143**     - SL = **38**



**Total Warranty Claims**

Total Claims: 103

| | QF | TF | SL | XM |
|---|---|---|---|---|
| 2011 | 10 | 9 | 8 | 34 |
| 2012 | 11 | 2 | 3 | 11 |
| 2013 | | | | 14 |
| 2014 | | | | 1 |

| | CA Claims | VOQ | Techline Claims |
|---|---|---|---|
| | 59 (11 QF, 11 TF 26 XM, 11 SL) | 16 (2 TF, 3 QF, 11 XM) | 33 (6 TF, 8 QF, 17 XM, 2 SL) |

**Details**

o **KMA & Affiliate "Go and See" Investigations + Benchmark**
- 27 Count  [27 Completed: 15 XM & 6 QF /  6 TF]
- 90% Supplier Attendance
- Locations MI, (3)CA,(4)NY, GA, MD,(2)AR,TX, LA,(2)OK,FL,TN,(2)OR,NM,(2)NJ,(2)VA,OH,F
- Results :
  • Foreign Object [15]
  • Inconclusive  [12]

o **Planned  "Go and See" Investigations  -**
- No Investigations planned  next week

o **HATCI Controlled  Glass Durability Test @ CPG**
- **No Failure Identified during Durability Test (Completed 11/26)**



TF – Field Investigation Analysis Report

**Conclusion**

**Next Steps**

o **External Influences / Rock Impact has been identified through this investigation as a contributing factor to field complaints.**
o KMC Investigation – Component test completed by Supplier with passing results of system components.
o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring TechLine  & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**
o KMA Legal to meet with NHTSA  for a follow up status report  in June.



# XM Panorama Glass Investigation

Quality Assurance Team | 2012.10.18

| Prepared | MGR | HOD |
|---|---|---|
| R. Kimbell | | |

KR-GA-GAF-F-0035
Rev. Date: 6/26/2012
Rev. Level: 01

The Power to Surprise

Printed Copy for Reference Only

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019084

# XM Panorama Glass Investigation



**Customer Complaint**

- ➢ Customer states as they were driving down the highway at approximately 75-80 mph the sunroof glass panel fractured as they were passing a semi-truck. Customer did not recall hearing any sort of impact to the glass at that time.
- ➢ Location: Grand Rapids, MI

**Investigation Details**

- ➢ **Participants**:
  - ➢ Ralph Kimbell (KMMG), Louis Watts (Webasto), Gwen Mihuc (Guardian), Mike Diver (Guardian), Thomas Baek, Jack Flanagan (KMA)
- ➢ **Vehicle Information**:
  - ➢ VIN: 5XYKUDA24DG<sup>REDACTED</sup> 2013 Sorento EX AWD
  - ➢ Production Date: 7/17/12
  - ➢ Mileage: 3339
  - ➢ Service History: No repair history at KMMG, No external repair history
- ➢ **Evaluation Results**:
  - ➢ During investigation there were some witness marks noticed on the roof near the antenna that may indicate that the customer potentially mounted something to the roof which could have potentially damaged the glass. However no roof rails were present.
  - ➢ Also there were some scratches noticed on the rear glass, this may have been done if something was mounted to the roof as well or glass fragments from the front glass could have scratched it during the incident.
  - ➢ After initial analysis of glass fragments, tempering of glass appears to be within specification.
  - ➢ After initial analysis of all brackets, there is no evidence of e-coat failure between glass and brackets.
  - ➢ **After glass analysis by Guardian, damage to glass appears to have started on right side of the glass. No other areas on the glass present showed a web-like break pattern as found on the right side. The web-like break pattern indicates where the crack began due to some sort of external impact to the glass.**

**Next Steps**

- ➢ Review process at Glovis and KMMG to verify proper handling of glass and ensure glass is not damaged prior to install.
- ➢ Webasto obtained all brackets from unit for further testing. Supplier will also check pano build history using barcode present on bracket to verify this pano roof had no prior repair concerns. All information will be included in their report.
- ➢ Guardian (Glass Supplier) obtained several fragments of glass from unit to verify tempering. Also requested additional inspection of glass before shipping. Supplier will also compile a report of results of additional testing.
- ➢ Recommend R&D evaluate and move to design similar to that of the Kia Optima.

# XM Panorama Glass Investigation



| | Panorama Roof Comparison | | |
|---|---|---|---|
| **Kia Sorento** | Front ![photo] | Glass has no protection around the edge similar to Hyundai Veloster. | Side ![photo] |
| **Hyundai Veloster** | Front ![photo] | Glass has no protection around the edge similar to XM. | Side ![photo] |
| **Kia Optima** | Front ![photo] | Glass edge is protected to prevent damage from impact unlike Veloster and Sorento. | Side ![photo] |

| Concern | Panorama Glass Fragmented |
|---------|---------------------------|









# 11 Xma Panoramic Roof Shatter



Approximate Location of where foreign object contacted Glass

Location of Recent Paint Chip in Hood



Chip in Paint on Hood

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

**KMA00019090**



Approx location of where object hit Glass Panel



Front Support Bar

Approx location of where object hit Glass Panel



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019093



Paint chips on rear of roof fro m Glass shatter and spraying back while driving







# XMa Panorama Sunroof Glass Breakage

| Cause | Analysis |
|---|---|
| ▶ **Complaint** <br><br> - Damaged glass sunroof highway driving (65-70 mph) | **[Problem Vehicle Results]** <br> ※ Joint Investigation (12.10/17) |

**Cause**

▶ **Complaint**

- Damaged glass sunroof highway driving (65-70 mph)

| ※ 차량 정보 # | T2373852 |
|---|---|
| VIN | 5XYKUDA24DG REDACTED |
| 주행거리 | 3,339 mile |
| 판매딜러 | Fox Kia |
| 발생지역 | Grand Rapid, MI |



▶ **Cause: External Impact is suspected**

▶ **불량율 :** 0.02% (12건/75,364대)

※ 대상 차량 - 75,364대 (09.11/15 ~ 현재) - 파노라마루프 옵션Only

**Analysis**

**[Problem Vehicle Results]**

※ Joint Investigation (12.10/17)

   1) Affiliates: KMMG,KMA,베바스토

   2) Evaluation

    - Impact glass on the end of glass breakage investigation trail area

   3) Analysis

    - External Impact was identified as "Root Cause"

    - Without glass edge protection, rock impact can be attributed to condition and maybe a disadvantage compared to competitors



충격 시작점

**[Field Fix]**

- Replace fragmented glass with new glass

FPQR

업체 : 베바스토

# TF – Field Investigation Analysis Report

## Purpose

- ❖Investigate Field Quality Issue and Identify "Root Cause"
- ❖**Complaint**        Vehicle Panorama Sunroof Glass Exploded Driving @ approximately 60 MPH
- ❖**TFT Members**       (KMA PQ) Luis Buitrago and Joe Perez / (Webasto Supplier) Mr. Kim

## Investigation Results

- ❖<u>**Analysis**</u> **:**
  - ❖During the inspection, TFT observed fragmentation had occurred in the center of glass. Fragmentation occurred from the center of the glass and as a result, consequential damage occurred to the paint.
  - ❖The Investigation results are **Inconclusive** as to the "**Root Cause**" of this condition. Panorama sunroof front glass was recovered for further analysis.
- ❖ <u>**Details**</u> **:**
  - ❖ **VIN = KNAGR4A66B5**<sup>REDACTED</sup>**/ MILES = 20,976**
  - ❖ Vehicle approx. Speed = 60 mph
  - ❖ Approx outside Temp = 59 deg F° / Location = Del Mar, CA
  - ❖ Incident occurred while driving South on the I-5 Fwy
  - ❖ Customer heard loud explosion coming from her vehicle
  - ❖ Sunroof closed / Sunshade was open during occurrence
  - ❖ Explosion occurred – customer stating, she realize sunroof glass had exploded. Additionally stating, little glass had fallen inwards from the explosion.
  - **See Attached** for additional photos



Fragmented in Center of Glass



Circular fracture configuration

## Next Steps

- ❖KMC to investigate supplier sunroof heat treatment variability and material characteristics (heat expansion).
- ❖KMC to investigate body opening cavity variability and sunroof dimension variability for potential interference
- ❖KMC to investigate glass sample for material quality.
- ❖FPQR

| Problem | Panorama Glass Exploded |
|---|---|







Potential Impact Mark



Glass Explosion outwards, no signs of fracture occurrence at this point

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506   0713   KMA00019098

| Condition | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 06:03 | Overcast Light Rain | 59°F / 15°C | 55°F / 13°C | 88% | 30.06 in (1018 mb) | ESE 3.5 mph (ESE 6 kph) | 0.00 in (0.00 mm) | 10SM |



RH Front Edge of Glass



Witness Marks on Edge of Seal



LH Front Edge of Glass



Witness Marks on Edge of Seal



Separation of Front Seal to Glass



Witness Marks on Edge of Seal

# XM – Field Investigation Analysis Report

## Purpose

- ❖ Investigate Field Quality Issue and Identify "Root Cause"
- ❖ **Complaint**  Vehicle Panorama Sunroof Glass Exploded Driving at Highway Speeds
- ❖ **TFT Members**  (KMA) Chris Capuzzo (KMMG/QA) Ralph Kimble / (Webasto Supplier) Luis Watts

## Investigation Results

- ❖ **Analysis** :
  - ❖ Initial investigation confirmed the sunroof glass had fragemented and fell onto the sunshade. Further inspection reveals impact witness mark on the hood and on the surface of the glass. The witness mark on the hood was tracked to the impact mark (initial fracture) on the leading edge of the glass . The cracks propagated to the center causing the glass to collapse onto the sunshade. Consequential damage occurred to the paint from broken glass contact at highway speeds.
  - ❖ The Investigation results are **conclusive** as to the "**Root Cause**" of this concern. <u>The glass was cracked by a foreign object.</u> Panorama sunroof front glass was recovered for further analysis.
- ❖ **Details** :
  - ❖ **VIN = 5XYKWDA26BG**<sup>REDACTED</sup>**/ MILES = 26,573**
  - ❖ Vehicle approx. Speed = 65mph
  - ❖ Approx outside Temp = 50deg F°
  - ❖ Customer heard loud explosion coming from the vehicle
  - ❖ Sunroof closed / Sunshade was closed during occurrence

 Double-Click Icon for Additional Photos 



Fragmented in Center of Glass



Location of Initial Impact

## Next Steps

❖ KMC to investigate glass sample for material quality.

# XM – Field Investigation Analysis Report

## Purpose

❖Investigate Field Quality Issue and Identify "Root Cause"
❖Complaint: Vehicle Panorama Sliding Sunroof Glass Exploded Driving @ approximately 65 MPH
❖TFT Members: (KMA PQ) Dan Howells, (KMMG) Ralph Kimbell and (Webasto Supplier) Louis Watts

## Investigation Results

❖**Analysis** :
  ❖During the inspection, TFT observed fragmentation occurred of the sliding glass. consequential damage occurred to the roller shade
  ❖The Investigation results are Inconclusive as to the "Root Cause" of this condition.
  ❖ There is no damage to surrounding painted area from rock/debris (Various road hazards)
  ❖All frame support bars have inspected, no loose glass to bracket

❖ **Details** :
  ❖ VIN: 5XYKU4A229CG<sup>REDACTED</sup> / MILES: 6,311
  ❖ Vehicle approx. Speed = 60/70 mph
  ❖ Approx outside Temp = 55 deg F° / Location = Atlanta, GA
  ❖ Incident occurred while driving North on I-85
  ❖ Customer heard loud explosion coming from her vehicle
  ❖ Sunroof was closed / Sunshade was 1/4 (8 inches) of the way open during this occurrence
  ❖ Customer stating front reinforcement bar had fallen onto her
  ❖Customer drove the vehicle to Ed Voyles Kia for inspection
  ❖Sliding glass and roller shade will need to be replaced and glass fragments will need to be removed from the vehicle
  ❖ See attached for additional photos 



Sliding glass completely fragmented



Glass attachment to frame was good

## Next Steps

❖Remaining glass pieces and supporting frame were taped up to prevent further damage during shipping
❖The glass and all four reinforcement bars were sent to Rochester, MI for further analysis in the lab
❖The glass temper and cracking angles will be investigated and reporting will be sent to KMMG
❖FPQR

# XM – Field Investigation Analysis Report

## Purpose

❖ Purpose: Investigate Field Quality Issue and Identify "Root Cause"
❖ Complaint: Customer States Panorama Roof Glass Shattered While Driving on Hwy
❖ Members: (KMA PQ) Pete Ferry – Sr. Service Engineer

## Investigation Results

**Analysis :**
- ❖ Customer complaint that there was a loud noise like an explosion and some portion of the roof and pieces of glass fell into vehicle
- ❖ Customer pulled over and was contacted by a witness and CHP
- ❖ Customer claims that they immediately drove to the dealership Temecula Kia and contacted Sales then left vehicle with Service
- ❖ Evidence that roof of vehicle had made contact with road debris which left signs of damage in four distinct areas (see next slide)
- ❖ Sunshade pushed back at an angle suggesting a force applied which did not originate at sunshade handle and was not due to air pressure alone. In addition, there are scuff marks left on top of sunshade crossbar
- ❖ Large dent which should have required some force found on left side of roof very close to leading edge of glass was most likely the impact which caused glass to shatter
- ❖ Marks on the inside edge of left of roof rail towards front
- ❖ Plastic trim piece in front edge of roof opening has signs of impact and discoloration due to bending as well as a small tear

**Details :**
- ❖ VIN: 5XYKU4A28DG<sup>REDACTED</sup> / MILES: 1,269
- ❖ Location/Approx.Speed: I-15 S. Temecula/60-70 mph Uphill
- ❖ Conditions: Approx. 8:00 – 8:30 AM, Clear and Dry



Glass Framented, Shade Forced Back



Large Dent Near on Roof Near Glass

## Next Steps

❖ Vehicle currently part of a CA case and Pano Roof assy is not be removed but preserved in place for evidence
❖ Pano Roof glass fragmentation does not appear to be due to any material defect but rather it was due to impact with road debris and thus it is not going to be valuable for further investigation by the supplier or KMMG

# XM – Field Investigation Analysis Report



1. Scratches on inside toward the leading edge of the loft side roof rail, aft of the large dent at left side of roof panel shown as #2. Note: Customer claims that they never used the roof rails to tie down any cargo since purchasing the vehicle, negating any plausible explanation for scratches found here being due to tie down hooks or cargo

2. Large dent at left side of roof panel. This dent is in right at the leading edge of the glass and an object which impacted with the force necessary to cause such a dent this close to the glass would also shatter the pano roof glass. We can demonstrate this on video showing a measured weight coming down at known velocity to exhibit similar dent and shatter the glass should this evidence be necessary for trial

3. Evidence of a strike near the center of the plastic trim piece (air dam) just fore of the pano roof opening. This impact caused the polymer to turn white due to the bending force applied to the material, caused a small cut about 3 mm deep, and impacted the edge of the headliner leaving a visible angle of deflection

1. There is a scrape mark with striations visible moving from front to rear on the top leading edge of the sunshade. The sunshade was also
   pushed rearward at an uneven angle. The customer claims that the sunshade was closed when the event occurred. The debris which
   caused the damage transferred some dirt or other material to this sunshade handle/cross bar.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019103

# QF – Field Investigation Analysis Report

### Purpose

❖ Investigate Field Quality Issue and Identify "Root Cause"
❖ **Complaint** — Vehicle Panorama Sunroof Glass Exploded Driving @ approximately 60 MPH
❖ **TFT Members** — (KMA PQ) – Eastern Regional FTR Jim Selz

### Investigation Results

❖ <u>**Analysis**</u> :
    ❖ During the inspection at MD042 on 12/17/2012, FTR observed a fragmentation had occurred in the center of glass.
    ❖ Origination of fragmentation was not evident.
    ❖ Panorama sunroof front glass had completely come apart during arrival for inspection.
    ❖ No impact marks to body or windshield was visible during investigation.
    ❖ The Investigation results are **Inconclusive** as to the "**Root Cause**" of this condition.

