# EXHIBIT 51

Subject to Protective Order in Kondash v. Kia Motors America, Inc.





# Kia Sorento - XMA

Glass Panel

10th May 2014

Subject to Protective Order in Kondash v. Kia Motors America, Inc.



**Kia XMA (Sorento) - Glass Breakage**


Feel the Drive

| Affected Part: Roof Panel P/N: (XMA –) | | One-Pager # |
|---|---|---|
| **Problem & Root Cause / Ursache** | **Actions / Maßnahmen** | **Evaluation / Bewertung** |

### Problem & Root Cause / Ursache

**Problem Description:** **Kia XMA Moon Roof Glass breakage.** Field Complaints about glass breakage (explosion) whilst driving. Flying parts (frame) also reported.
- Production span: Oct 2009 to Jan 2013
- Total shipped volume (potential exposure) = 73200 units
- Total warranty claims to-date = 32

**Latest Vehicle Incident Analysis: (by B.Hepner & M.Rios)**
- 7th May 2014 – Vehicle reviewed, but had been repaired weeks before. Evidence of
- 8th May 2014 – Vehicle indicated severe external impact to Front Panel. Flying parts also reported – analysis indicates that Front Cross Car Frame fell into cabin following glass break & separation.

**Specification:**
TBD – (Awaiting information from Seok Chun Lee)

**Problem Risk:** (Carry Over Part or other Ford Plants potential affected (Y/N)): N

**Potential Root Causes:**
a) Vehicle Installation
b) Glass capability (Supplier – Guardian Glass)
c) PU Gluing path process variation
d) Glass Frame capability

### Actions / Maßnahmen

**M1/A1 – Detection:**
➤ Unable to detect during normal durability testing (Module and Vehicle)

**M2/A2 - Containment:**
➤ At Lexington:- No containment – EOP Feb 2013

**M3/A3 – Root Cause Analysis:**
*Field Return Analysis:*
- **12th Nov 2012 Vehicle (was repaired)** – Remaining broken glass and frame being returned for detailed analysis (Stage 1 / Stage 2 analysis where possible)
- **26th July 2012 Vehicle (unrepaired)** - Remaining broken glass and frame being returned for detailed analysis (Stage 1 / Stage 2 analysis where possible)

*Process Investigation:*
➤ Analysis of incoming Glass measurement data in Lexington - Feedback CW21
➤ Analysis of incoming Frame data in Lexington – Feedback CW21
➤ Analysis of Encapsulated Glass &/or Roof Module measurement – Feedback CW21
➤ Analysis of Process Change History – PU bead path (ref flying parts) – Feedback CW21
➤ Analysis of Product & Process Audit results history from Lexington production – Feedback CW21

*Supplier Part Investigation*
➤ Product Capability Glass
➤ Product Capability Frame

**M4/A4 – Potential Permanent Solution:**
**Production:-**
➤ None – Lexington EOP Feb 2013.

**Field Warranty:-**
➤ Potential Film over the outside of glass to reduce glass separation occurrence on impact glass breakage – Investigation feedback CW24
➤ Investigate possible reduction of flying parts following any Glass impact breakage & separation – Investigation feedback CW21

### Evaluation / Bewertung

Webasto Plant:
Lexington

Webasto Responsible:
D.Thacker/ M.Rios / B.Hepner

Issued by:
D. Thacker

Ford Counter Part:
TBD

One Pager reviewed with customer (Y/N): N

| **Effectiveness / Wirksamkeit:** | | | |
|---|---|---|---|
| Nov 13 | | | |
| Solving of issue started/ | Clean Point | Days producing good parts | Issue eliminated |

0827

Revision date:
**May 9, 2014**

Page 2

Subject to Protective Order in Kurdziel v. Kia Motors America, Inc.



# Kia XMA (Sorento) - Glass Breakage – History



## Kia XMA glass issue

**Sunroof type:** Panoramic roof with 2 glass panels: Front (moving) and Rear (Fixed)

**Problem area:** Front glass (~90%) and Rear glass (~10%)

**Issue Description:**

1. Glass shattering/exploding (29 total: 26 – front and 3- rear) : NHTSA looking into it.
2. Glass separation – adhesion problem (partial in some areas causing rattling while driving) : 3 total claims – all front glass panels : <u>NHTSA not looking in to it.</u>

**History** (from online website)**:**

Hyundai Veloster recalled for shattering sunroofs

**The problem**

As in the earlier recall, the issue is that panoramic sunroofs may have been weakened during factory installation into the vehicles.

