# EXHIBIT 64

Case: 1:15-cv-00606-MWM Doc #: 80-71 Filed: 10/04/17 Page: 2 of 21 PAGEID #: 2543

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

# Recall System & Latest Issue in Korea

## (Defect investigation on panoramic sunroof)

**March 2014**



**Director General, Kwon Sokchang**

**KOREA, MOLIT (Ministry of Land, Infrastructure and Transport)**

0935

29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

# Contents

**I**   **MOLIT, Motor Vehicle Policy Bureau**

**II**   **Recall System in Korea**

**III**   **KATRI, Defect Investigation Agency**

**IV**   **Latest Issue (panoramic sunroof)**

**V**   **Conclusion & Discussion**

0936



**I** **MOLIT, Motor Vehicle Policy Bureau**

**MOLIT is with you for your happiness**

Case: 1:15-cv-00506-MWM Doc #: 80-71 Filed: 10/04/17 Page: 5 of 21 PAGEID #: 4050

# Ⅰ. MOLIT, Motor Vehicle Policy Bureau

◆ **Motor Vehicle Policy Bureau is part of MOLIT**

◆ **Motor Vehicle Policy Bureau has 4 Divisions**



**MOLIT**
**Motor Vehicle Policy Bureau**

| Motor Vehicle Policy Division | Transport Safety & Welfare Division | Auto Insurance Division | Motor Vehicle Management Division |
|---|---|---|---|
| • Research Planning<br>• Automobile policy | • Traffic safety<br>• Mobility-disadvantaged | • Mutual aid system<br>• Accident rehabilitation<br>* NPA, FSC co-work | • Safety regulation<br>• Defect investigation |

❖ **KATRI (Korea Automobile Testing & Research Institute)**
   **: Recall investigation under the supervision of the Motor Vehicle Management Division**

4

**0938**



## II   Recall System in Korea

**Your safety is our priority**

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

# II. Recall System in Korea

- **When sold automobiles are self-certified by the manufacturer**
  - **Self-Certification Compliance Investigation**

    **:** confirms whether related regulations are observed
  - **Safety Defect Investigation**

    **:** investigates whether safety-threatening defects are present

- **When a defect fails to observe standards or threatens safety**

  Owners of the vehicle in question are notified and the vehicle is subjected to repair, exchange or refund

**< Related Regulations >**
- **Article 30-3 of the Automobile Management Act**
  **(Suspension of production or sale of automobiles or automotive parts)**
- **Article 31 of the Automobile Management Act**
  **(Correction of manufacturing defects)**

**0940**

6

# II. Recall System in Korea

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

 **1. Self-Certification Compliance Investigation**

**Compliance test procedure**

**Checking whether sold automobiles meet vehicle safety standards through self-certification system**

Samples are randomly selected by purchasing vehicles from the market

Test performed to check whether samples comply with vehicle safety standards and results are made public

**0941**

7

# II. Recall System in Korea

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)



## 2. Defect Investigation

Defect information is collected through the Internet, telephone, media and 57 inspection stations.  Upon confirmation of the defect being a serious issue, a defect investigation is launched.  If the defect is identified as safety-threatening, all affected models are recalled



| Procedure | Collect & Analyze Information | Defect Investigation | Recall | Remedy for Recall |
|---|---|---|---|---|
| | KATRI | KATRI | MOLIT | Manufacturer |

**Reporting Defects**
- ❖ **www.car.go.kr**
- ❖ 080-357-2500
- ❖ TS vehicle inspection stations

**Info. on Recall**
Recall alarm service
(recall information via text message/e-mail)

**0942**



### III KATRI, Defect Investigation Agency

The world's best and most trusted Vehicle safety agency

Case: 1:15-cv-00506-MWM Doc #: 80-71 Filed: 10/04/17 Page: 11 of 21 PAGEID #: 4056

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)



## History

### 1980s
**May 1987** Established KATRI (Korea Automobile Testing & Research Institute)

**Sep. 1987** Appointed as a Vehicle Safety Testing Institute (by MOLIT)

### 1990s
**Jan. 1994** Extended test items of vehicle safety test (6→38 items)

**Nov. 1996** Completed construction of 7 Indoor Testing Institute Facilities

### 2000s
**Dec. 2002** Completed phase 1 of Proving Ground

**Jan. 2003** Appointed as a Performance Test Institute (MOLIT)

### 2010s
**May. 2013** Hosted the 23rd ESV International Conference

**Nov. 2013** Construction of 4 advanced test tracks



**Staff**

❖ Staff of KATRI: 128 persons (Master's degree or higher: 76 persons )
❖ TS vehicle inspection stations: 57 locations (525 persons)

