# EXHIBIT 76

# Kia Motors America
## Consumer Affairs Department

Page 1 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DGREDACTED | K2814560 | 0 |

Charlotte, NC 28205     Prod. Date: 5/7/12     Dealer: NC024   Williams Kia

Kia Case Type Lvl1: Complaint     Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl2: Quality     Kia Case Type Lvl4: Other

### Case History

*** PHONE LOG 10/16/2014 05:55 AM US Mountain Standard Time LLClark
Morris NC024 called writer and states:
1. I have REDACTED car here
2. The customer said that he was driving, the sunroof exploded and he hit a pole as a result and crashed the car
3. I spoke with my DPSM, and he said that you all have a procedure for this type of claim, and told me to call you

Writer states:
1. Thanked SVC MGR for calling
2. Writer will call customer and take report and forward to the appropriate office for handling
3. Advised with vehicle at the dealer, please refrain from performing any repairs
4. The appropriate office will be contacting the dealership

SVC MGR Morris states:
1. OK, I do want to say that the body shop has tried to run this through the customer's insurance company, and they said that it would go down under two separate claims, and each one will have a $1k deductible
2. The customer is saying that they can't afford the deductible even for the accident claim, so we are going this way with it

Writer states:
1. Will update the case and will call the customer and get the case headed in the right direction
2. Requested callback for further assistance

SVC MGR Morris states:
1. I have an alternate phone number of REDACTED for the customer
2. Thank you


*** PHONE LOG 10/16/2014 05:57 AM US Mountain Standard Time LLClark Action Type:Outgoing call
Writer called customer and could not leave VM - Customer has voicemail box that is not set up yet


*** NOTES 10/17/2014 07:31 AM US Mountain Standard Time ASoto Action Type:Dealer contact
Crystal Collision Center Mgr of NC024 states:
1. Gave VIN
2. Who is working this case?

Writer states:
1. TCS Lael is working the case
2. It appears he called the cust yesterday and wasnt able to LVM since the msg stated the cust has a VM mailbox not set up yet.
3. Is there anything I can assist with?

Crystat states;
1. If you can give me the case number and Lael ext.

Writer states:
1. Verified cust info
2. Gave case number, gave TCS Lael ext.

Crystal states:
1. I will have the cust call him, thank you

**1043**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00017405

# Kia Motors America
## Consumer Affairs Department

| Last_name<br>REDACTED | First_name<br>REDACTED | VIN of 2013 SORENTO EX FWD<br>5XYKU4A25DG REDACTED | Case Number<br>K2814560 | Mileage<br>0 |
|---|---|---|---|---|
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other  

cust disconnected


*** PHONE LOG 10/17/2014 08:10 AM US Mountain Standard Time LLClark Action Type:Incoming call  
Customer ( REDACTED ) called writer and states:  
1. I am calling back on my case  
2. Gave case number  

Writer states:  
1. Thanked customer for callback  
2. Apologized for situation  
3. Took Accident report script  
4. Took Sunroof report script  
5. Requested photos of the vehicle, front rear and side views  
6. Gave address to submit photos to  
7. Writer will forward to the appropriate office for handling  
8. Customer will receive callback within two business days  

Customer states:  
1. OK, thank you  
2. The insurance company only covers so long for me to have a rental vehicle  
3. I have about four days left before they stop paying for a rental  
4. After those four days, what are my options for rental?  

Customer states:  
1. Apologized  
2. Referred customer to CSR who calls from NCA, as they will be able to provide any options that may be available  

Customer states:  
1. OK, thank you


*** NOTES 10/17/2014 08:11 AM US Mountain Standard Time LLClark Action Type:Manager review  
Dispatching to NCA:  
1. Customer alleges sunroof in vehicle exploded while driving  
2. Customer alleges breakage scared her to the point where she lost control of the vehicle and hit a street sign  
3. Dispatching for product liability concerns  
4. Both accident and sunroof scripts are attached


*** PHONE LOG 10/20/2014 08:43 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SA Larry:  
1. SA stated vehicle is at the body shop.  
2. Wtr requested to be transferred to SM Morris:  

Wtr left VM for SM Morris:  
1. No answer.  
2. Wtr needs to know the status of the vehicle.  
3. Requested pictures.

