# EXHIBIT 77

# Kia Motors America
## Consumer Affairs Department

Page 1 of 4

| Last name | First name | VIN of 2011 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | knagr4a6xb5 REDACTED | K2927621 | 86,000 |

Middletown, DE 19709    Prod. Date: 4/15/11    Dealer: DE008  Kia of Wilmington

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Exterior  
Kia Case Type Lvl4: Windshield/Rear Glass(Breakaway)

**Case History**

\*\*\* PHONE LOG 04/14/2015 12:35 PM US Mountain Standard Time WBurks  
cust stated:  
1. My sunroof exploded  
2. Took it to the dealer  
3. They said that a rock hit it  
4. Is that what  
5. I want to know how they can make the assumtion that it was a rock  
6. Nothing hit the sunroof

writer stated:  
1 Apologized  
2. Verifed cust info  
3. explaineed that we are not tech trained and would not be able to explained how the diag came to be unless we call the dealer DE008

cust stated:  
1. Nothing hit the car  
2. I did not do anything wrong  
3. The dealer DE008 is blaming me

writer stated;  
1. Can you hold while i cintcat the dealer DE008

cust stated:  
1. Yes

writer calls dealer DE008

Customer Name    REDACTED

Original Owner (Y or N)    no  
Customer phone #    Same as above  
Customer address    Same as above  
VIN knagr4a6xb5 REDACTED  
MY and Mileage    2011 Optima 86000 miles  
Dealer Code   /   Selling Dealer (Y or N)  DE008 / no  
Able to Duplicate (Y or N)   yes  
RO# and Open Date    148567  4/13/15  
Current Repair Issue and Diagnosis   sunroof broke / /   looks like a rock hit it  
Parts on order (Y/N), if so obtain part#, order#  no  
Vehicle repaired & customer has possession    no / no  
Repeat Repair (Y/N), if so, how many times?    no  
Days Down at initial Service Alert report  1 day  
ETA for completion of repairs    unknown  
Techline Case:  Find by checking for previous cases    none  
Rental / Loaner Provided?  If so, since when?  yes 4/13/15  
Repair History of current concern with dates and mileage \*\*\*    Date, miles, Cust Concern, Resolution (if needed)    none  
Customer Request   (if needed)   that this be covered  
Justification of Goodwill (must include maintenance history  na

**1062**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506    KMA00015642

# Kia Motors America
## Consumer Affairs Department

Page 2 of 4

| Last name | First name | VIN of 2011 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | knagr4a6xb5REDACTED | K2927621 | 86,000 |

Middletown, DE 19709    Prod. Date: 4/15/11    Dealer: DE008  Kia of Wilmington

Kia Case Type Lvl1: Complaint             Kia Case Type Lvl3: Exterior
Kia Case Type Lvl2: Quality               Kia Case Type Lvl4: Windshield/Rear Glass(Breakaway)

Dealer contacted their DPSM  (if needed)      no
If HEV vehicle, is dealer HEV certified  (if needed)      na
Dealer name  unknown


writer stated
1. Thank you for holdng
2. Took accident scripting
3. Explained will send this to another office
4. They will be contacting you in 1-3 business days

cust stated:
1. I still have the rental

writer stated:
1. Explained that will be between you and the dealer DE008
2. Provided case#

cust denied survey


writer sent Jerry DPSM FYI sending to NCA



=------------------------CALL TO ACTION--------------------------


1. Cust alleges sunroof exploded
2. Car is at dealer
3. Cust is in a loaner
4. Took scripting


-----------------------------------CALL TO ACTION------------------------------------




*** PHONE LOG 04/15/2015 08:46 AM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called customer and left message:
1. Calling in regards to a 2011 KIA Optima
2. Requested call back
3. Gave call back number


*** PHONE LOG 04/15/2015 09:41 AM Pacific Daylight Time SamuelKim Action Type:Incoming call
Received message from customer
1. This is   REDACTED
2. I just received your message concerning the 2011 Optima
3. Give me a call back at your earliest convenience please
4. Thanks

**1063**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506    KMA00015643

# Kia Motors America
## Consumer Affairs Department

Page 3 of 4

| Last_name | First_name | VIN of 2011 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | knagr4a6xb5REDACTED | K2927621 | 86,000 |
| Middletown, DE 19709 | | Prod. Date: 4/15/11 | Dealer: DE008 | Kia of Wilmington |

Kia Case Type Lvl1: Complaint
Kia Case Type Lvl2: Quality
Kia Case Type Lvl3: Exterior
Kia Case Type Lvl4: Windshield/Rear Glass(Breakaway)

\*\*\* PHONE LOG 04/15/2015 11:51 AM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called and spoke with **REDACTED**
Writer states:
1. Calling in regards to your 2011 KIA Optima
2. Is your vehicle currently still at the dealership?
3. Thank You

Customer states:
1. We dropped if off there I believe Monday morning
2. I spoke to Jordan in KIA Service, he told me he would look into it and get back to me
3. He called me Tuesday and told me maybe a stone hit it and shattered over a course of time
4. My wife told me she almost got into accident
5. It would be better if you spoke to my wife
6. Her number is **REDACTED**


\*\*\* PHONE LOG 04/15/2015 12:13 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called and spoke with **REDACTED**
Writer states:
1. Calling in regards to your 2011 KIA Optima

Customer states:
1. I wasn't even in the car, not even 15 minutes
2. I don't go to that part of town often
3. I was in Downingtown, Pennsylvania off of 30 headed towards 202
4. Next thing I heard was a boom
5. As I'm driving down the road, I looked in my mirror, nothing was there
6. I pulled off and veered off to the side
7. I scraped the side of the car on the guardrail, it wasn't crushed
8. I stood up and it was the biggest hole you ever saw in your life
9. I'm trying to explain it to my husband. I'm a nervous wreck
10. My husband said is it driveable? he said drive the car home
11. I told him, I'm not driving the car
12. He convinced me to drive it back home
13. I drove all the way from Pennsylvania to Delaware, it took me 2 hours

Writer states:
1. Apologized
2. Are you okay? Were you injured?
3. What did the dealership advise you?

