# EXHIBIT 79

# Kia Motors America
## Consumer Affairs Department

Page 1 of 4

| Last name | First name | VIN of 2013 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A66DG REDACTED | K2943012 | 39,781 |

Antioch, IL 60002        Prod. Date: 8/5/13        Dealer: IL051   Raymond Kia

Kia Case Type Lvl1: Complaint            Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality              Kia Case Type Lvl4: Sunroof Breakaway

**Case History**

*** PHONE LOG 05/07/2015 10:31 AM US Mountain Standard Time ERojas
Wtr calls out to IL051
Speaks with Vinny
Wtr states:
1. Calling to get info on sunroof concern

Vinny states:
- Cust alleges while driving on the expressway the sunroof shattered
- 05/07/15 RO# 455194
- No parts on order
- Cell **REDACTED**

Wtr states:
1. Thanked
2. Adv someone from NCA will be in contact within 1 to 2 business days


*** PHONE LOG 05/07/2015 10:54 AM US Mountain Standard Time ERojas Action Type:Outgoing call
Wtr calls out to cust
Wtr states:
1. Made aware cust recently in for a sunroof concern

Cust states:
1. Yes

Wtr states:
1. Apologized
2. Asked if cust could explain in detail what happened

Cust states:
1. It happened this morning
2. It was 5:30 am
3. I was on my way to work
4. There were no cars around
5. I was going about 70 mph
6. It was about 50 degrees outside
7. No rain or anything
8. The sunshade was open
9. I heard a loud bang what sounded like a gunshot and I was peppered with glass
10. It shocked me so back that I swerved into the next lane
11. Luckily there were no cars around or I wouldve hit someone
12. First thing I did was put some glasses on and got it to the dlr and thats where it is now
13. I didnt call the insurance company yet because I wanted to see what the dlr said before anyone
14. I didnt call the police
15. I just want this fixed

Wtr states:
1. Thanked
2. Adv someone will be in contact within 1 to 2 business days to discuss concern further

**1079**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                                KMA00015704

# Kia Motors America
## Consumer Affairs Department

Page 2 of 4

| Last name | First name | VIN of 2013 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A66DGREDACTED | K2943012 | 39,781 |

Antioch, IL 60002  Prod. Date: 8/5/13  Dealer: IL051 Raymond Kia

Kia Case Type Lvl1: Complaint  Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality  Kia Case Type Lvl4: Sunroof Breakaway

Cust states:
1. Ok thank you


*** PHONE LOG 05/08/2015 08:35 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr left VM for SM Gil requesting c/b.


*** PHONE LOG 05/11/2015 02:08 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd
From: Vinny Myers [mailto:vmyers@raymondkia.com]
Sent: Friday, May 08, 2015 11:01 AM
To: Mojica, Jeannie [KMA]
Subject:    REDACTED    (5XXGR4A66DGREDACTED) 2013 OPTIMA SX SUNROOF ISSUE

THANK YOU!


*** PHONE LOG 05/12/2015 11:20 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to SM Gil:
1. Wtr informed SM that sunroof replacement will be covered as GW gesture.
2. Wtr informed SM that KMA is unable to determine whether shatter was due to external impact or not.
3. Wtr requested copy of RO billed at warranty pricing so dlr can be reimbursed on parts statement.


*** PHONE LOG 05/18/2015 12:27 PM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr left VM for SM Gil requesing c/b w/status update.


*** PHONE LOG 05/20/2015 01:50 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent
SM Gil left VM:
1. The sunroof was on b/o but it came in yesterday.
2. We will replace the sunroof and get the vehicle back to the customer.


*** PHONE LOG 05/26/2015 12:55 PM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to SM Gil:
1. SM stated sunroof was replaced, but dlr had to order new sunshade.
2. SM stated sunshade should arrive this week, but in the meantime veh was released to customer and he will visit dlr for repair once part is available.
3. Wtr will f/u with dlr.


*** PHONE LOG 06/01/2015 01:20 PM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to SM Gil:
1. SM stated sunshade still has not arrived.
2. Wtr informed SM that wtr will be OOO, but will f/u upon return, if final RO is available before wtr's return, please email it over.

**1080**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                              KMA00015705

# Kia Motors America
## Consumer Affairs Department

Page 3 of 4

| Last name | First name | VIN of 2013 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A66DG REDACTED | K2943012 | 39,781 |
| Antioch, IL 60002 | Prod. Date: 8/5/13 | | Dealer: IL051 Raymond Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway  

*** PHONE LOG 06/01/2015 01:21 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
From: Mojica, Jeannie [KMA]  
Sent: Monday, June 01, 2015 2:21 PM  
To: 'gklinger@raymondkia.com'  
Subject: 5XXGR4A66DG REDACTED-2013 Optima-REDACTED  

Gil,

Per our conversation, please send me a copy of the final RO (billed at warranty pricing) once available. If applicable, please send me a copy of the sublet invoice(s) as well.

Thank you,

*** PHONE LOG 06/19/2015 09:29 AM Pacific Daylight Time JMojica Action Type:Incoming call  
SA Vinny left VM:  
1. I need to know how to close this.  
2. I was told it is not a W claim.  
3. The customer has not come back for the sunshade R&R.  
4. I don't know if you want me to wait until he does or not.

