# EXHIBIT 80

# Kia Motors America
## Consumer Affairs Department

Page 1 of 4

| Last name | First name | VIN of 2014 OPTIMA SX LTD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A61EG<sup>REDACTED</sup> | K2679226 | 3,232 |
| Rio Rancho, NM 87124 | | Prod. Date: 1/6/14 | Dealer: NM011 Cottonwood Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

**Case History**

*** PHONE LOG 03/21/2014 12:44 PM US Mountain Standard Time GRomero  
Eddie, SVCA:
1. The customer says the glass shattered.
2. They said while they were driving.


*** PHONE LOG 03/24/2014 12:43 PM US Mountain Standard Time GRomero Action Type:Outgoing call  
Writer calls customer and left msg:
1. Gave writer information
2. Advised following up on vehicle

***WRITER BEGAN SUNROOF SCRIPT***

**REDACTED** Husband states:
1. It really scared me
2. It sounded like a gunshot.
3. This was just a loud pop.
4. Right before it happened, my ears sorta clogged with pressure.
5. Then, right after that BOOM.
6. I was just thankful I didn't have my daughter in the vehicle.

***COMPLETED SUNROOF SCRIPT***

Writer states:
1. Thanked for the information
2. Advised follow up would be done in 2 working days.
3. Gave case number
4. Advised to call back for further assistance.


*** NOTES 03/24/2014 12:44 PM US Mountain Standard Time GRomero Action Type:Manager review  
Sending case to NCA:
-2014 IQS Optima.
-Cust alleges sunroof shattered while driving.
-Assist Determination
-Contact customer


*** NOTES 03/25/2014 12:08 PM US Mountain Standard Time AJudson Action Type:Manager review  
Customer States:
1. We have been given a rental vehicle.
2. Was advised that vehicle will not be ready until next week and went on vacation.
3. Have planned vacation and dealer called advising that vehicle ready to be picked up.
4. I am out of town and have no way to return the vehicle but do not want to be charged for additional days.

Writer States:
1. Apologized for the problem.
2. Advised customer case has been forwarded to appropriate department for further review.

**1087**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506        KMA00014926

# Kia Motors America
## Consumer Affairs Department

Page 2 of 4

| Last name | First name | VIN of 2014 OPTIMA SX LTD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A61EG REDACTED | K2679226 | 3,232 |
| Rio Rancho, NM 87124 | | Prod. Date: 1/6/14 | Dealer: NM011 Cottonwood Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

3. Writer will update case, NCA will review concern with additional rental days.
4. Contact KCA if immediate assistance is needed.


*** EMAIL OUT •Î&vR JMojica Action Type:External email  
Send to:[jmojica@kiausa.com]  
You have been sent a Kia Consumer Assistance Case for your reference and action as may be noted in the Case. If it has been sent to you in error, please notify the Kia Consumer Affairs Dept. at 949.468.4619 AND delete this email.

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not to be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\CA_Attachments\SendHistory\Case_K2679226_JMojica_03-25-2014131103.doc>>


*** PHONE LOG 03/25/2014 12:29 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr spoke to SVCA Marcel:  
1. SVCA stated vehicle has been repaired and is ready for p/u.  
2. Wtr advised SVCA that customer is on vacation and cannot pick up vehicle.  
4. Wtr will contact customer to see when vehicle can be p/u and rental can be returned to dlr.  
5. Wtr informed SVCA that repairs and rental will be covered under CA GW.  
6. Wtr informed SVCA that upon return of rental wtr will need RO for repairs and rental charges to reimburse dlr on parts statement.  
7. SVCA stated DPSM has pictures of sunroof.  
8. Wtr will contact DPSM and request pictures of sunroof.


*** PHONE LOG 03/25/2014 12:39 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr contacted DPSM:  
1. Wtr requested pictures.  
2. DPSM will email pictures.


*** PHONE LOG 03/25/2014 12:44 PM Pacific Daylight Time JMojica Action Type:Outgoing call  
Wtr:  
1. Calling in reference to vehicle.  
2. Wtr spoke to SVCA who informed wtr that vehicle is ready for p/u.

Customer:  
1. Yes, I was told it would not be ready until the end of this week/ beginning of next week so I left on vacation and I am worried I will be responsible for the rental charges for the next few days.

Wtr:  
1. When will customer be back? (Friday)  
2. Is customer able to p/u vehicle and drop off rental on Friday? (yes)  
3. Ok, wtr will make sure rental is covered til Friday.  
4. Wtr will contact dlr and relay info.  
5. Wtr advised customer Ins. and gas are CP, other than that rental is covered until Friday.

**1088**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

KMA00014927

# Kia Motors America
## Consumer Affairs Department

Page 3 of 4

| Last_name | First_name | VIN of 2014 OPTIMA SX LTD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A61EGREDACTED | K2679226 | 3,232 |

Rio Rancho, NM 87124     Prod. Date: 1/6/14     Dealer: NM011 Cottonwood Kia

Kia Case Type Lvl1: Complaint     Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality     Kia Case Type Lvl4: Sunroof Breakaway

Customer:
1. Thank you so much!
2. I really appreciate it.

