# EXHIBIT 82

# Kia Motors America
## Consumer Affairs Department

| Last name | First name | VIN of 2013 OPTIMA EX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGN4A74DG2REDACTED | K2915032 | 34,189 |
| Wagner, OK 74467 | | Prod. Date: 5/13/13 | Dealer: OK007 Ferguson Kia | |

Kia Case Type Lvl1: Complaint
Kia Case Type Lvl2: Quality
Kia Case Type Lvl3: Interior
Kia Case Type Lvl4: Sunroof Breakaway

### Case History

*** PHONE LOG 03/25/2015 01:14 PM US Mountain Standard Time RHoward
Alan Service Director OK007 called:
1. DPSM advised to open a case
2. Customer's sunroof shattered
3. Exploded outward like there was pressure in the car
4. They were driving and it was raining and it shattered

Writer:
1. Collected customer details
2. Provided case number
3. I'll get in contact with the customer and get more information
4. NCA may be involved and would call in 2-3 business days

Alan:
1. I'm handling this
2. Call my cell 9182896550

Customer Name: REDACTED
Original Owner (Y/N): No
Customer Phone #: REDACTED
Customer Address: REDACTED
VIN: 5XXGN4A74DGREDACTED
Model/Year/Mileage: 2013 Optima 34,189
Current Dealer Code: OK007
Selling Dealer (Y/N): No
Current Repair Issue: Customer states sunroof shattered
Able to Duplicate (Y/N): Yes
RO# and Open Date: RO#106834 03/23/2015
Parts on order (Y/N), if so obtain part#, order#: No
Vehicle repaired & customer has possession (Y/N): No/No
Repeat Repair (Y/N), if so, how many times? No
Repair History of current concern: N/A
Days Down at initial Service Alert report: 2
ETA for completion of repairs: Waiting to hear from NCA
Techline Case: No
Rental / Loaner Provided? If so, since when? Loaner
Dealer contacted their DPSM (if needed): Yes


*** PHONE LOG 03/25/2015 01:31 PM US Mountain Standard Time RHoward Action Type:Outgoing call
Writer called customer on REDACTED, left VM:
1. Following up regarding concerns with sunroof
2. Would like to get more information
3. Provided case number


*** NOTES 03/25/2015 01:31 PM US Mountain Standard Time RHoward Action Type:Dealer contact

[!<For Internal Use Only
If customer calls back capture broken sunroof script>!] **1101**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506    KMA00015583

# Kia Motors America
## Consumer Affairs Department
Page 2 of 5

| Last name | First name | VIN of 2013 OPTIMA EX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGN4A74DG REDACTED | K2915032 | 34,189 |
| Wagner, OK 74467 | | Prod. Date: 5/13/13 | Dealer: OK007 Ferguson Kia | |

Kia Case Type Lvl1: Complaint           Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality             Kia Case Type Lvl4: Sunroof Breakaway

\*\*\* PHONE LOG 03/26/2015 01:27 PM US Mountain Standard Time RHoward Action Type:Outgoing call
Customer called:
1. Returning phone call

Writer:
1. Thanked
2. Collected sun roof scripting
3. Apologized for incident
4. Our National office will be in contact with you in the next 2-3 business days

Customer:
1. OK Thank you
2. We started searching online and we saw several other people had this issue
3. There is a NTSB claim form that they are asking us to fill
4. Hyundai has recalled theirs
5. NTSB is saying that any one has a claim on Kia that has the same thing
6. Do you want me to fill that out or do you do that?

Writer:
1. Because this is not handled in this office I am not sure
2. If you would please wait until the National office contacts you, I will document your question here

Customer:
1. Ok thank you


\*\*\* NOTES 03/26/2015 04:07 PM US Mountain Standard Time RHoward Action Type:Manager review
Dispatching for:
1. Customer alleges sunroof shattered
2. Customer alleges was driving on highway when front portion of sunroof shattered
3. Please assist


\*\*\* FORWARD 03/31/2015 08:11 AM Pacific Daylight Time SMarino



\*\*\* PHONE LOG 04/01/2015 12:26 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called customer and left message:
1. Calling in regards to your 2013 KIA Optima
2. Requested call back
3. Gave call back number


\*\*\* NOTES 04/01/2015 12:31 PM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Called dealer OK007 and left message for Service Manager Alan (918)289-6550
1. Requested photos and call back
2. Gave dealer email address and call back number

**1102**
**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**          KMA00015584

# Kia Motors America
## Consumer Affairs Department

Page 3 of 5

| Last_name | First_name | VIN of 2013 OPTIMA EX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGN4A74DG REDACTED | K2915032 | 34,189 |
| Wagner, OK 74467 | | Prod. Date: 5/13/13 | Dealer: OK007 Ferguson Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

