# EXHIBIT 83

# Kia Motors America
## Consumer Affairs Department

Page 1 of 6

| Last name | First name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |

Incline Village, NV 89451     Prod. Date: 2/1/12     Dealer: CA267 Concord Kia

Kia Case Type Lvl1: Complaint     Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality     Kia Case Type Lvl4: Sunroof Breakaway

**Case History**

\*\*\* PHONE LOG 01/05/2015 02:27 PM US Mountain Standard Time RBauer
Svc Mgr Chris at CA267 states:
1. This customer came in this weekend and stated that the sunroof had exploded.
2. He claims that he has called 800-225-3193 about 5 times today.
3. He has left the Veh here in disgust.
4. The FTR for this area has requested that someone in your office call him and get the ball rolling.
5. What should we do?

Writer states:
1. Advised that they should wait until NCA contact them to do anything.
2. Advised that TCS will contact customer.

Svc Mgr Chris at CA267 states:
1. Thanked writer.


\*\*\* PHONE LOG 01/05/2015 02:28 PM US Mountain Standard Time RBauer Action Type:Outgoing call
Writer called customer and left VM:
1. Gave name, 800#, extension and case number.
2. Calling to review customer case.
3. Request callback.


\*\*\* PHONE LOG 01/05/2015 03:01 PM US Mountain Standard Time BWhite Action Type:Incoming call
REDACTED stated:
1. Returning a call to someone

Writer stated:
1. I can see if RBauer is available

REDACTED stated:
1. Yes please

Writer stated:
1. Apologized, RBauer is not available
2. I can assist you
3. Writer completed scripting

REDACTED stated:
1. I want out of the vehicle
2. My family does not feel safe in it

Writer stated:
1. I will send this to our national office
2. Allow 1-2 business days for a call back

REDACTED stated:
1. Thank you

**1110**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00018373

# Kia Motors America
## Consumer Affairs Department

Page 2 of 6

| Last name | First name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| **REDACTED** | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |
| Incline Village, NV 89451 | | Prod. Date: 2/1/12 | Dealer: CA267 Concord Kia | |

Kia Case Type Lvl1: Complaint
Kia Case Type Lvl2: Quality
Kia Case Type Lvl3: Interior
Kia Case Type Lvl4: Sunroof Breakaway

\*\*\* PHONE LOG 01/07/2015 07:47 AM Pacific Daylight Time SMarino Action Type:Outgoing call
Called dealer, CA267 - spoke to Kevin Graybehl, service mgr
1. Writer reviewed case with Mr. Graybehl
2. Writer requested pictures


\*\*\* NOTES 01/07/2015 07:48 AM Pacific Daylight Time SMarino Action Type:Dealer contact
Received pictures


\*\*\* PHONE LOG 01/07/2015 01:30 PM US Mountain Standard Time HBrandt Action Type:Incoming call
Cust states:
1. Calling to follow up on my case

Writer states:
1. Advised cust case is in NCA
2. POC is SKim
3. Provided #877

Cust states:
1. Ok thank you


\*\*\* PHONE LOG 01/07/2015 02:34 PM Pacific Daylight Time SamuelKim Action Type:Incoming call
Received message from customer:
1. My name is **REDACTED**
2. I have case number K2863751
3. And I would like to speak to you and find out where with at on our KIA because I'd like to get it fixed right away
4. If you can give me a call back at **REDACTED**
5. I would certainly appreciate it
6. Thank You very much, hope to speak to you soon
7. Again the numbers **REDACTED**
8. Thank You very much, good bye


\*\*\* PHONE LOG 01/07/2015 04:33 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called and spoke with **REDACTED**
Writer states:
1. Calling to follow up with you on your 2012 KIA Sportage

