# EXHIBIT 84

# Kia Motors America
## Consumer Affairs Department

Page 1 of 2

| Last name | First name | VIN of 2012 SORENTO SX AWD | Case Number | Mileage |
|---|---|---|---|---|
| REDACTED | REDACTED | 5XYKWDA25CG REDACTED | K2774783 | 23,000 |

Appleton, WI 54915     Prod. Date: 12/7/11     Dealer: WI030   Bergstrom Kia Appleton

Kia Case Type Lvl1: Complaint     Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl2: Quality     Kia Case Type Lvl4: Other

### Case History

\*\*\* PHONE LOG 08/18/2014 01:13 PM US Mountain Standard Time TDonnelly


\*\*\* PHONE LOG 08/18/2014 01:58 PM US Mountain Standard Time TDonnelly Action Type:Incoming call
Customer States( **REDACTE** -wife):
1. I was driving today and the sunroof glass exploded
2. Calling to let kia know
3. Saw this complaint online google
4. Will this be covered by kia under warranty?


Writer States:
1. Confirmed owner, caller info
2. Apology for situation
3. Will need to take an incident report
4. Report taken.

Writer States:
1. If requesting kia to investigate further will need customer to send complete photo's of vehicle and any incident reports to kma nca
2. Writer will foward file to another office that will be in contact with customer in 2 buiness days.
3. Will advise that person handling case contact customer to provide email address to send requested information.

Customer States:
1. Would like to email requested information
2. Will get everything together
3. Will wait for further follow up.

[!<For Internal Use Only
 Writer States:
1. Was unable to document injuries in report-callers daughter had cuts, scratches on arms, legs, feet from the shattered glass>!]


\*\*\* NOTES 08/18/2014 02:10 PM US Mountain Standard Time TDonnelly Action Type:Manager review
Writer States:
1. Dispatching to nca for customer contact on alleged product liability-sunroof glass exploded while driving
2. Customer has been advised if requesting further investigation will need to send complete photo's of vehicle and incident report to kma nca
3. Customer is requesting email address to send requested information
4. Customer had been advised to that nca will contact customer within 2 business days.


\*\*\* PHONE LOG 08/20/2014 04:47 PM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called customer and left message:
1. Calling in regards to your 2012 KIA Sorento
2. Requested call back
3. Gave call back number

**1122**

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506     KMA00017328

# Kia Motors America
## Consumer Affairs Department

Page 2 of 2

| Last name<br>REDACTED | First name<br>REDACTED | VIN of 2012 SORENTO SX AWD<br>5XYKWDA25CG REDACTED | Case Number<br>K2774783 | Mileage<br>23,000 |
|---|---|---|---|---|
| Appleton, WI 54915 | | Prod. Date: 12/7/11 | Dealer: WI030 | Bergstrom Kia Appleton |

Kia Case Type Lvl1: Complaint
Kia Case Type Lvl2: Quality
Kia Case Type Lvl3: Product Liability
Kia Case Type Lvl4: Other

*** PHONE LOG 08/28/2014 08:24 AM Pacific Daylight Time SamuelKim Action Type:Outgoing call
Called customer and left message:
1. Calling in regards to your 2012 KIA Sorento
2. Requested call back
3. Gave call back number


*** NOTES 09/12/2014 09:14 AM Pacific Daylight Time SamuelKim Action Type:Dealer contact
Called dealer WI013 and spoke with Rob in the Service Department
Writer states:
1. Was this vehicle in for service recently?

Dealer states:
1. Customer REDACTED did come in back out on 2/25/2013 with 11,544 miles
2. This was when we used to be Russ Darrow KIA
3. Customer states panoramic was warped
4. Unable to duplicate customer concerns


*** NOTES 09/12/2014 09:19 AM Pacific Daylight Time SamuelKim Action Type:Internal
Customer's address not verifiable on USPS website.


*** CASE CLOSE 09/12/2014 09:20 AM Pacific Daylight Time SamuelKim

1123

CONFIDENTIAL – KONDASH v. KMA – CASE NO. 1:15-cv-506                    KMA00017329

# Broken Sunroof Report
## Case K2774783

---

### Report Details

0. **End**
   *No response selected.*

1. **Do you own the vehicle?**
   *Yes*

5. **Was the owner driving the vehicle?**
   *No*
   **REDACTED** -wife

6. **If the driver was not the owner, please provide the driver's name:**
   *No*
   **REDACTED** -wife

9. **What is the age of the driver?**

   39 years old

10. **Does the vehicle have any history of any type of impacts (e.g., collision, a fender bender, or something hitting the vehicle from the outside?)**
    *No*

11. **What was the date of the incident?**
    *<MM/DD/YYYY>:*
    8/18/2014

12. **What time of day did the incident occur?**
    *<HH:MM> <AM/PM>:*
    3:30 pm cst

13. **What was the temperature?**
    *Approximate temperature in Fahrenheit:*
    about 73%

14. **Was there precipitation?**
    *No*

**1124**

**15.** Were you aware of wind blowing at about that time?

*No*

**16.** Where did the incident occur?

*A. Highway or Interstate*

**17.** Provide name and number of highway/interstate:

*Name and number of highway or interstate:*

highway 441 in Menasha, Wi

**18.** How many lanes in your direction?

*Number of lanes in your direction:*

2 lane highway going same direction

**19.** What was the nearest city or town from the incident location?

*Nearest City or Town from the incident location:*

Menasha, Wi

**20.** What direction were you heading?

*Direction you were traveling (e.g., northbound on I-5, eastbound on I-40, etc.):*

Driving NB

**21.** What exit were you nearest?

*Closest exit from the incident location?:*

Nearest to Racine Street exit

**22.** Was that exit before or after the incident location?

*Exit before or after the incident location:*

after the exit when sunroof shattered

**23.** How far were you from that exit?

*Distance from the nearest exit:*

about 1/2 mile past the exit

**24.** Was the vehicle moving or stationary at the time of the incident?

*If MOVING, what speed were you traveling at?:*

Car was moving going approximately 50 mph

**25.** Describe traffic conditions including density of traffic [regardless of the speed] (e.g., close front and back and side to side but still moving, stop and go accordion).

