# EXHIBIT 136

INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)



**From:** Abbew, Margaret CTR (NHTSA)
**To:** Fogle, Brenda CTR (NHTSA)
**Subject:** FW: For VOQ 10747107 (EA14002)
**Date:** Monday, October 26, 2015 2:42:15 PM
**Attachments:** Re Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107).msg
TOSH0078.jpg
TOSH0076.jpg
TOSH0082.jpg
TOSH0081.jpg
TOSH0074.jpg
TOSH0073.jpg
TOSH0093.jpg
TOSH0079.jpg
TOSH0078.jpg
TOSH0084 (2).jpg
RE Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107).msg

---

**From:** Reid, Randy (NHTSA)
**Sent:** Monday, October 26, 2015 8:42 AM
**To:** Wells, Cynthia CTR (NHTSA)
**Cc:** Hershman, Larry (NHTSA)
**Subject:** FW: For VOQ 10747107 (EA14002)

please add the attached emails and photos and the email below to VOQ 10747107, private and public  repositories, per Larry Hershman's request.

---

**From:** Hershman, Larry (NHTSA)
**Sent:** Friday, October 23, 2015 12:57 PM
**To:** Reid, Randy (NHTSA)
**Cc:** Yon, Scott (NHTSA); Lee, Michael (NHTSA); Magno, Gregory (NHTSA); Long, Larry (NHTSA)
**Subject:** For VOQ 10747107 (EA14002)

Randy,

Please add the attached emails and photographs, plus this email, to the public and private repositories for VOQ 10747107 and redact as necessary.

Additional notes from [redacted]

- Photo TOSH0082 - Wife's Leg thigh cuts
- Photo TOSH0093 - Mileage on vehicle at time of incident
- Photo TOSH0078 - Take notice of the bigger chunks some are still attached to the rubber . The one that hit me in the head was like that .
- Photo TOSH0084 - We used Duct tape to close up the opening . We closed the sun shade a tapped up

Thanks,
Larry

p.s. to Mike and Scott:  Also see VOQ 10759876, also involving 2013 Kia Sorrento sunroof.

Larry Hershman
Office of Defects Investigation
Office of Vehicle Safety - Enforcement
National Highway Traffic Safety Administration
U.S. Department of Transportation
Washington, DC 20590
☎ (202) 366-4929 | ✉ Larry.Hershman@dot.gov

**From:** [redacted]
**To:** Hershman, Larry (NHTSA)
**Subject:** Re: Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107)
**Date:** Friday, October 23, 2015 10:39:41 AM

1. **How often had you used the sunroof prior to the time of the incident?** We use our sunroof all the time . When in slower traffic we will usually have the sunroof open but when moving at faster speeds we like to close the glass and since the glass is tinted we do not close the shade curtain .

2. **Was the sunroof fully or partially closed or open or in the raised position when it broke?** Once we got onto route 55 in New Jersey travelling 60 -65 we decided to close the sunroof and the windows due to road noise and had the AC on . The sunroof was completely closed and the sun shade was open so we could see through the sun roof glass still.

3. **Describe the weather when the incident occurred**. The Weather was a pleasant 85 degree sunny day with very few clouds in the sky .

4. **When the incident occurred, did you notice if any of the glass fell out and behind the car onto the roadway or do you think all the glass came into the car?** The incident happened so quick that my wife and I were startled and I remember looking at her and looking around us because we were in traffic in the passing lane , I remember that there was a red Ford pickup behind me and I thought I saw some particles of glass falling off the roof but quite sure . I needed to find a safe location to pull off .

5. **Did all the sunroof glass escape the frame or was some left attached to the frame?** If not all the glass escaped, how big a hole was left in the sunroof? The glass was all over my wife and myself but left 3 to 4 inch sections all around the frame which were glued to rubber components . So out of a section of roughly 3 foot by 3 foot sunroof glass all that remained was a 3-4 inch border of sharp glass.

