# APPENDIX

## ECF No. 75 (Kim Deposition)

| ECF No. | Kia Ex. #[1] | Document | PageID | Status |
|---|---|---|---|---|
| 75 | | Transcript of Deposition of Yong Seok Kim | 990-1130 | ECF 75 to remain sealed.<br><br>Plaintiff has filed a redacted version of the transcript at ECF 141 with redactions appearing at:<br>- PageID 8432, line 11 – PageID 8434, line 1<br>- PageID 8434, line 22 – PageID 8435, line 7<br>- PageID 8448, line 2 – PageID 8454, line 16<br>- PageID 8456, line 9 – PageID 8458, line 10<br>- PageID 8468, line 11 – PageID 8469, line 2<br><br>These redactions correspond to the originally-filed deposition transcript at ECF 75 at:<br>- PageID 1053, line 11 – PageID 1055, line 1<br>- PageID 1055, line 22 – PageID 1056, line 7<br>- PageID 1069, line 2 – PageID 1075, line 16<br>- PageID 1077, line 9 – PageID 1079, line 10<br>- PageID 1089, line 11 – PageID 1090, line 2 |
| 75-1 | | Ex. 1 to Kim Deposition | 1131-1137 | To be unsealed. |
| 75-2 | 44 | Ex. 3 to Kim Deposition | 1138-1151 | Remains sealed per Feb. 7, 2018 Order (ECF 120). |
| 75-3 | | Ex. 4 to Kim Deposition | 1152-1154 | To be unsealed. |
| 75-4 | 42 | Ex. 5 to Kim Deposition | 1155-1157 | To be unsealed. |
| 75-5 | 43 | Ex. 6 to Kim Deposition | 1158-1159 | To be unsealed. |
| 75-6 | 45 | Ex. 7 to Kim Deposition | 1160-1162 | To be unsealed. |
| 75-7 | 88 | Ex. 8 to Kim Deposition | 1163-1166 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |

[1] Kia Exhibit # refers to the numbering system used by Defendants and adopted by the Court in its February 7, 2018 Order (ECF 120). *See also* ECF 95-1 (appendix cross-referencing Defendants' exhibit numbers with ECF numbers).

| | | | | |
|---|---|---|---|---|
| 75-8 | 46 | Ex. 9 to Kim Deposition | 1167-1177 | To be unsealed. |
| 75-9 | 48 | Ex. 10 to Kim Deposition | 1178-1200 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 75-10 | 49 | Ex. 11 to Kim Deposition | 1201-1202 | To be unsealed. |
| 75-11 | 50 | Ex. 12 to Kim Deposition | 1203-1204 | To be unsealed. |
| 75-12 | 51 | Ex. 13 to Kim Deposition | 1205-1206 | To be unsealed. |
| 75-13 | 52 | Ex. 14 to Kim Deposition | 1207-1209 | To be unsealed. |
| 75-14 | 53 | Ex. 15 to Kim Deposition | 1210-1222 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 75-15 | | Ex. 16 to Kim Deposition | 1223-1252 | To be unsealed. |

**ECF No. 77 (Park Deposition)**

| ECF No. | Kia Ex. # | Document | PageID | Status |
|---|---|---|---|---|
| 77 | | Transcript of Deposition of Jurassic Park | 1254-1445 | ECF 77 to be unsealed. |
| 77-1 | | Ex. 1 to Park Deposition | 1446-1457 | To be unsealed. |
| 77-2 | | Ex. 2 to Park Deposition | 1458-1480 | To be unsealed. |
| 77-3 | | Ex. 3 to Park Deposition | 1481-1497 | To be unsealed. |
| 77-4 | | Ex. 4 to Park Deposition | 1498-1512 | To be unsealed. |
| 77-5 | 69 | Ex. 5 to Park Deposition | 1513-1582 | ECF 77-5 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-10 with redactions appearing at PageID 9458-9517.<br><br>These redactions correspond to the originally-filed exhibit at ECF 77-5 at PageID 1520-1579. |
| 77-6 | | Ex. 6 to Park Deposition | 1583-1584 | To be unsealed. |
| 77-7 | 37 | Ex. 7 to Park Deposition | 1585-1711 | To be unsealed. |
| 77-8 | | Ex. 8 to Park Deposition | 1712-1718 | To be unsealed. |

