# EXHIBIT 160

Submitted by the IWG on PSG Chair and Co-Chair  Working Paper PSG-01-Minutes
(1st PSG meeting; 4th May 2015)

## Report of the 1st Meeting (Kick-off meeting) of the Informal Working Group on Panoramic Sunroof Glazing

Location: Geneva, "Palais des Nations", Room VII
Date: 10:00 to 11:30, 4th May 2015
Chair: Mr. Eom Sungbok (Republic of Korea), Mr. Richard Damm (Germany)

### 1. Welcome and Introductions

Mr. Eom Sungbok, from KATRI (Korea Automobile Testing & Research Institute), Chair of the informal working group welcomed the participants.
24 people attended at the1st meeting (kick-off meeting).

The agenda of the meeting is in the documents PSG_kick_off_Agenda, PSG_kick_off_Presentation available on the UNECE website.

The Chair explained the objective of this meeting is to decide on draft Terms of Reference and the Rule of Procedure.

### 2. PSG IWG Organization

The Chair of the informal working group introduced the leadership team:
  Chair: Mr. Eom Sungbok, Republic of Korea
  Co-Chairs: Mr. Richard Damm, Germany
  Secretary: To be decided

The Secretary position is vacant. The Chair recommended that OICA could take the position, but any other member can volunteer.

### 3. Explanation of the WP.29 Mandate

The chair recalled that first report of Republic of Korea about PSG was done at WP.29 in March 2014 and AC.3 endorsed the request for authorization to develop an amendment to UN GTR No. 6 (ECE/TRANS/WP29/2015/42) on panoramic sunroof glazing.

### 4. Review of the Terms of Reference

The Chair explained the background and the objective of the Terms of Reference and the Rules of Procedures.

### 5. Scope of Work

The group decided as follows.

- OICA requested to concentrate on amendment of GTR 6 first and then UN R 43 has to reviewed accordingly

- CLEPA in principle agreed to this position, as GTR 6 is meant to be the foundation for the provisions.
- UN/ECE secretariat mentioned it was already stated that GTR 6 should be amended first and then R43 at WP.29 in March 2015 (ECE/TRANS/WP29/2015/42, para. 6).

*Paragraph 3.1 (d) of draft ToR, amend to read*

d) Develop amendments to ~~both~~ **UN GTR No. 6 and a complementing proposal to UN Regulation No. 43** in order to further clarify appropriate methods of testing and evaluating the mechanical strength of toughened glass with a focus on safety glazing.

- OICA requests that this group has to clarify whether the scope of the informal group applies to all toughened glass or only panoramic sunroof glazing.
- OICA thinks that it is necessary to clarify if other use cases have to be addressed or excluded

It was agreed to change the wording of the ToR to all toughened glass as it gives more flexibility for discussion.

*Paragraph 5.1 of draft ToR, amend to read*

5.1 With regards to the definition of toughened glass, the IWG will review if the current definition of toughened glass is appropriate to assure ~~the~~ safety ~~of panoramic sunroof~~ and then will clearly define the mechanical properties of toughened glass **(especially for panoramic sunroof glazing)**, if necessary. For example, toughened glass is expected to be stronger than before what it was, i.e. before it underwent the toughening process.

- OICA and CLEPA mentioned ISO is test standard only and does not need to be addressed in this ToR.

*Paragraph 5.2(c) of draft ToR, amend to read*

(c) Clarifying and harmonizing the UN Regulation ~~and ISO with regards to the test.~~

## 6. Timeline

The Chair introduced that schedule for further meetings and the reporting to GRSG and WP.29.

The UNECE secretariat proposed some changes to the timing for example that the GRSG report of the 108th session to be adopted in Nov. 2015.

*Paragraph 4.1(a),(b),(d) and (e) of draft ToR, shall be deleted.*
*Paragraph 4.1(c), renumber as paragraph 4.1(a) and insert a new paragraph 4.1(b) of draft ToR, amend to read*

4.1 The plan will regularly be reviewed and updated to reflect the latest development in terms of progress and the feasibility of the timeline.

~~(a) November 2014: At the 164th session of WP.29, agreement on establishment of Informal Working Group on Safety glazing submitted to the AC.3.~~

(b) ~~March 2015: At the 165th session of WP.29, official adoption on establishment of Informal Working Group on Safety glazing obtained at the AC.3.~~

(a) **May 2015: Kick-off meeting of the IWG. Discussion on Term of Reference and on composition of Chair, Co-Chair, and secretaries for IWG;**

(d) ~~Nov 2015: 166th session of WP.29 in conjunction with the preceding IWG. Final decision on Terms of Reference and on the election of Chair, Vice Chair, and secretaries for IWG. Adoption of Terms of Reference for IWG by GRSG.~~

(b) **Nov 2015: 167th session of WP.29 adoption of Terms of Reference for IWG.**

(e) ~~June 2015: At the 166th session of WP.29, agreement on Terms of Reference for IWG on Panoramic Sunroof Glazing obtained the AC.1~~

## 7. Proposed Agenda Items for next IWG on PSG Meeting

The proposed agenda items for the 2nd IWG on PSG meeting are;
- Definition of toughened glass
- Clarification of 226g ball test

Chair will circulate draft amendment to GTR 6 to all the participants by the end of June 2015 and ask other contracting parties and members to make a presentation regarding amendment direction and comments about those.

## 8. Any other business

Once again the Chair requested to the participants, especially OICA and CLEPA for recommending of secretary.

## 9. Closing remarks and next meeting schedule

Next meeting will be held on 28th September 2015, 10:00 AM to 5:30 PM in Geneva, "Palais des Nations" and chair asked to GRSG secretary to reserve a meeting room for the meeting.

Reporting will be done to GRSG by Chair.