# **EXHIBIT 1**



# PSR Panel Curvature (m$^{-1}$)

| Panel Maximum Curvature (m$^{-1}$) | | | |
|---|---|---|---|
| Subject Vehicle (Year Range) | Front Panel | Moveable Panel | Rear Panel |
| Sorento ('11 - '13) | *No Front Panel* | 0.747 | 0.199 |
| Sorento ('14 - '15) | 1.193 | 0.588 | 0.199 |
| Sportage ('11 - '15) | 0.602 | 0.679 | 0.200 |
| Soul ('14 - '15) | 2.653 | 0.634 | 0.191 |
| Optima ('11 - '15) | 0.821 | 0.592 | 0.279 |
| Cadenza ('14 - '15) | 0.809 | 0.619 | 0.334 |

Sorento ('11~'13)

Sorento ('14~'15)

Sportage ('11~'15)

Soul ('14~'15)

Optima ('11~'15)

Cadenza ('14~'15)

# Glass Panel Ceramic Area (m²)

