EXHIBIT 180

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

Translate

Turn off instant translation

First, I do not know if I should get this answer at this point in a month.

Also, last Friday, the panorama glass was destroyed in the market, From our perspective, we are developing into a very worrisome situation, and it seems that Bevasto does not know the seriousness yet.

Please note that even if the Bevasto product is cut off and is no longer supplied, the quality of the delivered product is still a quality responsibility.

We will ask again as below.

1. For the contents of the following exam (2 items), please reply after the test.
 - In our view, it does not depend on the second partner (glass maker) of Bevasto.

2. Please reply to the Bevaso Official Investigation Report for the first and second glass damage investigation vehicle.
 - Beabasto's technical comments on the cause of breakage must be expressed.

Please be sure to translate the contents to the executives of Bevaso quality.

Best regards

Brandon (Byung-Ho) Jun

Quality Assurance Manager
Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833

먼저, 이정도의 답변내용을 한달이 지난 이시점에 받아야 하는지 모르겠네요..

또한, 지난주 금요일에도 시장에서 파노라마 글라스가 파손되어 베바스토 직원들과 뉴욕에 출장을 다녀오는등
저희 입장에서는 매우 우려스러운 상황으로 전개가 되고 있는데, 베바스토는 아직 그 심각성을 모르고 있는 것 같습니다.

비록 베바스토 제품이 단산되어 더이상 공급되지 않더라도, 기 납품된 제품에 대해서는 품질 책임이 있다는 것을 명심하시기 바랍니다.

아래와 같이 다시 요청드립니다.

1. 하기 시험 요청내용(2항목)에 대해, 시험후 결과 회신 바랍니다.
 - 저희 입장에서는 베바스토가 하던 2차 협력사(글라스업체)에서 하던 관계없습니다.

2. 지난 1,2차 글라스 파손 조사차량에 대한 베바스토 공식 조사보고서 회신 바랍니다.
 - 파손 원인에 대한 베바스토의 기술적 의견 반드시 표현 바랍니다.

이내용을 베바스토 품질담당 임원들에게도 번역하여 반드시 내용을 전달 하시기 바랍니다.

Best regards

Brandon (Byung-Ho) Jun

Quality Assurance Manager

WRSI001062

Subject to Protective Order in Kondash v. Toyota Motor Sales, U.S.A (#1:15-cv-7915)

WRSI001063

Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833
T 1-706-902-7915 (#8081-7915)
M 1-706-350-3195
E Brandon.Jun@kmmgusa.com

From: Lee, Seok Chun [mailto:SeokChun.Lee@webasto.com]
Sent: Monday, November 12, 2012 5:57 PM
To: Jun, Byung-Ho KMMG/QA
Cc: Shim, Jae Woong KMMG/Procurement; Kwon, Hyukdoo; Park, Jeong
Subject: RE: [긴급/중요] XMA 파노라마 루프 글라스

전병호 과장님,

아래 내용 관련 업데이트 드립니다.

글라스 업체에 이전에 요청하신 추가 시험들 실시 및 결과 요청을 하였습니다만 업체에서 이에 대한 긍정적인 회신이 없었습니다. 사유는 아래와 같습니다.

1. 현 제품이 관련 법규대로 시험시 법규 만족하므로 추가 시험이 필요 없음
2. 시험 방법 및 샘플(12"x12" 글라스 판넬), 특별히 세라믹 프린트를 적용한 샘플의 경우 시험 방법 및 결과 판단의 기준이 없으므로 시험이 의미 없음

법규의 경우 샘플 규격 및 시험 설비에 대한 조건들이 있습니다. 이와 관련 완성품 상태에서 시험 샘플을 법규의 시험 방식대로 아닌 상태로 시험을 한다면 - 단순히 쇠구슬을 낙하 및 파손 높이만 확인한다면, 저희 (Webasto) 시험실에서 시험이 가능할 것 같습니다. 다만 이미 보유하신 타 차종에서 측정된 결과와 어느 정도 상관 관계가 있을지 모한 법규에서 규정하는 방법 및 샘플 조건이 아닌 관계로 얼마나 신뢰성이 있을지는 모르겠습니다.

With best regards,

Seok Chun Lee

───

Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833
T 1-706-902-7915 (#8081-7915)
M 1-706-350-3195
E Brandon.Jun@kmmgusa.com

From: Lee, Seok Chun [mailto: SeokChun.Lee@webasto.com]
Sent: Monday, November 12, 2012 5:57 PM
To: Jun, Byung-Ho KMMG / QA
Cc: Shim, Jae Woong KMMG / Procurement; Kwon, Hyukdoo; Park, Jeong
Subject: RE: [urgent / important] XMA panorama roof glass

However,

We will update the following contents.

