**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **TOM KONDASH**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**KIA MOTORS AMERICA, INC.**, and **KIA MOTORS CORPORATION**,<br><br>Defendants. | Case No. 1:15-cv-506<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

PLEASE TAKE NOTICE THAT effective immediately, Gibbs Law Group LLP, counsel for Plaintiff in this matter, has changed its firm name to Gibbs Mura LLP. The mailing address, telephone, fax, and e-mail addresses remain the same.

Counsel respectfully requests that all notices, orders, pleadings, letters, and all other communications hereafter reflect this change.

Dated: May 27, 2025

Respectfully submitted,

By: /s/ David Stein

David Stein (*pro hac vice*)
Steve Lopez (*pro hac vice*)
Eric H. Gibbs (*pro hac vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
sal@classlawgroup.com
ehg@classlawgroup.com
ds@classlawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, David Stein, hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 27th day of May 2025.

*/s/ David Stein*
David Stein