❖ <u>**Details**</u> :
    ❖ **VIN = 5XXGN4A79DG**<sup>REDACTED</sup> / **MILES = 8,621**
    ❖ **13MY Optima**

<u>**Customer Statement**</u>
❖ Vehicle approx. Speed = 60 mph
❖ Customer driving down road at highway speeds.
❖ Sunroof was closed.
❖ Sunroof suddenly exploded.
❖ Customer was not manipulating any sunroof controls



Photo Above Before Inspection



Evaluation Inconclusive

### Next Steps

❖ KMA Field Representatives to continue and monitor field issues and conduct preliminary investigation / analysis.
❖ KMA Eastern Regional Office will work with dealer / customer to resolve current complaint / condition.

# XM – Field Investigation Analysis Report

## Purpose

❖Investigate Field Quality Issue and Identify "Root Cause"
❖Complaint **-** Vehicle Panorama Sunroof Glass Exploded while Vehicle was Stationary in Garage
❖TFT Member **– Paul Gianmoena** (KMA Southern Region FTR) and Supplier Engineer (Webasto)

## Investigation Results



❖**Analysis :**
❖Investigation was conducted in the customers garage (1/29/2013) AR017
❖During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass. It was also observed that the fragmentation occurred from the center of the glass.
❖ It is also **conclusive** the condition occurred while vehicle was stationary in the garage based on surrounding fragmented glass
❖The Investigation results are **Inconclusive** as to the "**Root Cause**" of this condition. Panorama sunroof front glass was recovered for further analysis. Analysis to be completed by Supplier Webasto MI

❖ **Details :**
❖ **VIN = 5XYKWDA25DG**^REDACTED **/ MILES = 500**
❖**13MY Sorento SX AWD**
❖ Production Date : 10/21/2012
❖ Incident occurred while vehicle was stationary in garage
❖ Customer stating identified condition when entering garage in the morning.
❖ Sunroof closed / Sunshade was semi open during occurrence
❖ No additional information was provided by customer



Fragmentation in Center of Glass



Fragmentation occurred in Garage

## Next Steps

o Awaiting Supplier Analysis report on recovered sections of panorama glass.
o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

# TF – Field Investigation Analysis Report

## Purpose

❖ Investigate Field Quality Issue and Identify "Root Cause"
❖ Complaint - Vehicle Panorama Sunroof Glass shattered while driving Vehicle at Highway Speeds
❖ TFT Member – Richard Peralta (KMA Southern Region FTR)

## Investigation Results

❖ **Analysis :**
❖ Investigation was conducted at TX058 (2/11/2013)
❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass. It was also observed that the fragmentation occurred from the center of the glass.
❖ Inspected the edge, there are no impact marks around the edge of the roof.
❖ The glass appeared to be pushed up and out of the vehicle.
❖ The Investigation results are **Inconclusive** as to the "**Root Cause**" of this condition.
❖ Portions of Panorama sunroof front glass was recovered for further analysis.
❖ Glass fragments will be sent to Donghee/ Webasto for further analysis.

❖ **Details :**
❖ VIN = KNAGM4AD3C5[REDACTED] / MILES = 420
❖ 12MY TF Hybrid
❖ The vehicle was traveling down the highway 281 at approx 60MPH around 4:00pm between the city of San Antonio and Austin, TX.
❖ The customer heard a loud noise followed by glass the sound of fragmented glass contacting the vehicle.
❖ The sunshade was closed, the windows were up and the A/C was on and in recirculation mode during the incident.
❖ The ambient temperature was ~85 degrees Fahrenheit with light winds present – this was a record setting temperature for the area.
❖ No other vehicles driving by. The vehicle was not traveling in a tunnel or under an overpass.
❖ A large amount of residual glass was not found on the sunshade.
❖ No obvious point of impact was found.



Fragmentation of Sliding Glass



Fragmentation occurred while driving

## Next Steps

o Fragmented glass will be shipped to KMA / Supplier (Donghee/Webasto) for further analysis.
o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**
o **FPQR completed**

# TF – Field Investigation Analysis Report

## Purpose

❖ Investigate Field Quality Issue and Identify "Root Cause"
❖ Complaint - Vehicle Panorama Sunroof Glass shattered while driving Vehicle at Highway Speeds
❖ TFT Member – Richard Kydd – DPSM, Ken Kang – RPSM and Mr. Kim-Webasto/Donghee (Supplier Engineer)

## Investigation Results

❖ **Analysis :**
❖ Investigation was conducted at LA001 (2/22/2013)
❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass. It was also observed that the fragmentation occurred from the center of the glass.
❖ Inspected the edge, there are no impact marks around the edge of the roof.
❖ The glass appeared to be pushed up and out of the vehicle.
❖ The Investigation results are **Inconclusive** as to the "**Root Cause**" of this condition.
❖ Recovered remaining glass will be sent to Donghee/ Webasto Labs for further analysis.

❖ **Details :**
❖ **VIN = 5XXGN4A60CG**REDACTED **/ MILES = 5,678**
❖ **12MY Optima**

❖ The customer was traveling on a surface street with the roof closed at about 30 MPH when she heard a crack/crunch and when she stopped she found the sunroof glass had come apart.
❖ the sunshade was fortunately closed as all the broken glass was on top of the shade

❖ **No obvious point of impact was found.**



Fragmentation of Sliding Glass

## Next Steps

o Fragmented glass will be shipped by Supplier (Donghee/Webasto) for further analysis.
o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

# QF – Field Investigation Analysis Report

## Purpose

❖Investigate Field Quality Issue and Identify "Root Cause"
❖Complaint - Vehicle Panorama Sunroof Glass shattered while driving Vehicle at Highway Speeds
❖TFT Member – Richard Peralta (KMA Southern Region FTR)

## Investigation Results

❖ **Analysis :**
❖Investigation was conducted at OK007 (2/28/2013)
❖During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass. It was also observed that the fragmentation occurred from the center of the glass.
❖Inspected the edge, an **impact mark** was **detected** around the edge of the roof.
❖The Investigation results are **conclusive** to the "**Root Cause**" of this condition.
❖Pieces of the fragmented glass will be shipped to KMA for further analysis

❖ **Details :**
❖ VIN = 5XXGR4A64DG<sup>REDACTED</sup> MILES = 7,303
❖13MY Optima SX

❖Customer complaint
❖ Customer states that the sunroof glass broke as they were driving down the highway
❖The sunshade was closed, the windows were up
❖A large amount of residual glass was not found on the sunshade.

❖Actual condition
❖Sunroof glass broke due to impact mark at the RF of the glass

❖Investigation results
❖Found that the glass had fragmented, and there was a chip, in the glass near the edge at the RF of the sunroof

❖ **Corrective action** – Replace sunroof glass assembly, clean area of glass.


Impact Mark Identified


Fragmentation occurred while driving

## Next Steps

o **No Further Action Needed with this investigation. –** Awaiting glass samples for further analysis if needed.
o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**
o FPQR Completed

# XM – Field Investigation Analysis Report

| Purpose | ❖ Investigate Field Quality Issue and Identify "Root Cause"<br>❖ Complaint - Vehicle Panorama Sunroof Glass shattered while driving Vehicle at Highway Speeds<br>❖ TFT Member – Jeff Nelson (KMA Southern Region FTR) |
|---|---|

## Investigation Results

**Analysis :**
❖ Investigation was conducted at FL056 (3/5/2013)
❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.
❖ Inspected the edges, and no **impact mark** was **detected** around the edge of the roof.
❖ The Investigation results are **inconclusive** to the "**Root Cause**" of this condition.

❖ **Details :**
❖ VIN = 5XYKW4A21DG<sup>REDACTED</sup> MILES = 3,823
❖ 13MY Sorento

❖ **Customer complaint**
❖ Customer States Driving Down The Road The Sunroof Exploded

❖ **Actual condition**
❖ Sunroof glass was completely fragmented (broken)

❖ **Investigation results**
❖ Found no external damage to vehicle caused by debris.

❖ **Corrective action** – Replace sunroof glass assembly, clean area of glass.



Fragmentation occurred while driving

## Next Steps

o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

o FPQR completed

# XM – Field Investigation Analysis Report

## Purpose

- ❖ Investigate Field Quality Issue and Identify "Root Cause"
- ❖ Complaint - Vehicle Panorama Sunroof Glass shattered while driving Vehicle at Highway Speeds
- ❖ TFT Member – Joseph Mergl (KMA Southern Region FTR)

## Investigation Results

❖ **Analysis :**
- ❖ Investigation was conducted at TN036 (3/6/2013)
- ❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.
- ❖ Inspected the edges, and no **impact mark** was **detected** around the edge of the roof.
- ❖ The Investigation results are **inconclusive** to the "**Root Cause**" of this condition.

❖ **Details :**
- ❖ VIN = 5XYKW4A28DG<sup>REDACTED</sup> MILES = 16,506
- ❖ 13MY Sorento

❖ **Customer complaint**
❖ Customer states that while driving down the interstate thy heard a noise and the sunroof broke and went out onto the highway.
❖ **Actual condition**
❖ Driving down the interstate sunroof broke and went out on to the road, customer states nothing hit it.
❖ **Investigation results**
❖ FTR inspected vehicle, found that there was not much glass left to determine the root cause of failure. There were no impact marks on the roof rails or roof header panel. There was some paint chipped off the front facing rear portion of the roof behind the panoramic roof from what I believe to be caused by the glass leaving the vehicle.

❖ **Corrective action** – Replace sunroof glass assembly, clean area of glass.



Fragmentation occurred while driving

## Next Steps

- o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
- o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

- o **FPQR completed**

# XM – Field Investigation Analysis Report

| Purpose | ❖ Investigate Field Quality Issue and Identify "Root Cause"<br>❖ Complaint - Vehicle Panorama Sunroof Glass shattered while driving Vehicle at Highway Speeds<br>❖ TFT Member – Ruben Sandoval (KMA Western Region DPSM) Scott Martin (KMA Western Region RPSM) |
|---|---|

| Investigation Results | ❖ **Analysis :**<br>❖ Investigation was conducted at OR002 (3/13/2013)<br>❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.<br>❖ Inspected the edges, and no **impact mark** was **detected** around the edge of the roof.<br>❖ The Investigation results are **inconclusive** to the "**Root Cause**" of this condition.<br><br>❖ **Details :**<br>❖ VIN = 5XYKWDA20DG^REDACTED MILES = 2,551<br>❖ 13MY Sorento<br><br>❖ **Customer complaint**<br>❖ Customer states panoramic roof glass broke for no reason<br>❖ **Actual condition**<br>❖ The front panoramic roof glass is shattered and the rear glass is scratched<br>❖ **Investigation results**<br>❖ DPSM and RPSM Physically inspected the vehicle for any signs of object strike, none were found<br>❖ **Corrective action** – The panoramic roof glass front and rear were replaced as per PQ and DPSM | <br>Fragmentation occurred while driving |

| Next Steps | o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.<br>o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**<br><br>o **FPQR completed** |
|---|---|

# TF HEV – Field Investigation Analysis Report

## Purpose

❖Investigate Field Quality Issue and Identify "Root Cause"
❖Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
❖TFT Member – Dan Anderson (KMA Southern Region FTR)

## Investigation Results

❖ **Analysis** :
❖Investigation was conducted at  NY058 (3/28/2013)
❖During the inspection,  the TFT observed fragmentation  had occurred in the front panorama sliding glass.
❖Inspected the edges, and **impact mark**  was **detected**  around the edge of the roof.
❖The Investigation results are **conclusive**  to the "**Root Cause**" of this condition.

❖ **Details** :
❖ VIN = KNAGM4AD3B5[REDACTED]  **MILES = 65,363**
❖11MY TF HEV

❖**Customer complaint**
❖ Sunroof broke while driving
❖**Actual condition**
❖Sunroof glass was broken upon inspection
❖**Investigation results**
❖FTR inspected vehicle. Roof glass was broken. Inspected glass area for impact. Impact mark was evident on the RF leading edge of the glass
❖Inspected the hood and front grill area for any stone chips and initial impact points.
There were several stone chips on the hood area. One stone impact on the RF hood area was in direct line of the impact on the leading edge of the sunroof glass. No evidence of  defect was found on the glass or sunroof during the inspection. Outside influence by a rock or road debris seems to be the cause of glass failure.
❖**Cause** - Outside influence by a rock or road debris seems to be the cause of glass failure
❖ **Corrective action** – Replacement of the sunroof glass assembly



Fragmentation occurred while driving

## Next Steps

o  KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline  & Warranty claims for "Go and See"  Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

o **FPQR completed**

# XM – Field Investigation Analysis Report

## Purpose

- ❖Investigate Field Quality Issue and Identify "Root Cause"
- ❖Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
- ❖TFT Member – Chris Capuzzo (KMA Eastern Region FTR)

## Investigation Results

- ❖ **Analysis** :
- ❖Investigation was conducted at NY090 (4/9/2013)
- ❖During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.
- ❖Inspected the edges, and **no impact mark** was **detected** around the edge of the roof.
- ❖The Investigation results are **inconclusive** to the "**Root Cause**" of this condition.

- ❖ **Details** :
- ❖ VIN = 5XYKUDA23DG$^{\text{REDACTED}}$  MILES = 11,231
- ❖13MY Sorento
- ❖**Customer complaint**
- ❖ Customer states Panoramic Sunroof Glass Shattered
- ❖**Actual condition**
- ❖Sunroof glass was broken upon inspection
- ❖**Investigation results**
- ❖FTR investigated the customer vehicle. When inspected - the sunshade was fully closed - I was informed that the customer closed to shade after the glass shattered to catch any remaining glass that may fall in the vehicle. The was some glass accumulated in the top of the sunshade, but the majority of the glass was inside the vehicle. The vehicle exterior was inspected and two (2) rock chips were found on the front windshield. There were no rock chips found on the front of the vehicle or the hood area. There was excessive paint chips to the rear of the roof, antenna assembly, and one large chip in the rear stationary glass assembly. Due to the extent of the glass breakage it could not be determined where the point of impact was on the sunroof glass
- ❖**Cause** - Unknown
- ❖ **Corrective action** – Clean vehicle and replaced movable sunroof glass assembly.