Weakened sunroofs can potentially crack and injure the driver and passengers with shards of glass. At least five people have received minor injuries after Veloster (vehicle produced in Korea and also sold in USA) sunroofs shattered, although no vehicles crashed as a result.

The NHTSA launched an investigation into the problem last October after the agency received 11 owner complaints of shattering panoramic sunroofs.

**What Hyundai will do**

Hyundai will notify owners and dealers will inspect the sunroof vehicle for integrity, replacing the glass assembly, as necessary, at no charge. The Hyundai safety recall campaign, #108, is expected to begin in March 2013.

Recall vehicles produced between Nov 1, 2011 to Apr 17, 2012.

Note: Guardian supplies float glass to Sejin which supplies glass panels to Webasto Donghee (does final glass panel assembly).

---------------------------------------------------------

**NHTSA started looking in to the following vehicles because they were all built by the same automaker:**

Kia XMA Facelift (Sorento), Kia SL (Kia Sportage built in Korea) and Kia TF (Optima) vehicles had similar issues in the field in USA and are being looked in to by NHTSA.

Kia XMA Facelift = glass supplied by Korea Security, Panoramic roof built by Webasto Donghee and shipped to USA.

Kia SL = glass supplied by Korea Security, Panoramic roof built by Webasto Donghee.

Kia TF = glass supplied by Korea Auto Glass, Panoramic roof built by Webasto Donghee and shipped to USA.

Kia XMA = glass supplied by Guardian and panoramic sunroof built by Webasto Lexington and vehicle produced in USA. *Kia XMA program is out-of-production as of Jan 2013.*

**Current Status and Potential Exposure:**

Production span: Oct 2009 to Jan 2013

Total shipped volume (potential exposure)  = 73200 units

Total warranty claims to-date = 32

Problem production date range from warranty data: SOP to Jun 2012

Current warranty IPM (Incidents per million) = 437

Supplier Warranty Liability Period = 5 years/60,000 miles

Current Average age of vehicle in the field ~= 20 months

**Root Cause Analysis status:**

*Based on Kia's documents:*

Total claims are 50 out of which  6 units had external impact, 8 units completely shattered – cause could not be determined, 10 of the incidents were reported to NHTSA as a result of the Vehicle Owner Questionnaire (VOQ). Kia did not provide information regarding the remaining units.

*Current Status from WRS AM team:*

Webasto submitted FMVSS 205 test results to Kia and the results met the specification. Additionally we have conducted and passed glass rigidity tests per Kia specification in the presence of Kia representative in our test lab.

Kia also requested documents for glass checking fixtures, frame checking fixtures, and life-cycle durability test reports. Webasto has provided various requested reports.

Webasto has been supporting joint dealer trips for these issues along with Kia.

We have not had any call from Kia about dealer visits after April 2013.



**Kia XMA (Sorento) - Glass Breakage –**
**Related Articles**



Feel the Drive

# Sunroof 'explosion' has SUV owner seeking public warning

**Kia Sorento under investigation in US after 15 complaints**

By Mark Harvey, Lisa Mathews, CBC News   Posted: Feb 26, 2014 6:00 AM MT   |   Last Updated: Feb 26, 2014 7:24 PM MT



Kia Sorento owner Viola Stevens explains to Go Public's Mark Harvey what happened when her sunroof shattered while she was driving. (CBC)



Sunroof 'just exploded' 2:00

Facebook    12
Twitter    0
Reddit
+1    10
Share    12
Email

**Related Stories**

▪ Sunroofs explode on 2 Calgary drivers

Stay Co

Mobile    F



**Latest E**

▪ Red De game
▪ Slave L derailm
▪ Lorna W killer te
▪ 90-year grands

5 things

Viola Stevens had never heard of a power sunroof shattering until hers did as she was driving 100 km/h on a snowy Alberta highway.

"I had no idea what had happened," Stevens said. "It was extremely loud. I was in shock. I pulled over, (and) promptly started crying and then realized I was in an SUV convertible and it was snowing and minus 22."

The sunroof glass in her 2013 Kia Sorento shattered with such force she could have lost control and crashed, Stevens said.

The console and the back seat were showered with shards of glass.

"It was extremely scary. If there were any passengers in the back seat they would have definitely been injured, glass in the eye or what-not."