# III. KATRI, Defect Investigation Agency

Informal document WP.29-162-15 (162nd WP.29, 11-14 March 2014, agenda item 8.5)



**Facility Layout**

Proving ground

**Total area: 2,146,383㎡**
- **7 test buildings: 29,464㎡ (108 evaluation equipment)**
- **Proving ground: 1,650,000㎡ (14 test tracks)**

Noise/EMC test building

Driving & rollover test buildings

Future vehicle test building

Environment test building

General test building

Crash test building

Impact test building

Main building

# IV

# Latest Issue
## (panoramic sunroof)

**We have state-of-the-art facilities
as well as the best engineers**

Case: 1:15-cv-00506-MWM Doc #: 80-71 Filed: 10/04/17 Page: 14 of 21 PAGEID #: 4059

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

- **Sharp increase in consumer complaints of panoramic sunroof**
  - **2011: 2 cases**
  - **2013: 33 cases (5 cases of imported models)**
- **Details of consumer complaints**
  - **Sudden shattering of panoramic sunroof while driving the car with the driver unaware**
  - **Driver may suffer abrasions due to shattered glass and encounter risk of secondary accidents**





Case: 1:15-cv-00506-MWM Doc #: 80-71 Filed: 10/04/17 Page: 15 of 21 PAGEID #: 4060

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

## Images of panoramic sunroof damages









Ceramic Print Area
: impact point

# IV. Latest Issue (panoramic sunroof)

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

**Characteristics of panoramic sunroofs**

◆ **The use of panoramic sunroofs has been increasing since 2007**

◆ **The ceramic print area was small in conventional sunroofs, but, with the introduction of panoramic sunroofs the ceramic print area has increased**

  • **Ceramic print area of panoramic sunroofs is <span style="color:red">50% on average, and 90% maximum</span>.**

◆ **Black enamel, the paint used for ceramic print area of automobile toughened glass, is <span style="color:red">produced by 2 companies</span> and is distributed throughout the world**

  • **Components of black enamel thought to be adulterant in toughened glass – impairs sunroof strength**

**0949**

15

Case: 1:15-cv-00506-MWM Doc #: 80-71 Filed: 10/04/17 Page: 17 of 21 PAGEID #: 4062

Informal document WP.29-162-15
(162nd WP29, 11-14 March 2014,
agenda item 8.5)

## Results of 227g ball drop test

◆ **Toughened Glass (Area without ceramic print)** 

　**: No shattering even at drop height of 10 meters**

◆ **Toughened Glass (Ceramic print area)** 

　**: Shattered at average height of 1.4 meters**

◆ **Original Glass (prior to toughened)** 

　**: Shattered at average drop height of 3 meters**

❖ **Complaint Manufacturers' Opinion**

- Not require a ball drop test for ceramic print area

- Point of impact: geometric center (UN R43), support center (GTR 6)



# Ⅴ. Conclusion & Discussion

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)



**Moving Glass**

Ceramic Print Area

: 30% ~ **50%**

**Deflector**

Ceramic Print Area

: 70% ~ **90%**

**Fixed Glass**

Ceramic Print Area

: 20% ~ **75%**

Ceramic printed toughened glass cannot be considered toughened glass as its strength is poorer than to original glass

- Ceramic printed toughened glass: approx. 1.4 m
- Original glass prior to toughened: approx. 3.0 m

**0952**

Case: 1:15-cv-00506-MWM Doc #: 80-71 Filed: 10/04/17 Page: 20 of 21 PAGEID #: 4065

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

➢ **Proposed an discussion of vulnerability of ceramic print area of toughened glass**

  ● **Whether it is safe for toughened glass for automobiles?**

  - **Determined that there is no safety issue - <span style="color:red">Closing discussion</span>**

  - **Determined that the safety problems - <span style="color:red">Requires discussion</span>**

    <span style="color:#3a8ddd">*  **Amendment for UN R 43 & GTR 6**</span>

  ● **Safety concerns,  Sales for the panoramic sunroof of automobile is determined by the range should be recalled**

  ❖ **Manufacturers need to take the initiative in developing ways to improve the strength of ceramic print area**

Informal document WP.29-162-15
(162nd WP.29, 11-14 March 2014,
agenda item 8.5)

# Thank you very much!!



**Director General, Kwon Sokchang**

**katrietf@ts2020.kr**