**1044**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00017406

# Kia Motors America
## Consumer Affairs Department
Page 3 of 14

| Last name<br>REDACTED | First name<br>REDACTED | VIN of 2013 SORENTO EX FWD<br>5XYKU4A25DG REDACTED | Case Number<br>K2814560 | Mileage<br>0 |
|---|---|---|---|---|
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other  

4. Provided email address and c/b # and last 8 of VIN.


\*\*\* PHONE LOG 10/22/2014 09:52 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr left VM for SM Morris (704-569-3204 direct)  
1. No answer.  
2. Wtr needs to know the status of the vehicle.  
3. Requested pictures.  
4. Provided email address and c/b # and last 8 of VIN.


\*\*\* PHONE LOG 10/23/2014 06:03 AM US Mountain Standard Time RWhite Action Type:Outgoing call  
Cust **REDACTED** called and states:  
1 Provided case ID  
2 Requiring info for insurance company  

Writer states:  
1 Apologize  
2 I show your case is being handled at the National office by Jeannie, may I place you on hold and see if she is available for you? Yes  
3 Thank you for holding; unfortunately she is unavailable but I do show she is requesting pictures and information for further handling on your case  
4 If you would like I can get you to her VM and you can request a call back from her directly? Yes  

\*\*\*\*Caller thanked and was transferred to NCSR JMojica's VM\*\*\*\*


\*\*\* PHONE LOG 10/23/2014 07:39 AM Pacific Daylight Time JMojica Action Type:Incoming call  

**REDACTED** left VM requesting c/b at **REDACTED**


\*\*\* PHONE LOG 10/23/2014 10:25 AM US Mountain Standard Time WBurks Action Type:Incoming call  
cust stated:  
1. Have a case#  

writer stated:  
1. Showing at the NCA office  
2. Can you hold while I see if CSR is available  
3. If she is not would you like the VM  

cust stated:  
1. Yes  

writer tried CSR  

writeer transferred to CSR  


\*\*\* PHONE LOG 10/23/2014 03:15 PM Pacific Daylight Time JMojica Action Type:Outgoing call

**1045**

# Kia Motors America
## Consumer Affairs Department

| Last name  REDACTED | First name  REDACTED | VIN of 2013 SORENTO EX FWD  5XYKU4A25DG<sup>REDACTED</sup> | Case Number  K2814560 | Mileage  0 |
|---|---|---|---|---|
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint
Kia Case Type Lvl2: Quality

Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl4: Other

Wtr attempted to contact **REDACTED**
1. No answer.
2. VM not set up.


\*\*\* PHONE LOG 10/24/2014 08:46 AM Pacific Daylight Time JMojica Action Type:Incoming call
**REDACTED** left VM requesting c/b.


\*\*\* PHONE LOG 10/24/2014 08:11 AM Pacific Daylight Time JMojica Action Type:Incoming call
Chrystal with Folger Collision left VM:
1. Calling in reference to this vehicle.
2. Please c/b at 704-723-1113


\*\*\* PHONE LOG 10/24/2014 08:12 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Chrystal with Folger Collision left VM:
1. Calling in reference to this vehicle.
2. Please c/b at 704-569-3302


\*\*\* PHONE LOG 10/24/2014 09:33 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to SM Morris:
1. SM stated vehicle is at Folger Collisions and wtr needs to talk to Chrystal.


\*\*\* PHONE LOG 10/24/2014 11:35 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr left VM for Chrystal at Folger Collision:
1. Calling in reference to customer's vehicle.
2. Requested pictures of vehicle.
3. Provided email address and c/b #.
4. Thanked and disconnected.


\*\*\* PHONE LOG 10/24/2014 11:51 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr:
1. Calling in reference to vehicle.
2. Wtr left VM for Chrystal requesting pictures.
3. Does customer have any pictures?

Customer (**REDACTED**)
1. No, I don't have any but Chrystal does.

Wtr:
1. Ok, wtr will keep trying Chrystal.
2. Can customer please describe the events leading up to the accident.
3. Were there any injuries?