Customer states:
1. I wasn't injured, I pulled something but I'm okay
2. The dealership stated they haven't heard anything from you guys
3. They said something must have hit the car, they didn't take responsibility of it
4. My husbands always comes in getting an oil change
5. When we brought the car in, it shattered outward
6. I would have never, ever thought of accused of something that was falling
7. I'm calling the Better Business Bureau

**1064**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506    KMA00015644

# Kia Motors America
## Consumer Affairs Department

| Last_name | First_name | VIN of 2011 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| **REDACTED** | | knagr4a6xb5<sup>REDACTED</sup> | K2927621 | 86,000 |
| Middletown, DE 19709 | | Prod. Date: 4/15/11 | Dealer: DE008 | Kia of Wilmington |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Exterior  
Kia Case Type Lvl4: Windshield/Rear Glass(Breakaway)

8. We're prepared to pay the deductible
9. I even to spoke my Geico adjustor and I sent her the video
10. She said, ma'am you're already saying something we already know
11. We were prepaid to pay the $1,000 deductible
12. I think at the end of the day, I think it's unfair for someone to tell me it was my fault
13. I was very annoyed
14. I care about my life, to have scraped my car on top of that
15. Jordan is a good guy, but he said Ms. Jordan we need the loaner car back
16. I'm going to fight to get my deductible back

Writer states:
1. Your vehicle is out of warranty
2. You are the second owner and CarFax is showing the vehicle was involved in a previous accident
3. If you have any further questions or concerns, you are more than welcome to contact us

Customer states:
1. I understand that, but your car is supposed to hold regardless of the warranty


*** NOTES 04/15/2015 12:17 PM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Called dealer DE008 and spoke with Leah in the Service Department
Writer states:
1. Requested photos
2. Gave dealer email address
3. Thank You

Dealer states:
1. I'll send them your way


*** NOTES 04/17/2015 11:05 AM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Called dealer DE008 and spoke with Leah in the Service Department
Writer states:
1. Calling to get an update on the photos
2. Please send me an email response either way
3. Thank You

Dealer states:
1. The cars no longer here, they took it out of here
2. I gotta find out who has the photos
3. What if I no longer have the photos?


*** CASE CLOSE 04/21/2015 09:41 AM Pacific Daylight Time SamuelKim
Customer is not requesting call back. Writer was waiting on photos from dealer to document case. Dealer did not provide photos.

**1065**

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**  KMA00015645

# Broken Sunroof Report

### Case K2927621

## Report Details

0 . End

   *No response selected.*

1 . Name of vehicle owner:

   **REDACTED**

2 . Address of vehicle owner:

3 . Phone number of vehicle owner:

   **REDACTED**

4 . Name of driver:

   REDACTED

5 . Address of driver:
   *No response selected.*

6 . Phone number of driver:
   *No response selected.*

7 . What is the age of the driver?

   44 years

8 . Does the vehicle have any history of any type of impacts (e.g., collision, stone strikes, or road
   No

10 . What was the date of the incident (<MM/DD/YYYY>)?

   4/11/15

**1066**

11. What time of day did the incident occur (<HH:MM> <AM/PM>)?

   7:25 PM

12. What was the weather condition (rain/sleet/hail, temperature, wind)?

   clear and cool

13. Where did the incident occur? (e.g., highway, road, garage, parking lot, etc.)

   highway
   US 30 toward DE

14. Provide name of road, highway or address:

   US30

15. What was the nearest mile market/exit name or cross-street from the incident location?

   unknown

16. What direction was the vehicle facing/heading?

   unknown

17. How fast was the vehicle moving (MPH/Stationary)?

   40 mph

18. Describe traffic conditions around you [how close was the nearest vehicle to you and what type of

   no other car around

19. What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some

   new pave pavement

22. Was the sunroof OPEN or CLOSED at the time of the incident?
    Closed


25. Were you operating the sunroof switch at the time the glass broke?
    No

**1067**

27. Did you see and/or hear the sunroof glass break?
*Yes*

28. Please describe what you saw or heard at the time of the breakage.

   *my ears became stuffy*
   *then the sunroof exploded*
   *then I pulled over*

29. Which glass panel broke? (On 2011-2013 Sorento, there are two glass panels: a moving front panel

   *frt panel that moves broke*

30. Was the sunshade OPEN or CLOSED at the time of the incident?
*CLOSED*

31. Have you ever put anything on the roof of your vehicle (including items on the roof rack)?
*No*

36. Were there any passengers inside the vehicle at the time of the incident?
*No*

37. For each seating position, what was the age and name of who was in that position?
*No response selected.*

38. Did anyone get glass on them at the time of the incident?
*Yes*

39. Was anyone injured as a result of the incident?
*Yes*

40. Who was injured? (Name, address and phone number of who was/were injured.)
*No response selected.*

41. Was the injury from glass or any other debris?
*No response selected.*

**1068**

42. **Describe the nature of the injuries.**
*No response selected.*

43. **Did any of the injured persons seek medical attention?**
*No*

44. **Were the police contacted?**
*No*

49. **Was the insurance company contacted?**
*No*

58. **Was the vehicle driven or towed following the incident?**
*Driven*

59. **Where is the vehicle now?**

*currently at dealer*

60. **Have sunroof repairs been completed, or has the broken sunroof been altered since the incident**

*no repairs*

61. **What action are you requesting of Kia?**

*fix the sunroof*

**1069**