*** PHONE LOG 06/19/2015 09:31 AM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SA Vinny:  
1. SA confirmed sunshade is available for R&R but customer has not scheduled appt yet.  
2. Wtr requested copy of RO, sunshade reimbursement can be submitted later or at the same time if dlr wants to wait.  
3. SA requested email from wtr.  
4. SA will email over RO for shatter and sunshade separately.

*** PHONE LOG 06/19/2015 09:31 AM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd  
From: Mojica, Jeannie [KMA]  
Sent: Friday, June 19, 2015 10:29 AM  
To: Vinny Myers (vmyers@raymondkia.com)  
Subject: Kraenzle-5XXGR4A66DG REDACTED-2013 Optima  

Vinny,

Per our conversation, please send me a copy of the RO.

Thank you,

*** PHONE LOG 06/24/2015 01:33 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SA Vinny:  
1. SA stated total amount due on RO is $415.07  
2. SA emailing over copy of RO

**1081**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506　　　　KMA00015706

# Kia Motors America
## Consumer Affairs Department

Page 4 of 4

| Last name | First name | VIN of 2013 OPTIMA SX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A66DG REDACTED | K2943012 | 39,781 |
| Antioch, IL 60002 | Prod. Date: 8/5/13 | | Dealer: IL051 Raymond Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

\*\*\* PHONE LOG 06/26/2015 02:43 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd  
From: Vinny Myers [mailto:vmyers@raymondkia.com]  
Sent: Thursday, June 25, 2015 8:32 AM  
To: Mojica, Jeannie [KMA]  
Subject: RE: Kraenzle-5XXGR4A66DG REDACTED -2013 Optima

THIS IS THE INVOICE WE BEEN TALKING ABOUT

\*\*\* PHONE LOG 06/26/2015 02:44 PM Pacific Daylight Time JMojica Action Type:Ltr/email/fax sent  
From: Mojica, Jeannie [KMA]  
Sent: Friday, June 26, 2015 3:44 PM  
To: 'Vinny Myers'  
Subject: RE: Kraenzle-5XXGR4A66DG REDACTED -2013 Optima

Vinny,

Thank you! I will submit the reimbursement request to get your dlr paid.

\*\*\* PHONE LOG 07/13/2015 04:05 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr submitted GW request: 96629  
Dlr to be reimbursed $415 on parts statement.

\*\*\* NOTES 08/19/2015 03:20 PM Pacific Daylight Time ADellarocca Action Type:Dealer contact  
Dealer received credit of $415.07

\*\*\* CASE CLOSE 08/19/2015 03:21 PM Pacific Daylight Time ADellarocca

**1082**

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**  
KMA00015707

# Broken Sunroof Report
## Case K2943012

**Report Details**

0 . End

No response selected.

1 . Name of vehicle owner:

**REDACTED**

2 . Address of vehicle owner:

**REDACTED**

3 . Phone number of vehicle owner:

**REDACTED**

4 . Name of driver:

**REDACTED**

5 . Address of driver:

**REDACTED**

6 . Phone number of driver:

**REDACTED**

7 . What is the age of the driver?

27

8 . Does the vehicle have any history of any type of impacts (e.g., collision, stone strikes, or road
No

10 . What was the date of the incident (<MM/DD/YYYY>)?

05/07/15

1083

11. What time of day did the incident occur (<HH:MM> <AM/PM>)?

    5:30 am

12. What was the weather condition (rain/sleet/hail, temperature, wind)?

    Mid 50's clear

13. Where did the incident occur? (e.g., highway, road, garage, parking lot, etc.)

    I-94 S

14. Provide name of road, highway or address:

    I-94 S

15. What was the nearest mile market/exit name or cross-street from the incident location?

    Unsure

16. What direction was the vehicle facing/heading?

    S

17. How fast was the vehicle moving (MPH/Stationary)?

    70 mph

18. Describe traffic conditions around you [how close was the nearest vehicle to you and what type of

    No cars close by

19. What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some

    Paved

22. Was the sunroof OPEN or CLOSED at the time of the incident?
    *Open (tilted or slid open)*

23. Was it tilted up (vent mode) or slid open?
    *Sunroof was in the tilted position.*

**1084**

25. Were you operating the sunroof switch at the time the glass broke?
*No*

27. Did you see and/or hear the sunroof glass break?
*Yes*

28. Please describe what you saw or heard at the time of the breakage.

It sounded like a gun shot and I was peppered with glass

29. Which glass panel broke? (On 2011-2013 Sorento, there are two glass panels: a moving front panel

Sliding

30. Was the sunshade OPEN or CLOSED at the time of the incident?
*OPEN*

31. Have you ever put anything on the roof of your vehicle (including items on the roof rack)?
*No*

36. Were there any passengers inside the vehicle at the time of the incident?
*No*

37. For each seating position, what was the age and name of who was in that position?
*No response selected.*

38. Did anyone get glass on them at the time of the incident?
*Yes*

39. Was anyone injured as a result of the incident?
*No*

44. Were the police contacted?
*No*

**1085**

49. Was the insurance company contacted?
*No*

58. Was the vehicle driven or towed following the incident?
*Driven*

59. Where is the vehicle now?

Raymond Kia

60. Have sunroof repairs been completed, or has the broken sunroof been altered since the incident

No

61. What action are you requesting of Kia?

Vehicle be repaired

**1086**