Wtr:
1. Not a problem.
2. Wtr is happy to be of assistance.
3. Apologized for inconvenience.
4. Provided c/b if further assistance is necessary.


*** EMAIL OUT •Î&vR JMojica Action Type:External email
Send to:[jmojica@kiausa.com]
You have been sent a Kia Consumer Assistance Case for your reference and action as may be noted in the Case.  If it has been sent to you in error, please notify the Kia Consumer Affairs Dept. at 949.468.4619 AND delete this email.

The attached Case is the exclusive property of Kia Motors America and is a Confidential And Proprietary document. It is not to be distributed or disseminated to any third party without the express written consent of Kia Motors America.

<<File Attachment: \\copubs\ClarifyOBJ\CA_Attachments\SendHistory\Case_K2679226_JMojica_03-25-2014134040.doc>>


*** PHONE LOG 04/01/2014 10:54 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to SA Tony:
1. Wtr requested docs (RO and rental charges) to reimburse dlr on parts statement.
2. SA faxing over docs.
3. Wtr thanked and disconnected.


*** PHONE LOG 04/08/2014 08:09 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr spoke to NM011 SA Tony:
1. SA stated waiting to get docs back from accounting.
2. SA stated will fax over docs as soon as they become available.
3. Wtr thanked and disconnected.


*** PHONE LOG 04/28/2014 10:43 AM Pacific Daylight Time JMojica Action Type:Ltr/email/fax rec'd
Wtr received copy of RO.


*** PHONE LOG 04/28/2014 11:01 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr submitted GW Request: 90908
Dlr to be reimbursed $1,046.90


*** PHONE LOG 05/23/2014 09:51 AM Pacific Daylight Time JMojica Action Type:Outgoing call
Wtr submitted GW Request for rental reimbursement: 90908
Dlr to be reimbursed $385 on parts statement.

**1089**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00014928

# Kia Motors America
## Consumer Affairs Department

Page 4 of 4

| Last name | First name | VIN of 2014 OPTIMA SX LTD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGR4A61EG<sup>REDACTED</sup> | K2679226 | 3,232 |

Rio Rancho, NM 87124  Prod. Date: 1/6/14  Dealer: NM011 Cottonwood Kia

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

\*\*\* NOTES 08/01/2014 12:54 PM Pacific Daylight Time JMojica Action Type:Dealer contact
Wtr verified dlr was reimbursed on parts statement.

\*\*\* CASE CLOSE 08/01/2014 12:54 PM Pacific Daylight Time JMojica
No further action required.

1090

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506        KMA00014929

# Broken Sunroof Report
## Case K2679226

## Report Details

0. **End**
   No response selected.

1. **Do you own the vehicle?**
   Yes

5. **Was the owner driving the vehicle?**
   Yes

9. **What is the age of the driver?**

   REDACTED, Husband states:
   1. I'm 33 years old

10. **Does the vehicle have any history of any type of impacts (e.g., collision, a fender bender, or something hitting the vehicle from the outside?)**
    No

11. **What was the date of the incident?**
    <MM/DD/YYYY>:

    REDACTED, Husband states:
    1. 3/18/14

12. **What time of day did the incident occur?**
    <HH:MM> <AM/PM>:

    Customer states:
    1. It happened around 1530PM

13. **What was the temperature?**
    Approximate temperature in Fahrenheit:

    REDACTED Husband states:
    1. It was about 65 degrees

14. **Was there precipitation?**
    No

**1091**

**Were you aware of wind blowing at about that time?**

15.

*Yes. Please describe the intensity of wind and if dust was noticeable.:*

REDACTED Husband states:
1. It was just really windy.
2. I'm really guessing, perhaps 15-20mph
3. it was really windy
4. No noticeable dust

**Where did the incident occur?**

16.

*A. Highway or Interstate*

**Provide name and number of highway/interstate:**

17.

*Name and number of highway or interstate:*

Customer states:
1. I was on an on ramp.
2. It was Louisiana to I-40

**How many lanes in your direction?**

18.

*Number of lanes in your direction:*

Customer states:
1. Just the one on ramp lane.
2. I was merging onto the freeway.
3. I wasn't quite on the freeway yet, I was on the on ramp to gain speed

**What was the nearest city or town from the incident location?**

19.

*Nearest City or Town from the incident location:*

Customer states:
1. I was in Albuquerque, NM

**What direction were you heading?**

20.

*Direction you were traveling (e.g., northbound on I-5, eastbound on I-40, etc.):*

Customer states:
1. I was going W to get onto the I-40 W

**What exit were you nearest?**

21.

*Closest exit from the incident location?:*

Customer states:
1. I was on the on ramp for the Louisiana entrance to the I-40

**Was that exit before or after the incident location?**

22.

*Exit before or after the incident location:*

Customer states;
1. I was getting up to speed to get onto the freeway from the On ramp

**How far were you from that exit?**

23.