\*\*\* PHONE LOG 04/01/2015 02:16 PM Pacific Daylight Time SamuelKim Action Type:Incoming call  
Received message from customer:  
1. My name is **REDACTED**  
2. I'm returning your call concerning my 2013 KIA Optima  
3. My phone number is **REDACTED**  
4. And I will probably be unavailable to answer my phone in about 5 minutes  
5. I have to go into another meeting and will be done about an hour after that  
6. Thank You very much

\*\*\* NOTES 04/02/2015 10:23 AM Pacific Daylight Time SamuelKim Action Type:Dealer contact  
Called dealer OK007 and spoke with Service Manager Alan (918)258-1800  
Writer states:  
1. Calling to get some more information on this vehicle  
2. Requested photos  
3. Gave dealer email address

Dealer states:  
1. We opened a case on it from Consumer Affairs  
2. Nobody called me for a week or two  
3. DPSM said to go ahead and order it  
4. We had the glass in stock, but we also needed the track, we're waiting on the track  
5. The car's at a Body Shop  
6. They're in a loaner car, they've been in a loaner car for 2 weeks

\*\*\* PHONE LOG 04/02/2015 10:28 AM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and spoke with **REDACTED**  
Writer states:  
1. Calling in regards to your 2013 KIA Optima  
2. Apologized for the situation

Customer states:  
1. We were on vacation  
2. My husband was driving, I was in the passenger seat talking with my daughter over the phone  
3. All of a sudden we heard a loud noise and glass just started raining down on top of us  
4. My immediate thought was because we were going through a mountain, a rock had tumbled down  
5. I got off the phone with my daughter  
6. My husband thought somebody had shot the window out  
7. I had blood on my hands because of the glass  
8. My husband asked me if I'm okay, I said I'm okay  
9. We were looking at the backseat to see if there were any rocks  
10. My husband said look up, the window blew upwards

Writer states:  
1. Are you and your husband okay?  
2. Did you contact 9-1-1?  
3. Did you or your husband seek medical treatment?

**1103**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506        KMA00015585

# Kia Motors America
## Consumer Affairs Department

Page 4 of 5

| Last name | First name | VIN of 2013 OPTIMA EX | Case Number | Mileage |
|---|---|---|---|---|
| **REDACTED** | | 5XXGN4A74DG<sup>REDACTED</sup> | K2915032 | 34,189 |
| Wagner, OK 74467 | | Prod. Date: 5/13/13 | Dealer: OK007 | Ferguson Kia |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

Customer states:
1. My husband and I are okay
2. No, we didn't
3. No, we didn't need to
4. We had extended warranty or something like that, but they said this wasn't covered
5. I called RSA because I wasn't sure what he had to do, the car was driveable
6. So we just drove the rest of the way home

Writer states:
1. I spoke with the dealership and they are in the process of repairing your vehicle
2. This is a goodwill from KMA
3. If you have any questions, you are more than welcome to contact me

Customer states:
1. I appreciate that very much


*** NOTES 04/06/2015 08:54 AM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Called dealer OK007 and spoke with Galen in the Service Department
Writer states:
1. Calling to get an update on this vehicle
2. Requested photos, have not received them

Dealer states:
1. Waiting on the part on the rail, it should be in Thursday
2. We have sunroof and glass
3. I will send them myself

(Dealer seemed annoyed and did not want to discuss further)


*** NOTES 04/07/2015 09:12 AM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Received email from Service Director Alan McLaughlin at dealer OK007 (importalan@gmail.com)
Samuel here are the pictures and the car is being repaired at this time. The RO # is 107223 was written on 4/1/2015 vehicle has 34190 miles on it. Sally Hall said to do this as a one time good will repair.

--
Alan McLaughlin
Import Service Director
Ferguson Advantage Imports
Broken Arrow, OK 74012
918-508-3411


*** NOTES 04/07/2015 09:44 AM Pacific Daylight Time SamuelKim Action Type:Internal
Reviewed case with CAFOM.


*** NOTES 04/08/2015 10:24 AM Pacific Daylight Time SMarino Action Type:Dealer contact

**1104**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506       KMA00015586

# Kia Motors America
## Consumer Affairs Department

Page 5 of 5

| Last name | First name | VIN of 2013 OPTIMA EX | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | 5XXGN4A74DG REDACTED | K2915032 | 34,189 |
| Wagner, OK 74467 | | Prod. Date: 5/13/13 | Dealer: OK007 Ferguson Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway  

Received request from SKim to process dealer GW reimbursement


*** PHONE LOG 04/08/2015 10:25 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, OK007 - spoke to Alan, service mgr
1. Reviewed dealer repair reimbursement process
2. Gave writers email and phone #


*** PHONE LOG 04/17/2015 07:09 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, OK007 - left vmail for Alan McLaughlin, service mgr