Customer states:
1. Everybody was at our house in Tahoe for Christmas
2. We asked our son to take the KIA down for us
3. He and my grandson left and they started driving down and somewhere around Dixon, south of Davis
4. He was going between 50 and 60 somewhere around there, second to the slowest lane
5. It sounded like a shotgun and the sunroof imploded
6. My grandson was covered in glass, no injury, just scared to death
7. My son was able to get the car in control and get if off the road
8. My son called me asked me what I wanted to do

**1111**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506　　　　　　　　　　　　　　　　　　KMA00018374

# Kia Motors America
## Consumer Affairs Department

Page 3 of 6

| Last name | First name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |

Incline Village, NV 89451       Prod. Date: 2/1/12       Dealer: CA267 Concord Kia

Kia Case Type Lvl1: Complaint         Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality           Kia Case Type Lvl4: Sunroof Breakaway

9. There was a big shard of glass hanging, 12 to 14 inches long, he had to remove it
10. In order to get it out, he bent the arm and drove to Fairfield KIA and they said the service department was closed
11. He got back in the car and drove it home to Oakland
12. He left the car there and took one of his car and went to the hospital and he got a couple of stitches
13. My son is 39 years old and this guy can drive
14. He was really shaken and really, really, upset
15. Nothing hit it, there's never anything heavy on the roof
16. They have the parts and I told them to wait on it because if I'm going to pay for this, I'm going to be one unhappy guy
17. I don't want to make a big deal out of it
18. I didn't want the car but my wife says I like the car

Writer states:
1. Apologized for the situation
2. Is your son okay?
3. Did the dealership place you in a loaner or a rental?

Customer states:
1. I'm not sure which hand, they took a piece of glass out of his eye
2. It was in his eye, it wasn't stuck in his eye
3. No we were not, that's what my son originally had asked for
4. I've done a rental through my insurance company, but I told them I don't want to encompass having to pay for the repairs
5. I don't want my insurance going up

Writer states:
1. What are you requesting of KIA?
2. Let me get some information from the dealership and follow up with you
3. Gave customer call back number

Customer states:
1. At this point I would like the car repaired, all the glass out, get that roof on and if there's scratches or something, get that taken care of too
2. I just want my car back the way it was
3. I bought 2 KIA in 30 days from the same dealer, I bought my daughter's Sorento
4. Then I took my truck in 2 weeks later and bought a Sportage
5. Our mileage is not great
6. I've had about 80 cars from Volkswagons to Ferraris
7. That car when you drive highway speeds you feel the pressure inside that car, you really feel it
8. Thank You


*** NOTES 01/07/2015 04:33 PM Pacific Daylight Time SamuelKim Action Type:Internal
Reviewed case with CAFOM.


*** NOTES 01/07/2015 04:33 PM Pacific Daylight Time SamuelKim Action Type:Internal
FTR to inspect vehicle today 1/7.


*** NOTES 01/07/2015 04:36 PM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Called dealer CA267 and left message for the Service Department

**1112**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                              KMA00018375

# Kia Motors America
## Consumer Affairs Department

Page 4 of 6

| Last name | First name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |

Incline Village, NV 89451　　　Prod. Date: 2/1/12　　　Dealer: CA267　Concord Kia

Kia Case Type Lvl1: Complaint　　　Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality　　　　Kia Case Type Lvl4: Sunroof Breakaway

1. FTR will be coming to inspect this vehicle tonight
2. Requested call back
3. Gave call back number

\*\*\* NOTES 01/07/2015 05:16 PM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Received message from Service Manager Kevin at dealer CA267
1. SM to meet FTR at 5:20PM

\*\*\* PHONE LOG 01/08/2015 03:34 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called and spoke with **REDACTED**
Writer states:
1. Requested photos
2. Gave customer email address

Customer states:
1. I will send them to you right away

\*\*\* PHONE LOG 01/08/2015 03:35 PM Pacific Daylight Time SamuelKim Action Type:Ltr/email/fax rec'd
Received blank email from customer ( **REDACTED** )

\*\*\* PHONE LOG 01/08/2015 03:35 PM Pacific Daylight Time SamuelKim Action Type:Ltr/email/fax sent
Sent customer email ( **REDACTED** )
**REDACTED**

I apologize, but for some reason the photos are missing from the email. Could you try reattaching the photos and sending them again.