*Description of traffic condition:*

Not alot of traffic there was a car about 2-3 car lenghts in front of kia driver and no cars behind driver.
There was traffic on other side of the highway but was not heavy traffic.

**1125**

**26.** What type of vehicles were on the road? (passenger vehicles, pick-up trucks, semi-trucks, heavy construction vehicles, etc.)
*Type of vehicles on the road:*

Cars and pick up truck no semi trucks or construction vehicles

**27.** What was the condition of the highway/interstate? (e.g., freshly paved, some roughness, had some holes or broken surface, was under construction)
*<Obtain more details if caller says another OTHER than freshly paved.>:*

no construction, no roughness, not freshly pave, no holes in roadway

**50.** Did you see anything hit your vehicle at any time before your sunroof glass broke?

No

**54.** Was the sunroof OPEN or CLOSED at the time of the incident?

Closed

**58.** Were you operating the sunroof switch at the time the glass broke?

No

**61.** Did you hear the sunroof glass break?

Yes. Please describe the breakage sound <if anything like an "explosion" is described, be very precise as to the direction of the breakage; outward or inward >:
while driving heard a noise that sounded like explosion or shotgun going off so when I heard this I pulled over

**62.** What did you first see in relation to the broken glass?
*Describe what you FIRST saw when the glass broke:*

kia drivers daughter screamed when explosion happened so driver pulled over and then both kia driver and daugter were covered in broken glass

**63.** Was it the movable front glass or the stationary rear glass which broke?

*Movable front glass.*

**64.** Was the entire glass broken to the metal edges or was it only partially broken?

*Entire glass.*

**66.** Did any or all of the breakage occur in an UPWARDS direction or did all of the breakage simply fall DOWNWARDS?
*DOWNWARDS*

**67.** As to the part of the glass sunroof which you saw broken out, how much was in the passenger compartment and how much was either on the top of the roof or otherwise outside the vehicle?
*Amount of glass found inside the passenger compartment and/or amount of glass on the top of the roof or otherwise outside the vehicle:*
Most of the glass went into driver seat 40% and the seat behind driver 50% to passenger seat and then rest was in passenger side front and rear seat about 10%

68. **Did you see any glass pieces at the edge of the glass break pointed UPWARDS?**

    *Yes*

69. **Did you see any glass pieces at the edge of the glass break pointed DOWNWARDS?**

    *No*

70. **Did the break cause a round or oval hole in the glass?**

    *Round*

71. **Which part of the sunroof was involved in that hole?**

    *Description of where the hole is located on the broken section of the sunroof glass.:*

    The entire sunroof is gone

72. **Was the sunshade OPEN or CLOSED at the time of the incident?**

    *OPEN*

73. **If partially closed, please estimate the percentage closed:**

    *No response selected.*

74. **Did all of the broken glass end up on the sunshade or did part of the glass end up elsewhere?**

    *Description of where and how much broken glass found:*

    the glass feel inside car onto driver and drivers daughter

75. **Were any of the side windows open at the time of the incident?**

    *No*

76. **Have you ever put anything on the roof of your vehicle?**

    *No*

80. **Were there any passengers inside the vehicle at the time of the incident?**

    *Yes*

81. **Which seating positions were they occupying?**

    *Which seating positions were they occupying and the age and name of each occupant:*

    In seat behind driver

**1127**

82. Was anyone injured as a result of the incident?

    *Yes*

83. Did anyone get glass on them at the time of the incident?

    *Yes*

84. Was anyone injured as a result of the incident?

    *Yes*

85. Who was injured?

    *Name, address and phone number of who was/were injured:*

    **REDACTED** -daughter 11 years old

86. What were the seating positions were the injured?

    *Name of injured and seating position for each:*

    REDACTED sitting in rear seat behind driver

87. Was the injury from glass or any other debris?

    *Injury from glass.*

88. Describe the nature of the injuries.

    *Please describe the mentioned injuries:*

89. Did any of the injured persons seek medical attention?

    *No*

90. Were the police contacted?

    *Yes. Please provide the name of the reporting officer, badge number, police report number and department.:*

    Not available
    Police told husband to call insurance company

91. Was the insurance company contacted?

    *Yes. When was the insurance company contacted, did you provide them with a statement and have you settled with the insurance company? Additionally, please provide the name of the insurance company, address, phone, policy number and claim#:*
    American Family Insurance
    1-800-692-6326

92. Was the vehicle driven or towed following the incident?

    *Driven*

**1128**

**Where is the vehicle now?**

93.

*Please provide location of the vehicle:*

**Have the window repairs been completed?**

94.

*No*

**What action are you requesting of Kia?**

95.

*<Resolution sought>:*

Customer States:
1. I would like to find out why this happened
2. I googled kia sorento exploding sunroof and see all kinds of complaints
3. This is happening to my car and not happy
4. I also see this has happened with cars parked
5. Is kia going to cover this under warranty?
6. What is the address to send requested information?

Writer States:
1. Confirmed owner, caller info
2. Apology for situation
3. Advised if requesting kia to investigate further customer will need to send complete photo's of vehicle and any police or incident report customer may have
4. Advised nca address and reference number.
5. Explained writer will send case to another department that will be in contact with customer within 2 business days.

**1129**