**Please describe the size and shape of the pieces of glass that fell into the car;** Most of the pieces that fell in the car were ¼ inch however there were also chunks much bigger on that hit me in head and could have been a serious blow . That piece was about a 1-2 lb piece . My wife had chunks which hit her leg and punctured into the skin and left small cuts .

**Please provide information on who you contacted at Kia Customer Service – name, title, phone number, etc.** When we reached our destination I place a call to KIA Customer Service at 1800 333 4542 Michele Hillegas
National Consumer Affairs Analyst
Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, CA 92606
949.468.4618 Direct
877.220.3189 x7848 Toll Free
949.468.4509 – Fax

I do not have the case #

1. If you contacted a dealer, provide the name and address of the dealer and the name and phone number of your contact there;
2. Savage KIA 2725 Centre Ave, Reading, PA 19605 (610) 678-0650
   a. Did they explain why they think the sunroof broke? They had someone from the corporate office examine the vehicle but could not determine cause .
   b. Did they cover the expense? KIA Corporation in their words said that in good faith they would take care of all that repairs and provide a rental vehicle at no expense to us . Which is what they did .
   c. Please provide copies of any repair invoices; We did not get any repair invoices or any types of bills .

   8. Please email me copies of any photographs, if available, of the damage to the vehicle and of the scene where the incident occurred;

You indicated that two people were injured in this incident. Please describe the injuries in as much detail as possible and provide copies of any photographs of the injuries and medical or hospital reports;

   **a.** Aside from the driver, how many other people were in the car at the time the glass exploded? If so, tell which seat they were sitting in and describe any injuries they sustained; Only the driver ( myself) and the passenger (my wife) were the only people in the vehicle at the time . We both received minor cuts **. If someone would have been in the second row seats glass could have cut them more and possible glass in the eyes due to air movement .**

Please state whether we have your permission to share your vehicle identification number (VIN) with the manufacturer.

Yes you can use the VIN and any information here . I'll Send Pictures

**From:** Larry.Hershman@dot.gov
**Sent:** Tuesday, October 20, 2015 3:11 PM
**To:** [redacted]
**Subject:** Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107)

Dear [redacted],

Thank you for submitting on August 7, 2015, your complaint to us (our complaint # 10747107), about your 2013 Kia Sorento. I am a safety defect investigator in the Office of Defects Investigation for the National Highway Traffic Safety Administration (NHTSA), a part of the U.S. Department of Transportation. We are the office that investigates potential safety defects in motor vehicles and motor vehicle equipment. Here is the narrative of what you submitted to us:

> "DRIVING ON ROUTE 55 S IN NEW JERSEY AROUND 3PM , SUNNY DAY BETWEEN EXIT 53 A AND 53 B WINDOWS UP SUN ROOF CLOSED AND AIR CONDITIONING ON WHEN ALL OF A SUDDEN OUR SUN ROOF IMPLODED ONTO MY WIFE AND I. WE WERE IN THE PASSING LANE AT THAT TIME AND HAD TO THINK QUICK AS TO WHAT JUST HAPPENED AND PROCEEDED

TO REMOVE OURSELVES FROM THE HIGHWAY AND OFF TO THE SIDE . WE CALL OUR INSURANCE COMPANY LOOKING FOR ADVISE ON WHAT TO DO ,BUT THEY WERE NOT ABLE TO RECOMMEND ANY SO WE THEN CALLED 911 AND THE OPERATOR THERE CONTACTED SOMEONE FORM NJDOT WHO RESPONDED TO OUR NEEDS . MY WIFE AND I WERE COVERED IN GLASS WITH A FEW CUTS AND BRUISES BUT NOTHING TO SERIOUS COMPARED TO LOSING CONTROL OF YOUR VEHICLE AND CREATING A NIGHTMARE FOR POTENTIALLY MANY OTHERS AND OURSELVES . WE STARTED TO REMOVE THE GLASS AND WHEN HELP ARRIVED HE HAD SOME DUCT TAPE SO WE COULD TAPE THE SUN VISOR WHICH IS ONLY CLOTH CLOSED . WE JUST STARTED OUR VACATION AND WHAT A RIDE SO FAR ! AFTER THE NJDOT MAN HELPED TO GET US SECURED AS GOOD AS HE COULD WE TRAVELED TO OUR DESTINATION AND STOPPED BY A HOME DEPOT TO PURCHASE A MOVERS CARDBOARD BOX , HEAVY CONTRACTOR DEBRIS BAGS AND MORE DUCT TAPE TO BUTTON EVERYTHING UP . WE THEN CONTACTED KIA CUSTOMER SERVICE TO ADVISE OF THE OCCURRENCE."