**ECF No. 78 (Perez Deposition)**

| ECF No. | Kia Ex. # | Document | PageID | Status |
|---|---|---|---|---|
| 78 | | Transcript of Deposition of Joe Perez | 1719-2131 | ECF 78 to remain sealed.<br><br>Plaintiff has filed a redacted version of the transcript at ECF 142 with redactions appearing at:<br>- PageID 8583, lines 17-18<br>- PageID 8584, lines 4-5<br>- PageID 8687, lines 5-6, 8, 12-13, 21, 23-25<br>- PageID 8695, lines 21-22<br>- PageID 8696, lines 3-6, 8, 12, 15-16, 24-25<br>- PageID 8703, lines 5, 16-17<br>- PageID 8715, lines 6-7, 10, 11-12, 23-24<br>- PageID 8717, lines 4-6, 17-18, 23<br>- PageID 8718, lines 17, 24-25<br>- PageID 8722, lines 17-19<br>- PageID 8724, lines 13-16, 19, 20, 23<br>- PageID 8725, lines 1, 13-14<br><br>These redactions correspond to the originally-filed deposition transcript at ECF 78 at:<br>- PageID 1723, lines 17-18<br>- PageID 1724, lines 4-5<br>- PageID 1827, lines 5-6, 8, 12-13, 21, 23-25<br>- PageID 1835, lines 21-22<br>- PageID 1836, lines 3-6, 8, 12, 15-16, 24-25<br>- PageID 1843, lines 5, 16-17<br>- PageID 1855, lines 6-7, 10, 11-12, 23-24<br>- PageID 1857, lines 4-6, 17-18, 23<br>- PageID 1858, lines 17, 24-25<br>- PageID 1862, lines 17-19<br>- PageID 1864, lines 13-16, 19, 20, 23 |

| | | | | |
|---|---|---|---|---|
| 78-1 | | Ex 1 to Perez Deposition | 2132-2214 | To be unsealed. |
| 78-2 | | Ex 2 to Perez Deposition | 2215-2221 | To be unsealed. |
| 78-3 | | Ex 3 to Perez Deposition | 2222-2224 | To be unsealed. |
| 78-4 | 23 | Ex 4 to Perez Deposition | 2225-2227 | Remains sealed per Feb. 7, 2018 Order (ECF 120). |
| 78-5 | | Ex. 5 to Perez Deposition | 2228-2229 | To be unsealed. |
| 78-6 | 69 | Ex. 6 to Perez Deposition | 2230-2304 | ECF 78-6 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 142-5 with redactions appearing at PageID 9098-9157.<br><br>These redactions correspond to the originally-filed exhibit at ECF 78-6 at PageID 2241-2300. |
| 78-7 | 54 | Ex. 7 to Perez Deposition | 2305-2306 | Remains sealed per Feb. 7, 2018 Order (ECF 120). |
| 78-8 | 37 | Ex. 8 to Perez Deposition | 2307-2433 | To be unsealed. |
| 78-9 | 100 | Ex. 9 to Perez Deposition | 2434-2450 | To be unsealed. |
| 78-10 | | Ex. 10 to Perez Deposition | 2451-2453 | To be unsealed. |
| 78-11 | 76 | Ex. 11 to Perez Deposition | 2454-2480 | To be unsealed. |
| 78-12 | 77 | Ex. 12 to Perez Deposition | 2481-2509 | To be unsealed. |
| 78-13 | 79 | Ex. 13 to Perez Deposition | 2510-2513 | To be unsealed. |
| 78-14 | 68 | Ex. 14 to Perez Deposition | 2514-2519 | To be unsealed. |
| 78-15 | 84 | Ex. 15 to Perez Deposition | 2520-2523 | To be unsealed. |
| 78-16 | 75 | Ex. 16 to Perez Deposition | 2524-2526 | To be unsealed. |

**ECF No. 79 (Chung Deposition)**

| ECF No. | Kia Ex. # | Document | PageID | Status |
|---|---|---|---|---|
| 79 | | Transcript of Deposition of Jong Mahn Chung | 2527-2647 | ECF 79 to be unsealed. |
| 79-1 | | Ex 1 to Chung Deposition | 2648-2655 | To be unsealed. |
| 79-2 | 36 | Ex 2 to Chung Deposition | 2656-2719 | To be unsealed. |
| 79-3 | 85 | Ex. 3 to Chung Deposition | 2720-2730 | To be unsealed. |
| 79-4 | 86 | Ex 4 to Chung Deposition | 2731-2767 | Remains sealed per Feb. 7, 2018 Order (ECF 120). |
| 79-5 | 99 | Ex 5 to Chung Deposition | 2768-2822 | To be unsealed. |
| 79-6 | 88 | Ex 6 to Chung Deposition | 2823-2826 | Remains sealed per Feb. 7, 2018 Order (ECF 120). |
| 79-7 | 74 | Ex 7 to Chung Deposition | 2827-2841 | To be unsealed. |
| 79-8 | 26 | Ex 8 to Chung Deposition | 2842-2846 | To be unsealed. |