We have made additional requests to the glass company and requested a result, but there was no positive reply from the company. The reason is as follows.

1. No additional testing is required because the current product satisfies the regulations in accordance with the relevant laws and regulations.
2. Test method and sample (12 "x12" glass panel), specially for ceramics print applied, there is no standard for test method and result judgment.

For statutes, there are conditions for sample specifications and testing facilities. Regardless of this, in the final product state, the test sample is not in accordance with the test method
If you are testing - if you simply check the drop and breakage height of the marbles, we will be able to test it in our (Webasto) lab. However, I do not know how reliable it will be in relation to the measurement results of other vehicles we have already owned, but also because of the method and sample conditions stipulated by the regulations.

With best regards,

Seok Chun Lee

Webasto Roof Systems Inc.
Sr. Product Engineer / TSR Engineering Group
1757 Northfield Drive, Rochester Hills
Michigan, 48309
Phone: +1 248 997-5258
Fax: +1 248 997-5101

Webasto Roof Systems Inc.
Sr. Product Engineer / TSR Engineering Group
1757 Northfield Drive, Rochester Hills
Michigan, 48309
Phone: +1 248 997-5258
Fax: +1 248 997-5101
Mobile: + 1 248 941-1578
E-Mail: seokchun.lee@webasto.com
www.webasto.com

CONFIDENTIALITY This e-mail and any attachments may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Webasto AG
Head Office: Stockdorf
Register of companies: München HRB 80078
Chairman of the Supervisory Board: Werner Baier
Management Board:
Franz-Josef Kortüm (Chairman), Dr. Joachim Damasky, Dr. Holger Engelmann, Dr. Matthias J.Rapp

From: Jun, Byung-Ho KMMG/QA [mailto:Byung-Ho.Jun@kmmgusa.com]
Sent: Monday, November 12, 2012 7:52 AM
To: Lee, Seok Chun
Cc: Shim, Jae Woong KMMG/Procurement; Kwon, Hyukdoo; Park, Jeong
Subject: RE: [긴급/중요] XMA 파노라마 루프 글라스

하기내용에 대해서 제가 회신을 아직 못 받고 있습니다..

금일중으로 진행현황 확인바랍니다.

Best regards

Brandon (Byung-Ho) Jun

Quality Assurance Manager
Kia Motors Manufacturing Georgia
7777 Kia Parkway

---

Mobile Kia Motors America, Inc.
E-Mail: seokchun.lee@webasto.com
www.webasto.com

CONFIDENTIALITY This e-mail and any attachments may contain confidential and / or privileged information. If you are not the intended recipient, please do not send the e-mail immediately. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Webasto AG
Head Office: Stockdorf
Register of companies: München HRB 80078
Chairman of the Supervisory Board: Werner Baier
Management Board:
Franz-Josef Kortum (Chairman), Ph.D. Joachim Damasky, dr. Holger Engelmann, Dr. Matthias J.Rapp

From: Jun, Byung-Ho KMMG / QA [mailto: Byung-Ho.Jun@kmmgusa.com]
Sent: Monday, November 12, 2012 7:52 AM
To: Lee, Seok Chun
Cc: Shim, Jae Woong KMMG / Procurement; Kwon, Hyukdoo; Park, Jeong
Subject: RE: [urgent / important] XMA panorama roof glass

I have not received a response yet from the following:

Please confirm the status of progress during the day.

Best regards

Brandon (Byung-Ho) Jun

Quality Assurance Manager
Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833
T 1-706-902-7915 (# 8081-7915)
M 1-706-350-3195
E Brandon.Jun@kmmgusa.com

Subject to Protective Order in Kondrad v. Kia Motors America, Inc.
WRSI001064
2845/5000

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

meonjeo, ijeongdoui dabbyeonnaeyong-eul handal-i jinan tsijeom-e bad-aya haneunji moleugessneyo..

ttohan, jinanju geum-yoil-edo sijang-eseo panolama geullaseuga pasondoeeo bebaseuto jig-wondeulgwa nyuyog-e chuljang-eul danyeooneundeung jeohui ibjang-eseoneun maeu ulyeoseuleoun sanghwang-eulo jeongaega doego issneunde, bebaseutoneun ajig geu simgagseong-eul moleugo issneun geos gatseubnida.

bilog bebaseuto jepum-i dansandoeeo deoisang gong-geubdoeji anhdeolado, gi nabpumdoen jepum-e daehaeseoneun pumjil chaeg-im-i issdaneun geos-eul myeongsimhasigi balabnida.

alaewa gat-i dasi yocheongdeulibnida.