## Next Steps

- o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
- o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

- o **FPQR completed**

# XM – Field Investigation Analysis Report

## Purpose

- ❖ Investigate Field Quality Issue and Identify "Root Cause"
- ❖ Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
- ❖ TFT Member – Jim Selz (KMA Eastern Region FTR)

## Investigation Results

- ❖ **Analysis** :
- ❖ Investigation was conducted at VA051 (4/23/2013)
- ❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.
- ❖ Inspected the edges, and **no impact mark** was **detected** around the edge of the roof.
- ❖ The Investigation results are **inconclusive** to the "**Root Cause**" of this condition.
- ❖ However, Rock Impact is suspected due to multiple cracks on windshield
- ❖ **Details** :
- ❖ **VIN = 5XYKUDA25BG**<sup>REDACTED</sup> **MILES = 50,997**
- ❖ **11MY Sorento**
- ❖ **Customer complaint**
- ❖ Customer walked outside and noticed the sunroof glass was shattered
- ❖ **Actual condition**
- ❖ The sunroof was shattered and the customer already vacuumed up the remaining glass. They applied tape to the glass that was still attached to the frame of the sunroof panel
- ❖ **Investigation Results**
- ❖ FTR inspected the subject vehicle for concern of sunroof shatter. During my inspection I found the sunroof was totally shattered. The sunroof shade was closed and no glass on the shade because the customer vacuumed off. I did find signs of something hitting the hood and front windshield area and leaving marks. I found the front windshield was cracked and there is a sign of a rock chipping the windshield around the driver wiper area. The customer does drive on a gravel road to their house. There were no signs of the sunroof panel shattering while driving. From the information I gather, it is possible that the glass shattered due to impact, but it is difficult to determine point of impact
- ❖ **Cause** - The sunroof panel my have been cracked at one point, but with the temperature change being so different in the last couple of weeks may have caused the sunroof to shatter.
- ❖ **Corrective action** - cleaned up the loose glass and replaced the sunroof panel.



## Next Steps

- o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
- o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

- o **FPQR completed**

# TF HEV – Field Investigation Analysis Report

**Purpose**

- ❖Investigate Field Quality Issue and Identify "Root Cause"
- ❖Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
- ❖TFT Member – Bill Sharpe (KMA Western Region DPSM)

**Investigation Results**

❖ **Analysis :**
- ❖Investigation was conducted at OR012 (4/25/2013)
- ❖During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.
- ❖Inspected the edges, and **no impact mark** was **detected** around the edge of the roof.
- ❖The Investigation results are **inconclusive** to the "**Root Cause**" of this condition.

<u>Details :</u>
- ❖ VIN = KNAGM4AD9C5^REDACTED MILES = 20,284
- ❖12MY Optima HEV

- ❖**Customer complaint**
- ❖ Sunroof Glass Shattered
- ❖**Actual condition**
- ❖Sunroof glass was broken upon inspection
- ❖**Investigation Results**
- ❖Looks like sunroof blew out from the inside out
- ❖**Cause** -Unknown
- ❖ **Corrective action** – Replace the Glass Sunroof.



**Next Steps**

- o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
- o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

- o **FPQR completed**

# TF HEV – Field Investigation Analysis Report

## Purpose

❖ Investigate Field Quality Issue and Identify "Root Cause"
❖ Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
❖ TFT Member – Alberto Perez (KMA Western Region FTR)

## Investigation Results

❖ **Analysis :**
❖ Investigation was conducted at  CA263 (4/26/2013)
❖ During the inspection,  the TFT observed fragmentation  had occurred in the front panorama sliding glass.
❖ Inspected the edges, and **no impact mark**  was **detected** around the edge of the roof.
❖ The Investigation results are **conclusive**  to the "**Root Cause**" of this condition.
❖ However, Rock Impact is suspected due to multiple chips on windshield



**Details :**
❖ **VIN = KNAGM4AD9C5**[REDACTED] **MILES = 17,762**
❖ **12MY Optima HEV**

❖ **Customer complaint**
❖ Customer states sunroof glass broke while at a stop sign
❖ **Actual condition**
❖ The front panoramic sunroof glass is shattered.
❖ **Investigation Results**
❖ Multiple small rock impact were identified on front hood, windshield, rear panoramic glass and rear truck surface area
❖ **Cause** -Unknown
❖ **Corrective action** – Panoramic sunroof glass assembly was replaced



## Next Steps

o  KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline  & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

o **FPQR completed**

# XM – Field Investigation Analysis Report

| | |
|---|---|
| **Purpose** | ❖Investigate Field Quality Issue and Identify "Root Cause"<br>❖Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle<br>❖TFT Member – Chris Capuzzo  (KMA Eastern Region FTR) |

**Investigation Results**

❖ **Analysis** :
❖Investigation was conducted at  NJ014 (4/29/2013)
❖During the inspection,  the TFT observed fragmentation  had occurred in the front panorama sliding glass.
❖Inspected the edges, and **no impact mark**  was **detected**  around the edge of the roof.
❖The Investigation results are **inconclusive**  to the "**Root Cause**" of this condition.
**Details** :
❖ **VIN = 5XYKUDA29BG**REDACTED  **MILES = 47,627**
❖**11MY Sorento**
❖**Customer complaint**
❖ Customer states Panoramic Sunroof Glass shattered
❖**Actual condition**
❖the customer stated that he was driving on a paved road – nobody around him – and the sliding sunroof glass imploded. He also stated that the sunshade was in the open state, and he and wife were covered in glass. He did state that glass was down his shirt, and he and his wife had small cuts on their extremities. He did contact the local authorities, because he was concerned as to what ruptured the glass, but the onsite investigation was determined inconclusive
❖**Investigation Results**
FTR investigated the customer vehicle. When inspected - the sunshade was closed - I was informed that the customer cleaned the glass which shattered throughout the vehicle. The was some glass accumulated in the top of the track assemblies, but the majority of the glass was inside the vehicle. There was also glass in between the rear hatch jamb and rear stationary glass/roof assembly. The vehicle exterior was inspected and three (3) rock chips were found on the hood assembly and one on the front windshield. Because a majority of the glass was missing it was impossible to determine the point of impact on the sliding glass
❖**Cause -**Unknown
❖ **Corrective action –** Clean vehicle and replaced movable sunroof glass assembly and sunshade





| | |
|---|---|
| **Next Steps** | o  KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.<br>o **KMA PQ monitoring Techline  & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**<br><br>o **FPQR completed** |

# QF – Field Investigation Analysis Report

## Purpose

❖Investigate Field Quality Issue and Identify "Root Cause"
❖Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
❖TFT Member – Richard Peralta  (KMA Southern Region FTR)

## Investigation Results

❖ **Analysis :**
❖Investigation was conducted at  AR018 (5/2/2013)
❖During the inspection,  the TFT observed fragmentation  had occurred in the front panorama sliding glass.
❖Inspected the edges, and **no impact mark**  was **detected**  around the edge of the roof.
❖The Investigation results are **conclusive**  to the "Root Cause" of this condition.

Details :
❖ VIN = 5XXGR4A6XDG$^{\text{REDACTED}}$ MILES = 3,623
❖13MY Optima
❖**Customer complaint**
❖ Sunroof glass shattered while driving at highway speeds
❖**Actual condition**
❖Sunroof glass is shattered.
❖**Investigation Results**
Found Sunroof glass shattered. Scratches on the trunk lid from glass debris

❖ **Corrective action** – Replace the sunroof glass



## Next Steps

o  KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline  & Warranty claims for "Go and See"  Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

o **FPQR completed**

# QF – Field Investigation Analysis Report

## Purpose

- ❖ Investigate Field Quality Issue and Identify "Root Cause"
- ❖ Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
- ❖ TFT Member – Richard Peralta  (KMA Southern Region FTR)

## Investigation Results



❖ **Analysis :**
- ❖ Investigation was conducted at  OK015 (5/3/2013)
- ❖ During the inspection,  the TFT observed fragmentation  had occurred in the front panorama sliding glass.
- ❖ Inspected the edges, and **no impact mark**  was **detected**  around the edge of the roof.
- ❖ The Investigation results are **inconclusive**  to the "**Root Cause**" of this condition.

Details :
- ❖ VIN = 5XXGR4A64DG<sup>REDACTED</sup> MILES = 3,395
- ❖ 13MY Optima
- ❖ **Customer complaint**
- ❖ Sunroof glass shattered while driving at 40 MPH
- ❖ **Actual condition**
- ❖ Sunroof glass is shattered.
- ❖ **Investigation Results**
Found that the sunroof had shattered while driving. Found scratches on the trunk lid from glass debris

- ❖ **Corrective action** – Replace the sunroof glass

## Next Steps

- o  KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
- o **KMA PQ monitoring Techline  & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

- o **FPQR completed**

# QF – Field Investigation Analysis Report

## Purpose

❖ Investigate Field Quality Issue and Identify "Root Cause"
❖ Complaint - Vehicle Panorama Sunroof Glass broke while driving Vehicle
❖ TFT Member – Alberto Perez (KMA Western Region FTR)

## Investigation Results

❖ **Analysis :**
❖ Investigation was conducted at NM010 (5/3/2013)
❖ During the inspection, the TFT observed fragmentation had occurred in the front panorama sliding glass.
❖ Inspected the edges, and **no impact mark** was **detected** around the edge of the roof.
❖ The Investigation results are **conclusive** to the "**Root Cause**" of this condition.
❖ However, Rock Impact is suspected due to multiple chips on windshield



**Details :**
❖ **VIN = 5XXGR4A64CG**<sup>REDACTED</sup> **MILES = 18,507**
❖ **12MY Optima**
❖ **Customer complaint**
❖ Customer states sunroof glass broke while driving on highway
❖ **Actual condition**
❖ Vehicle was driven at 10 AM on freeway speed at 70 mph when front panoramic sunroof glass shattered
❖ **Investigation Results**
Multiple small rock impact were identified on front hood and windshield area
❖ **Cause -** Unknown
❖ **Corrective action** – Panoramic sunroof glass assembly was replaced



## Next Steps

o KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

o FPQR completed

# QF – Field Investigation Analysis Report

## Purpose

❖Investigate Field Quality Issue and Identify "Root Cause"
❖Complaint **-** Vehicle Panorama Sunroof Glass broke while driving Vehicle
❖TFT Member – Chris Capuzzo  (KMA Eastern Region FTR)

## Investigation Results

❖ **Analysis :**
❖Investigation was conducted at  NJ063 (5/8/2013)
❖During the inspection,  the TFT observed fragmentation  had occurred in the front panorama sliding glass.
❖Inspected the edges, and **no impact mark**  was **detected**  around the edge of the roof.
❖The Investigation results are **conclusive**  to the "**Root Cause**" of this condition.
**Details :**
❖ **VIN = 5XXGN4A7XDG**REDACTED  **MILES = 6,229**
❖**13MY Optima**
❖**Customer complaint**
❖ Customer states Panoramic Sunroof Shattered
❖**Actual condition**
❖The movable sunroof glass was shattered and there was scratches on rear deck lidshattered
❖**Investigation Results**
FTR investigated concern. When vehicle was inspected - there was a hole in the movable sunroof glass. The sunroof glass was taped with packing tape on the outside and blue painters tape on the broken hole area. The glass had a hole approximately the size of a basketball. The glass appeared to have an upward bow. There was some residual glass on the inside of the vehicle - but I was informed that a majority of the glass in the interior was cleaned by the customer. The outside of the vehicle was inspected and a rock chip was found on the hood. There was also cuts and gouges in the rear deck lid surface. I was informed by the service manager that the customer stated that they were traveling on the highway (Route 80 in NJ) and the sunroof was in the "vent" position. They then heard a loud "Gunshot" type sound and glass began to fall. The drivers window was also in the open position
❖**Cause -**Foreign Object contact glass surface
❖ **Corrective action** – Repair and refinish the rear deck lid surface - replace panoramic sunroof movable glass - clean interior of vehicle. Techline case - T2480594



## Next Steps

o  KMC reporting **No Issue** found in body cavity variability / build quality or glass treatment.
o **KMA PQ monitoring Techline  & Warranty claims for "Go and See" Investigation with Affiliates [KMMG/ HATCI/ NAQC]**

o **FPQR completed**



# XM Panorama Glass Investigation Summary

Quality Assurance Team **|** 2012.12.06

| Prepared | MGR | HOD |
|---|---|---|
| R. Kimbell | | |

KR-GA-GAF-F-0035
Rev. Date: 6/26/2012
Rev. Level: 01

The Power to Surprise

Printed Copy for Reference Only

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019122

# XM Panorama Glass - Warranty



| | Date | Vehicle Information | Attendees | Summary | Photo | Remark |
|---|---|---|---|---|---|---|
| 1 | • **Date**: 10/18/12 • **Dealer**: Grand Rapids, MI (MI022) | • **Body** : IX- 357752 • **Prod. Date** : 7/17/12 • **Mileage**: 3339 | • Ralph Kimbell (KMMG) • Louis Watts (Webasto) • Gwen Mihuc (Guardian) • Mike Diver (Guardian) • Thomas Baek • Jack Flanagan (KMA) | • No evidence of e-coat failure between glass and brackets. • Tempering of glass appears to be within specification. • No foreign debris found within the sunroof track or vehicle • Pano roof functioning properly mechanically • Damage to glass appears to have started on **right side** of the glass from some external impact based on web-like break pattern. | | Microsoft Office owerPoint Presentatio  Microsoft Office owerPoint 97-2003 Pre |
| 2 | • **Date**: 11/10/12 • **Dealer**: Poughkeepsie, NY (NY099) | • **Body** : IX-091285 • **Prod. Date** : 8/16/10 • **Mileage**: 26, 573 | • Ralph Kimbell (KMMG) • Louis Watts (Webasto) • Chris Capuzzo (KMA) | • No evidence of e-coat failure between glass and brackets. • Tempering of glass appears to be within specification. • Pano roof functioning properly mechanically • Damage to glass appears to have started at the **front-right side** of the glass from some external impact based on web-like break pattern | | Microsoft Office owerPoint Presentatio  Microsoft Office owerPoint 97-2003 Pre |
| 3 | • **Date**: 11/30/12 • **Dealer**: Smyrna, GA (GA073) | • **Body** : IX- 199634 • **Prod. Date** : 5/20/2011 • **Mileage**: 6,311 | • Ralph Kimbell (KMMG) • Louis Watts (Webasto) • Dan Howells (KMA) | • No evidence of e-coat failure between glass and brackets. • Tempering of glass appears to be within specification. • Pano roof functioning properly mechanically • Much of the glass on the leading edge lost as customer was on the highway.  No witness markings present. Origin of fracture not clear, no foreign debris found. | | Microsoft Office owerPoint Presentatio |