She had the vehicle towed to the nearest Kia dealer, Sherwood Kia in Sherwood Park, Alta.

Kia Canada replaced the sunroof under warranty at no charge to Stevens.

Later, Stevens found out that her case was just one of many to affect Kia Sorentos and other models.

## Another Day, Another Kia Sorento Sunroof Implosion

Car WTFs    Feb 28, 2014    💬 0    👁 29.



### Kia Sorento Sunroof Implosions

While most Canadians drive Zambonis to work, a story from CBC News Edmonton reports that Viola Stevens is the latest victim in a series of **Kia Sorento sunroof implosions**.

Stevens was on her way to work when the sunroof of her Kia Sorento SUV violently imploded, raining glass into the cabin and exposing her to the freezing hellscape that is Canadian winter.

This might seem like a freak accident due to extreme weather or other rare circumstances, but Stevens isn't the first Sorento owner to start her day with the sweet sounds of an exploding sunroof. The National Highway Traffic Safety Administration (NHTSA), has received at least 15 reported complaints of imploding sunroofs in 2011-2013 Kia Sorentos, most occurring while the vehicle was in motion. Due to those complaints, the NHTSA opened an ongoing investigation of 64,000 Sorentos.

In true friendly Canadian fashion, Kia Canada agreed to have the sunroof repaired under warranty at no charge, but Sorento owners with the same experience in the U.S. didn't receive such courteous service.

A similar situation occurred in California last year, as Krystal Miller had the sunroof in her new 2013 Kia Sorento explode with her one-year-old daughter in the back seat. Miller was shaken and suffered minor cuts, but her local Kia dealer wouldn't cover the cost of the implosion, stating there were several impact points that may have caused the implosion, despite it being less than four weeks old.



Subject to Protective Order in Kurachiv Kia Motors America, Inc.

## Kia XMA (Sorento) - Glass Breakage –
## Web Discussions:



**angela hewat** *says:*

November 24, 2013 at 3:00 pm

On Nov.23,2013 my friend and I were driving home in her 2011 Kia sorreto and bang the sunroof imploded.Glass every where thank god no one was coming at us or behind us cause it could have caus[e] a major accident. Nothing hit the glass it was like a bomb went off. Kia needs to do a recall and get this fixed before someone is killed. Not funny and after this incident I know I won't be buying a Kia of any so[rt] Thank god we are still alive

Reply

**Tom Guthrie** *says:*

February 6, 2014 at 8:26 pm

On Feb.6 2014 I had just dropped my wife off at the airport, I was on the highway doing 65mph when I heard an explosion and looked in my rear view mirror and saw a dark cloud of broken glass flying behind me. The sun shade was closed and prevented most of the glass from entering the vehicle. The glass chipped the paint on the roof and the rear window shade. If anyone was behind me it could of been catastrophic. I called 911 and pulled to the side of the road, the officer and I could not find any cause for the breakage. I hope the NHSTA investigates this safety problem.

Reply

**Wilhelm Lombard** *says:*

March 28, 2014 at 10:42 am

I was driving on the Highway in Pretoria South-Africa. With a frightening bang, just as the other people explained, I also experience the hole in the middle of the glass. This is rare and I believe it is a manufacturers error. Please inform me about the progress of this issue.

Reply



**Mihela816**

A couple months ago the dealer group I work for had a big multi-store sale, and our entire inventory was damaged by hail. All of the Kias and Hyundais had their sunroofs broken. Most of the other makes were fine. And they had some BIG dents. The Scion FRS's had to be repainted as the damage was too much for PDR.

October 28 2013 at 10:59 AM

**Monte Cooper** *says:*

March 29, 2014 at 2:44 pm

Add us to this list. This morning, driving down the road, no other cars or people around and BOOM, the back sunroof glass of our 2013 Sorento shatters. No signs of anything hitting it and nothing found on the ground where it happened. We closed the shade to keep the glass from falling into the seat and now it's off to the dealer we go. All these cases need to be filed with the NHTSA.

Reply

**Tim Lamb** *says:*

April 11, 2014 at 1:20 am

04/10/2014. Just had a sun roof failure on my 2013 KIA Sorento today, it went off like a bomb, unfortunately I had the curtain open, I was injured by the glass and taken to hospital by ambulance, 1 stitch to repair an arterial bleed and 5 stitches to close the wound. I was driving at just over 100 kph, in gusting winds just east of Ottawa, Ontario when the event happened.