Customer:

**1046**

# Kia Motors America
## Consumer Affairs Department

Page 5 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DGREDACTED | K2814560 | 0 |

Charlotte, NC 28205     Prod. Date: 5/7/12     Dealer: NC024 Williams Kia

Kia Case Type Lvl1: Complaint     Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl2: Quality     Kia Case Type Lvl4: Other

1. We were just driving.
2. Then the sunroof exploded and it scared me and I started veering to the sign and hit a street sign.
3. It started raining so we drove home and when we got home we covered up the sunroof part of the car with plastic.
4. The next day we looked to see if something had hit the sunroof but we couldn't see any impacts.
5. We called our ins. co. and made a claim.
6. The ins. wants us to file this as two separate claims, one for the sunroof and one for the accident.
7. We don't want to do that though since it was all one incident.
8. No, we weren't injured.

Wtr:
1. Apologized, wtr is glad to hear occupants are ok and not injured.
2. Wtr needs pictures so we can furhter review case.
3. Once case is reviewed, wtr will have more info for customer.
4. Wtr will keep trying Chrystal and once more info is available for customer, wtr will c/b.
5. Thanked and disconnected.


*** PHONE LOG 10/27/2014 03:38 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd
Wtr received pictures from Krystal:

From: Crystal Kiger [mailto:bodyshop@folgerautomotive.com]
Sent: Friday, October 24, 2014 3:24 PM
To: Mojica, Jeannie [KMA]
Cc: mmaines@folgerautomotive.com
Subject: vin# dgREDACTED case id k2814560

Attached are the photos per request. Please confirm receipt of email.
Thank you

Crystal Kiger
Folger Automotive Collision Center Manager
Direct- 704-569-3302
Fax 704-531-2701



*** PHONE LOG 10/29/2014 09:36 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to Amanda at Folger Collision:
1. Wtr requested estimate for repairs.
2. Amanda emailing estimate to wtr.


*** PHONE LOG 10/30/2014 02:55 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd
Wtr received estimate via email:

From: Amanda Walker [mailto:amanda@folgerautomotive.com]
Sent: Wednesday, October 29, 2014 11:34 AM
To: Mojica, Jeannie [KMA]
Subject:REDACTED EST

**1047**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00017409

# Kia Motors America
## Consumer Affairs Department

Page 6 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DG<sup>REDACTED</sup> | K2814560 | 0 |
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint                     Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl2: Quality                          Kia Case Type Lvl4: Other


Amanda Miller
704-531-8888
Folger Automotive Collision Center
5701 East Independence Blvd.
Charlotte, N.C.  28212


\*\*\* PHONE LOG 11/03/2014 09:07 AM Pacific Daylight Time JMojica Action Type:Incoming call
REDACTED left VM requesting c/b w/status update.


\*\*\* PHONE LOG 11/03/2014 09:45 AM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd
Wtr received detailed estimate:

From: Crystal Kiger [mailto:bodyshop@folgerautomotive.com]
Sent: Friday, October 31, 2014 2:51 PM
To: Mojica, Jeannie [KMA]
Subject: CASE ID K2814560

Please review the attached estimates. The estimate are separated for collision repairs and sunroof replacement.
Thank you

Crystal Kiger
Folger Automotive Collision Center Manager
Direct- 704-569-3302
Fax 704-531-2701



\*\*\* PHONE LOG 11/04/2014 01:31 PM Pacific Daylight Time JMojica Action Type:Incoming call
 Incoming call from Irvine Receptionist:

Customer:
1. Hi, sorry I just wanted to see if you had any news for me yet.
2. My insurance company keeps calling me about this.

Wtr:
1. Apologized.
2. Case is still being reviewed.
3. However, wtr will c/b before leaving the office today with an update.

Customer:
1. Ok, thanks.
2. I will wait for your call.

Wtr:
1. Thank'd and disconnected

**1048**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506              KMA00017410

# Kia Motors America
## Consumer Affairs Department

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DG REDACTED | K2814560 | 0 |
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other

*** PHONE LOG 11/04/2014 04:30 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr:
1. Informed customer that KMA Engineer will be inspecting vehicle on 11/19/14.
2. KMA will cover rental until inspection has been completed and Kia has made a determination.

Customer:
1. Ok, the dlr gave me a rental since the one through my ins. ran out.

Wtr:
1. Ok, wtr will contact dlr to make sure they are aware of the plan.
2. Thanked and disconnected.