*Distance from the nearest exit:*

**1092**

Customer states:
1. I was on the on ramp onto the freeway

24. **Was the vehicle moving or stationary at the time of the incident?**

    *If MOVING, what speed were you traveling at?:*

    Customer states:
    1. I was 65mph

25. **Describe traffic conditions including density of traffic [regardless of the speed] (e.g., close front and back and side to side but still moving, stop and go accordion).**
    *Description of traffic condition:*

    Customer states:
    1. It was right before rush hour traffic.
    2. It was really open.

26. **What type of vehicles were on the road? (passenger vehicles, pick-up trucks, semi-trucks, heavy construction vehicles, etc.)**
    *Type of vehicles on the road:*

    Customer states:
    1. There weren't any heavy vehicles.
    2. Normal passenger vehicles really.

27. **What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some holes or broken surface, was under construction)**
    *<Obtain more details if caller says another OTHER than freshly paved.>:*

    Customer states;
    1. There was no construction
    2. They did the on ramp a couple of years ago
    3. It's still considered freshly paved

50. **Did you see anything hit your vehicle at any time before your sunroof glass broke?**

    *No*

54. **Was the sunroof OPEN or CLOSED at the time of the incident?**

    *Open*

55. **Was it slid open towards the rear or tilted up?**

    *Sunroof was slid open towards the rear.*

56. **If slid open towards the rear, was it fully open?**

    *No*

57. **If not fully open, estimate the amount open as a percentage.**

    *Percent open:*

    Customer states;
    1. It was at least 80% open

**1093**

**Were you operating the sunroof switch at the time the glass broke?**

58.

*No*

**Did you hear the sunroof glass break?**

61.

*Yes. Please describe the breakage sound <if anything like an "explosion" is described, be very precise as to the direction of the breakage; outward or inward >:*

REDACTED, Husband states:
1. It really scared me
2. It sounded like a gunshot.
3. This was just a loud pop.
4. Right before it happened, my ears sorta clogged with pressure.
5. Then, right after that super loud BOOM.
6. It was like a split second.

**What did you first see in relation to the broken glass?**

62.

*Describe what you FIRST saw when the glass broke:*

Customer states;
1. There was glass everywhere.
2. All over my face and my mouth.
3. It was all in my shirt
4. I swerved.
5. I panicked.
6. It wasn't like big chunks of glass.
7. It was more of a volcano look.

**Was it the movable front glass or the stationary rear glass which broke?**

63.

*Movable front glass.*

**Was the entire glass broken to the metal edges or was it only partially broken?**

64.

*Partially broken.*

**If partially broken, which area?**

65.

*Description of partially damaged area:*

Customer states;
1. It was like a volcano.
2. It looks like someone took a fist and punched upwards.
3. The section in the center is gone but the rest of still crackled.

**Did any or all of the breakage occur in an UPWARDS direction or did all of the breakage simply fall DOWNWARDS?**

66.

*UPWARDS*

**As to the part of the glass sunroof which you saw broken out, how much was in the passenger compartment and how much was either on the top of the roof or otherwise outside the vehicle?**

67.

*Amount of glass found inside the passenger compartment and/or amount of glass on the top of the roof or otherwise outside the vehicle:*

Customer states:
1. There was a good amount that went over the car
2. There were a few pieces that ended up in the cabin.
3. It's really hard to say though

**1094**

68. **Did you see any glass pieces at the edge of the glass break pointed UPWARDS?**

    *Yes*

69. **Did you see any glass pieces at the edge of the glass break pointed DOWNWARDS?**

    *No*

70. **Did the break cause a round or oval hole in the glass?**

    *Oval*

71. **Which part of the sunroof was involved in that hole?**

    *Description of where the hole is located on the broken section of the sunroof glass.:*

    Customer states:
    1. It's dead center towards the back a little

72. **Was the sunshade OPEN or CLOSED at the time of the incident?**

    *OPEN*

73. **If partially closed, please estimate the percentage closed:**

    *Percent closed:*

    Customer states;
    1. It was fully opened

74. **Did all of the broken glass end up on the sunshade or did part of the glass end up elsewhere?**

    *Description of where and how much broken glass found:*

    Customer states;
    1. Most of it went up and over.
    2. Probably a fist size piece of glass on the back seat.
    3. There a few quarter sized pieces that landed on me.
    4. There were just small pieces in the cabin.

75. **Were any of the side windows open at the time of the incident?**

    *No*

76. **Have you ever put anything on the roof of your vehicle?**

    *No*

80. **Were there any passengers inside the vehicle at the time of the incident?**

    *No*

**1095**

83. **Did anyone get glass on them at the time of the incident?**
    *Yes*

84. **Was anyone injured as a result of the incident?**
    *No*

90. **Were the police contacted?**
    *No*

91. **Was the insurance company contacted?**
    *No*

92. **Was the vehicle driven or towed following the incident?**
    *Driven*

93. **Where is the vehicle now?**
    *Please provide location of the vehicle:*

94. **Have the window repairs been completed?**
    *No*

95. **What action are you requesting of Kia?**
    *<Resolution sought>:*

    Customer states:
    1. Every Tuesday I always have my daughter.
    2. It was kinda scary.
    3. I think that maybe just an apology, key chain, something minor
    4. I don't want money or anything
    5. Just an apology would do

**1096**