*** PHONE LOG 04/20/2015 10:00 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, OK007 - spoke to Alan, service mgr
1. Writer advised need copy of sublet invoice's - rental and glass company
2. Writer questioned why the sunroof rails were replaced
3. Alan stated there were plastic pieces on the rails that were damaged by the broken glass
4. Writer advised can not process repair invoice without copy's of sublet, invoice needs to documented correctly, and $37.48 labor is removed
5. Alan stated he understood and he would make the necessary corrections and resend repair invoice


*** NOTES 04/21/2015 07:55 AM Pacific Daylight Time SMarino Action Type:Dealer contact
Process GW # 95432

Reimbursement will be posted to dealer parts statment


1105

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                                        KMA00015587

# Broken Sunroof Report

Case K2915032

## Report Details

0. End

   *No response selected.*

1. Name of vehicle owner:

   **REDACTED**

2. Address of vehicle owner:

   **REDACTED**

3. Phone number of vehicle owner:

   **REDACTED**

4. Name of driver:

   **REDACTED**

5. Address of driver:

   **REDACTED**

6. Phone number of driver:

   **REDACTED**

7. What is the age of the driver?

   52

8. Does the vehicle have any history of any type of impacts (e.g., collision, stone strikes, or road
   Yes

9. Please describe the type of impact(s) the vehicle has experienced:

   **1106**

   It got hit in the rear of the car, approximately 6 months ago. They had to replace the trunk part of the car, it was pushed forward.

10 . **What was the date of the incident (<MM/DD/YYYY>)?**

Unsure, approximately 6 months ago. Paperwork is in the car at the dealership.

11 . **What time of day did the incident occur (<HH:MM> <AM/PM>)?**

Date of sunroof breakaway: 03/21/2015 around 9:00 AM

12 . **What was the weather condition (rain/sleet/hail, temperature, wind)?**

It was rainy/misty out, temperature in the 50s, just breezy not a lot of wind

13 . **Where did the incident occur? (e.g., highway, road, garage, parking lot, etc.)**

Driving through Mountains in South Arkansas
Quachita Mountains
Traveling on the highway
We were driving towards Murphysboro, AR

14 . **Provide name of road, highway or address:**

Unsure name of highway

15 . **What was the nearest mile market/exit name or cross-street from the incident location?**

We just left the town of Mina, AR, between Mina and Murfreesboro, AR. We were driving on Highway 59 Southbound, nearest exit would be highway our county road 246

16 . **What direction was the vehicle facing/heading?**

South

17 . **How fast was the vehicle moving (MPH/Stationary)?**

55 MPH

18 . **Describe traffic conditions around you [how close was the nearest vehicle to you and what type of**

No traffic, I dont remember seeing another vehicle around us

19 . **What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some**

Normal paved highway, did not notice any pot holes or rough surface

**1107**

22. **Was the sunroof OPEN or CLOSED at the time of the incident?**
*Closed*


25. **Were you operating the sunroof switch at the time the glass broke?**
*No*


27. **Did you see and/or hear the sunroof glass break?**
*Yes*


28. **Please describe what you saw or heard at the time of the breakage.**

It sounded like it exploded. I was on the phone with my daughter at the time and she thought the car exploded. Big huge explosion and glass started raining down. I though a rock had fallen down into the car, after I screamed we looked around and did not see anything fall in the car, the glass blew out of the car not in. My fingers were starting to bleed at that point in time, the glass shattered in tiny little pieces. The glass was all in my hair and all over. We were able to stop on the roadway, but because it was mountainous area we had to continue driving for a pull off. We took pictures at the car wash and vacuumed the glass


29. **Which glass panel broke? (On 2011-2013 Sorento, there are two glass panels: a moving front panel**

The glass that lifts up in the front broke, the moveable part. Other glass remained


30. **Was the sunshade OPEN or CLOSED at the time of the incident?**
*OPEN*


31. **Have you ever put anything on the roof of your vehicle (including items on the roof rack)?**
*No*


36. **Were there any passengers inside the vehicle at the time of the incident?**
*Yes*


37. **For each seating position, what was the age and name of who was in that position?**
*No response selected.*


38. **Did anyone get glass on them at the time of the incident?**
*Yes*

**1108**

**CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506**   KMA00015590
Page 3 of 4

39. **Was anyone injured as a result of the incident?**
*Yes*

40. **Who was injured? (Name, address and phone number of who was/were injured.)**

    Julie Parnell, same address and phone number
    Small cuts

41. **Was the injury from glass or any other debris?**
*Injury from glass.*

42. **Describe the nature of the injuries.**

    Small cuts from the shards of glass

43. **Did any of the injured persons seek medical attention?**
*No*

44. **Were the police contacted?**
*No*

49. **Was the insurance company contacted?**
*No*

58. **Was the vehicle driven or towed following the incident?**
*Driven*

59. **Where is the vehicle now?**

    OK007 Ferguson Kia

60. **Have sunroof repairs been completed, or has the broken sunroof been altered since the incident**

    No

61. **What action are you requesting of Kia?**

    To fix the sunroof

**1109**