\*\*\* PHONE LOG 01/08/2015 04:32 PM Pacific Daylight Time SamuelKim Action Type:Ltr/email/fax rec'd
Received email from customer　**REDACTED**　)
Sam
I'm sending again
Hope this works
**REDACTED**

Sent from my iPhone

\*\*\* NOTES 01/09/2015 02:02 PM Pacific Daylight Time SamuelKim Action Type:Internal
Reviewed case with KMA Engineers and CAFOM.

\*\*\* PHONE LOG 01/09/2015 03:37 PM Pacific Daylight Time SamuelKim Action Type:Ltr/email/fax sent
Sent customer email　**REDACTED**　)
Dear　**REDACTED**

**1113**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506　　　KMA00018376

# Kia Motors America
## Consumer Affairs Department

Page 5 of 6

| Last_name | First_name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| **REDACTED** | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |
| Incline Village, NV 89451 | | Prod. Date: 2/1/12 | Dealer: CA267 Concord Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway

Per our conversation, KIA would like to offer you a one-time, goodwill repair to your 2012 KIA Sportage's sunroof. Please indicate your acceptance of this offer by signing the attached Release Letter (both signatures required) and returning all pages back to me. Once received, I will get in contact with the dealership and authorize the repairs. If you have any further questions or concerns, please do not hesitate to contact me.

\*\*\* PHONE LOG 01/12/2015 03:59 PM Pacific Daylight Time SamuelKim Action Type:Ltr/email/fax rec'd  
Received email from customer **REDACTED** )  
Sam,

We will not be signing the agreement. It is not agreeable to us. It is far too reaching. My son and I have serious concerns as the effects of this imploding sunroof. I am also concerned with the fact that I cannot under the agreement file a complaint with the appropriate agencies for investigation into the cause of these imploding sunroofs.
Please give me a call when you can to discuss this.


\*\*\* PHONE LOG 01/12/2015 04:00 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and left message for customer:  
1. Requested call back  
2. Gave call back number


\*\*\* PHONE LOG 01/13/2015 12:20 PM Pacific Daylight Time SamuelKim Action Type:Incoming call  
Received message from customer:  
1. It's **REDACTED**, it's **REDACTED**  
2. Give me a call when you have a chance please  
3. Thank you very much, bye


\*\*\* PHONE LOG 01/13/2015 12:22 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and spoke with **REDACTED**  
Customer states:  
1. I don't know what's gong to happen to my son and my grandson  
2. I don't know what the result of the situation has on any one of them, it could end up as a personal injury claim  
3. My son was inured and shook up pretty bad and my grandson is afraid of riding in a car with a sunroof

Writer states:  
1. Does your son or your grandson have any out of pocket expenses?  
2. What are you requesting of KIA?  
3. Let me look into this and I'll give you a call back

Customer states:  
1. I don't know that, I'm sure he had a deductible on his insurance  
2. The best result for me at this point is to rescind the contract on my vehicle and deduct the miles


\*\*\* PHONE LOG 01/13/2015 04:59 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and spoke with **REDACTED**  
Writer states:  
1. KIA is offering you a one-time, goodwill repair for your vehicle's sunroof

**1114**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506

# Kia Motors America
## Consumer Affairs Department

Page 5 of 6

| Last name | First name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| **REDACTED** | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |
| Incline Village, NV 89451 | | Prod. Date: 2/1/12 | Dealer: CA267 Concord Kia | |

Kia Case Type Lvl1: Complaint  
Kia Case Type Lvl2: Quality  
Kia Case Type Lvl3: Interior  
Kia Case Type Lvl4: Sunroof Breakaway  

Per our conversation, KIA would like to offer you a one-time, goodwill repair to your 2012 KIA Sportage's sunroof. Please indicate your acceptance of this offer by signing the attached Release Letter (both signatures required) and returning all pages back to me. Once received, I will get in contact with the dealership and authorize the repairs. If you have any further questions or concerns, please do not hesitate to contact me.