It would greatly assist our ability to investigate your complaint if you could provide us with the information outlined below. If you send me copies of documents and/or photographs, it would be best if you could scan them and send them to me in a response to my email address:

1. How often had you used the sunroof prior to the time of the incident?
2. Was the sunroof fully or partially closed or open or in the raised position when it broke?
3. Describe the weather when the incident occurred;
4. When the incident occurred, did you notice if any of the glass fell out and behind the car onto the roadway or do you think all the glass came into the car?
5. Did all the sunroof glass escape the frame or was some left attached to the frame? If not all the glass escaped, how big a hole was left in the sunroof?
    a. Please describe the size and shape of the pieces of glass that fell into the car;
6. Please provide information on who you contacted at Kia Customer Service – name, title, phone number, etc.
    a. Did you get a case number? If so, what was it?
7. If you contacted a dealer, provide the name and address of the dealer and the name and phone number of your contact there;
    a. Did they explain why they think the sunroof broke?
    b. Did they cover the expense?
    c. Please provide copies of any repair invoices;
8. Please email me copies of any photographs, if available, of the damage to the vehicle and of the scene where the incident occurred;
9. You indicated that two people were injured in this incident. Please describe the injuries in as much detail as possible and provide copies of any photographs of the injuries and medical or hospital reports;
    a. Aside from the driver, how many other people were in the car at the time the glass

exploded? If so, tell which seat they were sitting in and describe any injuries they sustained;

10. Please state whether we have your permission to share your vehicle identification number (VIN) with the manufacturer.

You may not be able to answer all of these questions but anything you could provide would help us. I want to thank you for bringing this incident to our attention. Please contact me if you have any questions.

Thank you,

Larry Hershman
Office of Defects Investigation, NVS-211
Office of Vehicle Safety - Enforcement
National Highway Traffic Safety Administration
U.S. Department of Transportation
Washington, DC 20590
☎ (202) 366-4929 | ✉ Larry.Hershman@dot.gov

**From:** Hershman, Larry (NHTSA)
**To:** [redacted]
**Subject:** RE: Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107)
**Date:** Friday, October 23, 2015 12:35:02 PM

---

Dear [redacted],

Thank you very much for your quick and thorough response and for the photographs of the vehicle damage and the injuries sustained by you and your wife. I can make no predictions as to the outcome of our examination of your incident, but what you provided gives us the kind of detailed information we need when digging into possible defects with specific vehicle makes and models.

Feel free to contact me if you have questions or new information.

Sincerely,

Larry Hershman
Office of Defects Investigation, NVS-212
Office of Vehicle Safety - Enforcement
National Highway Traffic Safety Administration
U.S. Department of Transportation
Washington, DC 20590
☎ (202) 366-4929 | ✉ Larry.Hershman@dot.gov

---

**From:** [redacted]
**Sent:** Friday, October 23, 2015 10:40 AM
**To:** Hershman, Larry (NHTSA)
**Subject:** Re: Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107)