**ECF 80 (Plaintiff's Motion for Class Certification)**

| ECF No. | Kia Ex. # | Document | PageID | Status |
|---|---|---|---|---|
| 80 | | Plaintiff's Motion for Class Certification | 2847-2850 | To be unsealed. |
| 80-1 | | Plaintiff's Memorandum in Support of Motion for Class Certification | 2851-2877 | To be unsealed. |
| 80-2 | | Declaration of Neil Hannemann in Support of Plaintiff's Motion for Class Certification | 2878-2907 | To be unsealed. |
| 80-3 | | Declaration of Thomas Read in Support of Plaintiff's Motion for Class Certification | 2908-2942 | To be unsealed. |
| 80-4 | | Declaration of Steven P. Gaskin in Support of Class Certification | 2943-2983 | To be unsealed. |
| 80-5 | | Declaration of Colin B. Weir | 2984-3008 | To be unsealed. |
| 80-6 | | Declaration of Gregory F. Coleman | 3009-3036 | To be unsealed. |
| 80-7 | | Declaration of David Stein in Support of Plaintiff's Motion for Class Certification | 3037-3048 | To be unsealed. |
| 80-8 | 69 | Ex. 1 to Stein Declaration | 3049-3122 | ECF 80-8 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-1 with redactions appearing at PageID 9243-9302.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 3060-3119. |
| 80-9 | | Ex. 2 to Stein Declaration | 3123-3135 | To be unsealed. |

| | | | | |
|---|---|---|---|---|
| 80-10 | | Ex. 3 to Stein Declaration | 3136-3160 | To be unsealed. |
| 80-11 | | Ex. 4 to Stein Declaration | 3161-3174 | To be unsealed. |
| 80-12 | | Ex. 5 to Stein Declaration | 3175-3187 | To be unsealed. |
| 80-13 | 30 | Ex. 6 to Stein Declaration | 3188-3192 | ECF 80-13 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-2 with redactions appearing at PageID 9307-9310.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 3189-3192. |
| 80-14 | 31 | Ex. 7 to Stein Declaration | 3193-3196 | ECF 80-14 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-3 with redactions appearing at PageID 9312-9314.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 3194-3196. |
| 80-15 | 32 | Ex. 8 to Stein Declaration | 3197-3200 | ECF 80-15 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-4 with redactions appearing at PageID 9316-9318.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 3198-3200. |
| 80-16 | 33 | Ex. 9 to Stein Declaration | 3201-3206 | ECF 80-16 to remain sealed. |

| | | | | |
|---|---|---|---|---|
| | | | | Plaintiff has filed a redacted version of this exhibit at ECF 143-5 with redactions appearing at PageID 9320-9324.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 3202-3206. |
| 80-17 | 34 | Ex. 10 to Stein Declaration | 3207-3212 | ECF 80-17 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-6 with redactions appearing at PageID 9326-9330.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 3208-3212. |
| 80-18 | | Ex. 11 to Stein Declaration | 3213-3224 | To be unsealed. |
| 80-19 | | Ex. 12 to Stein Declaration | 3225-3302 | To be unsealed. |
| 80-20 | | Ex. 13 to Stein Declaration | 3303-3306 | To be unsealed. |
| 80-21 | | Ex. 14 to Stein Declaration | 3307-3353 | To be unsealed. |
| 80-22 | 48 | Ex. 15 to Stein Declaration | 3354-3376 | Remains sealed per Court’s Feb. 7, 2018 Order (ECF 120). |
| 80-23 | 47 | Ex. 16 to Stein Declaration | 3377-3399 | Remains sealed per Court’s Feb. 7, 2018 Order (ECF 120). |
| 80-24 | | Ex. 17 to Stein Declaration | 3400-3401 | To be unsealed. |
| 80-25 | | Ex. 18 to Stein Declaration | 3402-3403 | To be unsealed. |
| 80-26 | | Ex. 19 to Stein Declaration | 3404-3407 | To be unsealed. |
| 80-27 | | Ex. 20 to Stein Declaration | 3408-3409 | To be unsealed. |
| 80-28 | | Ex. 21 to Stein Declaration | 3410-3411 | To be unsealed. |
| 80-29 | | Ex. 22 to Stein Declaration | 3412-3413 | To be unsealed. |
| 80-30 | | Ex. 23 to Stein Declaration | 3414-3415 | To be unsealed. |
| 80-31 | 26 | Ex. 24 to Stein Declaration | 3416-3420 | To be unsealed. |
| 80-32 | 25 | Ex. 25 to Stein Declaration | 3421-3425 | To be unsealed. |