1. hagi siheom yocheongnaeyong(2hangmog)e daehae, siheomhu gyeolgwa hoesin balabnida.
- jeohui ibjang-eseoneun bebaseutoga hadeon 2cha hyeoblyeogsa(geullaseueobche)eseo hadeon gwangyeeobs-seubnida.

2. jinan 1,2cha geullaseu pason josachalyang-e daehan bebaseuto gongsig josabogoseo hoesin balabnida.
- pason won-in-e daehan bebaseutoui gisuljeog uigyeon bandeusi pyohyeon balabnida.

inaeyong-eul bebaseuto pumjildamdang im-wondeul-egedo beon-yeoghayeo bandeusi naeyong-eul jeondalhasigi balabnida.

Best regards

Brandon (Byung-Ho) Jun

Quality Assurance Manager
Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833
T 1-706-902-7915 (#8081-7915)
M 1-706-350-3195
E Brandon.Jun@kmmgusa.com

From: Lee, Seok Chun [mailto:SeokChun.Lee@webasto.com]

WRSI001065

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

WRSI001066

Sent: Monday, November 12, 2012 5:57 PM
To: Jun, Byung-Ho KMMG/QA
Cc: Shim, Jae Woong KMMG/Procurement; Kwon, Hyukdoo; Park, Jeong
Subject: RE: [gingeub/jung-yo] XMA panolama lupeu geullaseu

jeonbyeongho gwajangnim,

alae naeyong gwanlyeon eobdeiteu deulibnida.

geullaseu eobchee ijeon-e yocheonghasin chuga siheomdeul silsi mich gyeolgwa yocheong-eul hayeossseubnidaman eobcheeseo ie daehan geungjeongjeog-in hoesin-i eobs-eossseubnida.
sayuneun alaewa gatseubnida.

1. hyeon jepum-i gwanlyeon beobgyudaelo siheomsi beobgyu manjoghameulo chuga siheom-ui pil-yo eobs-eum
2. siheom bangbeob mich saempeul(12"x12" geullaseu pannel), teugbyeolhi selamig peulinteuleul jeog-yonghan saempeul-ui gyeong-u siheom bangbeob mich gyeolgwa pandan-ui gijun-i eobs-eumeulo siheom-ui uimi eobs-eum

beobgyuui gyeong-u saempeul gyugyeog mich siheom seolbie daehan jogeondeul-i issseubnida. iwa gwangye eobs-i wanseongpum sangtaeeseo siheom saempeul-eul beobgyuui siheom bangsigdaelo anin sangtaelo
siheom-eul handamyeon- dansunhi soeguseul-eul nagha mich pason nop-iman hwag-inhandamyeon, jeohui(Webasto) siheomsil-eseo siheom-i ganeung hal geos gatseubnida. daman imi boyuhasin ta chajong-eseo cheugjeongdoen gyeolgwawa eoneu jeongdo sang-gwan gwangyega iss-eulji ttohan beobgyueseo gyujeonghaneun bangbeob mich saempeul jogeon-i anin gwangyelo eolmana sinloeseong-i iss-euljineun moleugessseubnida.

With best regards,

Seok Chun Lee

Webasto Roof Systems Inc.
Sr. Product Engineer / TSR Engineering Group
1757 Northfield Drive, Rochester Hills
Michigan, 48309
Phone: +1 248 997-5258
Fax: +1 248 997-5101
Mobile: + 1 248 941-1578
E-Mail: seokchun.lee@webasto.com

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

WRSI001067

www.webasto.com

CONFIDENTIALITY This e-mail and any attachments may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Webasto AG
Head Office: Stockdorf
Register of companies: München HRB 80078
Chairman of the Supervisory Board: Werner Baier
Management Board:
Franz-Josef Kortüm (Chairman), Dr. Joachim Damasky, Dr. Holger Engelmann, Dr. Matthias J.Rapp

From: Jun, Byung-Ho KMMG/QA [mailto:Byung-Ho.Jun@kmmgusa.com]
Sent: Monday, November 12, 2012 7:52 AM
To: Lee, Seok Chun
Cc: Shim, Jae Woong KMMG/Procurement; Kwon, Hyukdoo; Park, Jeong
Subject: RE: [gingeub/jung-yo] XMA panolama lupeu geullaseu

haginaeyong-e daehaeseo jega hoesin-eul ajig mos badgo issseubnida...

geum-iljung-eulo jinhaenghyeonhwang hwag-inbalabnida.

Best regards

Brandon (Byung-Ho) Jun

Quality Assurance Manager
Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833
T 1-706-902-7915 (#8081-7915)
M 1-706-350-3195
E Brandon.Jun@kmmgusa.com

Subject to Protective Order in Kondash v. Kia Motors America, Inc.

WRSI001068