## XM Panorama Glass - Warranty



| | Date | Vehicle Information | Attendees | Summary | Photo | Remark |
|---|---|---|---|---|---|---|
| 4 | • **Date**: 11/29/12 <br> • **Dealer**: Temecula, CA (CA269) | • **Body** : IX- 378717 <br> • **Prod. Date** : 9/14/12 <br> • **Mileage**: 1,269 | • Pete Ferry (KMA) | • KMA investigated and found **large dent** on the **left side** of roof very close to leading edge of glass which they believe to be root cause of glass break <br> • Also found plastic trim piece in front edge of roof opening has signs of impact and discoloration due to bending as well as a small tear. | | Microsoft Office PowerPoint Presentatio |
| 5 | • **Date**: 1/21/13 <br> • **Dealer**: Cambridge, Ontario | • **Body** : IX- 021352 <br> • **Prod. Date** : 1/25/10 <br> • **Mileage**: N/A | • Louis Watts (Webasto) | • Unit repaired before investigation could be completed. | N/A | |
| 6 | • **Date**: 1/21/13 <br> • **Dealer**: St-Hyacinthe, Quebec | • **Body** : IX- 210421 <br> • **Prod. Date** : 6/23/11 <br> • **Mileage**: N/A | • Louis Watts (Webasto) | • Unit repaired before investigation could be completed. | N/A | |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019124

# XM Panorama Glass - Warranty



| | Date | Vehicle Information | Attendees | Summary | Photo | Remark |
|---|---|---|---|---|---|---|
| **7** | • **Date**: 1/29/13<br><br>• **Dealer**: AR017 Bentonville, Arkansas | • **Body** : IX- 397008<br><br>• **Prod. Date** : 10/23/12<br><br>• **Mileage**: 500 | • Paul Gianmoena (KMA),  Brian Ohara (Webasto) | • Awaiting report from Webasto with investigation results. | | |

# Sunroof Glass –SMALL PIECES REPORT
## (QF SUNROOF MOVING GLASS)

**2013.03.07**

**KAC COPORATION**

**QA ASSURANCE**

 KOREA AUTOGLASS CORPORATION

# ■ QF SUNROOF SMALL PIECES REPORT

■ OCCURANCE  COUNTRY: NORTH AMERICA
 MODEL : QF(TF) Front
 CRASH POSITION: FRT CENTER AREA



**PARTICLE DIRECTION**

**IMPPACT POINT**



1. We can confirm start impact point
2. We can find the 1 glass piece which was impacted

※ RESULTS OF INVESTIGATION:  SMALL PIECES GLASS WAS  OCCURRED DUE TO OUTER  IMMPACT.



# Correlation Analysis
## Optima / Sorento / Sportage Sunroof Glass
# Kia Motors America  03/25/2013

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019128

# Panorama Glass Correlation Analysis Summary

**Purpose**

o Provide an in depth Analysis of the Panorama Sunroof Glass fragmentation claim data to Determine if there is a correlation between each case that may be contributing to this condition / complaint.

**Analysis**





**Conclusion**

o**There is NO conclusive correlation in the data that suggest this condition is related to a certain factor / influence.**
oBased on the data, the two months with the highest claims per month were reported in Feb 2013 and Aug 2011 where there is a significant difference in temperature between both months.
oAdditionally, the Majority of the claims reported were on vehicles with **under 5K miles** and **10** out of the **80 claims** were identified in the sate of **Texas** where highway speed limits are 75 mph and 80 mph on I-10 & I-20.
o**External Influences / Rock Impact continue to be identified through this investigation as a contributing factor during Field Investigation when the glass has been intact for evaluation.**

# Panorama Glass Correlation Analysis

Analysis



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019130



# Pano/Sunroof Size Benchmark

Forward Model Product Quality 4/16/2013

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019131

# SUV Segment Benchmark


Data





| Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| Ford Edge | 1695 | 945 | 1.60 |
| Kia Sorento | 1625 | 970 | 1.58 |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| Nissan Pathfinder | 950 | 850 | 0.81 |

**Comments**

❖ Hyundai/KIA products have the largest pano/sunroof glass systems in segment, with exception of Ford Edge
❖ Jeep and Nissan are 30%+ shorter than Sorento and 11%+ narrower than Sorento
❖ Ford Edge is about the same size as Sorento

# APPENDIX: Benchmark - Expanded



| Segment | Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|---|
| Midsize Car | Kia Optima | 1460 | 955 | 1.39 |
| | Hyundai Sonata | 1350 | 990 | 1.34 |
| | | | | |
| Large Car | Kia Cadenza | 1530 | 960 | 1.47 |
| | Hyundai Azera | 1405 | 1085 | 1.52 |
| | Nissan Maxima | 1335 | 955 | 1.27 |
| | Chevrolet Impala | n/a | n/a | n/a |
| | | | | |
| Compact CUV | Kia Sportage | 1610 | 960 | 1.55 |
| | Hyundai Tucson | 1535 | 960 | 1.47 |
| | Ford Escape | 1095 | 840 | 0.92 |
| | VW Tiguan | 1345 | 850 | 1.14 |
| | | | | |
| Midsize CUV | Kia Sorento | 1625 | 970 | 1.58 |
| | Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| | Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| | Ford Edge | 1695 | 945 | 1.60 |
| | Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| | Nissan Pathfinder | 950 | 850 | 0.81 |
| | | | | |
| Urban CUV / Small Car | Kia Soul (PS) | 1520 | 980 | 1.49 |
| | Mini Countryman | 1025 | 780 | 0.80 |
| | Hyundai Veloster | 1020 | 1135 | 1.16 |
| | Hyundai Elantra 5dr | 1540 | 1060 | 1.63 |





| Comments | ❖ Hyundai/KIA products have some the largest pano/sunroof glass systems in the market |
|---|---|

# ❑ Executive Summary Overview

Service Department                    05.31.2013

## Panorama Glass Explosion – XM / QF [TF] / SL

**Background** : Customer / Field complaints of Panorama Sunroof Glass Shatter
- KMA PQ has Identified (2) Error States in which this Condition Occurs :
  1. Customers experience condition while Driving at any Speed
  2. Customers experience condition while Closing Door or Closing Windows

**Risk Analysis** : Currently 16 Reported Incidents to NHTSA
- TF : 2 Cases
- **Risk Exposure** - Evaluated as '**LOW**' Risk due to **Only 2 NHTSA** complaints

- QF : 3 Cases
- **Risk Exposure** - Evaluated as '**LOW**' Risk due to **Only 3 NHTSA** complaint – Cases were reviewed by KMA CA and PQ

- XM : 11 Cases
- **Risk Exposure** – Evaluated as '**HIGH**' Risk due to **11 NHTSA** complaints

- SL : 0 Cases
- **Risk Exposure** – Evaluated as '**LOW**' Risk due to **0 NHTSA** complaints
- **No Injuries have been Reported to Date**
※ **Competitor Case Analysis** -  Ford Recall ( NHTSA, 04V442 ) :
- NHTSA Issued a Recall to Ford due to Higher than Normal Rear Hatch Glass Breakage
- NHTSA Customer Complaints = 296   /   Customer Reported Injuries = 15

※ NEXT STEPS – KMA PQ on HIGH Alert / Readiness for Continued "Go and See" Field Investigations
w/ Affiliates (KMMG/NAQC /Supplier) to Determine Root Cause.
- KMA Request KMC  & Supplier TFT Assistance for Further Investigation to "Root Cause" as Issue is Complex
- KMC to investigate supplier sunroof heat treatment variability and material characteristics (heat expansion). - Complete
- KMC to investigate body opening cavity variability and sunroof dimension variability for potential interference - Complete
- KMC to investigate glass sample for material quality.- On going

# ❑ Optima Sunroof Glass Status

| Service Department | 05.31.2013 |



## Panorama Glass Explosion – QF [TF]

❑ Model : 11~13MY Optima

❑ Symptom : Panorama Glass Shatters during Driving Condition or Window Operation

❑ Count : Warranty Claims – 32
- 10 - 13MY QF
- 11 -`12MY QF
- 9 - 11MY TF
- 2 - 12MY TF

❑ Cost : Warranty Claims - $37,717

❑ Field Action : Under Investigation
- KMA Controlled Test Plan Completed 11/26/2012
- ❖ Scope -Sunroof Glass Strain Test @ CPG on PQ QF Fleet Vehicle for symptom Test & Evaluation



**TF/QF Claims By Model Year**

Total Claims: 32

| CA Cases | VOQ | Techline Cases |
|---|---|---|
| 22 (11 QF, 11 TF) | 5 (2 TF, 3 QF) | 14 (8TF, 6 QF) |

● Field Issue is Complex to Investigate due to the Nature of Occurrence

- KMA PQ recovered Panorama Glass for Supplier (Webasto) to Analyze –No Issue Reported
- KMA PQ is Actively Investigating condition with Affiliates (KMMG / NAQC)

# ❑ Sorento Sunroof Glass Status

| Service Department | 05.31.2013 |



## Panorama Glass Explosion - XMA

❑ Model : 11~13MY Sorento

❑ Symptom : Panorama Glass Shatters during Driving Condition or Window Operation

❑ Count : Warranty Claims – 60
- 1 - 14MY
- 14 - 13MY
- 11 -`12MY
- 34 - 11MY

❑ Cost : Warranty Claims - $56,578

❑ Field Action : Under Investigation

  - KMA Controlled Test Plan completed 11/26/2012

  ❖ Scope -Sunroof Glass Strain Test @ CPG on PQ XMa Fleet Vehicle for symptom Test & Evaluation



**XM Claims By Model Year**

Total Claims: 60

| | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|

| CA Cases | VOQ | Techline Cases |
|---|---|---|
| **26** | **11** | **17** |

---

● Field Issue is Complex to Investigate due to the Nature of Occurrence

- Current Risk is High – KMA PQ to Investigate Improvement Options (Glass Protection Seal)

- Recent Go & See Investigation Identified Condition caused by External Influence (Impact)

# ❏ Sorento Sunroof Glass Status

| Service Department | 05.31.2013 |



## Panorama Glass Explosion - SL

❏ **Model** : 11~13MY Sportage

❏ **Symptom** : Panorama Glass Shatters during Driving Condition or Window Operation

❏ **Count : Warranty Claims – 11**
  - 3 -`12MY
  - 8 - 13MY

❏ **Cost : Warranty Claims - $11,225**

❏ **Field Action : Under Investigation**



### SL Claims By Model Year

Total Claims: 11

| | CA Cases | VOQ | Techline Cases |
|---|---|---|---|
| | 11 | 0 | 2 |

● **Field Issue is Complex to Investigate due to the Nature of Occurrence**



# Customer Visit Report on XMA Glass Breakage (Case No.: T2373852 )

Webasto Roof Systems, Inc.

11/20/2012

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019138

# Table of Contents



◆ **Summary on Customer Concern**

◆ **Summary on Customer Visit**

◆ **Verification on Quality of Glass at Webasto**

◆ **Verification on Quality of Glass at Glass Supplier**

◆ **Appendix**

   ▪ **Appendix A: Pictures for Impact Point**

   ▪ **Appendix B: Picture for Glass under Curing**

2

# Summary on Customer Concern



◆ **Summary on customer concern**

- Case no.: T2373852

- Date case received: 10/17/2012

- Model / Year: 2013 SORENTO EX AWD

- VIN: 5XYKUDA24DG<sup>REDACTED</sup>

- Part no.: 81600-1U000 (panorama roof assembly)

- Problem description: Customer stated that she/he was passing a semi-truck on a highway and the panorama sunroof blew out.

     - Here is summary on the customer complaint.

Case no.: T2373852

3

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

KMA00019140

# Summary on Customer Visit



◆ **Summary on customer visit**

- ▪ Dealer name: Fox KIA
- ▪ Dealer location: Grand Rapids, MI
- ▪ Date visited: 10/18/2012
- ▪Participants: Ralph Kimbell (KMMG), Louis Watts (Webasto), Gwen Mihuc (Guardian), Mike Diver (Guardian), Thomas Baek, Jack Flanagan (KMA)
- ▪ Key findings

    - The front glass panel was shattered, but the glass was secured to the brackets.

    - An impact point was identified approximately four to five inches back from the front trim panel on the right hand side of the sliding glass panel edge (see Appendix A for pictures).

    - The fragments of the shattered glass showed a good break pattern. Tempering of glass was good.

4

# Verification on Quality of Glass at Webasto



◆ **Verification on quality of glass at Webasto**

▪ Investigation on glass build history

    - According to the barcode on the bracket, the front moving glass went through a normal production – no rework was done.

▪ Inspection set up on front glass at Webasto

    - Pre-assembly (Glass 2) process: 100% visual inspection at Inspection Station

    - Final assembly process: 100% visual inspection at three stations (FA 540, FA 560, and FA 580) including Final Inspection

▪ Peel test: Checks adhesion between glass and brackets

    - Sample size: One sample per week if there is a production run

    - Specification: Polyurethane shall not peel off the bracket or glass by hand.

    - Each sample is to cured for 144 hours (6 days) before the test is performed (see Appendix B for a picture).

5

# Verification on Quality of Glass at Glass Supplier



◆ **Verification on quality of glass at glass supplier (Guardian Automotive)**

- No issues with the tempering process of this glass.
  - No rework was performed.

- Impact (ball drop) test: Pass
  - Conducted on Six (6) 12 x 12 (300mm x 300mm) tempered glass samples (10/2/2012)
  - Specification: Sample does not break.
  - See the Excel file for the more details 

    Impact Test Resut

- ECE breakout test: Pass
  - Specification: Minimum 40 and Maximum 400
  - Here is summary on the test results in 2012. 

    ECE Breakout Test

- Fracture weight test: Pass
  - Specification: Minimum 0 and Maximum 4.25
  - Here is summary on the test results in 2012. 

    Fracture Weight Test

- Tensile stress test: Pass
  - Specification: Pass 0 and fail 0.99
  - Here is summary on the test results in 2012. 

    Tensile Stress Test

6





# Appendix

7

# Appendix A: Pictures for Impact Point





# Appendix A: Pictures for Impact Point (Continued)



**Impact Point (close up)**



9

# Appendix B: Picture for Glass under Curing



A front glass is under curing for peel test.



10

# Evaluation Results






➢ After glass analysis by Guardian, damage to glass appears to have started on right side of the glass. No other areas on the glass still present on the vehicle showed a web-like break pattern as found on the right side.  This web-like break pattern indicates where the crack began due to some sort of external impact to the glass.

➢ No foreign debris found within the sunroof track or vehicle.





Pictures directly above show how the glass did stay adhered to brackets showing no signs of e-coat separation and fragmented as tempered glass should.