Reply



**Sparkles**

This happened to me last month! I drive a 2012 sorento. It was terrifying!

2 months ago · 0 Likes

Like  Share

0830

Subject to Protective Order in Korkus v. Kia Motors America, Inc.



# Kia XMA (Sorento) - Glass Breakage – Trend


Webasto
Feel the Drive



To be updated with latest claims by CW20

| Count of Full Vin | Years | Production Date | | | | | | | | | | | | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | | | | | | | | 2011 | | | | | 2012 | | | | | |
| | Dec | Jan | Feb | Mar | Apr | Jul | Aug | Oct | Dec | Jan | Feb | May | Sep | Oct | Dec | Feb | | Jun | | |
| Total | 1 | | 1 | 2 | 2 | 4 | 1 | 3 | 1 | 3 | 2 | 1 | 3 | 1 | | 3 | 1 | | 1 | 29 |

| Count of Full Vin | Years | Production Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | 201 2 | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | | | | | | | | | | | 2011 | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | | | | | Grand Total |
| Total | 1 | | 1 | 2 | 2 | 4 | 0 | 0 | 1 | 3 | | 0 | 1 | 0 | 3 | 2 | 1 | 0 | | 0 | 3 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | | | 29 |

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

# Kia XMA (Sorento) - Glass Breakage



Subject to Protective Order in Kondash v. Kia Motors America, Inc.



# Kia Sorento - XMA

Field Incident Analysis Report

9th May 2014

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

# Field Incident Analysis -
# Vehicle Review 7th May 2014 @ KCI in Mississauga CA



## Vehicle Tag



## Roof System Tag



**Moving Glass already replaced by Dealer**



Subject to Protective Order in Kondash v. Kia Motors America, Inc.

# Field Incident Analysis -
# Vehicle Review 7th May 2014 @ KCI in Mississauga CA





Items sent to KCI from Sandbury Dealer:

- Front cross car reinforcement – bonded to glass
- 2 side sight shields – taped to bottom of glass on outboard edges
- 2 side fame pieces – main track/mechanism attachment bonded to glass
- 2 rear corner brackets – idler link attachment bonded to glass
    NOTE: Rear cross bar not present

Found under 2nd row seats:

- Broken tempered glass pieces



# Field Incident Analysis -
## Vehicle Review 7th May 2014 @ KCI in Mississauga CA





Suspected impact point is at the front of glass near the middle



Middle of bar





Left Side            Right side

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

# Field Incident Analysis -
# Vehicle Review 7th May 2014 @ KCI in Mississauga CA





Approximate location of Front Cross Car Reinforcement after glass broke (per a picture viewed on George Bousioutis' computer at KCI).

The glass was closed with the sunshade open. The vehicle was traveling ~100Km/Hr and there were heavy wind gusts.

From Web Search:

**Tim Lamb** *says:*

April 11, 2014 at 1:20 am

04/10/2014. Just had a sun roof failure on my 2013 KIA Sorento today, it went off like a bomb, unfortunately I had the curtain open, I was injured by the glass and taken to hospital by ambulance, 1 stitch to repair an arterial bleed and 5 stiches to close the wound. I was driving at just over 100 kph, in gusting winds just east of Ottawa, Ontario when the event happened.

Reply

Subject to Protective Order in Kuldash v. Kia Motors America, Inc.

# Field Incident Analysis -
# Vehicle Review 7th May 2014 @ KCI in Mississauga CA



**Possible Front Cross Car Reinforcement impact location**





**Possible Front Cross Car Reinforcement contact with seat**







30.03.2017    Webasto Presentation    **0838**    13

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

# Field Incident Analysis -
# Vehicle Review 7th May 2014 @ KCI in Mississauga CA



Possible Cause of Injury is from the front Cross Car reinforcement not being tied to the glass attachment points and therefore being free to fall into the vehicle interior (adhesive bead not present on all 4 corners). The Rear Cross Car Reinforcement was missing. Another Risk: the outer sight blinds are not directly, or indirectly attached to the glass mounts. They are taped to the bottom of glass but can move freely once the glass has shattered.

Print requires front and rear reinforcements to be tied to the side reinforcements with an adhesive bead but was not present on this vehicle. Rear reinforcement wasn't recovered (missing) and front reinforcement had the adhesive bead stop short of the end of the part.