*** PHONE LOG 11/05/2014 01:48 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SM Morris:
1. SM stated customer is in loaner, dlr waiting on KMA.
2. Wtr informed SM that KMA Engineer will be inspecting vehicle on 11/19/14.
3. Wtr informed SM that rental will be covered by KMA until then/depending on KMA's determination,.
4. SM requested email confirmation at mmaines@folgerautomotive.com


*** PHONE LOG 11/05/2014 01:48 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
Wtr sent email to SM and Crystal at body shop:

From: Mojica, Jeannie [KMA]  
Sent: Wednesday, November 05, 2014 1:45 PM  
To: 'mmaines@folgerautomotive.com'  
Cc: 'Crystal Kiger'  
Subject: 5XYKU4A25DG REDACTED - REDACTED - K2814560

Morris,

Per our conversation, please be advised that my engineer will be inspecting this vehicle on 11/19/14.

We are authorizing rental coverage up until the date of inspection/ shortly thereafter depending on Kia's determination. Let me know if you have any questions. Please inform the customer that per KMA policy, we cover up to $30/day, and insurance and gas are CP. Once the rental invoice is available, please send me a copy so that I can make sure your dealer is reimbursed on their parts statement.

Crystal,

Please send me the exact address for your location so I can provide it to my engineer for his inspection.

Thank you,

**1049**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506  KMA00017411

# Kia Motors America
## Consumer Affairs Department

Page 8 of 14

| Last name<br>REDACTED | First name<br>REDACTED | VIN of 2013 SORENTO EX FWD<br>5XYKU4A25DG<sup>REDACTED</sup> | Case Number<br>K2814560 | Mileage<br>0 |
|---|---|---|---|---|
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other

Wtr received email from Crystal at Folger Collision:

From: Crystal Kiger [mailto:bodyshop@folgerautomotive.com]  
Sent: Wednesday, November 05, 2014 3:20 PM  
To: Mojica, Jeannie [KMA]  
Subject: RE: 5XYKU4A25DG<sup>REDACTED</sup>, REDACTED - K2814560

Collision center is located at 5701 E independence blvd charlotte nc 28212  
Thank you

Crystal Kiger  
Folger Automotive Collision Center Manager  
Direct- 704-569-3302  
Fax 704-531-2701


*** PHONE LOG 11/11/2014 03:58 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
From: Mojica, Jeannie [KMA]  
Sent: Tuesday, November 11, 2014 3:58 PM  
To: 'Crystal Kiger'  
Cc: mmaines@folgerautomotive.com  
Subject: RE: 5XYKU4A25DG<sup>REDACTED</sup> REDACTED - K2814560

Crystal,

Thank you. My engineer will be inspecting this vehicle on 11/20/14 at around 1pm local time.

Thank you for your patience and cooperation,


*** PHONE LOG 11/19/2014 09:44 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr left msg for Crystal as a reminder for the inspection scheduled for tomorrow.


*** PHONE LOG 11/24/2014 12:59 PM Pacific Daylight Time JMojica Action Type:Incoming call  
Incoming call from Irvine Receptionist:

Customer:  
1. I am so over this.  
2. This is costing me money because my ins. doesn't cover rentals.  
3. I purchased a warranty that would cover something like this.

Wtr:  
1. Apologized.  
2. Wtr will be reviewing case with KMA Engineer today.  
3. Did customer purchase extended warranty?

Customer:

**1050**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506    KMA00017412

# Kia Motors America
## Consumer Affairs Department

Page 9 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DG REDACTED | K2814560 | 0 |

Charlotte, NC 28205  Prod. Date: 5/7/12   Dealer: NC024  Williams Kia

Kia Case Type Lvl1: Complaint            Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl2: Quality              Kia Case Type Lvl4: Other

1. I am so frustrated with this.
2. I purchased warranty through the dlr.
3. At this point, I just want Kia to buy my car back and pay off the loan and I will take my business else where.

Wtr:
1. Kia would not have anything to do with the warranty customer purchased through dlr.
2. That would be between customer and warranty company.
3. We have a manufacturer's warranty and that is the warranty we honor.
4. Kia is not offering to replace the vehicle.
5. Wtr will review with KMA Engineer and get back to customer before the end of the day.
6. If customer is requesting assistance with ins. for rental, that can be reviewed.
7. Thanked customer and disconnected.