\*\*\* PHONE LOG 01/12/2015 03:59 PM Pacific Daylight Time SamuelKim Action Type:Ltr/email/fax rec'd  
Received email from customer **REDACTED** )  
Sam,

We will not be signing the agreement. It is not agreeable to us. It is far too reaching. My son and I have serious concerns as the effects of this imploding sunroof. I am also concerned with the fact that I cannot under the agreement file a complaint with the appropriate agencies for investigation into the cause of these imploding sunroofs.  
Please give me a call when you can to discuss this.

\*\*\* PHONE LOG 01/12/2015 04:00 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and left message for customer:  
1. Requested call back  
2. Gave call back number  

\*\*\* PHONE LOG 01/13/2015 12:20 PM Pacific Daylight Time SamuelKim Action Type:Incoming call  
Received message from customer:  
1. It's **REDACTED** , it's **REDACTED**  
2. Give me a call when you have a chance please  
3. Thank you very much, bye  

\*\*\* PHONE LOG 01/13/2015 12:22 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and spoke with **REDACTED**  
Customer states:  
1. I don't know what's gong to happen to my son and my grandson  
2. I don't know what the result of the situation has on any one of them, it could end up as a personal injury claim  
3. My son was inured and shook up pretty bad and my grandson is afraid of riding in a car with a sunroof  

Writer states:  
1. Does your son or your grandson have any out of pocket expenses?  
2. What are you requesting of KIA?  
3. Let me look into this and I'll give you a call back  

Customer states:  
1. I don't know that, I'm sure he had a deductible on his insurance  
2. The best result for me at this point is to rescind the contract on my vehicle and deduct the miles  

\*\*\* PHONE LOG 01/13/2015 04:59 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call  
Called and spoke with **REDACTED**  
Writer states:  
1. KIA is offering you a one-time, goodwill repair for your vehicle's sunroof

**1115**

# Kia Motors America
## Consumer Affairs Department

Page 6 of 6

| Last name | First name | VIN of 2012 SPORTAGE EX AWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | | KNDPCCA26C7REDACTED | K2863751 | 17,125 |

Incline Village, NV 89451　　　　Prod. Date: 2/1/12　　　　Dealer: CA267　Concord Kia

Kia Case Type Lvl1: Complaint　　　　Kia Case Type Lvl3: Interior
Kia Case Type Lvl2: Quality　　　　Kia Case Type Lvl4: Sunroof Breakaway

2. Please read and sign the Release Letter and return it back to me

Customer states:
1. My son has his own counsel
2. They told him not to sign the letter as it would take away his rights
3. The only other thing that was satisfy me is the buyback on the car

Writer states:
1. Referred customer to WCIM

Customer states:
1. I'll just take my car out of there tomorrow and file a claim with my insurance company
2. I do appreciate your efforts
3. I'll just have my lawyers take care of it


*** CASE CLOSE 01/13/2015 05:00 PM Pacific Daylight Time SamuelKim

1116

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506　　　　KMA00018378

# Broken Sunroof Report
## Case K2863751

**Report Details**

0 . End
No response selected.

1 . **Name of vehicle owner:**

　1. John Paganelli
　2. 775-287-2802
　3. 453 Second Tee Dr Incline Village, NV 89451

2 . **Address of vehicle owner:**

　1. On file

3 . **Phone number of vehicle owner:**

　1. 775-287-2802

4 . **Name of driver:**

　1. Chris Paganelli (Son)

5 . **Address of driver:**

　N/A

6 . **Phone number of driver:**

　N/A

7 . **What is the age of the driver?**

　1. 39 years old

8 . **Does the vehicle have any history of any type of impacts (e.g., collision, stone strikes, or road**
No

10 . **What was the date of the incident (<MM/DD/YYYY>)?**

1117

　1. 12/28/2014

11 . What time of day did the incident occur (<HH:MM> <AM/PM>)?