1. **How often had you used the sunroof prior to the time of the incident?** We use our sunroof all the time . When in slower traffic we will usually have the sunroof open but when moving at faster speeds we like to close the glass and since the glass is tinted we do not close the shade curtain .
2. **Was the sunroof fully or partially closed or open or in the raised position when it broke?** Once we got onto route 55 in New Jersey travelling 60 -65 we decided to close the sunroof and the windows due to road noise and had the AC on . The sunroof was completely closed and the sun shade was open so we could see through the sun roof glass still.
3. **Describe the weather when the incident occurred**. The Weather was a pleasant 85 degree sunny day with very few clouds in the sky .
4. **When the incident occurred, did you notice if any of the glass fell out and behind the car onto the roadway or do you think all the glass came into the car?** The incident happened so quick that my wife and I were startled and I remember looking at her and looking around us because we were in traffic in the passing lane , I remember that there was a red Ford pickup behind me and I thought I saw some particles of glass falling off the roof but quite sure . I needed to find a safe location to pull off .

5. **Did all the sunroof glass escape the frame or was some left attached to the frame?** If not all the glass escaped, how big a hole was left in the sunroof? The glass was all over my wife and myself but left 3 to 4 inch sections all around the frame which were glued to rubber components . So out of a section of roughly 3 foot by 3 foot sunroof glass all that remained was a 3-4 inch border of sharp glass.

**Please describe the size and shape of the pieces of glass that fell into the car;** Most of the pieces that fell in the car were ¼ inch however there were also chunks much bigger on that hit me in head and could have been a serious blow . That piece was about a 1-2 lb piece . My wife had chunks which hit her leg and punctured into the skin and left small cuts .

**Please provide information on who you contacted at Kia Customer Service – name, title, phone number, etc.** When we reached our destination I place a call to KIA Customer Service at 1800 333 4542 Michele Hillegas
National Consumer Affairs Analyst
Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, CA 92606
949.468.4618 Direct
877.220.3189 x7848 Toll Free
949.468.4509 – Fax

I do not have the case #

1. If you contacted a dealer, provide the name and address of the dealer and the name and phone number of your contact there;
2. Savage KIA 2725 Centre Ave, Reading, PA 19605 (610) 678-0650
    1. Did they explain why they think the sunroof broke? They had someone from the corporate office examine the vehicle but could not determine cause .
    2. Did they cover the expense? KIA Corporation in their words said that in good faith they would take care of all that repairs and provide a rental vehicle at no expense to us . Which is what they did .
    3. Please provide copies of any repair invoices; We did not get any repair invoices or any types of bills .

    8. Please email me copies of any photographs, if available, of the damage to the vehicle and of the scene where the incident occurred;

You indicated that two people were injured in this incident. Please describe the injuries in as much detail as possible and provide copies of any photographs of the injuries and medical or hospital reports;

- a. Aside from the driver, how many other people were in the car at the time the glass exploded? If so, tell which seat they were sitting in and describe any injuries they sustained; Only the driver ( myself) and the passenger (my wife) were the only

people in the vehicle at the time . We both received minor cuts **. If someone would have been in the second row seats glass could have cut them more and possible glass in the eyes due to air movement .**

Please state whether we have your permission to share your vehicle identification number (VIN) with the manufacturer.

Yes you can use the VIN and any information here . I'll Send Pictures

**From:** Larry.Hershman@dot.gov
**Sent:** Tuesday, October 20, 2015 3:11 PM
**To:** [redacted]
**Subject:** Your Complaint about your 2013 Kia Sorento Sunroof (NHTSA #10747107)

Dear [redacted]

Thank you for submitting on August 7, 2015, your complaint to us (our complaint # 10747107), about your 2013 Kia Sorento. I am a safety defect investigator in the Office of Defects Investigation for the National Highway Traffic Safety Administration (NHTSA), a part of the U.S. Department of Transportation. We are the office that investigates potential safety defects in motor vehicles and motor vehicle equipment. Here is the narrative of what you submitted to us:

"DRIVING ON ROUTE 55 S IN NEW JERSEY AROUND 3PM , SUNNY DAY BETWEEN EXIT 53 A AND 53 B WINDOWS UP SUN ROOF CLOSED AND AIR CONDITIONING ON WHEN ALL OF A SUDDEN OUR SUN ROOF IMPLODED ONTO MY WIFE AND I. WE WERE IN THE PASSING LANE AT THAT TIME AND HAD TO THINK QUICK AS TO WHAT JUST HAPPENED AND PROCEEDED TO REMOVE OURSELVES FROM THE HIGHWAY AND OFF TO THE SIDE . WE CALL OUR INSURANCE COMPANY LOOKING FOR ADVISE ON WHAT TO DO ,BUT THEY WERE NOT ABLE TO RECOMMEND ANY SO WE THEN CALLED 911 AND THE OPERATOR THERE CONTACTED SOMEONE FORM NJDOT WHO RESPONDED TO OUR NEEDS . MY WIFE AND I WERE COVERED IN GLASS WITH A FEW CUTS AND BRUISES BUT NOTHING TO SERIOUS COMPARED TO LOSING CONTROL OF YOUR VEHICLE AND CREATING A NIGHTMARE FOR POTENTIALLY MANY OTHERS AND OURSELVES . WE STARTED TO REMOVE THE GLASS AND WHEN HELP ARRIVED HE HAD SOME DUCT TAPE SO WE COULD TAPE THE SUN VISOR WHICH IS ONLY CLOTH CLOSED . WE JUST STARTED OUR VACATION AND WHAT A RIDE SO FAR ! AFTER THE NJDOT MAN HELPED TO GET US SECURED AS GOOD AS HE COULD WE TRAVELED TO OUR DESTINATION AND STOPPED BY A HOME DEPOT TO PURCHASE A MOVERS CARDBOARD BOX , HEAVY CONTRACTOR DEBRIS BAGS AND MORE DUCT TAPE TO BUTTON EVERYTHING UP . WE THEN CONTACTED KIA CUSTOMER SERVICE TO ADVISE OF THE OCCURRENCE."

It would greatly assist our ability to investigate your complaint if you could provide us with the information outlined below. If you send me copies of documents and/or photographs, it would be best if you could scan them and send them to me in a response to my email address:

1. How often had you used the sunroof prior to the time of the incident?
2. Was the sunroof fully or partially closed or open or in the raised position when it broke?
3. Describe the weather when the incident occurred;

4. When the incident occurred, did you notice if any of the glass fell out and behind the car onto the roadway or do you think all the glass came into the car?
5. Did all the sunroof glass escape the frame or was some left attached to the frame? If not all the glass escaped, how big a hole was left in the sunroof?
    a. Please describe the size and shape of the pieces of glass that fell into the car;
6. Please provide information on who you contacted at Kia Customer Service – name, title, phone number, etc.
    a. Did you get a case number? If so, what was it?
7. If you contacted a dealer, provide the name and address of the dealer and the name and phone number of your contact there;
    a. Did they explain why they think the sunroof broke?
    b. Did they cover the expense?
    c. Please provide copies of any repair invoices;
8. Please email me copies of any photographs, if available, of the damage to the vehicle and of the scene where the incident occurred;
9. You indicated that two people were injured in this incident. Please describe the injuries in as much detail as possible and provide copies of any photographs of the injuries and medical or hospital reports;
    a. Aside from the driver, how many other people were in the car at the time the glass exploded? If so, tell which seat they were sitting in and describe any injuries they sustained;
10. Please state whether we have your permission to share your vehicle identification number (VIN) with the manufacturer.

You may not be able to answer all of these questions but anything you could provide would help us. I want to thank you for bringing this incident to our attention. Please contact me if you have any questions.

Thank you,

Larry Hershman
Office of Defects Investigation, NVS-211
Office of Vehicle Safety - Enforcement
National Highway Traffic Safety Administration
U.S. Department of Transportation
Washington, DC 20590
☎ (202) 366-4929 | ✉ Larry.Hershman@dot.gov












P R N D
VOL


AIRBAG



[redacted]




MPH
km/h
P
20903
H
C
F
E