| | | | | |
|---|---|---|---|---|
| 80-33 | | Ex. 26 to Stein Declaration | 3426-3429 | To be unsealed. |
| 80-34 | | Ex. 27 to Stein Declaration | 3430-3431 | To be unsealed. |
| 80-35 | | Ex. 28 to Stein Declaration | 3432-3450 | To be unsealed. |
| 80-36 | 78 | Ex. 29 to Stein Declaration | 3451-3452 | To be unsealed. |
| 80-37 | 77 | Ex. 30 to Stein Declaration | 3453-3481 | To be unsealed. |
| 80-38 | 80 | Ex. 31 to Stein Declaration | 3482-3487 | To be unsealed. |
| 80-39 | 81 | Ex. 32 to Stein Declaration | 3488-3536 | To be unsealed. |
| 80-40 | 76 | Ex. 33 to Stein Declaration | 3537-3562 | To be unsealed. |
| 80-41 | 79 | Ex. 34 to Stein Declaration | 3563-3566 | To be unsealed. |
| 80-42 | 83 | Ex. 35 to Stein Declaration | 3567-3568 | To be unsealed. |
| 80-43 | 68 | Ex. 36 to Stein Declaration | 3569-3622 | To be unsealed. |
| 80-44 | 64 | Ex. 37 to Stein Declaration | 3623-3671 | To be unsealed. |
| 80-45 | 65 | Ex. 38 to Stein Declaration | 3672-3705 | To be unsealed. |
| 80-46 | | Ex. 39 to Stein Declaration | 3706-3708 | To be unsealed. |
| 80-47 | | Ex. 40 to Stein Declaration | 3709-3713 | To be unsealed. |
| 80-48 | 59 | Ex. 41 to Stein Declaration | 3714-3740 | To be unsealed. |
| 80-49 | 60 | Ex. 42 to Stein Declaration | 3741-3745 | To be unsealed. |
| 80-50 | 61 | Ex. 43 to Stein Declaration | 3746-3752 | To be unsealed. |
| 80-51 | 62 | Ex. 44 to Stein Declaration | 3753-3757 | To be unsealed. |
| 80-52 | 63 | Ex. 45 to Stein Declaration | 3758-3784 | To be unsealed. |
| 80-53 | | Ex. 46 to Stein Declaration | 3785-3787 | To be unsealed. |
| 80-54 | | Ex. 47 to Stein Declaration | 3788-3790 | To be unsealed. |
| 80-55 | | Ex. 48 to Stein Declaration | 3791-3792 | To be unsealed. |
| 80-56 | 37 | Ex. 49 to Stein Declaration | 3793-3919 | To be unsealed. |
| 80-57 | | Ex. 50 to Stein Declaration | 3920-3923 | To be unsealed. |
| 80-58 | 97 | Ex. 51 to Stein Declaration | 3924-3949 | To be unsealed. |
| 80-59 | | Ex. 52 to Stein Declaration | 3950-3952 | To be unsealed. |
| 80-60 | | Ex. 53 to Stein Declaration | 3953-3955 | To be unsealed. |
| 80-61 | | Ex. 54 to Stein Declaration | 3956-3972 | To be unsealed. |
| 80-62 | | Ex. 55 to Stein Declaration | 3973-3975 | To be unsealed. |
| 80-63 | | Ex. 56 to Stein Declaration | 3976-3978 | To be unsealed. |
| 80-64 | | Ex. 57 to Stein Declaration | 3979-3986 | To be unsealed. |