# Witness Markings on Rear Glass Panel









Some scratches were noticed on the rear glass. There are two potential causes:

These scratches could occur if something was indeed mounted to the roof and the glass was damaged during that process or (2) it could have been damaged by glass fragments from the front glass panel after it fractured on the highway.

# Witness Markings on Roof





Dimple marking in the sheet metal on the left side of the antenna which may indicate the customer has used some sort of apparatus to mount something (Possibly kayak) to the roof which could potentially damage the panorama glass depending on what was mounted. However no roof rails were present. These markings were noticed during investigation of unit.



Dimple marking in the sheet metal on the right side of the antenna. Markings were evenly spaced away from the antenna on left and right.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019150

## Tensile Stress test

Specification: Pass 0   Fail .99

| Loaction | Part | Test | Reading | | |
|---|---|---|---|---|---|
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 3 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 16-Feb-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 3 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Mar-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Mar-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Mar-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 10-Mar-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 2-May-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 2-May-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 3-May-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 3-May-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Jun-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Jun-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 27-Jun-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 27-Jun-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 27-Jun-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 21-Jul-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 21-Jul-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 22-Jul-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 22-Jul-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 23-Jul-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Aug-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Aug-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 8-Sep-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 8-Sep-12 | Shift D |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019151

## Tensile Stress test

Specification: Pass 0   Fail .99

| Loaction | Part | Test | Reading | | |
|---|---|---|---|---|---|
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 3 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 15-Feb-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 15-Feb-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 15-Feb-12 | Shift 3 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 16-Feb-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 16-Feb-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Mar-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Mar-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 1-May-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 1-May-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 1-May-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 2-May-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 2-May-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 9-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 28-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 28-Jun-12 | Shift A |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 28-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 20-Jul-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 20-Jul-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 20-Jul-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 21-Jul-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Aug-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Aug-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Sep-12 | Shift A |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Sep-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Sep-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift A |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 KMA00019152

## Fracture Weight Test

Specification: Max 4.25 Min 0

| Test | Reading | Part |
|------|---------|------|
| Fracture Wgt | 0.8 | 1/11/12 KIA FRONT |
| Fracture Wgt | 1.3 | 1/11/12 KIA FRONT |
| Fracture Wgt | 1.4 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.9 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.75 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.6 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.7 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.6 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.5 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.8 | 2/16/12 KIA FRONT |
| Fracture Wgt | 0.9 | 2/16/12 KIA FRONT |
| Fracture Wgt | 0.4 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.5 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.6 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.7 | 2/17/12 KIA FRONT |
| Fracture Wgt | 1.4 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.6 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.6 | 2/17/12 KIA FRONT |
| Fracture Wgt | 1.2 | 3/9/12 KIA FRONT |
| Fracture Wgt | 1.1 | 3/9/12 KIA FRONT |
| Fracture Wgt | 1 | 3/9/12 KIA FRONT |
| Fracture Wgt | 0.9 | 3/9/12 KIA FRONT |
| Fracture Wgt | 0.7 | 3/9/12 KIA FRONT |
| Fracture Wgt | 0.6 | 3/10/12 KIA FRONT |
| Fracture Wgt | 0.7 | 5/2/12 KIA FRONT |
| Fracture Wgt | 0.4 | 5/2/12 KIA FRONT |
| Fracture Wgt | 1.1 | 5/2/12 KIA FRONT |
| Fracture Wgt | 1.1 | 5/3/12 KIA FRONT |
| Fracture Wgt | 1 | 5/3/12 KIA FRONT |
| Fracture Wgt | 0.8 | 5/3/12 KIA FRONT |
| Fracture Wgt | 0.6 | 6/9/12 KIA FRONT |
| Fracture Wgt | 1.3 | 6/9/12 KIA FRONT |
| Fracture Wgt | 1.2 | 6/9/12 KIA FRONT |
| Fracture Wgt | 0.8 | 6/9/12 KIA FRONT |
| Fracture Wgt | 0.5 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.6 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.5 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.5 | 6/27/12 KIA FRONT |
| Fracture Wgt | 1 | 6/27/12 KIA FRONT |
| Fracture Wgt | 1.1 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.8 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1.2 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1 | 7/21/12 KIA FRONT |
| Fracture Wgt | 0.9 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1.1 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1.1 | 7/22/12 KIA FRONT |
| Fracture Wgt | 0.8 | 7/22/12 KIA FRONT |
| Fracture Wgt | 1 | 7/22/12 KIA FRONT |
| Fracture Wgt | 1.1 | 7/22/12 KIA FRONT |
| Fracture Wgt | 1.2 | 7/23/12 KIA FRONT |
| Fracture Wgt | 0.9 | 8/9/12 KIA FRONT |
| Fracture Wgt | 0.7 | 8/9/12 KIA FRONT |
| Fracture Wgt | 0.9 | 8/9/12 KIA FRONT |
| Fracture Wgt | 2.2 | 9/7/12 KIA FRONT |
| Fracture Wgt | 1.1 | 9/7/12 KIA FRONT |
| Fracture Wgt | 1 | 9/8/12 KIA FRONT |
| Fracture Wgt | 1.5 | 9/8/12 KIA FRONT |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019153

## Fracture Weight Test

| Specification: | Max 4.25 Min 0 | | |
|---|---|---|---|
| Test | Reading | Part | |
| Fracture Wgt | 0.8 | 1/10/12 KIA REAR | |
| Fracture Wgt | 1 | 1/10/12 KIA REAR | |
| Fracture Wgt | 0.9 | 1/10/12 KIA REAR | |
| Fracture Wgt | 0.5 | 1/10/12 KIA REAR | |
| Fracture Wgt | 0.7 | 1/10/12 KIA REAR | |
| Fracture Wgt | 0.7 | 1/10/12 KIA REAR | |
| Fracture Wgt | 0.9 | 1/10/12 KIA REAR | |
| Fracture Wgt | 2.1 | 2/15/12 KIA REAR | |
| Fracture Wgt | 0.8 | 2/15/12 KIA REAR | |
| Fracture Wgt | 2.1 | 2/15/12 KIA REAR | |
| Fracture Wgt | 1 | 2/15/12 KIA REAR | |
| Fracture Wgt | 1.2 | 2/16/12 KIA REAR | |
| Fracture Wgt | 1.7 | 2/16/12 KIA REAR | |
| Fracture Wgt | 1.6 | 2/16/12 KIA REAR | |
| Fracture Wgt | 1 | 2/16/12 KIA REAR | |
| Fracture Wgt | 0.8 | 2/16/12 KIA REAR | |
| Fracture Wgt | 0.7 | 2/16/12 KIA REAR | |
| Fracture Wgt | 1 | 2/16/12 KIA REAR | |
| Fracture Wgt | 1.1 | 3/6/12 KIA REAR | |
| Fracture Wgt | 0.9 | 3/6/12 KIA REAR | |
| Fracture Wgt | 1 | 3/6/12 KIA REAR | |
| Fracture Wgt | 1.2 | 3/6/12 KIA REAR | |
| Fracture Wgt | 0.6 | 3/6/12 KIA REAR | |
| Fracture Wgt | 1.2 | 3/7/12 KIA REAR | |
| Fracture Wgt | 1.3 | 3/7/12 KIA REAR | |
| Fracture Wgt | 1.4 | 3/7/12 KIA REAR | |
| Fracture Wgt | 0.9 | 3/7/12 KIA REAR | |
| Fracture Wgt | 0.4 | 5/1/12 KIA REAR | |
| Fracture Wgt | 0.8 | 5/1/12 KIA REAR | |
| Fracture Wgt | 1 | 5/1/12 KIA REAR | |
| Fracture Wgt | 1 | 5/2/12 KIA REAR | |
| Fracture Wgt | 0.9 | 5/2/12 KIA REAR | |
| Fracture Wgt | 1.6 | 5/2/12 KIA REAR | |
| Fracture Wgt | 0.8 | 6/8/12 KIA REAR | |
| Fracture Wgt | 1.1 | 6/8/12 KIA REAR | |
| Fracture Wgt | 1.3 | 6/8/12 KIA REAR | |
| Fracture Wgt | 1 | 6/9/12 KIA REAR | |
| Fracture Wgt | 1 | 6/28/12 KIA REAR | |
| Fracture Wgt | 1.1 | 6/28/12 KIA REAR | |
| Fracture Wgt | 2 | 6/28/12 KIA REAR | |
| Fracture Wgt | 3 | 6/28/12 KIA REAR | |
| Fracture Wgt | 0.6 | 6/28/12 KIA REAR | |
| Fracture Wgt | 0.75 | 7/20/12 KIA REAR | |
| Fracture Wgt | 0.7 | 7/20/12 KIA REAR | |
| Fracture Wgt | 0.7 | 7/20/12 KIA REAR | |
| Fracture Wgt | 0.9 | 7/20/12 KIA REAR | |
| Fracture Wgt | 0.9 | 7/20/12 KIA REAR | |
| Fracture Wgt | 0.8 | 7/21/12 KIA REAR | |
| Fracture Wgt | 1.1 | 8/8/12 KIA REAR | |
| Fracture Wgt | 1.1 | 8/8/12 KIA REAR | |
| Fracture Wgt | 1.4 | 8/8/12 KIA REAR | |
| Fracture Wgt | 1 | 9/6/12 KIA REAR | |
| Fracture Wgt | 1 | 9/6/12 KIA REAR | |
| Fracture Wgt | 1.2 | 9/6/12 KIA REAR | |
| Fracture Wgt | 0.6 | 9/7/12 KIA REAR | |
| Fracture Wgt | 0.9 | 9/7/12 KIA REAR | |
| Fracture Wgt | 2.1 | 9/7/12 KIA REAR | |
| Fracture Wgt | 1 | 9/7/12 KIA REAR | |
| Fracture Wgt | 1.1 | 9/7/12 KIA REAR | |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019154

## ECE Test

| | | | | | |
|---|---|---|---|---|---|
| Specification: | | Max 400  Min 40 | | | |
| Loaction | Test | Break point | Reading | | Part |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 232.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 49 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 173 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 234 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 82 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 203 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 155 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 153 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 77 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 160 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 67 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 205 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 65.5 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 192 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 61 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 235.5 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 283 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87.5 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 313 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 107 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 253 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 91 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 171 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 70 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 83 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 205 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 69 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 256 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93.5 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 110.5 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 297 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 110.5 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 313 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 95 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 191 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 88.5 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 275 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 106 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 218 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 100 | 3-May-12 | Webasto Frt: 2916581 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019155

| | | | | | |
|---|---|---|---|---|---|
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 251.5 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 107 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 239.5 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 100 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 258 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 99 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 180 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 87 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 226 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 98 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 164.5 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 80 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 166.5 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 76 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 208 | 10-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 84 | 10-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 226 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 93 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 214 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 55 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 201 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 83 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 180 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 66 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 204 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 63.5 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 182.5 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 81.5 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 218 | 8-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 61 | 8-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 204 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 71 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 189 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 86 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 197 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 94 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 217 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 96.5 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 254 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 139 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 206 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 112 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 154 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 66 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 191 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 76 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 171 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 97 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 153 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 71 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 168 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 70 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MAX <S> | 217 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC ECE Breakout | Brkpt 4 MIN <S> | 92 | 8-Sep-12 | Webasto Frt: 2916581 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019156

## ECE Test

Specification: Max 400 Min 40

| Loaction | Test | Break point | Reading | Part | Part |
|---|---|---|---|---|---|
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 202 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 94.5 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 229 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 122.5 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 184 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 77 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 191 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 10-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 208.5 | 11-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 99 | 11-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 214.5 | 11-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 109.5 | 11-Jan-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 116 | 15-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76.5 | 15-Feb-12 | Webasto Rr: 2916570 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 58 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 51 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 46 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 234.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 69 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197.5 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 85 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 202 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62 | 16-Feb-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 188.5 | 6-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 78.5 | 6-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 157 | 6-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 72.5 | 6-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 139 | 6-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 67 | 6-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 198.5 | 7-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 60.5 | 7-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 67.5 | 7-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 67.5 | 7-Mar-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 258 | 1-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 111 | 1-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 159 | 1-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76 | 1-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 174 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 88 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 130 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 98 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 194.5 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87.5 | 2-May-12 | Webasto Rr: 2916579 |

**0772**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019157

| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 212 | 2-May-12 | Webasto Rr: 2916579 |
|---|---|---|---|---|---|
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 73 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 147 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 82 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 223.5 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 103.5 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 173 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 170 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 99 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 145 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 73.5 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 180 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 226 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 98 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 244 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 82 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 226 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 210 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 71.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 184 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 187.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 70 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 186 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 61 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 189 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 57 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 188.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 148.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 54.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 64.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 201 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 201 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 224.5 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 60 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 184 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 77 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 146 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 44.5 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 162 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 180 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 72.5 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 207 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 185.5 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 102 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 213 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 88 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 162 | 7-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 90 | 7-Sep-12 | Webasto Rr: 2916579 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019158



**Webasto Kia Sunroof Impact Test Results**

Tested By: Tim Scheurich 10/2/2012

Procedure: Six (6) 12 x 12 (300mm x 300mm) Tempered glass samples of the construction used for Webasto Kia Front and Rear Sunroofs were tested per the ANSI/SAE Z26.1-1996 Standard, Test 6, 3.05m (10') ball drop. This test is substantially the same as the 227 gram ball drop test for ECE Reg 43 and Chinese Std GB-9656-2003, except the ANSI test height exceeds the other two. Passing of the ANSI test constitutes passing the requirements of all three standards.

Test height 3.05m (10')      Ball weight: 227 gm (0.5lb)      Sample must not break.

|  | Pass / Fail |
|---|---|
| Sample 1 | Pass |
| Sample 2 | Pass |
| Sample 3 | Pass |
| Sample 4 | Pass |
| Sample 5 | Pass |
| Sample 6 | Pass |

Reported by: Mark Shire, Quality Supervisor

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**          KMA00019159



# Technical Assistance Center Case Report

Printed By:RLevy-TL        **Case Number -T2373852**        10/17/2012 08:23:43 AM

## Vehicle Data

**Model/Year:** 2013 SORENTO EX AWD    **Engine:** G6DCCS829698    **Model Code:** 74442

**VIN:** 5XYKUDA24DG~~REDACTED~~    **Mileage:** 3339

**Prod Date:** 7/17/2012    **Warranty Start Date:** 9/4/2012

**Port Options:** CM, CN, CO, FA1, SS, WL

**Factory Options:** LK1, LK7, LM1, LM2, LM3, LM5, LPK, PK2, PM1, PN3, PN5, PN6, PO3, PO4

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sendor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** MI022 Fox Kia

**Phone:** (616) 942-5000    **Fax:** (616) 855-0086

**Contact:** Jason Powell    **Contact Title:**    **Service District:** CE11

## Case Details

**Title:** Damage - General # sunroof glass shattered

**Symptom:** Damage (General)

**System:** Body Interior & Exterior

**Component:**

**Resolution:**      **Solution ID:**

## Case History

\*\*\* NOTES 10/17/2012 08:15:07 AM clarify Action Type: Manager review
\*\*\* Performed by contact: Jason Powell, \*08302010063513
\*\*\* This is a Request for Assistance \*\*\*

Problem Description :
customer states they were passing a semi truck on the highway and their panoramic sunroof blew out, covering vehicle and customer in glass. customer states they dont believe anything hit glass. Have we seen any cases like this?