## Bottom Isometric View of Glass Assembly





Missing Adhesive Bead

Subject to Protective Order in Kondash v. Kia Motors America, Inc.



# Kia Sorento - XMA

Field Incident Analysis Report

9th May 2014

# Field Incident Analysis -
# Vehicle Review 8th May 2014 @ Kia Dealer near Vancouver



**Condition of vehicle at dealer**



**Vehicle Tag**



**Roof System Tag**



**Front Cross Car Reinforcement ended up in cargo following glass breakage**



**Unofficial background information**: Male driver and his young daughter were traveling around 7PM in an area where their were no other vehicles. He heard a loud explosion and pulled to the side of the road. His daughter was very upset but no injuries were reported. The dealer's assistant service manager said it occurred next to a golf course/driving range. The impact seems consistent with golf ball sized object..

# Field Incident Analysis -
# Vehicle Review 8th May 2014 @ Kia Dealer near Vancouver



Taped on Sight Blind-loose

Side Reinforcement

Taped on Sight Blind-loose and rotated

Side Reinforcement



Passenger Side



Drivers Side



Rear Reinforcement stayed on the top of the rear fixed glass – separated from glass mounts

# Vehicle Review 5-8-2014 @ Kia Dealer Near Vancouver





Front Cross Car Reinforcement

Suspected point of impact with golf ball Sized object

Front Cross Car Reinforcement

Case: 1:15-cv-00506-MWM Doc #: 80-58 Filed: 10/04/17 Page: 20 of 26 PAGEID #: 3943
Subject to Protective Order in Kurucsó v. Kia Motors America, Inc.

# Vehicle Review 5-8-2014 @ Kia Dealer Near Vancouver







Suspected point of impact with golf ball sized object. Break pattern supports as shown.

0844

Subject to Protective Order in Kudasb V Kia Motors America, Inc.

# Vehicle Review 5-8-2014 @ Kia Dealer Near Vancouver





**Feel the Drive**

Suspected travel path of Front Cross Car Reinforcement



Subject to Protective Order in Hondush v Kia Motors America, Inc.

# Vehicle Review 5-8-2014 @ Kia Dealer Near Vancouver



Suspected travel path of Front Cross Car Reinforcement



Case: 1:15-cv-00506-MWM Doc #: 80-58 Filed: 10/04/17 Page: 23 of 26 PAGEID #: 3946
Subject to Protective Order in Kudla v. Kia Motors America, Inc.

# Vehicle Review 5-8-2014 @ Kia Dealer Near Vancouver



Suspected travel path of Front Cross Car Reinforcement





Reinforcement falls after impact and contacts fully upward headrest.  The reinforcement's velocity from the impact and 60km/hr vehicle speed cause the driver's side of the reinforcement to twist rearward. The reinforcement ends up in the cargo area 180 degrees from it's installed orientation.



**Related Articles**


Feel the Drive

# Sunroof 'explosion' has SUV owner seeking public warning

**Kia Sorento under investigation in US after 15 complaints**

By Mark Harvey, Lisa Mathews, CBC News   Posted: Feb 26, 2014 6:00 AM MT   |   Last Updated: Feb 26, 2014 7:24 PM MT



Kia Sorento owner Viola Stevens explains to Go Public's Mark Harvey what happened when her sunroof shattered while she was driving. (CBC)



Sunroof 'just exploded' 2:00




Facebook    12
Twitter     0
Reddit
+1         10
Share      12
Email

**Related Stories**

- Sunroofs explode on 2 Calgary drivers

Viola Stevens had never heard of a power sunroof shattering until hers did as she was driving 100 km/h on a snowy Alberta highway.

"I had no idea what had happened," Stevens said. "It was extremely loud. I was in shock. I pulled over, (and) promptly started crying and then realized I was in an SUV convertible and it was snowing and minus 22."

The sunroof glass in her 2013 Kia Sorento shattered with such force she could have lost control and crashed, Stevens said.

The console and the back seat were showered with shards of glass.

"It was extremely scary. If there were any passengers in the back seat they would have definitely been injured, glass in the eye or what-not."

She had the vehicle towed to the nearest Kia dealer, Sherwood Kia in Sherwood Park, Alta.

Kia Canada replaced the sunroof under warranty at no charge to Stevens.

Later, Stevens found out that her case was just one of many to affect Kia Sorentos and other models.





Stay Co...

Latest E...