*** PHONE LOG 11/25/2014 12:56 PM Pacific Daylight Time JeffStroup Action Type:Incoming call
customer called and stated:
1. stated the above

wtr stated:
1. let me research your case
2. i do see that we have inspected your vehicle recently
3. with that and the time it took to inspect your vehicle i would like to go ahead and repair your vehicle as customer satisfaction

REDACTED stated:
1. you would take care of the sunroof and the front end damage?
2. i have also had to pay like 10 or 15 for insurance on the rental because my insurance doesnt cover that
3. can you help pay for that?

wtr stated:
1. yes, i do see that it took awhile to inspect your vehicle
2. to keep you as a happy kia customer, we would like to do this for you
3. yes, i will offer to assist with that to keep you as a happy customer.


*** PHONE LOG 11/25/2014 01:12 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent
Wtr sent release to customer:

From: Mojica, Jeannie [KMA]
Sent: Tuesday, November 25, 2014 1:12 PM
To:      REDACTED
Subject: Kia Case #: K2814560

Ms. REDACTED

Please see the release attached that needs to be signed and returned to me.

Thank you,

**1051**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                              KMA00017413

# Kia Motors America
## Consumer Affairs Department

Page 10 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DG REDACTED | K2814560 | 0 |
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other

\*\*\* PHONE LOG 11/25/2014 01:17 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr attempted to contact Crystal at Folger Collision:  
1. Crystal is on the other line, wtr wil c/b in 10 minutes.

\*\*\* PHONE LOG 11/25/2014 01:50 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr attempted to contact Crystal at Folger Collision:  
1. Crystal is on the other line, wtr wil c/b in 10 minutes.

\*\*\* PHONE LOG 12/01/2014 12:48 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SM Morris:  
1. Wtr authorized repairs as 1 time GW.  
2. SM requested email with info.

\*\*\* PHONE LOG 12/01/2014 12:48 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
Wtr sent email to SM and Crystal:

From: Mojica, Jeannie [KMA]  
Sent: Monday, December 01, 2014 12:48 PM  
To: mmaines@folgerautomotive.com  
Cc: Crystal Kiger (bodyshop@folgerautomotive.com)  
Subject: 2013 Sorento - K2814560 - 5XYKU4A25DG REDACTED

Morris and Crystal,

We will be covering the replacement of the sunroof and subsequent damage as a goodwill gesture to the customer. Per my conversation with Morris, once repairs are completed I will need a copy of both invoices (one for the sunroof repairs and one for the body work/rental charges).

Once I receive a copy of the invoice, your dealer will be reimbursed on their parts statement. It will be one reimbursement in full.

Let me know if you have any questions.

Thank you,

\*\*\* PHONE LOG 12/01/2014 12:53 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd  
Wtr received signed release from customer:

From: **REDACTED** [mailto: REDACTED ]  
Sent: Thursday, November 27, 2014 10:21 AM  
To: Mojica, Jeannie [KMA]

1052

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506       KMA00017414

# Kia Motors America
## Consumer Affairs Department

Page 11 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DGREDACTED | K2814560 | 0 |
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other

Subject: Re: Kia Case #: K2814560

Attached are the signed documents.

Thank you!


\*\*\* PHONE LOG 12/01/2014 12:53 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
Wtr replied to customer's email:


From: Mojica, Jeannie [KMA]  
Sent: Monday, December 01, 2014 12:53 PM  
To: **REDACTED**  
Subject: RE: Kia Case #: K2814560

**REDACTED**

Thank you for the document. Folger Kia has been instructed to repair the vehicle.

Thank you again,



\*\*\* PHONE LOG 12/04/2014 10:43 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr left VM for SM Morris requesting c/b with status update.


\*\*\* PHONE LOG 12/05/2014 08:37 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
SM Morris left VM:  
1. We just got te headliner yesterday.  
2. The sunroof repairs should be done early next week.  
3. Then it will go to the body shop.  
4. Thanks.


\*\*\* PHONE LOG 12/10/2014 10:30 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to Crystal with Folger Collision:  
1. Crystal stated sunroof repairs were completed yesterday, vehicle is at body shop now and repairs began today, body shop hoping to have vehicle ready for p/u by the end of this week.


\*\*\* PHONE LOG 12/18/2014 02:14 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr attempted to contact Crystal at Folger Collision:  
1. Wtr was advised Crystal is away from her desk.  
2. Wtr will send email to f/u.