   1. 4:30-5PM

12 . What was the weather condition (rain/sleet/hail, temperature, wind)?

   1. Clear

13 . Where did the incident occur? (e.g., highway, road, garage, parking lot, etc.)

   1. Highway 80

14 . Provide name of road, highway or address:

   1. Highway 80

15 . What was the nearest mile marker/exit name or cross-street from the incident location?

   1. Unknown, possibly near Dixon, CA

16 . What direction was the vehicle facing/heading?

   1. West

17 . How fast was the vehicle moving (MPH/Stationary)?

   1. 50-55 MPH

18 . Describe traffic conditions around you [how close was the nearest vehicle to you and what type of

   1. Moderate Highway traffic

19 . What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some

   1. Clean, good road

22 . Was the sunroof OPEN or CLOSED at the time of the incident?
*Closed*

25 . Were you operating the sunroof switch at the time the glass broke?
*No*

**1118**

27. **Did you see and/or hear the sunroof glass break?**
*Yes*

28. **Please describe what you saw or heard at the time of the breakage.**

   1. Sounded like a shotgun went off in the vehicle

29. **Which glass panel broke? (On 2011-2013 Sorento, there are two glass panels: a moving front panel**

   1. Front

30. **Was the sunshade OPEN or CLOSED at the time of the incident?**
*No response selected.*

31. **Have you ever put anything on the roof of your vehicle (including items on the roof rack)?**
*No*

36. **Were there any passengers inside the vehicle at the time of the incident?**
*Yes*

37. **For each seating position, what was the age and name of who was in that position?**

   1. 8 Years old
   2. Christopher (Grandson)
   3. Carseat in backseat, passenger side

38. **Did anyone get glass on them at the time of the incident?**
*Yes*

39. **Was anyone injured as a result of the incident?**
*No response selected.*

40. **Who was injured? (Name, address and phone number of who was/were injured.)**

   1. Chris (Driver)
   2. Cuts on his hand & stitches
   3. Glass removed from his eye

**1119**

41. **Was the injury from glass or any other debris?**
*Injury from glass.*

42. **Describe the nature of the injuries.**

    Chirs (Son)
    1. Cuts on right hand
    2. Stitches
    3. Glass in eye
    4. Emotional trauma

    Christopher (Grandson)
    1. No physical injuries
    2. Emotional trauma

43. **Did any of the injured persons seek medical attention?**
*Yes*

44. **Were the police contacted?**
*No*

49. **Was the insurance company contacted?**
*Yes*

50. **Name of the insurance company?**

    1. Compass

51. **Address of the insurance company?**

    1. Unknown

52. **Phone number to the insurance company?**

    1 916-858-2168 - Ken Marshall

53. **Insurance policy number?**

    1. US281600561

54. **Insurance claim number?**

    1. Z9119702

**1120**

55. When was your insurance company contacted? <MM/DD/YYYY>

    1. 12/29/0214

56. Did you provide them with a recorded statement over the phone or a written statement?
    *No*

57. Have you settled with the insurance company?
    *No*

58. Was the vehicle driven or towed following the incident?
    *Driven*

59. Where is the vehicle now?

    1. Concord Kia

60. Have sunroof repairs been completed, or has the broken sunroof been altered since the incident

    1. Parts have been ordered but no repairs have been completed

61. What action are you requesting of Kia?

    1. At this point, I do not feel like my wife will be comfortable in the vehicle
    2. I would rather return the vehicle and get my money back excpet for the mileage used

**1121**