| | | | | |
|---|---|---|---|---|
| 80-65 | | Ex. 58 to Stein Declaration | 3987-3994 | To be unsealed. |
| 80-66 | | Ex. 59 to Stein Declaration | 3995-3997 | To be unsealed. |
| 80-67 | 55 | Ex. 60 to Stein Declaration | 3998-4030 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 80-68 | 93 | Ex. 61 to Stein Declaration | 4031-4037 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 80-69 | 88 | Ex. 62 to Stein Declaration | 4038-4041 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 80-70 | 89 | Ex. 63 to Stein Declaration | 4042-4045 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 80-71 | | Ex. 64 to Stein Declaration | 4046-4066 | To be unsealed. |
| 80-72 | | Ex. 65 to Stein Declaration | 4067-4068 | To be unsealed. |
| 80-73 | | Ex. 66 to Stein Declaration | 4069-4072 | To be unsealed. |
| 80-74 | | Ex. 67 to Stein Declaration | 4073-4080 | To be unsealed. |
| 80-75 | | Ex. 68 to Stein Declaration | 4081-4095 | To be unsealed. |
| 80-76 | | Ex. 69 to Stein Declaration | 4096-4104 | To be unsealed. |
| 80-77 | | Ex. 70 to Stein Declaration | 4105-4122 | To be unsealed. |
| 80-78 | | Ex. 71 to Stein Declaration | 4123-4136 | To be unsealed. |
| 80-79 | | Ex. 72 to Stein Declaration | 4137-4143 | To be unsealed. |
| 80-80 | | Ex. 73 to Stein Declaration | 4144-4155 | To be unsealed. |
| 80-81 | | Ex. 74 to Stein Declaration | 4156-4160 | To be unsealed. |
| 80-82 | | Ex. 75 to Stein Declaration | 4161-4165 | To be unsealed. |
| 80-83 | | Ex. 76 to Stein Declaration | 4166-4185 | To be unsealed. |
| 80-84 | | Ex. 77 to Stein Declaration | 4186-4194 | To be unsealed. |
| 80-85 | | Ex. 78 to Stein Declaration | 4195-4204 | To be unsealed. |
| 80-86 | | Ex. 79 to Stein Declaration | 4205-4213 | To be unsealed. |
| 80-87 | | Ex. 80 to Stein Declaration | 4214-4224 | To be unsealed. |
| 80-88 | | Ex. 81 to Stein Declaration | 4225-4229 | To be unsealed. |
| 80-89 | | Ex. 82 to Stein Declaration | 4230-4239 | To be unsealed. |
| 80-90 | | Ex. 83 to Stein Declaration | 4240-4252 | To be unsealed. |
| 80-91 | | Ex. 84 to Stein Declaration | 4253-4261 | To be unsealed. |
| 80-92 | | Ex. 85 to Stein Declaration | 4262-4268 | To be unsealed. |

| | | | | |
|---|---|---|---|---|
| 80-93 | | Ex. 86 to Stein Declaration | 4269-4274 | To be unsealed. |
| 80-94 | 38 | Ex. 87 to Stein Declaration | 4275-4298 | To be unsealed. |
| 80-95 | 39 | Ex. 88 to Stein Declaration | 4299-4349 | To be unsealed. |
| 80-96 | | Ex. 89 to Stein Declaration | 4350-4354 | To be unsealed. |
| 80-97 | 21 | Ex. 90 to Stein Declaration | 4355-4423 | ECF 80-97 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-7 with redactions appearing at PageID 9332-9399.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 4356-4423. |
| 80-98 | | Ex. 91 to Stein Declaration | 4424-4433 | To be unsealed. |
| 80-99 | | Ex. 92 to Stein Declaration | 4434-4436 | To be unsealed. |
| 80-100 | | Ex. 93 to Stein Declaration | 4437-4438 | To be unsealed. |
| 80-101 | | Ex. 94 to Stein Declaration | 4439-4441 | To be unsealed. |
| 80-102 | | Ex. 95 to Stein Declaration | 4442-4443 | To be unsealed. |
| 80-103 | | Ex. 96 to Stein Declaration | 4444-4445 | To be unsealed. |
| 80-104 | | Ex. 97 to Stein Declaration | 4446-4447 | To be unsealed. |
| 80-105 | | Ex. 98 to Stein Declaration | 4448-4449 | To be unsealed. |
| 80-106 | | Ex. 99 to Stein Declaration | 4450-4451 | To be unsealed. |
| 80-107 | | Ex. 100 to Stein Declaration | 4452-4453 | To be unsealed. |
| 80-108 | | Ex. 101 to Stein Declaration | 4454-4455 | To be unsealed. |
| 80-109 | | Ex. 102 to Stein Declaration | 4456-4459 | To be unsealed. |
| 80-110 | | Ex. 103 to Stein Declaration | 4460-4461 | To be unsealed. |
| 80-111 | | Ex. 104 to Stein Declaration | 4462-4463 | To be unsealed. |
| 80-112 | | Ex. 105 to Stein Declaration | 4464-4465 | To be unsealed. |
| 80-113 | | Ex. 106 to Stein Declaration | 4466-4467 | To be unsealed. |
| 80-114 | | Ex. 107 to Stein Declaration | 4468-4469 | To be unsealed. |
| 80-115 | | Ex. 108 to Stein Declaration | 4470-4471 | To be unsealed. |
| 80-116 | | Ex. 109 to Stein Declaration | 4472-4474 | To be unsealed. |