Diagnostics Performed :
verify glass broken, inspect for obvious signs of impact and checked for any obvious issues with sunroof track. No cause found.

\*\*\* CASE DISPATCHED 10/17/2012 08:15:10 AM clarify
\*\*\* Performed by contact: Jason Powell, \*08302010063513
from WIP default to Queue TL_Sorento_Sportage.

\*\*\* CASE YANKED 10/17/2012 08:18:02 AM RLevy-TL
Yanked by RLevy-TL into WIPbin default.

\*\*\* PHONE LOG 10/17/2012 08:20:54 AM RLevy-TL Action Type: Web Contact
Advice 1: Please don't do anything until you are contacted by someone from Kia Motors America.

\*\*\* CASE PRIORITY CHANGED 10/17/2012 09:23:35 AM RLevy-TL
Case Priority Changed

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**        KMA00019160

**\*\*\*\*\*\*\*\*\*\*\****End Case Report T2373852* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                                    KMA00019161

# Evaluation Results





Web like break pattern





> After glass analysis, damage to glass appears to have started at the front of the glass toward the right side of the vehicle. No other areas on the glass present on the vehicle showed a web-like break pattern as found in this area. This web-like break pattern indicates where the crack began due to some sort of external impact to the glass which could have occurred prior to glass fracturing.

> No foreign debris found within the sunroof track or vehicle.

# Evaluation Results





- ➤ Pictures directly above show how the glass did stay adhered to brackets showing no signs of e-coat separation and fragmented as tempered glass should.
- ➤ All brackets were shipped back to Webasto for additional testing to verify no concerns.
- ➤ Sunroof history can also be checked by Webasto using the barcode label on one of the brackets. This information will yield information about if the panel was repaired for any concerns at Webasto.

# Evaluation Results



 

➢ During evaluation it was noticed that there was some paint damage at the rear of the vehicle on the painted surface. This could have been caused by glass fragments that blew back after the front panel fractured. Fragments could have been blown back as the vehicle was towed in to dealer for repair also.

➢ This has not been noticed on any other prior investigations for similar concerns.



➢ Similar damage was also noticed on the spoiler as seen in the photo to the left.



# XM Panorama
# Glass Investigation

Quality Assurance Team | 2012.11. 10

| Prepared | MGR | HOD |
|----------|-----|-----|
| R. Kimbell | | |

KR-GA-GAF-F-0035
Rev. Date: 6/26/2012
Rev. Level: 01

The Power to Surprise

Printed Copy for Reference Only

# XM Panorama Glass Investigation



**Customer Complaint**

➢ Customer states that they were driving with the sunroof glass panel closed and as they were making a turn the front glass panel fractured. Customer does not recall hearing any sort of impact to the glass at that time. Unit was towed in to dealer.
➢ Location: Poughkeepsie, NY, Dutchess KIA (NY099)

**Investigation Details**

➢ **Participants**:
  ➢ Ralph Kimbell (KMMG), Louis Watts (Webasto), Chris Capuzzo (KMA)
➢ **Vehicle Information**:



  ➢ VIN: 5XYKWDA26BG^REDACTED 2011 Sorento SX AWD
  ➢ Production Date: 8/16/2010
  ➢ Mileage: 26,573
  ➢ Service History: No related internal repair history at KMMG and no related external repair history.
➢ **Evaluation Results**:
  ➢ During evaluation there was some damage to the roof at the rear sunroof panel. 
  ➢ After initial analysis of glass fragments, tempering of glass appears to be within specification.
  ➢ After initial evaluation of all the brackets, no e-coat separation was noticed. Visual inspection showed glass still adhered to all brackets. However all brackets were returned to supplier for further analysis.
  ➢ **After glass analysis by Webasto, KMMG and KMA, damage to glass appears to have started in the front of the glass on the right side of the vehicle. No other areas on the glass present showed a web-like break pattern as found on the at the front right side. The web-like break pattern indicates where the crack began due to some sort of external impact to the glass. Although customer did not hear anything at the time of the fracture, impact could have occurred previously and glass did not fully fracture immediately but rather just damaged the edge of the glass. Damage to the edge of the glass could le[?] to a failure of this magnitude.**

**Next Steps**

➢ QA to review process at Glovis to verify proper handling of glass and ensure glass is not damaged prior to install.
➢ QA plans to have glass fragments evaluated independently of Guardian to verify tempering and glass quality.
➢ Webasto obtained all brackets from unit for further testing. Supplier will also check pano build history using barcode present on bracket to verify this pano roof had no prior repair concerns. All information will be included in their report.
➢ Webasto will also ship back some glass fragments to Guardian (Glass Supplier) for further analysis. Results should be submitted in report.

**Tensile Stress test**

Specification: Pass 0  Fail .99

| Loaction | Part | Test | Reading | | |
|---|---|---|---|---|---|
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 3 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 11-Jan-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 16-Feb-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 3 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 17-Feb-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Mar-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Mar-12 | Shift 1 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Mar-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 10-Mar-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 2-May-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 2-May-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 3-May-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 3-May-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Jun-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Jun-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 27-Jun-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 27-Jun-12 | Shift 2 |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 27-Jun-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 21-Jul-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 21-Jul-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 22-Jul-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 22-Jul-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 23-Jul-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Aug-12 | Shift C |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 9-Aug-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift A |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 8-Sep-12 | Shift D |
| Tempering QC | Kia Ft Sunroof | Tensile Stress | 0 | 8-Sep-12 | Shift D |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019167

## Tensile Stress test

Specification: Pass 0 Fail .99

| Loaction | Part | Test | Reading | | |
|---|---|---|---|---|---|
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 10-Jan-12 | Shift 3 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 15-Feb-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 15-Feb-12 | Shift 2 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 15-Feb-12 | Shift 3 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 16-Feb-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 16-Feb-12 | Shift 1 |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Mar-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Mar-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Mar-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 1-May-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 1-May-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 1-May-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 2-May-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 2-May-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 9-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 28-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 28-Jun-12 | Shift A |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 28-Jun-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 20-Jul-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 20-Jul-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 20-Jul-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 21-Jul-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Aug-12 | Shift D |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 8-Aug-12 | Shift B |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Sep-12 | Shift A |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Sep-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 6-Sep-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift C |
| Tempering QC | Kia Rr Sunroof | Tensile Stress | 0 | 7-Sep-12 | Shift A |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019168

## Fracture Weight Test

| Specification: | Max 4.25 Min 0 | |
|---|---|---|
| Test | Reading | Part |
| Fracture Wgt | 0.8 | 1/11/12 KIA FRONT |
| Fracture Wgt | 1.3 | 1/11/12 KIA FRONT |
| Fracture Wgt | 1.4 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.9 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.75 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.6 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.7 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.6 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.5 | 1/11/12 KIA FRONT |
| Fracture Wgt | 0.8 | 2/16/12 KIA FRONT |
| Fracture Wgt | 0.9 | 2/16/12 KIA FRONT |
| Fracture Wgt | 0.4 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.5 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.6 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.7 | 2/17/12 KIA FRONT |
| Fracture Wgt | 1.4 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.6 | 2/17/12 KIA FRONT |
| Fracture Wgt | 0.6 | 2/17/12 KIA FRONT |
| Fracture Wgt | 1.2 | 3/9/12 KIA FRONT |
| Fracture Wgt | 1.1 | 3/9/12 KIA FRONT |
| Fracture Wgt | 1 | 3/9/12 KIA FRONT |
| Fracture Wgt | 0.9 | 3/9/12 KIA FRONT |
| Fracture Wgt | 0.7 | 3/9/12 KIA FRONT |
| Fracture Wgt | 0.6 | 3/10/12 KIA FRONT |
| Fracture Wgt | 0.7 | 5/2/12 KIA FRONT |
| Fracture Wgt | 0.4 | 5/2/12 KIA FRONT |
| Fracture Wgt | 1.1 | 5/2/12 KIA FRONT |
| Fracture Wgt | 1.1 | 5/3/12 KIA FRONT |
| Fracture Wgt | 1 | 5/3/12 KIA FRONT |
| Fracture Wgt | 0.8 | 5/3/12 KIA FRONT |
| Fracture Wgt | 0.6 | 6/9/12 KIA FRONT |
| Fracture Wgt | 1.3 | 6/9/12 KIA FRONT |
| Fracture Wgt | 1.2 | 6/9/12 KIA FRONT |
| Fracture Wgt | 0.8 | 6/9/12 KIA FRONT |
| Fracture Wgt | 0.5 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.6 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.5 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.5 | 6/27/12 KIA FRONT |
| Fracture Wgt | 1 | 6/27/12 KIA FRONT |
| Fracture Wgt | 1.1 | 6/27/12 KIA FRONT |
| Fracture Wgt | 0.8 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1.2 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1 | 7/21/12 KIA FRONT |
| Fracture Wgt | 0.9 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1.1 | 7/21/12 KIA FRONT |
| Fracture Wgt | 1.1 | 7/22/12 KIA FRONT |
| Fracture Wgt | 0.8 | 7/22/12 KIA FRONT |
| Fracture Wgt | 1 | 7/22/12 KIA FRONT |
| Fracture Wgt | 1.1 | 7/22/12 KIA FRONT |
| Fracture Wgt | 1.2 | 7/23/12 KIA FRONT |
| Fracture Wgt | 0.9 | 8/9/12 KIA FRONT |
| Fracture Wgt | 0.7 | 8/9/12 KIA FRONT |
| Fracture Wgt | 0.9 | 8/9/12 KIA FRONT |
| Fracture Wgt | 2.2 | 9/7/12 KIA FRONT |
| Fracture Wgt | 1.1 | 9/7/12 KIA FRONT |
| Fracture Wgt | 1 | 9/8/12 KIA FRONT |
| Fracture Wgt | 1.5 | 9/8/12 KIA FRONT |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019169

## Fracture Weight Test

Specification: Max 4.25 Min 0

| Test | Reading | Part |
|------|---------|------|
| Fracture Wgt | 0.8 | 1/10/12 KIA REAR |
| Fracture Wgt | 1 | 1/10/12 KIA REAR |
| Fracture Wgt | 0.9 | 1/10/12 KIA REAR |
| Fracture Wgt | 0.5 | 1/10/12 KIA REAR |
| Fracture Wgt | 0.7 | 1/10/12 KIA REAR |
| Fracture Wgt | 0.7 | 1/10/12 KIA REAR |
| Fracture Wgt | 0.9 | 1/10/12 KIA REAR |
| Fracture Wgt | 2.1 | 2/15/12 KIA REAR |
| Fracture Wgt | 0.8 | 2/15/12 KIA REAR |
| Fracture Wgt | 2.1 | 2/15/12 KIA REAR |
| Fracture Wgt | 1 | 2/15/12 KIA REAR |
| Fracture Wgt | 1.2 | 2/16/12 KIA REAR |
| Fracture Wgt | 1.7 | 2/16/12 KIA REAR |
| Fracture Wgt | 1.6 | 2/16/12 KIA REAR |
| Fracture Wgt | 1 | 2/16/12 KIA REAR |
| Fracture Wgt | 0.8 | 2/16/12 KIA REAR |
| Fracture Wgt | 0.7 | 2/16/12 KIA REAR |
| Fracture Wgt | 1 | 2/16/12 KIA REAR |
| Fracture Wgt | 1.1 | 3/6/12 KIA REAR |
| Fracture Wgt | 0.9 | 3/6/12 KIA REAR |
| Fracture Wgt | 1 | 3/6/12 KIA REAR |
| Fracture Wgt | 1.2 | 3/6/12 KIA REAR |
| Fracture Wgt | 0.6 | 3/6/12 KIA REAR |
| Fracture Wgt | 1.2 | 3/7/12 KIA REAR |
| Fracture Wgt | 1.3 | 3/7/12 KIA REAR |
| Fracture Wgt | 1.4 | 3/7/12 KIA REAR |
| Fracture Wgt | 0.9 | 3/7/12 KIA REAR |
| Fracture Wgt | 0.4 | 5/1/12 KIA REAR |
| Fracture Wgt | 0.8 | 5/1/12 KIA REAR |
| Fracture Wgt | 1 | 5/1/12 KIA REAR |
| Fracture Wgt | 1 | 5/2/12 KIA REAR |
| Fracture Wgt | 0.9 | 5/2/12 KIA REAR |
| Fracture Wgt | 1.6 | 5/2/12 KIA REAR |
| Fracture Wgt | 0.8 | 6/8/12 KIA REAR |
| Fracture Wgt | 1.1 | 6/8/12 KIA REAR |
| Fracture Wgt | 1.3 | 6/8/12 KIA REAR |
| Fracture Wgt | 1 | 6/9/12 KIA REAR |
| Fracture Wgt | 1 | 6/28/12 KIA REAR |
| Fracture Wgt | 1.1 | 6/28/12 KIA REAR |
| Fracture Wgt | 2 | 6/28/12 KIA REAR |
| Fracture Wgt | 3 | 6/28/12 KIA REAR |
| Fracture Wgt | 0.6 | 6/28/12 KIA REAR |
| Fracture Wgt | 0.75 | 7/20/12 KIA REAR |
| Fracture Wgt | 0.7 | 7/20/12 KIA REAR |
| Fracture Wgt | 0.7 | 7/20/12 KIA REAR |
| Fracture Wgt | 0.9 | 7/20/12 KIA REAR |
| Fracture Wgt | 0.9 | 7/20/12 KIA REAR |
| Fracture Wgt | 0.8 | 7/21/12 KIA REAR |
| Fracture Wgt | 1.1 | 8/8/12 KIA REAR |
| Fracture Wgt | 1.1 | 8/8/12 KIA REAR |
| Fracture Wgt | 1.4 | 8/8/12 KIA REAR |
| Fracture Wgt | 1 | 9/6/12 KIA REAR |
| Fracture Wgt | 1 | 9/6/12 KIA REAR |
| Fracture Wgt | 1.2 | 9/6/12 KIA REAR |
| Fracture Wgt | 0.6 | 9/7/12 KIA REAR |
| Fracture Wgt | 0.9 | 9/7/12 KIA REAR |
| Fracture Wgt | 2.1 | 9/7/12 KIA REAR |
| Fracture Wgt | 1 | 9/7/12 KIA REAR |
| Fracture Wgt | 1.1 | 9/7/12 KIA REAR |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019170