- Red De... game
- Slave L... derailm...
- Lorna W... killer be...
- 90-year... grandso...

5 things

# Another Day, Another Kia Sorento Sunroof Implosion

Car WTFs   Feb 28, 2014                                      0    29...



## Kia Sorento Sunroof Implosions

While most Canadians drive Zambonis to work, a story from CBC News Edmonton reports that Viola Stevens is the latest victim in a series of **Kia Sorento sunroof implosions**.

Stevens was on her way to work when the sunroof of her Kia Sorento SUV violently imploded, raining glass into the cabin and exposing her to the freezing hellscape that is Canadian winter.

This might seem like a freak accident due to extreme weather or other rare circumstances, but Stevens isn't the first Sorento owner to start her day with the sweet sounds of an exploding sunroof. The National Highway Traffic Safety Administration (NHTSA), has received at least 15 reported complaints of imploding sunroofs in 2011-2013 Kia Sorentos, most occurring while the vehicle was in motion. Due to those complaints, the NHTSA opened an ongoing investigation of 64,000 Sorentos.

In true friendly Canadian fashion, Kia Canada agreed to have the sunroof repaired under warranty at no charge, but Sorento owners with the same experience in the U.S. didn't receive such courteous service.

A similar situation occurred in California last year, as Krystal Miller had the sunroof in her new 2013 Kia Sorento explode with her one-year-old daughter in the back seat. Miller was shaken and suffered minor cuts, but her local Kia dealer wouldn't cover the cost of the implosion, stating there were several impact points that may have caused the implosion, despite it being less than four weeks old.



# Web discussions:


**Feel the Drive**

**angela hewat** *says:*

November 24, 2013 at 3:00 pm

On Nov.23,2013 my friend and I were driving home in her 2011 Kia sorreto and bang the sunroof imploded.Glass every where thank god no one was coming at us or behind us cause it could have caus a major accident. Nothing hit the glass it was like a bomb went off. Kia needs to do a recall and get this fixed before someone is killed. Not funny and after this incident I know I won't be buying a Kia of any sort. Thank god we are still alive

Reply

**Tom Guthrie** *says:*

February 6, 2014 at 8:26 pm

On Feb.6 2014 I had just dropped my wife off at the airport, I was on the highway doing 65mph when I heard an explosion and looked in my rear view mirror and saw a dark cloud of broken glass flying behind me. The sun shade was closed and prevented most of the glass from entering the vehicle. The glass chipped the paint on the roof and the rear window shade. If anyone was behind me it could of been catastrophic. I called 911 and pulled to the side of the road, the officer and I could not find any cause for the breakage. I hope the NHSTA investigates this safety problem.

Reply

**Wilhelm Lombard** *says:*

March 28, 2014 at 10:42 am

I was driving on the Highway in Pretoria South-Africa. With a frightening bang, just as the other people explained, I also experience the hole in the middle of the glass. This is rare and I believe it is a manufacturers error. Please inform me about the progress of this issue.

Reply

**Mihela816**

A couple months ago the dealer group I work for had a big multi-store sale, and our entire inventory was damaged by hail. All of the Kias and Hyundais had their sunroofs broken. Most of the other makes were fine. And they had some BIG dents. The Scion FRS's had to be repainted as the damage was too much for PDR.

October 28 2013 at 10:59 AM

**Monte Cooper** *says:*

March 29, 2014 at 2:44 pm

Add us to this list. This morning, driving down the road, no other cars or people around and BOOM, the back sunroof glass of our 2013 Sorento shatters. No signs of anything hitting it and nothing found on the ground where it happened. We closed the shade to keep the glass from falling into the seat and now it's off to the dealer we go. All these cases need to be filed with the NHTSA.

Reply

**Tim Lamb** *says:*

April 11, 2014 at 1:20 am

04/10/2014. Just had a sun roof failure on my 2013 KIA Sorento today, it went off like a bomb, unfortunately I had the curtain open, I was injured by the glass and taken to hospital by ambulance, 1 stitch to repair an arterial bleed and 5 stitches to close the wound. I was driving at just over 100 kph, in gusting winds just east of Ottawa, Ontario when the event happened.

Reply



**Sparkles**

This happened to me last month! I drive a 2012 sorento. It was terrifying!

2 months ago · 0 Likes

Like  Share

Subject to Protective Order in Kondash v. Kia Motors America, Inc.





# Thank you for your attention!