**1053**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506　　　　KMA00017415

# Kia Motors America
## Consumer Affairs Department

Page 12 of 14

| Last name<br>REDACTED | First name<br>REDACTED | VIN of 2013 SORENTO EX FWD<br>5XYKU4A25DG<sup>REDACTED</sup> | Case Number<br>K2814560 | Mileage<br>0 |
|---|---|---|---|---|
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other

From: Mojica, Jeannie [KMA]  
Sent: Thursday, December 18, 2014 2:13 PM  
To: 'Crystal Kiger'  
Cc: mmaines@folgerautomotive.com  
Subject: RE: 5XYKU4A25DG<sup>REDACTED</sup> - REDACTED - K2814560

Crystal and Morris,

I just wanted to follow up on the status of these repairs. Please let me know.

Thank you,

*** PHONE LOG 12/26/2014 11:51 AM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd  
Wtr received docs from Crystal at Folger Collisions:

From: Crystal Kiger [mailto:bodyshop@folgerautomotive.com]  
Sent: Friday, December 19, 2014 10:18 AM  
To: Mojica, Jeannie [KMA]  
Subject: RE: 5XYKU4A25DG<sup>REDACTED</sup> - REDACTED - K2814560

Good afternoon, repairs are completed. I have attached the final invoice, repair estimate, images in process, and the rental bill which is included on the estimate and invoice. Please confirm receipt of email and if any additional is needed.  
Thank you

Crystal Kiger  
Folger Automotive Collision Center Manager  
Direct- 704-569-3302  
Fax 704-531-2701


*** PHONE LOG 01/07/2015 12:51 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
Wtr sent email to Crystal:

From: Mojica, Jeannie [KMA]  
Sent: Wednesday, January 07, 2015 12:51 PM  
To: 'Crystal Kiger'  
Subject: RE: 5XYKU4A25DG<sup>REDACTED</sup> - REDACTED - K2814560

Crystal,

Thank you for the docs. For the sublet charges, I see that its $1,362.98 for the rental and $2,212.62 for the sunroof replacement. Is there a separate invoice for the sunroof replacement $2,212.62? If so, I will need a copy of it so we can verify the total amount owed.

Sorry for the inconvenience.

**1054**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506          KMA00017416

# Kia Motors America
## Consumer Affairs Department

Page 13 of 14

| Last name | First name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DGREDACTED | K2814560 | 0 |
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024 Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other

\*\*\* PHONE LOG 01/13/2015 12:44 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SM Morris:  
1. SM clarified on charges:

$4,636.05 for body shop (parts and labor)  
$79.95 alignment done by dlr (SM faxing RO)  
$2,212.62 Sunroof replacement by dlr submitted as W claim (SM faxing RO)  
$1,362.98 Rental charges  
+ paint and labor $252.98 + tax $238.08 = total due $8,782.66

2. Wtr informed SM that W claim will be charged back, dlr/body shop will be reimbursed on parts statement.

\*\*\* PHONE LOG 01/13/2015 12:46 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd  
Wtr received sublet ROs via fax:

A fax has arrived from remote ID ".
-------------------------------------------------------
1/13/2015 12:41:24 PM Transmission Record  
    Received from remote ID:  
    Inbound user ID KMACA-RIGHTFAX, routing code 0  
    Result: (0/352;0/0) Successful Send  
    Page record: 1 - 2  
    Elapsed time: 01:26 on channel 0

\*\*\* PHONE LOG 01/20/2015 10:30 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr submitted GW request: 94329  
Dlr to be reimbursed $8,782.66

\*\*\* PHONE LOG 01/29/2015 01:44 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd  
Wtr received email from customer:

From: **REDACTED** [<mailto: **REDACTED** >]  
Sent: Wednesday, January 28, 2015 7:59 AM  
To: Stroup, Jeff [KMA]  
Subject: **REDACTED** Reimbursement Information

Attached is the information you requested for my reimbursement. I have already been charged the $92.00 dollars which I already need to reimbursed for. The outstanding balance is the $222.00.

You can reach me at **REDACTED**

Thanks and have a great day!

**1055**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00017417

# Kia Motors America
## Consumer Affairs Department

Page 14 of 14

| Last_name | First_name | VIN of 2013 SORENTO EX FWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKU4A25DG REDACTED | K2814560 | 0 |
| Charlotte, NC 28205 | | Prod. Date: 5/7/12 | Dealer: NC024  Williams Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Product Liability  
Kia Case Type Lvl4: Other  

**REDACTED**

\*\*\* PHONE LOG 01/29/2015 01:47 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr:  
1. Informed customer that email was received.  
2. Informed customer that wtr cannot make payment to Enterprise directly, but KMA can reimburse customer.