| | | | | |
|---|---|---|---|---|
| 80-117 | | Ex. 110 to Stein Declaration | 4475-4484 | To be unsealed. |
| 80-118 | | Ex. 111 to Stein Declaration | 4485-4514 | To be unsealed. |
| 80-119 | 82 | Ex. 112 to Stein Declaration | 4515-4516 | To be unsealed. |
| 80-120 | | Ex. 113 to Stein Declaration | 4517-4526 | To be unsealed. |
| 80-121 | | Ex. 114 to Stein Declaration | 4527-4542 | To be unsealed. |
| 80-122 | | Ex. 115 to Stein Declaration | 4543-4551 | To be unsealed. |
| 80-123 | | Ex. 116 to Stein Declaration | 4552-4563 | To be unsealed. |
| 80-124 | | Ex. 117 to Stein Declaration | 4564-4576 | To be unsealed. |
| 80-125 | | Ex. 118 to Stein Declaration | 4577-4588 | To be unsealed. |
| 80-126 | | Ex. 119 to Stein Declaration | 4589-4607 | To be unsealed. |
| 80-127 | 27 | Ex. 120 to Stein Declaration | 4608-4616 | To be unsealed. |
| 80-128 | 95 | Ex. 121 to Stein Declaration | 4617-4643 | To be unsealed. |
| 80-129 | 71 | Ex. 122 to Stein Declaration | 4644-4645 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 80-130 | 20 | Ex. 123 to Stein Declaration | 4646-4678 | ECF 80-130 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-8 with redactions appearing at PageID 9401-9432.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 4647-4678. |
| 80-131 | | Ex. 124 to Stein Declaration | 4679-4685 | To be unsealed. |
| 80-132 | 28 | Ex. 125 to Stein Declaration | 4686-4693 | To be unsealed. |
| 80-133 | | Ex. 126 to Stein Declaration | 4694-4695 | To be unsealed. |
| 80-134 | 96 | Ex. 127 to Stein Declaration | 4696-4707 | To be unsealed. |
| 80-135 | 72 | Ex. 128 to Stein Declaration | 4708-4709 | Remains sealed per Court's Feb. 7, 2018 Order (ECF 120). |
| 80-136 | | Ex. 129 to Stein Declaration | 4710-4714 | To be unsealed. |
| 80-137 | | Ex. 130 to Stein Declaration | 4715-4723 | To be unsealed. |
| 80-138 | 67 | Ex. 131 to Stein Declaration | 4724-4765 | To be unsealed. |
| 80-139 | | Ex. 132 to Stein Declaration | 4766-4768 | To be unsealed. |

| | | | | |
|---|---|---|---|---|
| 80-140 | 70 | Ex. 133 to Stein Declaration | 4769-4770 | To be unsealed. |
| 80-141 | 56 | Ex. 134 to Stein Declaration | 4771-4777 | To be unsealed. |
| 80-142 | Exs. 1-19 | Ex. 135 to Stein Declaration | 4778-4795 | ECF No. 80-142 to remain sealed.<br><br>Plaintiff has filed a redacted version of this exhibit at ECF 143-9 with redactions appearing at PageID 9434-9450.<br><br>These redactions correspond to the originally-filed exhibit at ECF 80-8 at PageID 4779-4795. |
| 80-143 | | Ex. 136 to Stein Declaration | 4796-4816 | To be unsealed. |
| 80-144 | | Ex. 137 to Stein Declaration | 4817-4847 | To be unsealed. |
| 80-145 | | Proposed Order | 4848-4850 | To be unsealed. |