## ECE Test

| Specification: | | Max 400 Min 40 | | | |
|---|---|---|---|---|---|
| Loaction | Test | Break point | Reading | | Part |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 232.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 49 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 173 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 234 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 82 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 203 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 155 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62.5 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 153 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 77 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 160 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 67 | 11-Jan-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 205 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 65.5 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 192 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 61 | 16-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 235.5 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 283 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87.5 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 313 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 107 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 253 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 91 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 171 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 70 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 83 | 17-Feb-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 205 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 69 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 256 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93.5 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 110.5 | 9-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 297 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 110.5 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 313 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 95 | 10-Mar-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 191 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 88.5 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 275 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 106 | 2-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 218 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 100 | 3-May-12 | Webasto Frt: 2916581 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019171

| | | | | | |
|---|---|---|---|---|---|
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 251.5 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 107 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 239.5 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 100 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 258 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 99 | 3-May-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 180 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 226 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 98 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 164.5 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 80 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 166.5 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76 | 9-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 208 | 10-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 84 | 10-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 226 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 214 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 55 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 201 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 83 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 180 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 204 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 63.5 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 182.5 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 81.5 | 27-Jun-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 218 | 8-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 61 | 8-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 204 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 71 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 189 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 86 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 94 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 217 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 96.5 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 254 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 139 | 9-Aug-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 206 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 112 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 154 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 191 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 171 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 97 | 7-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 153 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 71 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 70 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 217 | 8-Sep-12 | Webasto Frt: 2916581 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 92 | 8-Sep-12 | Webasto Frt: 2916581 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019172

## ECE Test

| Specification: | | Max 400  Min 40 | | | | |
|---|---|---|---|---|---|---|
| Loaction | Test | Break point | Reading | Part | Part | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 202 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 94.5 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 229 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 122.5 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 184 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 77 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 191 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 10-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 208.5 | 11-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 99 | 11-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 214.5 | 11-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 109.5 | 11-Jan-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 116 | 15-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76.5 | 15-Feb-12 | Webasto Rr: 2916570 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 58 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 51 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 209.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 46 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 234.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 69 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197.5 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 85 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 202 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62 | 16-Feb-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 188.5 | 6-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 78.5 | 6-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 157 | 6-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 72.5 | 6-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 139 | 6-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 67 | 6-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 198.5 | 7-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 60.5 | 7-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 67.5 | 7-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 67.5 | 7-Mar-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 258 | 1-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 111 | 1-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 159 | 1-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76 | 1-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 174 | 2-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 88 | 2-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 130 | 2-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 98 | 2-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 194.5 | 2-May-12 | Webasto Rr: 2916579 | |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87.5 | 2-May-12 | Webasto Rr: 2916579 | |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019173

| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 212 | 2-May-12 | Webasto Rr: 2916579 |
|---|---|---|---|---|---|
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 73 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 147 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 82 | 2-May-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 223.5 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 103.5 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 173 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 8-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 170 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 99 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 145 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 73.5 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 180 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 87 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 226 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 98 | 9-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 244 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 82 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 226 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 93 | 27-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 210 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 71.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 184 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 76.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 187.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 70 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 186 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 61 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 197 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 189 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 168 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 57 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 188.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 66 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 148.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 54.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 64.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 201 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 201 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64.5 | 28-Jun-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 224.5 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 60 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 184 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 77 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 146 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 44.5 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 162 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 62 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 180 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 72.5 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 207 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 64 | 8-Aug-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 185.5 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 102 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 213 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 88 | 6-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MAX <S> | 162 | 7-Sep-12 | Webasto Rr: 2916579 |
| Tempering QC | ECE Breakout | Brkpt 4 MIN <S> | 90 | 7-Sep-12 | Webasto Rr: 2916579 |

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019174



**Webasto Kia Sunroof Impact Test Results**

Tested By: Tim Scheurich 10/2/2012

Procedure: Six (6) 12 x 12 (300mm x 300mm) Tempered glass samples of the construction used for Webasto Kia Front and Rear Sunroofs were tested per the ANSI/SAE Z26.1-1996 Standard, Test 6, 3.05m (10') ball drop. This test is substantially the same as the 227 gram ball drop test for ECE Reg 43 and Chinese Std GB-9656-2003, except the ANSI test height exceeds the other two. Passing of the ANSI test constitutes passing the requirements of all three standards.

Test height 3.05m (10')          Ball weight: 227 gm (0.5lb)          Sample must not break.

|  | Pass / Fail |
|---|---|
| Sample 1 | Pass |
| Sample 2 | Pass |
| Sample 3 | Pass |
| Sample 4 | Pass |
| Sample 5 | Pass |
| Sample 6 | Pass |

Reported by: Mark Shire, Quality Supervisor

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**          KMA00019175



# Technical Assistance Center Case Report

Printed By:dbrisky

**Case Number -T2384085**

11/06/2012 09:05:00 AM

## Vehicle Data

**Model/Year:** 2011 SORENTO SX AWD          **Engine:** G6DCAK075511          **Model Code:** 74482

**VIN:** 5XYKWDA26BG<sup>REDACTED</sup>          **Mileage:** 26573

**Prod Date:** 8/16/2010          **Warranty Start Date:** 3/31/2011

**Port Options:** CM

**Factory Options:** PR3

## Freeze Frame Data

| STFT Bank1: | LTFT Bank1: | Fuel Status Bank: |
|---|---|---|
| STFT Bank2: | LTFT Bank2: | Fuel Status Bank 2: |
| RPM: | Coolant Temp: | CALC Load: |
| Vehicle Speed: | APS Sensor 1% : | APS Sensor 2% : |
| Absolute TPS 1% : | Absolute TPS 2% : | Engine Run Time : |

## Dealer/Contact Data

**Dealer:** NY099 Dutchess Kia

**Phone:** (845) 462-7700          **Fax:** (845) 462-4011

**Contact:** Christopher Medina          **Contact Title:**          **Service District:** EA04

## Case Details

**Title:** Sunroof Glass Shattered #

**Symptom:** Damage (General)

**System:** Body Interior & Exterior

**Component:**

**Resolution:**          **Solution ID:**

## Case History

\*\*\* NOTES 11/06/2012 08:45:13 AM clarify Action Type: Manager review
\*\*\* Performed by contact: Christopher Medina, 8454627700
\*\*\* This is a Request for Assistance \*\*\*

Problem Description :
Cust states while driving the sunroof exploded.The front part of the sunroof is shattered.

Diagnostics Performed :
Have you heard of any simular occurances?

\*\*\* CASE DISPATCHED 11/06/2012 08:45:16 AM clarify
\*\*\* Performed by contact: Christopher Medina, 8454627700
from WIP default to Queue TL_Sorento_Sportage.

\*\*\* CASE YANKED 11/06/2012 08:55:15 AM dbrisky
Yanked by dbrisky into WIPbin default.

\*\*\* PHONE LOG 11/06/2012 09:04:41 AM dbrisky Action Type: Web Contact
Advice 1: Please don't touch the vehicle until some one from KMA contacts you.

\*\*\* CASE PRIORITY CHANGED 11/06/2012 09:04:42 AM dbrisky
Case Priority Changed

\*\*\*\*\*\*\*\*\*\*End Case Report T2384085 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 1 of 1

0791



# Customer Visit Report on XMA Glass Breakage
# (Case No.: T2384085)



Webasto Roof Systems, Inc.

11/28/2012

# Table of Contents



◆ **Summary on Customer Concern**

◆ **Summary on Customer Visit**

◆ **Verification on Quality of Glass at Webasto**

◆ **Verification on Quality of Glass at Glass Supplier**

◆ **Appendix**

  ▪ **Appendix A: Pictures for Impact Point**

  ▪ **Appendix B: Picture for Glass under Curing**

2

# Summary on Customer Concern



◆ **Summary on customer concern**

- Case no.: T2384085

- Date case received: 11/6/2012

- Model / Year: 2011 SORENTO SX AWD

- VIN: 5XYKWDA26BG<sup>REDACTED</sup>

- Part no.: 81600-1U000 (panorama roof assembly)

- Problem description: Customer stated that the sunroof had exploded while driving and that the front part of the sunroof had been shattered.

   - Here is summary on the customer complaint. 

        Case no.:
        T2384085

3

# Summary on Customer Visit



◆ **Summary on customer visit**

- ▪ Dealer name: Dutchess KIA
- ▪ Dealer location: Poughkeepsie, NY
- ▪ Date visited: 11/09/2012
- ▪Participants: Ralph Kimbell (KMMG), Chris Capuzzo (KMMG), Louis Watts (Webasto), Chris Medina, (Dutchess KIA)
- ▪ Key findings

     - The front glass panel was shattered, but the glass was secured to the brackets.

     - An impact point was identified approximately center right of the roof opening along the front edge of the glass panel (see Appendix A for pictures).

     - The fragments of the shattered glass showed a good break pattern. Tempering of glass was good.

4

# Verification on Quality of Glass at Webasto



◆ **Verification on quality of glass at Webasto**

- ▪ Investigation on glass build history

  - According to the barcode on the bracket, the front moving glass went through a normal production – no rework was done.

- ▪ Inspection set up on front glass at Webasto

  - Pre-assembly (Glass 2) process: 100% visual inspection at Inspection Station

  - Final assembly process: 100% visual inspection at three stations (FA 540, FA 560, and FA 580) including Final Inspection

- ▪ Peel test: Checks adhesion between glass and brackets

  - Sample size: One sample per week if there is a production run

  - Specification: Polyurethane shall not peel off the bracket or glass by hand.

  - Each sample is to cured for 144 hours (6 days) before the test is performed (see Appendix B for a picture).

5

# Verification on Quality of Glass at Glass Supplier



---

◆ **Verification on quality of glass at glass supplier (Guardian Automotive)**

- No issues with the tempering process of the glass
  - No rework has been performed on the front glass.
- Impact (ball drop) test: Pass
  - Conducted on Six (6) 12 x 12 (300mm x 300mm) tempered glass samples (10/2/2012)
  - Specification: Sample does not break.
  - See the Excel file for the more details



Impact Test Resut

- ECE breakout  test: Pass
  - Specification: Minimum 40 and Maximum 400
  - Here is summary on the test results in 2012.



ECE Breakout  Test

- Fracture weight  test: Pass
  - Specification: Minimum 0 and Maximum 4.25g
  - Here is summary on the test results in 2012.



Fracture Weight Test

- Tensile stress test: Pass
  - Specification: Pass 0 and fail 0.99
  - Here is summary on the test results in 2012.



Tensile Stress Test

6





# Appendix

7

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

0798

KMA00019183

# Appendix A: Pictures for Impact Point





CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506 0799 KMA00019184

# Appendix A: Pictures for Impact Point (Continued)



**Impact Area (close up from the bottom)**



9

# Appendix B: Picture for Glass under Curing



A front glass is under curing for peel test.



10

# QF / XM CPG Sunroof Glass Durability Test

## Purpose

❖ To Investigate and understand to "Root Cause" at CPG the air affect, and thermal effect on glass while driving on dynamic roads such as Belgian Block and driveway that can lead to Field Quality Issues

❖**Complaint**        Vehicle Panorama Sunroof Glass Exploded Driving @ approximately 60 MPH

❖**CPG Member**        (HATCI) Alex Ozark **–** Durability Test Engineer

## Scope

❖<u>**Test Proposal:**</u>
Conduct testing on 13MY XM & QF @ CPG's Durability Loop Event (Belgian, twist, driveway, etc) and Oval Events.

❖<u>**Test Cycle Details:**</u>
**Drive a shift, skip a shift**
**Carwash at beginning of 2ⁿᵈ shift and 1ˢᵗ shifts only.**
• Do not idle vehicle at beginning of shift, start driving as soon as possible.
• Always leave sunroof shade open.
• Run oval laps first (5x)
  ▪ Drive 65MPH until end of choppy road. All opening of windows are separate from each other.
      Drive choppy road, open/close sunroof once
      Open/close right rear window twice (hard on ears)
      Open/close driver window  twice
  ▪ Drive 25MPH from choppy road to Turnout 4, All opening of windows are separate from each other.
      Open/Close sunroof once during the lap.
      Open/close right rear window twice (hard on ears)
      Open/close driver window twice
      At Turnout 4 slam driver door 4 times (with window closed)
• Run the Full Durability Loop Schedule (attached) once.
• Inspect sunroof glass during daylight shifts for any signs of cracking or pitting.
2,000 Miles or until glass breaks.
**If glass does not break, induce chip/scratch and try again.**



HATCI – Proving Grounds (CPG)



Test Set Up –Strain Gage

## Status

❖Status – Preliminary test proposal completed (11/6) Testing on XM commenced (11/8) QF to commence (11/12)

❖HATCI (CGP) Full Durability Loop Schedule (2,000 Miles) **Completed on XM  - No Cracks Visible**

❖HATCI (CPG) Full Durability Schedule on both vehicles with induced chip / scratch  (**Completed** on 11/26/12)

| ○ | Decision Making |
|---|---|
| ● | Information Sharing |
| ○ | Directions |

CY 2012

# KMA QF/XM Sunroof Test

26 November 2012

HATCI Vehicle Evaluation

Durability Group

Alex Ozark



CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019188

# KMA QF/XM Sunroof Test

26 Nov 2012
Durability Group
Alex Ozark

| | |
|---|---|
| **Purpose** | To reproduce of QF/XM sunroof glass shattering issue. |
| **Background** | Customer / Field complaints of Panorama Sunroof Glass Shatter<br>- Currently 9 Reported Incidents to NHTSA<br>   QF : 1 Case, XM : 8 Cases |
| **Details** | (content below) |

1. Strain gages were placed at 5 points of QF sunroof(4 corners, center).
2. Several conditions were tested:
    a) Aero Dynamic (high speed) / Random Road Input
    b) Body Twist
    c) Loud Audio (sound pressure)
    d) Door & Roof Operation.
 (1) Front corner shows highest strain (not center)
 (2) Most severe event is 'Open & Close sun roof while running high speed',
     but not a high level (below 0.5kgf/mm$^2$, 70microstrain)



Temperature Sensor
Air Flow
Strain Gauges



+20 με — High Speed (100kph)
Belgian Block
Body Twist (Driveway)
-80 με
Sunroof Open & Close While Running at High speed
Time (sec)



Natural Freqency is 35hz
Freqency (hz)

2. Durability test of 2,000mile was finished and no sign of crack on both QF & XM.
   With artificial [X] scratch at center of roof, vehicles completed 2,000 miles of testing with no cracking.
   * Test conditions
     a) Car Wash after soaking (hot/cold).
     b) Oval driving 5 Lap with different windows opening/closing for pressurization, door slams.
     c) Durability loop events

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

KMA00019189

HYUNDAI
MOTOR GROUP

# KMA QF/XM Sunroof Test

26 Nov 2012
Durability Group
Alex Ozark

| Details | After vehicles completed both testing scenarios, we tried impact tests. |
|---|---|

After vehicles completed both testing scenarios, we tried impact tests.
1. Stone Impact : A 0.091kg stone was dropped from various heights onto the **center** of the glass.
    a) In all drop cases, a very small mark was made on the glass. Mark was imperceptible compared to scribed [X]
    b) It became obvious that the deflection within the mounting structure, AND at the center of the glass would allow for a heavy object to fall from a great height with probably no damage.