Customer:  
1. Ok, that is fine.

Wtr:  
1. Perfect.  
2. Verified mailing address.  
3. Wtr will try to get check out within the next couple of weeks.  
4. Thanked and disconnected.

\*\*\* PHONE LOG 01/30/2015 11:18 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr submitted GW request 2: 94329  
**REDACTED** to be reimbursed $315.32

\*\*\* NOTES 02/10/2015 04:42 PM Pacific Daylight Time ADellarocca Action Type:Dealer contact  
Writer to mail out check# 573640 for customer in the amount of $315.32

\*\*\* CASE CLOSE 02/10/2015 04:42 PM Pacific Daylight Time ADellarocca  
Check to customer $315.32

1056

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**  KMA00017418

# Broken Sunroof Report
## Case K2814560

*Report Details*

0 . End

   *No response selected.*

1 . Name of vehicle owner:

   **REDACTED**

2 . Address of vehicle owner:

   **REDACTED**

3 . Phone number of vehicle owner:

   **REDACTED**

4 . Name of driver:

   **REDACTED**

5 . Address of driver:

   Same

6 . Phone number of driver:

   Same

7 . What is the age of the driver?

   *Refer to accident report

8 . Does the vehicle have any history of any type of impacts (e.g., collision, stone strikes, or road
   *No*

10 . What was the date of the incident (<MM/DD/YYYY>)?

   10/12/2014

**1057**

11. What time of day did the incident occur (<HH:MM> <AM/PM>)?

Approximately 01:00 am

12. What was the weather condition (rain/sleet/hail, temperature, wind)?

Starting to drizzle rain

13. Where did the incident occur? (e.g., highway, road, garage, parking lot, etc.)

Four lane highway

14. Provide name of road, highway or address:

*Refer to accident report

15. What was the nearest mile market/exit name or cross-street from the incident location?

Unknown

16. What direction was the vehicle facing/heading?

northbound

17. How fast was the vehicle moving (MPH/Stationary)?

Approximately 40mph

18. Describe traffic conditions around you [how close was the nearest vehicle to you and what type of

No traffic around

19. What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some

Road conditions smooth

22. Was the sunroof OPEN or CLOSED at the time of the incident?
Closed


25. Were you operating the sunroof switch at the time the glass broke?
No

**1058**

27. Did you see and/or hear the sunroof glass break?
*Yes*

28. Please describe what you saw or heard at the time of the breakage.

*\*Please refer to accident report - Customer states sunroof "exploded" and scared them to the point where she lost control of the car and hit a street sign*

29. Which glass panel broke? (On 2011-2013 Sorento, there are two glass panels: a moving front panel

*Moving front panel*

30. Was the sunshade OPEN or CLOSED at the time of the incident?
*CLOSED*

31. Have you ever put anything on the roof of your vehicle (including items on the roof rack)?
*No*

36. Were there any passengers inside the vehicle at the time of the incident?
*Yes*

37. For each seating position, what was the age and name of who was in that position?

*William Isenhour - Passenger front*

38. Did anyone get glass on them at the time of the incident?
*No*

39. Was anyone injured as a result of the incident?
*No*

44. Were the police contacted?
*No*

49. Was the insurance company contacted?
*Yes*

**1059**

50. Name of the insurance company?

USAA

51. Address of the insurance company?

N/A

52. Phone number to the insurance company?

*Refer to accident report

53. Insurance policy number?

Unknown

54. Insurance claim number?

Unknown

55. When was your insurance company contacted? <MM/DD/YYYY>

10/12/2014

56. Did you provide them with a recorded statement over the phone or a written statement?
Yes

57. Have you settled with the insurance company?
No

58. Was the vehicle driven or towed following the incident?
Driven

59. Where is the vehicle now?

NC024

60. Have sunroof repairs been completed, or has the broken sunroof been altered since the incident

Not repaired - Customer advised they did layer trash bags over the top to protect the car from rain

**1060**

61 . What action are you requesting of Kia?

*Refer to accident report

**1061**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506
Page 5 of 5
KMA00017423