 

| | |
|---|---|
| 1 m | OK |
| 1.5 m | OK |
| 2 m | OK |

2. Chipping : a spring-loaded punch was used at the very leading **right corner** of the glass to try and chip the glass.
    a) 12-15kgf is quickly released from the punch in a concentrated pen-tipped area.
    b) Result: fully shattered pane → stress concentrates at the edges.
    c) Conclusion: Glass did NOT shatter along scratched areas. This tells us small exterior imperfections (scratches) are not crack propagation sites.



Scratch line

10 kgf

3. _____ ification : spring-lo_____ _____ __ try and shatter.
    a) A Kia Sportage panorama roof was used to test the center-punch method.
    b) Result: No breakage, minor mark left.
    c) Conclusion: The edges are the most vulnerable spot for breakage.





CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019190

# KMA QF/XM Sunroof Test

26 Nov 2012
Durability Group
Alex Ozark

| Conclusion | Preliminary thoughts are that environmental causes are not the primary reason (pressure change, shaking, temperature change). |
|---|---|

Preliminary thoughts are that environmental causes are not the primary reason (pressure change, shaking, temperature change).

1. Hardened/Tempered glass spontaneously shatters for two main reasons:
   a) Impact at edge into the body of the glass.
   b) Impurity in the glass (e.g. metal flake) leading to different expansion rates and high localized stresses.
2. Hardened glass has residual compressive stress on exterior surfaces, this causes any surface scratches to be negligible.
3. The most damaging effect on hardened glass is a crack that penetrates to the tensile inner "body" of the glass.
4. The largest stress on the glass surface is at the edges.
5. The center of a large sheet of glass can absorb a very large impact, and shock, and shattering here is not likely.



## Problem — Panorama Glass Induced Chip



Etched Glass on XM



Induced Chip / Etch on Panorama Glass

| Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| Hyundai Elantra 5dr | 1540 | 1060 | 1.63 |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| Ford Edge | 1695 | 945 | 1.60 |
| Kia Sorento | 1625 | 970 | 1.58 |
| Kia Sportage | 1610 | 960 | 1.55 |
| Hyundai Azera | 1405 | 1085 | 1.52 |
| Kia Soul (PS) | 1520 | 980 | 1.49 |
| Hyundai Tucson | 1535 | 960 | 1.47 |
| Kia Cadenza | 1530 | 960 | 1.47 |
| Kia Optima | 1460 | 955 | 1.39 |
| Hyundai Sonata | 1350 | 990 | 1.34 |
| Nissan Maxima | 1335 | 955 | 1.27 |
| Hyundai Veloster | 1020 | 1135 | 1.16 |
| VW Tiguan | 1345 | 850 | 1.14 |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| Ford Escape | 1095 | 840 | 0.92 |
| Nissan Pathfinder | 950 | 850 | 0.81 |
| Mini Countryman | 1025 | 780 | 0.80 |

| Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| Ford Edge | 1695 | 945 | 1.60 |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| Kia Sorento | 1625 | 970 | 1.58 |
| Kia Sportage | 1610 | 960 | 1.55 |
| Hyundai Elantra 5dr | 1540 | 1060 | 1.63 |
| Hyundai Tucson | 1535 | 960 | 1.47 |
| Kia Cadenza | 1530 | 960 | 1.47 |
| Kia Soul (PS) | 1520 | 980 | 1.49 |
| Kia Optima | 1460 | 955 | 1.39 |
| Hyundai Azera | 1405 | 1085 | 1.52 |
| Hyundai Sonata | 1350 | 990 | 1.34 |
| VW Tiguan | 1345 | 850 | 1.14 |
| Nissan Maxima | 1335 | 955 | 1.27 |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| Ford Escape | 1095 | 840 | 0.92 |
| Mini Countryman | 1025 | 780 | 0.80 |
| Hyundai Veloster | 1020 | 1135 | 1.16 |
| Nissan Pathfinder | 950 | 850 | 0.81 |

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**

KMA00019193

| Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|
| Hyundai Veloster | 1020 | 1135 | 1.16 |
| Hyundai Azera | 1405 | 1085 | 1.52 |
| Hyundai Elantra 5dr | 1540 | 1060 | 1.63 |
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| Hyundai Sonata | 1350 | 990 | 1.34 |
| Kia Soul (PS) | 1520 | 980 | 1.49 |
| Kia Sorento | 1625 | 970 | 1.58 |
| Kia Sportage | 1610 | 960 | 1.55 |
| Hyundai Tucson | 1535 | 960 | 1.47 |
| Kia Cadenza | 1530 | 960 | 1.47 |
| Kia Optima | 1460 | 955 | 1.39 |
| Nissan Maxima | 1335 | 955 | 1.27 |
| Ford Edge | 1695 | 945 | 1.60 |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| VW Tiguan | 1345 | 850 | 1.14 |
| Nissan Pathfinder | 950 | 850 | 0.81 |
| Ford Escape | 1095 | 840 | 0.92 |
| Mini Countryman | 1025 | 780 | 0.80 |

| Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| Ford Edge | 1695 | 945 | 1.60 |
| Kia Sorento | 1625 | 970 | 1.58 |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| Nissan Pathfinder | 950 | 850 | 0.81 |

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**            KMA00019194

| Model | Length (mm) | Width (mm) | Area (m^2) | |
|---|---|---|---|---|
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 | |
| Ford Edge | 1695 | 945 | 1.60 | |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 | |
| Kia Sorento | 1625 | 970 | 1.58 | |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 | 0.683077 |
| Nissan Pathfinder | 950 | 850 | 0.81 | 0.584615 |

| Model | Length (mm) | Width (mm) | Area (m^2) | |
|---|---|---|---|---|
| Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 | |
| Hyundai Santa Fe Sport | 1645 | 990 | 1.63 | |
| Kia Sorento | 1625 | 970 | 1.58 | |
| Ford Edge | 1695 | 945 | 1.60 | |
| Jeep Grand Cherokee | 1110 | 870 | 0.97 | 0.896907 |
| Nissan Pathfinder | 950 | 850 | 0.81 | 0.876289 |

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**          **KMA00019195**





**0811**





CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019197





CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019198

## Panoramic Sunroof Data

| Segment | Model | Length (mm) | Width (mm) | Area (m^2) |
|---|---|---|---|---|
| Midsize Car | Kia Optima | 1460 | 955 | 1.39 |
| | Hyundai Sonata | 1350 | 990 | 1.34 |
| | | | | |
| Large Car | Kia Cadenza | 1530 | 960 | 1.47 |
| | Hyundai Azera | 1405 | 1085 | 1.52 |
| | Nissan Maxima | 1335 | 955 | 1.27 |
| | Chevrolet Impala | n/a | n/a | n/a |
| | | | | |
| Compact CUV | Kia Sportage | 1610 | 960 | 1.55 |
| | Hyundai Tucson | 1535 | 960 | 1.47 |
| | Ford Escape | 1095 | 840 | 0.92 |
| | VW Tiguan | 1345 | 850 | 1.14 |
| | | | | |
| Midsize CUV | Kia Sorento | 1625 | 970 | 1.58 |
| | Hyundai Santa Fe Sport | 1645 | 990 | 1.63 |
| | Hyundai Santa Fe (7-pass) | 1880 | 1020 | 1.92 |
| | Ford Edge | 1695 | 945 | 1.60 |
| | Jeep Grand Cherokee | 1110 | 870 | 0.97 |
| | Nissan Pathfinder | 950 | 850 | 0.81 |
| | | | | |
| Urban CUV / Small Car | Kia Soul (PS) | 1520 | 980 | 1.49 |
| | Mini Countryman | 1025 | 780 | 0.80 |
| | Hyundai Veloster | 1020 | 1135 | 1.16 |
| | Hyundai Elantra 5dr | 1540 | 1060 | 1.63 |

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**                    KMA00019199



# Field Investigation Report – CA Case: **REDACTED**

## Kia Motors America I 11/29/2012

The Power to Surprise

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019200

# XMa – Field Investigation Analysis Report

## Purpose

❖ Purpose: Investigate Field Quality Issue and Identify "Root Cause"
❖ Complaint: Customer States Panorama Roof Glass Shattered While Driving on Hwy
❖ Members: (KMA PQ) Pete Ferry – Sr. Service Engineer

## Investigation Results

**Analysis :**

❖ Customer complaint that there was a loud noise like an explosion and some portion of the roof and pieces of glass fell into vehicle
❖ Customer pulled over and was contacted by a witness and CHP
❖ Customer claims that they immediately drove to the dealership Temecula Kia and contacted Sales then left vehicle with Service
❖ Evidence that roof of vehicle had made contact with road debris which left signs of damage in four distinct areas (see next slide)
❖ Sunshade pushed back at an angle suggesting a force applied which did not originate at sunshade handle and was not due to air pressure alone. In addition, there are scuff marks left on top of sunshade crossbar
❖ Large dent which should have required some force found on left side of roof very close to leading edge of glass was most likely the impact which caused glass to shatter
❖ Marks on the inside edge of left of roof rail towards front
❖ Plastic trim piece in front edge of roof opening has signs of impact and discoloration due to bending as well as a small tear

**Details :**

❖ VIN: 5XYKU4A28DG<sup>REDACTED</sup> / MILES: 1,269
❖ Location/Approx.Speed: I-15 S. Temecula/60-70 mph Uphill
❖ Conditions: Approx. 8:00 – 8:30 AM, Clear and Dry



Glass Shattered, Shade Forced Back



Large Dent Near on Roof Near Glass

## Next Steps

❖ Vehicle currently part of a CA case and Pano Roof assy is not be removed but preserved in place for evidence
❖ Pano Roof glass shattering does not appear to be due to any material defect but rather it was due to impact with road debris and thus it is not going to be valuable for further investigation by the supplier or KMMG

# XMa – Field Investigation Analysis Report



1. Scratches on inside toward the leading edge of the loft side roof rail, aft of the large dent at left side of roof panel shown as #2. Note: Customer claims that they never used the roof rails to tie down any cargo since purchasing the vehicle, negating any plausible explanation for scratches found here being due to tie down hooks or cargo

2. Large dent at left side of roof panel. This dent is in right at the leading edge of the glass and an object which impacted with the force necessary to cause such a dent this close to the glass would also shatter the pano roof glass. We can demonstrate this on video showing a measured weight coming down at known velocity to exhibit similar dent and shatter the glass should this evidence be necessary for trial

3. Evidence of a strike near the center of the plastic trim piece (air dam) just fore of the pano roof opening. This impact caused the polymer to turn white due to the bending force applied to the material, caused a small cut about 3 mm deep, and impacted the edge of the headliner leaving a visible angle of deflection

1. There is a scrape mark with striations visible moving from front to rear on the top leading edge of the sunshade. The sunshade was also
 pushed rearward at an uneven angle. The customer claims that the sunshade was closed when the event occurred. The debris which
 caused the damage transferred some dirt or other material to this sunshade handle/cross bar.

# Evaluation Results











- ➢ Pictures directly above show the condition of the vehicle upon arrival to the dealership for investigation.
- ➢ Front bracket fell into the vehicle onto the customer after the fracture occurred. All glass on the front leading edge was displaced as customer was on the highway.
- ➢ Some of the glass was caught in the sunshade as it was partially open during the event. The remainder of the glass fell into the vehicle.
- ➢ No foreign objects were identified in the debris.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019203

# Evaluation Results





(a) Front Bracket



(b) Left Side Brackets



(c) Left Rear Shoe



(d) Rear Bracket



(e) Right Side Brackets



(f) Right Rear Shoe

> Pictures directly above show how the glass did stay adhered to brackets showing no signs of e-coat separation and fragmented as tempered glass should.

> All brackets were shipped back to Webasto facility in MI for additional testing to verify no concerns.

# Evaluation Results



 

➢ Pictures directly above show area on the right side that has some web break pattern.  But a lot of the glass from the front edge are missing and difficult to say that this is 100% the origin of the break.

➢ Requested Webasto check their process to ensure glass is not being damaged in this area during assembly and requested Guardian, Glass supplier, to look at the glass in this area to determine if there are any issues that may compromise the integrity of the glass as this area is similar to previous occurrence.

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019205



# XM Panorama Glass Investigation – GA073

Quality Assurance Team | 2012.11. 30

| Prepared | MGR | HOD |
|---|---|---|
| R. Kimbell | | |

KR-GA-GAF-F-0035
Rev. Date: 6/26/2012
Rev. Level: 01

The Power to Surprise

Printed Copy for Reference Only

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00019206

# XM Panorama Glass Investigation



**Customer Complaint**

➢ Customer states that she was driving with the sunroof glass panel closed on I-85N at approximately 80mph when the front glass panel fractured. Customer does not recall hearing any sort of impact to the glass at that time. Customer drove unit to dealer for repair.

➢ Location: Smyrna, GA, Ed Voyles KIA (GA073)

**Investigation Details**

➢ **Participants**:
  ➢ Ralph Kimbell (KMMG), Louis Watts (Webasto), Dan Howells (KMA)

➢ **Vehicle Information:**
  ➢ VIN: 5XYKU4A29CG<sup>REDACTED</sup>  2012 Sorento EX FWD
  ➢ Production Date: 5/20/2011
  ➢ Mileage: 6,311
  ➢ Service History: No related internal or external repair history.

➢ **Evaluation Results**:
  ➢ During evaluation there was no visible damage to the roof.
  ➢ After initial analysis of glass fragments, tempering of glass appears to be within specification.
  ➢ After initial evaluation of all the brackets, no e-coat separation was noticed. Visual inspection showed glass still adhered to all brackets. However all brackets were returned to supplier for further analysis. Parts sent to MI.
  ➢ **After glass analysis by Webasto, KMMG and KMA, it was difficult to determine the root cause of the pano roof failure. Much of the glass on the leading edge of the sunroof was blown away as customer was on highway when fracture occurred and drove vehicle in for service as well. There were no witness markings present that would indicate unit was damaged by external cause. All brackets were secure and pano roof appeared to be operating as designed. Dealer replaced the glass under warranty as no definite cause was identified.**



**Next Steps**

➢ Currently investigating each claim with supplier to determine root cause.
➢ QA plans to have glass fragments and brackets evaluated independently of Guardian to verify tempering and glass quality.
➢ Webasto obtained all brackets from unit for further testing. Supplier will also check pano build history using barcode present on bracket to verify this pano roof had no prior repair concerns. All information will be included in their report.
➢ Webasto will also ship back some glass fragments to Guardian (Glass Supplier) for further analysis. Results should be submitted in report.